APPENDIX 4

1.   Erik K. Aamoth, individually, as surviving sibling of Gordon McCannel Aamoth, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Erik K. Aamoth is a resident of Minnesota. Gordon McCannel Aamoth, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2.   Gordon Aamoth, Sr., individually, as surviving parent of Gordon McCannel Aamoth, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gordon Aamoth, Sr. is a resident of Minnesota. Gordon McCannel Aamoth, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3.   Gordon Aamoth, Sr., as the Personal Representative of the Estate of Gordon McCannell Aamoth, Jr., deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gordon McCannel Aamoth, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gordon Aamoth, Sr. is a resident of Minnesota. Gordon McCannel Aamoth, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

4.   Mary Aamoth, individually, as surviving parent of Gordon McCannel Aamoth, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Aamoth is a resident of Minnesota. Gordon McCannel Aamoth, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

5.   Peter Aamoth, individually, as surviving sibling of Gordon McCannel Aamoth, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Aamoth is a resident of Minnesota. Gordon McCannel Aamoth, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

6.   Lloyd A. Abel Jr., individually, as surviving sibling of Laurence C. Abel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lloyd A. Abel Jr. is a resident of New York. Laurence C. Abel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

7.   Lloyd A. Abel Sr., individually, as surviving parent of Laurence C. Abel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lloyd A. Abel Sr. is a resident of New York. Laurence C. Abel is one of the Decedents murdered as a result of

the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

8.   Lloyd A. Abel Sr., as the Personal Representative of the Estate of Laurence C. Abel, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Laurence C. Abel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lloyd A. Abel Sr. is a resident of New York. Laurence C. Abel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

9.   Roberta Agyeman, individually, as surviving child of Sophia Addo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Roberta Agyeman is a resident of New York. Sophia Addo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

10.  Joseph Ameyaw, individually, as surviving spouse of Sophia Addo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Ameyaw is a resident of New York. Sophia Addo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

11.  BNY Mellon, as the Personal Representative of the Estate of Sophia Addo, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Sophia Addo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sophia Addo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

12.  Angeli Ylanan Agarwala, individually, as surviving child of Mukul Kumar Agarwala, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Angeli Ylanan Agarwala is a resident of New Jersey. Mukul Kumar Agarwala is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

13.  Robert Langdon, as Personal Representative of the Estate of Edward Ahearn, deceased, the late parent of Lt. Brian G. Ahearn, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Langdon, as Personal Representative of the Estate of Edward Ahearn is a resident of New York. Lt. Brian G. Ahearn is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2

14. Elizabeth A. Ahearn, individually, as surviving sibling of Lt. Brian G. Ahearn, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth A. Ahearn is a resident of New York. Lt. Brian G. Ahearn is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

15. Debra Ahearn, as the Personal Representative of the Estate of Brian G. Ahearn, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lt. Brian G. Ahearn, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Debra Ahearn is a resident of New York. Lt. Brian G. Ahearn is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

16. June Ahearn, individually, as surviving parent of Lt. Brian G. Ahearn, is a Plaintiff seeking justice for the tragic events of September 11, 2001. June Ahearn is a resident of Florida. Lt. Brian G. Ahearn is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

17. Jeba Ahmed, individually, as surviving spouse of Shabbir Ahmed, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeba Ahmed is a resident of New York. Shabbir Ahmed is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

18. Nadia Ahmed, individually, as surviving child of Shabbir Ahmed, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nadia Ahmed is a resident of New York. Shabbir Ahmed is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

19. Thanbir Ahmed, individually, as surviving child of Shabbir Ahmed, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thanbir Ahmed is a resident of New York. Shabbir Ahmed is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

20. Salma Ahmed-Green, individually, as surviving child of Shabbir Ahmed, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Salma Ahmed-Green is a resident of New York. Shabbir Ahmed is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3

21.    Abdul Mosobbir, individually, as surviving sibling of Shabbir Ahmed, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Abdul Mosobbir is a resident of New York. Shabbir Ahmed is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

22.    Jeba Ahmed, as the Personal Representative of the Estate of Shabbir Ahmed, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Shabbir Ahmed, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeba Ahmed is a resident of New York. Shabbir Ahmed is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

23.    Andrew Albero, individually, as surviving sibling of Gary Albero, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrew Albero is a resident of New Jersey. Gary Albero is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

24.    Aracelis Albero, individually, as surviving spouse of Gary Albero, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Aracelis Albero is a resident of New Jersey. Gary Albero is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

25.    Aracelis Albero, as the Personal Representative of the Estate of Gary Albero, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gary Albero, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Aracelis Albero is a resident of New Jersey. Gary Albero is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

26.    Kevin Albero, individually, as surviving sibling of Gary Albero, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin Albero is a resident of New Jersey. Gary Albero is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

27.    Michael A. Albero, individually, as surviving child of Gary Albero, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael A. Albero is a resident of New Jersey. Gary Albero is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

and to which the Defendants provided material support and assistance in furtherance of the attacks.

28.   Kevin Albero and Andrew Albero as co-Personal Representatives of the Estate of Andrew P. Albero, deceased, the late parent of Gary Albero, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin Albero and Andrew Albero as co-Personal Representatives of the Estate of Andrew P. Albero are residents of New Jersey. Gary Albero is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

29.   Fred Corrado, as Personal Representative of the Estate of Patricia Albero, deceased, the late parent of Gary Albero, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Fred Corrado is a resident of Florida. Gary Albero is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

30.   Willie Aldridge Jr., individually, as surviving sibling of Jacquelyn D. Aldridge, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Willie Aldridge Jr. is a resident of Georgia. Jacquelyn D. Aldridge is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

31.   Delores Aldridge a/k/a Delores Aldridge Essuon, individually, as surviving sibling of Jacquelyn D. Aldridge, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Delores Aldridge a/k/a Delores Aldridge Essuon is a resident of Georgia. Jacquelyn D. Aldridge is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

32.   Marjorie Aldridge-Holder, individually, as surviving sibling of Jacquelyn D. Aldridge, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marjorie Aldridge-Holder is a resident of Georgia. Jacquelyn D. Aldridge is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

33.   Lafayette Frederick, individually, as surviving spouse of Jacquelyn D. Aldridge, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lafayette Frederick is a resident of North Carolina. Jacquelyn D. Aldridge is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

34.   Lafayette Frederick, as the Personal Representative of the Estate of Jacquelyn D. Aldridge, deceased, on behalf of the Estate, and on behalf of all survivors and all legally

entitled beneficiaries and family members of Jacquelyn D. Aldridge, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lafayette Frederick is a resident of North Carolina. Jacquelyn D. Aldridge is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

35.    Barry Allen, individually, as surviving sibling of Eric Allen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barry Allen is a resident of New Jersey. Eric Allen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

36.    Marian Allen, individually, as surviving sibling of Eric Allen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marian Allen is a resident of Florida. Eric Allen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

37.    Barry Allen as Personal Representative of the Estate of Edward Allen, deceased, the late sibling of Eric Allen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barry Allen as Personal Representative of the Estate of Edward Allen is a resident of New Jersey. Eric Allen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

38.    Barry Allen as Personal Representative of the Estate of Laetita "Letty" Allen, deceased, the late parent of Eric Allen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barry Allen as Personal Representative of the Estate of Laetita "Letty" Allen is a resident of New Jersey. Eric Allen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

39.    Denise Allen, individually, as surviving parent of Richard L. Allen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Denise Allen is a resident of New York. Richard L. Allen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

40.    Denise Allen, as the Personal Representative of the Estate of Richard L. Allen, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Richard L. Allen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Denise Allen is a resident of New York. Richard L. Allen is one of the Decedents murdered as a result of the terrorist attacks of September 11,

2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

41.  Richard Allen, individually, as surviving parent of Richard L. Allen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Richard Allen is a resident of New York. Richard L. Allen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

42.  Robert C. Alonso, individually, as surviving spouse of Janet Alonso, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert C. Alonso is a resident of New York. Janet Alonso is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

43.  Robert C. Alonso, as the Personal Representative of the Estate of Janet Alonso, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Janet Alonso, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert C. Alonso is a resident of New York. Janet Alonso is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

44.  Victoria Alonso, individually, as surviving child of Janet Alonso, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Victoria Alonso is a resident of New York. Janet Alonso is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

45.  Robert C. Alonso Jr., individually, as surviving child of Janet Alonso, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert C. Alonso Jr. is a resident of New York. Janet Alonso is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

46.  Karen Banyo, individually, as surviving sibling of Janet Alonso, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen Banyo is a resident of New York. Janet Alonso is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

47.  Cheryl A. Russo, individually, as surviving sibling of Janet Alonso, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cheryl A. Russo is a resident of New York. Janet Alonso is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to

which the Defendants provided material support and assistance in furtherance of the attacks.

48.     Filiberta Barragan, individually, as surviving spouse of Antonio J. Alvarez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Filiberta Barragan is a resident of New York. Antonio J. Alvarez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

49.     Giovanni Javier, individually, as surviving child of Antonio J. Alvarez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Giovanni Javier is a resident of New York. Antonio J. Alvarez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

50.     BNY Mellon, as the Personal Representative of the Estate of Antonio J. Alvarez, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Antonio J. Alvarez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Antonio J. Alvarez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

51.     Anthony Amatuccio, individually, as surviving sibling of Joseph Amatuccio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Amatuccio is a resident of Minnesota. Joseph Amatuccio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

52.     Antoinette Amatuccio a/k/a Antoinette R. Callori, individually, as surviving sibling of Joseph Amatuccio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Antoinette Amatuccio a/k/a Antoinette R. Callori is a resident of Pennsylvania. Joseph Amatuccio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

53.     Debra Amatuccio, individually, as surviving spouse of Joseph Amatuccio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Debra Amatuccio is a resident of New York. Joseph Amatuccio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

54.     Debra Amatuccio, as the Personal Representative of the Estate of Joseph Amatuccio, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joseph Amatuccio, is a Plaintiff seeking justice for

8

the tragic events of September 11, 2001. Debra Amatuccio is a resident of New York. Joseph Amatuccio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

55.     Dina Amatuccio, individually, as surviving child of Joseph Amatuccio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dina Amatuccio is a resident of New York. Joseph Amatuccio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

56.     Joseph Amatuccio, individually, as surviving child of Joseph Amatuccio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Amatuccio is a resident of New York. Joseph Amatuccio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

57.     Karen Amundson, individually, as surviving parent of Spc. Craig Amundson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen Amundson is a resident of Missouri. Spc. Craig Amundson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

58.     Orland Amundson, individually, as surviving parent of Spc. Craig Amundson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Orland Amundson is a resident of Missouri. Spc. Craig Amundson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

59.     Ryan Amundson, individually, as surviving sibling of Spc. Craig Amundson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ryan Amundson is a resident of Missouri. Spc. Craig Amundson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

60.     Amber A. Amundson, as the Personal Representative of the Estate of Spc. Craig Amundson, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Spc. Craig Amundson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Amber A. Amundson is a resident of New Mexico. Spc. Craig Amundson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

61. Rachel Dana Aron Weiner, individually, as surviving spouse of Joshua Aron, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rachel Dana Aron Weiner is a resident of Pennsylvania. Joshua Aron is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

62. Rachel Dana Aron Weiner, as the Personal Representative of the Estate of Joshua Aron, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joshua Aron, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rachel Dana Aron Weiner is a resident of Pennsylvania. Joshua Aron is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

63. Carl Asaro, individually, as surviving child of Carl Asaro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carl Asaro is a resident of New York. Carl Asaro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

64. Heloiza Asaro, individually, as surviving spouse of Carl Asaro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Heloiza Asaro is a resident of New York. Carl Asaro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

65. Heloiza Asaro, as the Personal Representative of the Estate of Carl Asaro, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Carl Asaro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Heloiza Asaro is a resident of New York. Carl Asaro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

66. Marc Asaro, individually, as surviving child of Carl Asaro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marc Asaro is a resident of New York. Carl Asaro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

67. Matthew Asaro, individually, as surviving child of Carl Asaro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matthew Asaro is a resident of New York. Carl Asaro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

68. Phillip Asaro, individually, as surviving child of Carl Asaro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Phillip Asaro is a resident of New York. Carl Asaro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

69. Rebecca Asaro, individually, as surviving child of Carl Asaro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rebecca Asaro is a resident of New York. Carl Asaro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

70. Jason Audiffred, individually, as surviving child of James Audiffred, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jason Audiffred is a resident of Florida. James Audiffred is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

71. Robin Audiffred, individually, as surviving spouse of James Audiffred, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robin Audiffred is a resident of New York. James Audiffred is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

72. Robin Audiffred, as the Personal Representative of the Estate of James Audiffred, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of James Audiffred, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robin Audiffred is a resident of New York. James Audiffred is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

73. Antonio Aversano, individually, as surviving child of Louis F. Aversano Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Antonio Aversano is a resident of California. Louis F. Aversano Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

74. Doris Aversano, individually, as surviving spouse of Louis F. Aversano Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Doris Aversano is a resident of Florida. Louis F. Aversano Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

75. Doris Aversano, as the Personal Representative of the Estate of Louis F. Aversano Jr., deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Louis F. Aversano Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Doris Aversano is a resident of Florida. Louis F. Aversano Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

76. Rosemary Aversano, individually, as surviving child of Louis F. Aversano Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rosemary Aversano is a resident of New York. Louis F. Aversano Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

77. Lisa R. Procaccio, individually, as surviving child of Louis F. Aversano Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lisa R. Procaccio is a resident of New Jersey. Louis F. Aversano Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

78. Leyda Colon-Ayala, individually, as surviving spouse of Samuel (Sandy) Ayala, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leyda Colon-Ayala is a resident of New York. Samuel (Sandy) Ayala is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

79. Leyda Colon-Ayala, as the Personal Representative of the Estate of Samuel (Sandy) Ayala, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Samuel (Sandy) Ayala, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leyda Colon-Ayala is a resident of New York. Samuel (Sandy) Ayala is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

80. Samantha Ayala, individually, as surviving child of Samuel (Sandy) Ayala, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Samantha Ayala is a resident of Kentucky. Samuel (Sandy) Ayala is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

81. Vincent Babakitis, individually, as surviving child of Arlene T. Babakitis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vincent Babakitis is a resident of New Jersey. Arlene T. Babakitis is one of the Decedents murdered as a result

12

of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

82.   James Babakitis, as the Personal Representative of the Estate of Arlene T. Babakitis, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Arlene T. Babakitis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Babakitis is a resident of New Jersey. Arlene T. Babakitis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

83.   Evelyn Pettignano, individually, as surviving sibling of Arlene T. Babakitis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Evelyn Pettignano is a resident of New Jersey. Arlene T. Babakitis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

84.   Evelyn Pettignano and Karen Reoch, as co-Personal Representatives of the Estate of Sadie Reoch, deceased, the late parent of Arlene T. Babakitis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen Reoch, as co-Personal Representative of the Estate of Sadie Reoch is a resident of New York. Evelyn Pettignano, as co-Personal Representative of the Estate of Sadie Reoch is a resident of New Jersey. Arlene T. Babakitis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

85.   Karen Ann Reoch, individually, as surviving sibling of Arlene T. Babakitis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen Ann Reoch is a resident of New York. Arlene T. Babakitis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

86.   Laura Baierwalter, individually, as surviving spouse of Robert J. Baierwalter, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laura Baierwalter is a resident of New York. Robert J. Baierwalter is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

87.   Laura Baierwalter, as the Personal Representative of the Estate of Robert J. Baierwalter, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert J. Baierwalter, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laura Baierwalter is a resident of New York. Robert J. Baierwalter is one of the Decedents murdered as a result of the terrorist attacks

of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

88. Raymond Baierwalter, individually, as surviving child of Robert J. Baierwalter, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Raymond Baierwalter is a resident of New York. Robert J. Baierwalter is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

89. Richard Baierwalter, individually, as surviving child of Robert J. Baierwalter, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Richard Baierwalter is a resident of New York. Robert J. Baierwalter is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

90. Veronica Baierwalter, individually, as surviving child of Robert J. Baierwalter, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Veronica Baierwalter is a resident of New York. Robert J. Baierwalter is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

91. Maureen Schlowinski, individually, as surviving sibling of Robert J. Baierwalter, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maureen Schlowinski is a resident of New York. Robert J. Baierwalter is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

92. Daniel Barnes, individually, as surviving sibling of Matthew Barnes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel Barnes is a resident of New York. Matthew Barnes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

93. Denise Barnes, individually, as surviving sibling of Matthew Barnes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Denise Barnes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

94. Jesse Barnes, individually, as surviving child of Matthew Barnes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jesse Barnes is a resident of New York. Matthew Barnes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

and to which the Defendants provided material support and assistance in furtherance of the attacks.

95.     Matthew Barnes Jr., individually, as surviving child of Matthew Barnes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matthew Barnes Jr. is a resident of New York. Matthew Barnes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

96.     Russell Barnes, individually, as surviving sibling of Matthew Barnes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Russell Barnes is a resident of Florida. Matthew Barnes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

97.     Suzanne Barnes, individually, as surviving sibling of Matthew Barnes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Suzanne Barnes is a resident of South Carolina. Matthew Barnes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

98.     Thomas Barnes, individually, as surviving child of Matthew Barnes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Barnes is a resident of New York. Matthew Barnes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

99.     Susan Barnes-Ford, individually, as surviving spouse of Matthew Barnes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan Barnes-Ford is a resident of New York. Matthew Barnes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

100.    Susan Barnes-Ford, as the Personal Representative of the Estate of Matthew Barnes, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Matthew Barnes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan Barnes-Ford is a resident of New York. Matthew Barnes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

101.    Daniel Barnes and Russell Barnes, as Co-Personal Representatives of the Estate of Yvette Mell, deceased, the late parent of Matthew Barnes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Russell Barnes is a resident of Florida. Daniel

Barnes is a resident of New York. Matthew Barnes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

102. Ricardo Barnes, individually, as surviving spouse of Sheila P. Barnes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ricardo Barnes is a resident of New York. Sheila P. Barnes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

103. Ricardo Barnes, as the Personal Representative of the Estate of Sheila P. Barnes, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Sheila P. Barnes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ricardo Barnes is a resident of New York. Sheila P. Barnes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

104. Christine Barnes-Murrell, individually, as surviving child of Sheila P. Barnes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christine Barnes-Murrell is a resident of New York. Sheila P. Barnes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

105. Zulema Barnes-Robinson, individually, as surviving child of Sheila P. Barnes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Zulema Barnes-Robinson is a resident of New York. Sheila P. Barnes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

106. Elizabeth a/k/a Betty Bennett, individually, as surviving parent of Eric L. Bennett, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth a/k/a Betty Bennett is a resident of Michigan. Eric L. Bennett is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

107. Elizabeth a/k/a Betty Bennett, as the Personal Representative of the Estate of Eric L. Bennett, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Eric L. Bennett, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth a/k/a Betty Bennett is a resident of Michigan. Eric L. Bennett is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

16

108.   Kimberly Ann Bennett, individually, as surviving sibling of Eric L. Bennett, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kimberly Ann Bennett is a resident of Michigan. Eric L. Bennett is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

109.   Terry Bennett, individually, as surviving parent of Eric L. Bennett, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Terry Bennett is a resident of Michigan. Eric L. Bennett is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

110.   William J. Biggart, individually, as surviving child of William G. Biggart, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William J. Biggart is a resident of Washington. William G. Biggart is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

111.   Elizabeth Linker, individually, as surviving sibling of William G. Biggart, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth Linker is a resident of New York. William G. Biggart is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

112.   Margaret Burke a/k/a Margaret Burke, individually, as surviving sibling of William G. Biggart, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Margaret Burke a/k/a Margaret Burke is a resident of New York. William G. Biggart is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

113.   William Bishop, individually, as surviving child of George Bishop, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William Bishop is a resident of New Jersey. George Bishop is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

114.   John Doe 4, being intended to designate the Personal Representative of the Estate of George Bishop, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of George Bishop, is a Plaintiff seeking justice for the tragic events of

17

September 11, 2001. George Bishop is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

115.   John Doe 5, being intended to designate the Personal Representative of the Estate of Carrie R. Blagburn, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Carrie R. Blagburn, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carrie R. Blagburn is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

116.   Kevin Smith, individually, as surviving child of Carrie R. Blagburn, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin Smith is a resident of Texas. Carrie R. Blagburn is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

117.   Kim Williams, individually, as surviving child of Carrie R. Blagburn, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kim Williams is a resident of Maryland. Carrie R. Blagburn is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

118.   Esther Jackson-Blanding, as the Personal Representative of the Estate of Alexander Blanding, deceased, the late sibling of Harry J. Blanding, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Esther Jackson-Blanding, as the Personal Representative of the Estate of Alexander Blanding is a resident of California. Harry J. Blanding is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

119.   Dorothy Blanding, individually, as surviving parent of Harry J. Blanding, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dorothy Blanding is a resident of New Jersey. Harry J. Blanding is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

120.   Carol Boccardi, individually, as surviving parent of Michael A. Boccardi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carol Boccardi is a resident

of New York. Michael A. Boccardi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

121.   Carol Boccardi, as the Personal Representative of the Estate of Michael A. Boccardi, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael A. Boccardi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carol Boccardi is a resident of New York. Michael A. Boccardi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

122.   Michelle Bronson, as Personal Representative of the Estate of Michael R. Boccardi, deceased, the late parent of Michael A. Boccardi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michelle Bronson, as Personal Representative of the Estate of Michael R. Boccardi, is a resident of New York. Michael A. Boccardi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

123.   Roya Bolourchi Touran, individually, as surviving child of Touran (Touri) Bolourchi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Roya Bolourchi Touran is a resident of Massachusetts. Touran (Touri) Bolourchi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

124.   John Doe 67, being intended to designate the Personal Representative of the Estate of Touran (Touri) Bolourchik, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Touran (Touri) Bolourchi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Touran (Touri) Bolourchi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

125.   Kathryn B. Agugliaro, individually, as surviving parent of Frank J. Bonomo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathryn B. Agugliaro is a resident of Florida. Frank J. Bonomo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

126. Joseph Anthony Bonomo, individually, as surviving child of Frank J. Bonomo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Anthony Bonomo is a resident of New York. Frank J. Bonomo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

127. Juliana Rose Bonomo, individually, as surviving child of Frank J. Bonomo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Juliana Rose Bonomo is a resident of New York. Frank J. Bonomo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

128. Margarite Bonomo, individually, as surviving spouse of Frank J. Bonomo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Margarite Bonomo is a resident of New York. Frank J. Bonomo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

129. Margarite Bonomo, as the Personal Representative of the Estate of Frank J. Bonomo, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Frank J. Bonomo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Margarite Bonomo is a resident of New York. Frank J. Bonomo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

130. Lenore B. Williams, individually, as surviving sibling of Frank J. Bonomo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lenore B. Williams is a resident of Florida. Frank J. Bonomo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

131. Alexandra Bowen, individually, as surviving child of Donna Bowen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexandra Bowen is a resident of Florida. Donna Bowen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

132. Anastasia Siberon, individually, as surviving child of Donna Bowen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anastasia Siberonis a resident of Florida. Donna Bowen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

and to which the Defendants provided material support and assistance in furtherance of the attacks.

133. Eugene Bowen, individually, as surviving spouse of Donna Bowen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eugene Bowen is a resident of Florida. Donna Bowen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

134. Eugene Bowen, as the Personal Representative of the Estate of Donna Bowen, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Donna Bowen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eugene Bowen is a resident of Florida. Donna Bowen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

135. Eugene Bowen Jr., individually, as surviving child of Donna Bowen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eugene Bowen Jr. is a resident of Florida. Donna Bowen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

136. Dior P. Gordon, individually, as surviving child of Veronique N. Bowers, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dior P. Gordon is a resident of South Carolina. Veronique N. Bowers is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

137. Dior P. Gordon, as the Personal Representative of the Estate of Veronique N. Bowers, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Veronique N. Bowers, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dior P. Gordon is a resident of South Carolina. Veronique N. Bowers is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

138. Jeffery M. Bright, individually, as surviving sibling of Gary L. Bright, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeffery M. Bright is a resident of Tennessee. Gary L. Bright is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

139. Jeffery M. Bright, as the Personal Representative of the Estate of Gary L. Bright, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gary L. Bright, is a Plaintiff seeking justice for the

tragic events of September 11, 2001. Jeffery M. Bright is a resident of Tennessee. Gary L. Bright is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

140.    Jennifer Love,as Personal Representative of the Estate of William Bright, deceased, the late parent of Gary L. Bright, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennifer Love is a resident of Florida. Gary L. Bright is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

141.    Michael Hornback II, as Personal Representative of the Estate of Michelle L. Hornback, deceased, the late sibling of Gary L. Bright, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Hornback II, as Personal Representative of the Estate of Michelle L. Hornback is a resident of Indiana. Gary L. Bright is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

142.    Andrea Caballero Valadez, individually, as surviving sibling of Daniel M. Caballero, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrea Caballero Valadez is a resident of Texas. Daniel M. Caballero is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

143.    Andres Caballero, individually, as surviving parent of Daniel M. Caballero, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andres Caballero is a resident of Texas. Daniel M. Caballero is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

144.    Claudia Caballero, individually, as surviving sibling of Daniel M. Caballero, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Claudia Caballero is a resident of Texas. Daniel M. Caballero is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

145.    Maria Caballero, individually, as surviving parent of Daniel M. Caballero, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Caballero is a resident of Texas. Daniel M. Caballero is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

146.   Maria Caballero, as the Personal Representative of the Estate of Daniel M. Caballero, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Daniel M. Caballero, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Caballero is a resident of Texas. Daniel M. Caballero is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

147.   Jamie Cachia, individually, as surviving sibling of Brian Cachia, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jamie Cachia is a resident of Texas. Brian Cachia is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

148.   Sabrina C. Spencer, individually, as surviving parent of Brian Cachia, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sabrina C. Spencer is a resident of New York. Brian Cachia is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

149.   Joseph Cachia, individually, as surviving parent of Brian Cachia, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Cachia is a resident of Florida. Brian Cachia is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

150.   Joseph Cachia, as the Personal Representative of the Estate of Brian Cachia, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Brian Cachia, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Cachia is a resident of Florida. Brian Cachia is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

151.   Alexander Calabro, individually, as surviving child of Salvatore B. Calabro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexander Calabro is a resident of New Jersey. Salvatore B. Calabro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

152.   Daniel Calabro, individually, as surviving child of Salvatore B. Calabro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel Calabro is a resident of New Jersey. Salvatore B. Calabro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

153.  Francine Calabro, individually, as surviving spouse of Salvatore B. Calabro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Francine Calabro is a resident of New Jersey. Salvatore B. Calabro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

154.  Francine Calabro, as the Personal Representative of the Estate of Salvatore B. Calabro, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Salvatore B. Calabro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Francine Calabro is a resident of New Jersey. Salvatore B. Calabro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

155.  Carl Calabro, individually, as surviving sibling of Salvatore B. Calabro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carl Calabro is a resident of New York. Salvatore B. Calabro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

156.  Martin Armstrong, individually, as surviving sibling of Felix Calixte, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Martin Armstrong is a resident of Colorado. Felix Calixte is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

157.  Rhonda Branch, individually, as surviving sibling of Felix Calixte, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rhonda Branch is a resident of U.S. Virgin Islands. Felix Calixte is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

158.  Peter Anderson Calixte, individually, as surviving sibling of Felix Calixte, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Anderson Calixte is a resident of U.S. Virgin Islands. Felix Calixte is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

159.  Marguerite Calixte-Williams, individually, as surviving parent of Felix Calixte, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marguerite Calixte-Williams is a resident of Colorado. Felix Calixte is one of the Decedents murdered as a

result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

160. Marguerite Calixte-Williams, as the Co-Personal Representative of the Estate of Felix Calixte, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Felix Calixte, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marguerite Calixte-Williams is a resident of Colorado. Felix Calixte is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

161. Nina DeSouza, individually, as surviving sibling of Felix Calixte, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nina DeSouza is a resident of Texas. Felix Calixte is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

162. Keream Williams, individually, as surviving sibling of Felix Calixte, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Keream Williams is a resident of Texas. Felix Calixte is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

163. Kizzy Williams, individually, as surviving sibling of Felix Calixte, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kizzy Williams is a resident of Texas. Felix Calixte is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

164. Remy Williams, individually, as surviving sibling of Felix Calixte, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Remy Williams is a resident of Texas. Felix Calixte is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

165. Terra Williams, individually, as surviving sibling of Felix Calixte, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Terra Williams is a resident of North Carolina. Felix Calixte is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

166. Angela Callahan, individually, as surviving spouse of Francis J. Callahan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Angela Callahan is a resident

of New York. Francis J. Callahan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

167. Angela Callahan, as the Personal Representative of the Estate of Francis J. Callahan, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Francis J. Callahan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Angela Callahan is a resident of New York. Francis J. Callahan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

168. Harry Callahan, individually, as surviving child of Francis J. Callahan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Harry Callahan is a resident of New York. Francis J. Callahan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

169. Nora M. Callahan, individually, as surviving child of Francis J. Callahan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nora M. Callahan is a resident of New York. Francis J. Callahan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

170. Peter Callahan, individually, as surviving child of Francis J. Callahan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Callahan is a resident of New York. Francis J. Callahan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

171. Rose (Callahan) Verno, individually, as surviving child of Francis J. Callahan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rose (Callahan) Verno is a resident of New York. Francis J. Callahan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

172. Tereza Antonios, individually, as surviving child of Roko Camaj, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tereza Antonios is a resident of Austrailia. Roko Camaj is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

173.  Angelina Camaj, individually, as surviving child of Roko Camaj, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Angelina Camaj is a resident of New York. Roko Camaj is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

174.  Katrina Camaj, individually, as surviving spouse of Roko Camaj, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Katrina Camaj is a resident of New York. Roko Camaj is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

175.  Katrina Camaj, as the Personal Representative of the Estate of Roko Camaj, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Roko Camaj, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Katrina Camaj is a resident of New York. Roko Camaj is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

176.  Vincent Camaj, individually, as surviving child of Roko Camaj, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vincent Camaj is a resident of New York. Roko Camaj is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

177.  Darrick Carlone, individually, as surviving child of David G. Carlone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Darrick Carlone is a resident of New Jersey. David G. Carlone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

178.  Matthew Carlone, individually, as surviving child of David G. Carlone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matthew Carlone is a resident of New York. David G. Carlone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

179.  Nicholas A. Carlone, individually, as surviving child of David G. Carlone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nicholas A. Carlone is a resident of Connecticut. David G. Carlone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

180.   Daniel R. Carlson, individually, as surviving child of Rosemarie C. Carlson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel R. Carlson is a resident of New Jersey. Rosemarie C. Carlson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

181.   James D. Carlson, individually, as surviving child of Rosemarie C. Carlson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James D. Carlson is a resident of New York. Rosemarie C. Carlson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

182.   Kimberly R. Carlson, individually, as surviving child of Rosemarie C. Carlson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kimberly R. Carlson is a resident of New Jersey. Rosemarie C. Carlson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

183.   Stephen J. Carlson, individually, as surviving child of Rosemarie C. Carlson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephen J. Carlson is a resident of New Jersey. Rosemarie C. Carlson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

184.   Crystal Ortiz, individually, as surviving child of Rosemarie C. Carlson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Crystal Ortiz is a resident of New York. Rosemarie C. Carlson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

185.   Evita Ortiz, individually, as surviving child of Rosemarie C. Carlson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Evita Ortiz is a resident of Florida. Rosemarie C. Carlson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

186.   Debra Carson, individually, as surviving spouse of James Carson Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Debra Carson is a resident of New York. James Carson Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

187.    Debra Carson, as the Personal Representative of the Estate of James Carson Jr., deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of James Carson Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Debra Carson is a resident of New York. James Carson Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

188.    James M. Carson, individually, as surviving child of James Carson Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. James M. Carson is a resident of New York. James Carson Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

189.    Angenette Cash, individually, as surviving child of Angelene C. Carter, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Angenette Cash is a resident of Maryland. Angelene C. Carter is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

190.    Freddye Jean Carter-Perry a/k/a Freddye Carter-Perry, individually, as surviving child of Angelene C. Carter, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Freddye Jean Carter-Perry a/k/a Freddye Carter-Perry is a resident of Maryland. Angelene C. Carter is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

191.    Freddye Jean Carter-Perry a/k/a Freddye Carter-Perry, as the Personal Representative of the Estate of Angelene C. Carter, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Angelene C. Carter, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Freddye Jean Carter-Perry a/k/a Freddye Carter-Perry is a resident of Maryland. Angelene C. Carter is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

192.    Angilic Casalduc, individually, as surviving child of Vivian Casalduc, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Angilic Casalduc is a resident of New York. Vivian Casalduc is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

193.    Paul Casalduc, individually, as surviving child of Vivian Casalduc, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paul Casalduc is a resident of Florida. Vivian Casalduc is one of the Decedents murdered as a result of the terrorist attacks of

September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

194.  Yon-Paul Casalduc, as the Personal Representative of the Estate of Vivian Casalduc, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Vivian Casalduc, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Yon-Paul Casalduc is a resident of New York. Vivian Casalduc is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

195.  Jeanette Kirby, individually, as surviving sibling of Vivian Casalduc, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeanette Kirby is a resident of Florida. Vivian Casalduc is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

196.  Maria Poliard, individually, as surviving parent of Vivian Casalduc, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Poliard is a resident of Florida. Vivian Casalduc is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

197.  Evan Cascio, individually, as surviving sibling of Paul R. Cascio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Evan Cascio is a resident of California. Paul R. Cascio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

198.  Evan Cascio, as the Personal Representative of the Estate of Paul R. Cascio, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Paul R. Cascio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Evan Cascio is a resident of California. Paul R. Cascio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

199.  Janet Cascio, individually, as surviving parent of Paul R. Cascio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Janet Cascio is a resident of New York. Paul R. Cascio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

200. Paul Cascio, individually, as surviving parent of Paul R. Cascio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paul Cascio is a resident of New York. Paul R. Cascio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

201. Diana P. Castano, individually, as surviving spouse of Alejandro Castano, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Diana P. Castano is a resident of Connecticut. Alejandro Castano is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

202. Diana P. Castano, as the Personal Representative of the Estate of Alejandro Castano, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Alejandro Castano, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Diana P. Castano is a resident of Connecticut. Alejandro Castano is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

203. Francisco Castano, individually, as surviving parent of Alejandro Castano, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Francisco Castano is a resident of New Jersey. Alejandro Castano is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

204. Steven Castano, individually, as surviving child of Alejandro Castano, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Steven Castano is a resident of New Jersey. Alejandro Castano is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

205. Yolanda Castano, individually, as surviving parent of Alejandro Castano, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Yolanda Castano is a resident of New Jersey. Alejandro Castano is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

206. Claudia Rodriguez, individually, as surviving sibling of Alejandro Castano, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Claudia Rodriguez is a resident of New Jersey. Alejandro Castano is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and

Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

207.   John Doe 7, being intended to designate the Personal Representative of the Estate of Arcelia Castillo, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Arcelia Castillo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Arcelia Castillo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

208.   Rodrigo Gomez Castillo, individually, as surviving sibling of Arcelia Castillo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rodrigo Gomez Castillo is a resident of South Carolina. Arcelia Castillo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

209.   Anthony Roman, individually, as surviving child of Arcelia Castillo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Roman is a resident of New Jersey. Arcelia Castillo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

210.   Silvio Roman, individually, as surviving child of Arcelia Castillo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Silvio Roman is a resident of New Jersey. Arcelia Castillo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

211.   Ana L. Centeno, individually, as surviving sibling of Ana M. Centeno, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ana L. Centeno is a resident of New Jersey. Ana M. Centeno is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

212.   Jesus Centeno, individually, as surviving sibling of Ana M. Centeno, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jesus Centeno is a resident of Pennsylvania. Ana M. Centeno is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

213.   Antonia Torres Ayala, as Personal Representative of the Estate of Julio Masa Lebron, deceased, the late parent of Ana M. Centeno, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Antonia Torres Ayala is a resident of Puerto Rico. Ana M. Centeno is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

214.   Harry Massa, individually, as surviving sibling of Ana M. Centeno, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Harry Massa is a resident of Puerto Rico. Ana M. Centeno is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

215.   Havier Massa, individually, as surviving sibling of Ana M. Centeno, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Havier Massa is a resident of New Jersey. Ana M. Centeno is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

216.   Margarita Perez, individually, as surviving sibling of Ana M. Centeno, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Margarita Perez is a resident of North Carolina. Ana M. Centeno is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

217.   Angeles Rivera, individually, as surviving sibling of Ana M. Centeno, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Angeles Rivera is a resident of New Jersey. Ana M. Centeno is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

218.   Angeles Rivera, as the Personal Representative of the Estate of Ana M. Centeno, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ana M. Centeno, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Angeles Rivera is a resident of New Jersey. Ana M. Centeno is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

219.   Antonia Torres Ayala, individually, as surviving parent of Ana M. Centeno, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Antonia Torres Ayala is a resident of New Jersey. Ana M. Centeno is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

220.   Maria Zayas, individually, as surviving sibling of Ana M. Centeno, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Zayas is a resident of New Jersey. Ana M. Centeno is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

221.   Tammy Marie Merritt a/k/a Tammy Marie Chada Merritt, individually, as surviving child of John Chada, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tammy Marie Merritt a/k/a Tammy Marie Chada Merritt is a resident of Missouri. John Chada is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

222.   Virginia Chada, individually, as surviving spouse of John Chada, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Virginia Chada is a resident of Missouri. John Chada is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

223.   Virginia Chada, as the Personal Representative of the Estate of John Chada, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of John Chada, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Virginia Chada is a resident of Missouri. John Chada is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

224.   Darien P. Cherry, individually, as surviving child of Vernon P. Cherry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Darien P. Cherry is a resident of Virginia. Vernon P. Cherry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

225.   John Doe 109 as Personal Representative of the Estate of Joanne Cherry, deceased, as the late spouse of Vernon P. Cherry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vernon P. Cherry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

226.   Selena Daniel, individually, as surviving child of Vernon P. Cherry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Selena Daniel is a resident of Maryland. Vernon P. Cherry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

227.    Selena Daniel, as Personal Representative of the Estate of Vernon P. Cherry, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Vernon P. Cherry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Selena Daniel is a resident of Maryland. Vernon P. Cherry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

228.    Scott Donovan, Esq. as Personal Representative of the Estate of Ryan Cherry, deceased, the late child of Vernon P. Cherry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Scott Donovan, Esq. as Personal Representative of the Estate of Ryan Cherry is a resident of Virginia. Vernon P. Cherry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

229.    Ana Soria, individually, as surviving spouse of Luis A. Chimbo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ana Soria is a resident of New York. Luis A. Chimbo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

230.    BNY Mellon, as the Personal Representative of the Estate of Luis A. Chimbo, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Luis A. Chimbo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Luis A. Chimbo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

231.    Luis Chimbo, individually, as surviving child of Luis A. Chimbo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Luis Chimbo is a resident of New York. Luis A. Chimbo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

232.    Fahina Chowdhury, individually, as surviving child of Mohammed S. Chowdhury, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Fahina Chowdhury is a resident of Pennsylvania. Mohammed S. Chowdhury is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

233.    Farqad Chowdhury, individually, as surviving child of Mohammed S. Chowdhury, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Farqad Chowdhury is a resident of Pennsylvania. Mohammed S. Chowdhury is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out

by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

234. Baraheen Ashrafi, individually, as surviving spouse of Mohammed S. Chowdhury, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Baraheen Ashrafi is a resident of Pennsylvania. Mohammed S. Chowdhury is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

235. Baraheen Ashrafi, as the Personal Representative of the Estate of Mohammed S. Chowdhury, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mohammed S. Chowdhury, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Baraheen Ashrafi is a resident of Pennsylvania. Mohammed S. Chowdhury is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

236. Stephen P. Heuston, Esq., as the Personal Representative of the Estate of Edna Cintron, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edna Cintron, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephen P. Heuston, Esq., is a resident of Florida. Edna Cintron is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

237. Stephen P. Heuston, Esq. as Personal Representative for the Estate of William Cintron-Lugos a/k/a William Cintron, deceased, the late spouse of Edna Cintron, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephen P. Heuston, Esq. is a resident of Florida. Edna Cintron is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

238. Anthony Clark, individually, as surviving sibling of Benjamin K. Clark, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Clark is a resident of New York. Benjamin K. Clark is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

239. Courtland Jerome Clark, individually, as surviving sibling of Benjamin K. Clark, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Courtland Jerome Clark is a resident of New York. Benjamin K. Clark is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

240.    Elsie Clark, individually, as surviving parent of Benjamin K. Clark, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elsie Clark is a resident of New York. Benjamin K. Clark is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

241.    Gabriel Clark, individually, as surviving child of Benjamin K. Clark, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gabriel Clark is a resident of California. Benjamin K. Clark is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

242.    LaShawn Clark, individually, as surviving spouse of Benjamin K. Clark, is a Plaintiff seeking justice for the tragic events of September 11, 2001. LaShawn Clark is a resident of Pennsylvania. Benjamin K. Clark is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

243.    LaShawn Clark, as the Personal Representative of the Estate of Benjamin K. Clark, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Benjamin K. Clark, is a Plaintiff seeking justice for the tragic events of September 11, 2001. LaShawn Clark is a resident of Pennsylvania. Benjamin K. Clark is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

244.    Randy Clark, individually, as surviving sibling of Benjamin K. Clark, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Randy Clark is a resident of Illinois. Benjamin K. Clark is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

245.    Sean Clark, individually, as surviving child of Benjamin K. Clark, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sean Clark is a resident of Ohio. Benjamin K. Clark is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

246.    Taj-Pierre Clark, individually, as surviving child of Benjamin K. Clark, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Taj-Pierre Clark is a resident of Pennsylvania. Benjamin K. Clark is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

247. Elsie Clark as Personal Representative of the Estate of Benjamin Clark, Sr., deceased, the late parent of Benjamin K. Clark, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elsie Clark as Personal Representative of the Estate of Benjamin Clark. Sr. is a resident of New York. Benjamin K. Clark is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

248. Brittany Hantz, individually, as surviving child of Benjamin K. Clark, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brittany Hantz is a resident of Pennsylvania. Benjamin K. Clark is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

249. Sharon McAvinue, individually, as surviving sibling of Donna Clarke, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sharon McAvinue is a resident of New York. Donna Clarke is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

250. Thomas G. McAvinue, individually, as surviving sibling of Donna Clarke, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas G. McAvinue is a resident of Pennsylvania. Donna Clarke is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

251. Stephanie Marie Sampson, individually, as surviving child of Donna Clarke, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephanie Marie Sampson is a resident of New York. Donna Clarke is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

252. Stephanie Marie Sampson, as the Personal Representative of the Estate of Donna Clarke, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Donna Clarke, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephanie Marie Sampson is a resident of New York. Donna Clarke is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

253. Patricia McAvinue McCarthy, individually, as surviving sibling of Donna Clarke, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia McAvinue

38

McCarthy is a resident of New York. Donna Clarke is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

254. Cathleen Mary Cleary, individually, as surviving sibling of Kevin F. Cleary, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cathleen Mary Cleary is a resident of Rhode Island. Kevin F. Cleary is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

255. Christopher James Cleary, individually, as surviving sibling of Kevin F. Cleary, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher James Cleary is a resident of North Carolina. Kevin F. Cleary is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

256. Christopher James Cleary, as the co-Personal Representative of the Estate of Kevin F. Cleary, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kevin F. Cleary, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher James Cleary is a resident of North Carolina. Kevin F. Cleary is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

257. Christopher J. Cleary and Patricia M. Cleary, as co-Personal Representatives of the Estate of Elizabeth Cleary, deceased, the late parent of Kevin F. Cleary, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher J. Cleary  and Patricia M. Cleary  are residents of North Carolina. Kevin F. Cleary is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

258. Michael G. Cleary, individually, as surviving sibling of Kevin F. Cleary, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael G. Cleary is a resident of Connecticut. Kevin F. Cleary is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

259. Patricia Mary Cleary, individually, as surviving sibling of Kevin F. Cleary, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Mary Cleary is a resident of North Carolina. Kevin F. Cleary is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

260. Patricia Mary Cleary, as the co-Personal Representative of the Estate of Kevin F. Cleary, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kevin F. Cleary, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Mary Cleary is a resident of North Carolina. Kevin F. Cleary is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

261. Thomas J. Cleary, individually, as surviving sibling of Kevin F. Cleary, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas J. Cleary is a resident of the District of Columbia. Kevin F. Cleary is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

262. Maureen Cleary Colligan, individually, as surviving sibling of Kevin F. Cleary, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maureen Cleary Colligan is a resident of Connecticut. Kevin F. Cleary is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

263. Mio Cloud, individually, as surviving spouse of Geoffrey Cloud, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mio Cloud is a resident of Connecticut. Geoffrey Cloud is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

264. Mio Cloud, as the Personal Representative of the Estate of Geoffrey Cloud, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Geoffrey Cloud, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mio Cloud is a resident of Connecticut. Geoffrey Cloud is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

265. Beth Schutte, as the Personal Representative of the Estate of Patricia A. Cody, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Patricia A. Cody, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Beth Schutte is a resident of Pennsylvania. Patricia A. Cody is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

266. Beth Schutte, individually, as surviving child of Patricia A. Cody, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Beth Schutte is a resident of Pennsylvania. Patricia A. Cody is one of the Decedents murdered as a result of the

terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

267.   Joyce Cohen-Day, individually, as surviving child of Florence Cohen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joyce Cohen-Day is a resident of Florida. Florence Cohen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

268.   Joyce Cohen-Day, as the Personal Representative of the Estate of Florence Cohen, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Florence Cohen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joyce Cohen-Day is a resident of Florida. Florence Cohen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

269.   John Doe 9 as Personal Representative of the Estate of Mildred Gordonson, deceased, the late parent of Florence Cohen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Florence Cohen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

270.   Juana Colon, individually, as surviving spouse of Jaime Concepcion, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Juana Colon is a resident of New York. Jaime Concepcion is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

271.   Juana Colon, as the Personal Representative of the Estate of Jaime Concepcion, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jaime Concepcion, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Juana Colon is a resident of New York. Jaime Concepcion is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

272.   Orquidia Colon, individually, as surviving child of Jaime Concepcion, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Orquidia Colon is a resident of New York. Jaime Concepcion is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

273.   Reginald Colon, individually, as surviving child of Jaime Concepcion, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Reginald Colon is a resident

41

of New York. Jaime Concepcion is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

274. Rosa Colon, individually, as surviving child of Jaime Concepcion, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rosa Colon is a resident of New York. Jaime Concepcion is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

275. Mercedes Concepcion, individually, as surviving child of Jaime Concepcion, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mercedes Concepcion is a resident of Arizona. Jaime Concepcion is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

276. Jaime Concepcion Jr., individually, as surviving child of Jaime Concepcion, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jaime Concepcion Jr. is a resident of New York. Jaime Concepcion is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

277. Virginia Concepcion Desoto, individually, as surviving child of Jaime Concepcion, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Virginia Concepcion Desoto is a resident of New York. Jaime Concepcion is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

278. Kirsy Concepcion Salazar, individually, as surviving child of Jaime Concepcion, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kirsy Concepcion Salazar is a resident of New York. Jaime Concepcion is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

279. April Alexander, individually, as surviving sibling of Brenda E. Conway, is a Plaintiff seeking justice for the tragic events of September 11, 2001. April Alexander is a resident of New York. Brenda E. Conway is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

280. Stanley Alexander, individually, as surviving sibling of Brenda E. Conway, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stanley Alexander is a resident of Georgia. Brenda E. Conway is one of the Decedents murdered as a result of

the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

281.  Mandell Conway, individually, as surviving child of Brenda E. Conway, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mandell Conway is a resident of New York. Brenda E. Conway is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

282.  Russell Conway, individually, as surviving spouse of Brenda E. Conway, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Russell Conway is a resident of Georgia. Brenda E. Conway is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

283.  Russell Conway, as the Personal Representative of the Estate of Brenda E. Conway, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Brenda E. Conway, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Russell Conway is a resident of Georgia. Brenda E. Conway is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

284.  Linda McGee, individually, as surviving sibling of Brenda E. Conway, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Linda McGee is a resident of New York. Brenda E. Conway is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

285.  Shelly Ray Watford as Personal Representative of the Estate of Edith Watford, deceased, the late parent of Brenda E. Conway, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shelly Ray Watford as Personal Representative of the Estate of Edith Watford is a resident of New York. Brenda E. Conway is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

286.  Danielle Alexander, individually, as surviving child of Brenda E. Conway, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Danielle Alexander is a resident of New York. Brenda E. Conway is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

287.     Jermaine Cook, as the Personal Representative of the Estate of Helen Cook, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Helen Cook, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jermaine Cook is a resident of Maryland. Helen Cook is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

288.     Blanca M. Garcia, individually, as surviving sibling of Helen Cook, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Blanca M. Garcia is a resident of New York. Helen Cook is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

289.     Edson Garcia, individually, as surviving sibling of Helen Cook, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Edson Garcia is a resident of Florida. Helen Cook is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

290.     Keidy Garcia, individually, as surviving sibling of Helen Cook, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Keidy Garcia is a resident of Louisiana. Helen Cook is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

291.     Teoflia Garcia, individually, as surviving parent of Helen Cook, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Teoflia Garcia is a resident of New York. Helen Cook is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

292.     Moises Cordero, individually, as surviving parent of Alejandro Cordero, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Moises Cordero is a resident of New York. Alejandro Cordero is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

293.     Moises Cordero, as the Personal Representative of the Estate of Alejandro Cordero, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Alejandro Cordero, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Moises Cordero is a resident of New York. Alejandro Cordero is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to

docs-100618088.3

which the Defendants provided material support and assistance in furtherance of the attacks.

294. Teresa Cordero, individually, as surviving parent of Alejandro Cordero, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Teresa Cordero is a resident of New York. Alejandro Cordero is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

295. Wellington Cordero, individually, as surviving sibling of Alejandro Cordero, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Wellington Cordero is a resident of New York. Alejandro Cordero is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

296. Moises Cordero Jr., individually, as surviving sibling of Alejandro Cordero, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Moises Cordero Jr. is a resident of New York. Alejandro Cordero is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

297. Marina Correa, individually, as surviving parent of Danny Correa-Gutierrez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marina Correa is a resident of New Jersey. Danny Correa-Gutierrez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

298. Jessica Correa, individually, as surviving sibling of Danny Correa-Gutierrez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jessica Correa is a resident of New Jersey. Danny Correa-Gutierrez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

299. John Doe 11, being intended to designate the Personal Representative of the Estate of Danny Correa-Gutierrez, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Danny Correa-Gutierrez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Danny Correa-Gutierrez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

300.     Robert E. Marisay Jr., individually, as surviving sibling of Georgine R. Corrigan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert E. Marisay Jr. is a resident of Georgia. Georgine R. Corrigan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

301.     Laura Buck, individually, as surviving child of Georgine R. Corrigan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laura Buck is a resident of Hawaii. Georgine R. Corrigan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

302.     Laura Buck, as the Personal Representative of the Estate of Georgine R. Corrigan, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Georgine R. Corrigan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laura Buck is a resident of Hawaii. Georgine R. Corrigan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

303.     Albertina Rivera, individually, as surviving parent of Digna Costanza, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Albertina Rivera is a resident of New York. Digna Costanza is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

304.     Ingrid Rivera, individually, as surviving sibling of Digna Costanza, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ingrid Rivera is a resident of New York. Digna Costanza is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

305.     Uriel Rivera Jr., individually, as surviving sibling of Digna Costanza, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Uriel Rivera Jr. is a resident of New York. Digna Costanza is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

306.     Uriel Rivera Sr., individually, as surviving parent of Digna Costanza, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Uriel Rivera Sr. is a resident of New York. Digna Costanza is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

307. John Costanza, individually, as surviving spouse of Digna Costanza, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Costanza is a resident of Florida. Digna Costanza is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

308. John Costanza, as the Personal Representative of the Estate of Digna Costanza, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Digna Costanza, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Costanza is a resident of New York. Digna Costanza is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

309. Kathleen Birch, individually, as surviving sibling of Charles Costello, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Birch is a resident of New Jersey. Charles Costello, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

310. Charles Costello, individually, as surviving child of Charles Costello, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Charles Costello is a resident of New Jersey. Charles Costello, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

311. Mary Costello, individually, as surviving spouse of Charles Costello, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Costello is a resident of New Jersey. Charles Costello, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

312. Mary Costello, as the Personal Representative of the Estate of Charles Costello, Jr., deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Charles Costello, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Costello is a resident of New Jersey. Charles Costello, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

313. Patricia Costello, individually, as surviving sibling of Charles Costello, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Costello is a resident

of New Jersey. Charles Costello, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

314. Raymond Costello, individually, as surviving sibling of Charles Costello, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Raymond Costello is a resident of Florida. Charles Costello, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

315. Patricia Costello as Personal Representative of the Estate of Charles Costello, Sr., deceased, the late parent of Charles Costello, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Costello as Personal Representative of the Estate of Charles Costello, Sr. is a resident of New Jersey. Charles Costello, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

316. MaryKate Naples, individually, as surviving child of Charles Costello, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. MaryKate Naples is a resident of New Jersey. Charles Costello, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

317. Amanda Taylor, individually, as surviving child of Charles Costello, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Amanda Taylor is a resident of New Jersey. Charles Costello, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

318. James Coyle, individually, as surviving parent of James R. Coyle, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Coyle is a resident of New York. James R. Coyle is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

319. James Coyle, as the Personal Representative of the Estate of James R. Coyle, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of James R. Coyle, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Coyle is a resident of New York. James R. Coyle is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

320. Katherine Coyle, individually, as surviving sibling of James R. Coyle, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Katherine Coyle is a resident of New York. James R. Coyle is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

321. Regina Coyle, individually, as surviving parent of James R. Coyle, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Regina Coyle is a resident of New York. James R. Coyle is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

322. Joseph Coyle, individually, as surviving sibling of James R. Coyle, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Coyle is a resident of New York. James R. Coyle is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

323. Charles Cross, individually, as surviving sibling of Dennis Cross, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Charles Cross is a resident of New York. Dennis Cross is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

324. Virginia Fredriksen, individually, as surviving sibling of Dennis Cross, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Virginia Fredriksen is a resident of New York. Dennis Cross is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

325. Carol Cubas, individually, as surviving spouse of Kenneth J. Cubas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carol Cubas is a resident of Maine. Kenneth J. Cubas is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

326. Carol Cubas, as the Personal Representative of the Estate of Kenneth J. Cubas, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kenneth J. Cubas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carol Cubas is a resident of Maine. Kenneth J. Cubas is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

327.   Helga Curtin, individually, as surviving spouse of Michael Curtin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Helga Curtin is a resident of New York. Michael Curtin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

328.   Helga Curtin, as the Personal Representative of the Estate of Michael Curtin, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael Curtin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Helga Curtin is a resident of New York. Michael Curtin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

329.   Erika C. Sufilka, individually, as surviving child of Michael Curtin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Erika C. Sufilka is a resident of Canada. Michael Curtin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

330.   Anand A. Dataram, individually, as surviving sibling of Annette A. Dataram, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anand A. Dataram is a resident of Delaware. Annette A. Dataram is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

331.   Mahadai Dataram, individually, as surviving parent of Annette A. Dataram, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mahadai Dataram is a resident of Delaware. Annette A. Dataram is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

332.   Mahadai Dataram, as the Personal Representative of the Estate of Annette A. Dataram, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Annette A. Dataram, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mahadai Dataram is a resident of Delaware. Annette A. Dataram is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

333.   Ronald Dataram, individually, as surviving sibling of Annette A. Dataram, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ronald Dataram is a resident of New York. Annette A. Dataram is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

334.   Adam Davidson, individually, as surviving child of Lawrence Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Adam Davidson is a resident of Oregon. Lawrence Davidson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

335.   Adam Davidson, as the co-Personal Representative of the Estate of Lawrence Davidson, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lawrence Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Adam Davidson is a resident of Oregon. Lawrence Davidson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

336.   Daniel Davidson, as the co-Personal Representative of the Estate of Lawrence Davidson, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lawrence Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel Davidson is a resident of New York. Lawrence Davidson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

337.   Marc Davidson, individually, as surviving child of Lawrence Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marc Davidson is a resident of Canada. Lawrence Davidson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

338.   Delores Akinshara a/k/a Monica Akinshara, individually, as surviving sibling of Titus Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Delores Akinshara a/k/a Monica Akinshara is a resident of Canada. Titus Davidson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

339.   Tanya Dale, individually, as surviving child of Titus Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tanya Dale is a resident of New York. Titus Davidson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

340.     Tanya Dale, as the Personal Representative of the Estate of Titus Davidson, deceased, on
         behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries
         and family members of Titus Davidson, is a Plaintiff seeking justice for the tragic events
         of September 11, 2001. Tanya Dale is a resident of New York. Titus Davidson is one of
         the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that
         were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants
         provided material support and assistance in furtherance of the attacks.

341.     Denzil Davidson, individually, as surviving sibling of Titus Davidson, is a Plaintiff
         seeking justice for the tragic events of September 11, 2001. Denzil Davidson is a resident
         of Jamaica. Titus Davidson is one of the Decedents murdered as a result of the terrorist
         attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,
         and to which the Defendants provided material support and assistance in furtherance of
         the attacks.

342.     Janet Davidson, individually, as surviving sibling of Titus Davidson, is a Plaintiff seeking
         justice for the tragic events of September 11, 2001. Janet Davidson is a resident of
         Canada. Titus Davidson is one of the Decedents murdered as a result of the terrorist
         attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,
         and to which the Defendants provided material support and assistance in furtherance of
         the attacks.

343.     Merna Davidson, individually, as surviving sibling of Titus Davidson, is a Plaintiff
         seeking justice for the tragic events of September 11, 2001. Merna Davidson is a resident
         of Canada. Titus Davidson is one of the Decedents murdered as a result of the terrorist
         attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,
         and to which the Defendants provided material support and assistance in furtherance of
         the attacks.

344.     Michelle Davidson, individually, as surviving sibling of Titus Davidson, is a Plaintiff
         seeking justice for the tragic events of September 11, 2001. Michelle Davidson is a
         resident of Canada. Titus Davidson is one of the Decedents murdered as a result of the
         terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin
         Laden, and to which the Defendants provided material support and assistance in
         furtherance of the attacks.

345.     Noel Davidson, individually, as surviving sibling of Titus Davidson, is a Plaintiff seeking
         justice for the tragic events of September 11, 2001. Noel Davidson is a resident of
         Jamaica. Titus Davidson is one of the Decedents murdered as a result of the terrorist
         attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,
         and to which the Defendants provided material support and assistance in furtherance of
         the attacks.

346.     Phillip Davidson, individually, as surviving sibling of Titus Davidson, is a Plaintiff
         seeking justice for the tragic events of September 11, 2001. Phillip Davidson is a resident
         of Jamaica. Titus Davidson is one of the Decedents murdered as a result of the terrorist
         attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,
         and to which the Defendants provided material support and assistance in furtherance of
         the attacks.

347.   Rose Davidson, individually, as surviving sibling of Titus Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rose Davidson is a resident of Canada. Titus Davidson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

348.   Sam Davidson, individually, as surviving sibling of Titus Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sam Davidson is a resident of Canada. Titus Davidson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

349.   Trevor Davidson, individually, as surviving sibling of Titus Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Trevor Davidson is a resident of Canada. Titus Davidson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

350.   William Davidson, individually, as surviving sibling of Titus Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William Davidson is a resident of Canada. Titus Davidson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

351.   Phillip Davidson as Personal Representative of the Estate of Ragland Davidson, deceased, the late parent of Titus Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Phillip Davidson as Personal Representative of the Estate of Ragland Davidson is a resident of Jamaica. Titus Davidson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

352.   Carol Davidson-Simpson, individually, as surviving sibling of Titus Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carol Davidson-Simpson is a resident of Jamaica. Titus Davidson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

353.   Evis Jones, individually, as surviving sibling of Titus Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Evis Jones is a resident of Jamaica. Titus Davidson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

354.    Amy M. Knight, individually, as surviving sibling of Titus Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Amy M. Knight is a resident of Jamaica. Titus Davidson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

355.    Shirley White, individually, as surviving sibling of Titus Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shirley White is a resident of Canada. Titus Davidson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

356.    Paige Debek, individually, as surviving child of Tara Debek, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paige Debek is a resident of New York. Tara Debek is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

357.    Dariusz Debek, as the Personal Representative of the Estate of Tara Debek, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Tara Debek, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dariusz Debek is a resident of New York. Tara Debek is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

358.    Maureen Moore, individually, as surviving parent of Tara Debek, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maureen Moore is a resident of New York. Tara Debek is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

359.    Robert Moore, individually, as surviving sibling of Tara Debek, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Moore is a resident of New York. Tara Debek is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

360.    Lisa Reahl, individually, as surviving sibling of Tara Debek, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lisa Reahl is a resident of New York. Tara Debek is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

361.    Dale Choate, individually, as surviving sibling of Gerald F. DeConto, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dale Choate is a resident of

Massachusetts. Gerald F. DeConto is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

362.    David DeConto, individually, as surviving sibling of Gerald F. DeConto, is a Plaintiff seeking justice for the tragic events of September 11, 2001. David DeConto is a resident of Massachusetts. Gerald F. DeConto is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

363.    G. Don Westfall, as the Personal Representative of the Estate of Gerald F. DeConto, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gerald F. DeConto, is a Plaintiff seeking justice for the tragic events of September 11, 2001. G. Don Westfall is a resident of Virginia. Gerald F. DeConto is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

364.    Patricia DeConto, individually, as surviving parent of Gerald F. DeConto, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia DeConto is a resident of Massachusetts. Gerald F. DeConto is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

365.    Raymond DeConto, individually, as surviving sibling of Gerald F. DeConto, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Raymond DeConto is a resident of Connecticut. Gerald F. DeConto is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

366.    Marie DeConto LeBlanc, individually, as surviving sibling of Gerald F. DeConto, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marie DeConto LeBlanc is a resident of Massachusetts. Gerald F. DeConto is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

367.    Alfred DeMartini, individually, as surviving sibling of Francis DeMartini, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alfred DeMartini is a resident of Pennsylvania. Francis DeMartini is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

368.  Dominic DeMartini, individually, as surviving child of Francis DeMartini, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dominic DeMartini is a resident of New York. Francis DeMartini is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

369.  Nicole DeMartini a/k/a Nicole Fasnacht-DeMartini, individually, as surviving spouse of Francis DeMartini, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nicole DeMartini a/k/a Nicole Fasnacht-DeMartini is a resident of New York. Francis DeMartini is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

370.  Nicole DeMartini a/k/a Nicole Fasnacht-DeMartini, as the Personal Representative of the Estate of Francis DeMartini, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Francis DeMartini, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nicole DeMartini a/k/a Nicole Fasnacht-DeMartini is a resident of New York. Francis DeMartini is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

371.  Paul DeMartini, individually, as surviving sibling of Francis DeMartini, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paul DeMartini is a resident of New Jersey. Francis DeMartini is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

372.  Rosemary DeMartini, individually, as surviving sibling of Francis DeMartini, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rosemary DeMartini is a resident of Colorado. Francis DeMartini is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

373.  Sabrina DeMartini, individually, as surviving child of Francis DeMartini, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sabrina DeMartini is a resident of New York. Francis DeMartini is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

374.  Nina DeMartini Day, individually, as surviving sibling of Francis DeMartini, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nina DeMartini Day is a resident of New York. Francis DeMartini is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda

and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

375.   Alfred DeMartini, as Personal Representative of the Estate of Alberta DeMartini, deceased, the late parent of Francis DeMartini, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alfred DeMartini, as Personal Representative of the Estate of Alberta DeMartini is a resident of Pennsylvania. Francis DeMartini is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

376.   Paul DeMartini, as Personal Representative of the Estate of Alfred DeMartini, deceased, the late parent of Francis DeMartini, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paul DeMartini, as Personal Representative of the Estate of Alfred DeMartini is a resident of New York. Francis DeMartini is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

377.   Juan De Jesus Rodriguez, individually, as surviving sibling of Jose Depena, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Juan De Jesus Rodriguez is a resident of Massachusetts. Jose Depena is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

378.   Anny De Jesus De Pena Rodriguez, individually, as surviving sibling of Jose Depena, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anny De Jesus De Pena Rodriguez is a resident of the Dominican Republic. Jose Depena is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

379.   Edwin N. Depena, individually, as surviving child of Jose Depena, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Edwin N. Depena is a resident of Rhode Island. Jose Depena is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

380.   Marlin Nicole Depena, individually, as surviving child of Jose Depena, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marlin Nicole Depena is a resident of Rhode Island. Jose Depena is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

381.   Victor T. Depena, individually, as surviving sibling of Jose Depena, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Victor T. Depena is a resident of Massachusetts. Jose Depena is one of the Decedents murdered as a result of the terrorist

attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

382. Virgilio N. Depena, individually, as surviving parent of Jose Depena, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Virgilio N. Depena is a resident of New York. Jose Depena is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

383. Daniel N. Depena Mora, individually, as surviving child of Jose Depena, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel N. Depena Mora is a resident of Czech Republic. Jose Depena is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

384. Belkis A. Depena Rodriguez, individually, as surviving sibling of Jose Depena, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Belkis A. Depena Rodriguez is a resident of the Dominican Republic. Jose Depena is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

385. Jorge A. Depena Rodriguez, individually, as surviving sibling of Jose Depena, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jorge A. Depena Rodriguez is a resident of the Dominican Republic. Jose Depena is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

386. BNY Mellon, as the Personal Representative of the Estate of Jose Depena, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jose Depena, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jose Depena is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

387. Yanet Del Carmen Rodriguez De La Cruz, as Personal Representative of the Estate of Miguel Angel Rodriguez, deceased, the late sibling of Jose Depena, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Yanet Del Carmen Rodriguez De La Cruz, as Personal Representative of the Estate of Miguel Angel Rodriguez is a resident of the Dominican Republic. Jose Depena is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

388.    Pura A. Rodriguez, individually, as surviving parent of Jose Depena, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Pura A. Rodriguez is a resident of Massachusetts. Jose Depena is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

389.    Veronica Altagracia Sanchez Depena, individually, as surviving sibling of Jose Depena, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Veronica Altagracia Sanchez Depena is a resident of Connecticut. Jose Depena is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

390.    Clara Depena, individually, as surviving sibling of Jose Depena, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Clara Depena is a resident of Massachusetts. Jose Depena is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

391.    Maxima Depena, individually, as surviving spouse of Jose Depena, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maxima Depena is a resident of Rhode Island. Jose Depena is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

392.    Quilcio Depena, individually, as surviving sibling of Jose Depena, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Quilcio Depena is a resident of the Dominican Republic. Jose Depena is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

393.    William Depena, individually, as surviving sibling of Jose Depena, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William Depena is a resident of Massachusetts. Jose Depena is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

394.    Angela DeRubbio, individually, as surviving sibling of David P. DeRubbio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Angela DeRubbio is a resident of Texas. David P. DeRubbio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

59

395.   Anthony J. DeRubbio, individually, as surviving sibling of David P. DeRubbio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony J. DeRubbio is a resident of New Hampshire. David P. DeRubbio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

396.   Dominick A. DeRubbio, individually, as surviving sibling of David P. DeRubbio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dominick A. DeRubbio is a resident of New York. David P. DeRubbio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

397.   Jessica DeRubbio, individually, as surviving child of David P. DeRubbio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jessica DeRubbio is a resident of New Jersey. David P. DeRubbio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

398.   Lorraine D. DeRubbio, individually, as surviving spouse of David P. DeRubbio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lorraine D. DeRubbio is a resident of New Jersey. David P. DeRubbio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

399.   Lorraine D. DeRubbio, as the Personal Representative of the Estate of David P. DeRubbio, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of David P. DeRubbio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lorraine D. DeRubbio is a resident of New York. David P. DeRubbio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

400.   Marion DeRubbio, individually, as surviving parent of David P. DeRubbio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marion DeRubbio is a resident of New York. David P. DeRubbio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

401.   Robert Anthony DeRubbio, individually, as surviving sibling of David P. DeRubbio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Anthony DeRubbio is a resident of North Carolina. David P. DeRubbio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out

by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

402. Mary Lee Ianno, individually, as surviving sibling of David P. DeRubbio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Lee Ianno is a resident of New York. David P. DeRubbio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

403. Mary Lee Ianno as Personal Representative of the Estate of Albert DeRubbio (Sr.), deceased, the late parent of David P. DeRubbio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Lee Ianno as Personal Representative of the Estate of Albert DeRubbio (Sr.) is a resident of New York. David P. DeRubbio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

404. Anthony Desperito, individually, as surviving child of Andrew Desperito, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Desperito is a resident of Florida. Andrew Desperito is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

405. David Desperito, individually, as surviving child of Andrew Desperito, is a Plaintiff seeking justice for the tragic events of September 11, 2001. David Desperito is a resident of Texas. Andrew Desperito is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

406. Laura Desperito-Filiberto, individually, as surviving spouse of Andrew Desperito, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laura Desperito-Filiberto is a resident of Florida. Andrew Desperito is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

407. Laura Desperito-Filiberto, as the Personal Representative of the Estate of Andrew Desperito, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Andrew Desperito, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laura Desperito-Filiberto is a resident of Florida. Andrew Desperito is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

408. Joseph A. Deuel, individually, as surviving sibling of Cindy Ann Deuel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph A. Deuel is a resident

61

of Florida. Cindy Ann Deuel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

409.   Joseph P. Deuel, individually, as surviving parent of Cindy Ann Deuel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph P. Deuel is a resident of Pennsylvania. Cindy Ann Deuel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

410.   Richard A. Deuel, individually, as surviving sibling of Cindy Ann Deuel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Richard A. Deuel is a resident of California. Cindy Ann Deuel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

411.   John Doe 15, being intended to designate the Personal Representative of the Estate of Cindy Ann Deuel, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Cindy Ann Deuel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cindy Ann Deuel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

412.   Patricia Kocian, individually, as surviving parent of Cindy Ann Deuel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Kocian is a resident of Pennsylvania. Cindy Ann Deuel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

413.   Casey Devlin, individually, as surviving child of Dennis L. Devlin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Casey Devlin is a resident of New York. Dennis L. Devlin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

414.   Dennis Devlin, individually, as surviving child of Dennis L. Devlin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dennis Devlin is a resident of New York. Dennis L. Devlin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

and to which the Defendants provided material support and assistance in furtherance of the attacks.

415. Kathleen A. Devlin, individually, as surviving spouse of Dennis L. Devlin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen A. Devlin is a resident of New Jersey. Dennis L. Devlin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

416. Kathleen A. Devlin, as the Personal Representative of the Estate of Dennis L. Devlin, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Dennis L. Devlin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen A. Devlin is a resident of New Jersey. Dennis L. Devlin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

417. Kathleen E. Devlin, individually, as surviving child of Dennis L. Devlin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen E. Devlin is a resident of New York. Dennis L. Devlin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

418. Kerry Sharkey, individually, as surviving child of Dennis L. Devlin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kerry Sharkey is a resident of New York. Dennis L. Devlin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

419. Sandra Ahern as Personal Representative of the Estate of Christopher Diaz, deceased, the late sibling of Matthew Diaz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sandra Ahern as Personal Representative of the Estate of Christopher Diaz is a resident of Florida. Matthew Diaz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

420. Christopher J. Diaz, individually, as surviving child of Matthew Diaz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher J. Diaz is a resident of New York. Matthew Diaz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

421. Michael C. Diaz, individually, as surviving sibling of Matthew Diaz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael C. Diaz is a resident of

Massachusetts. Matthew Diaz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

422.   Christopher J. Diaz as Personal Representative of the Estate of Michael Diaz, deceased, the late child of Matthew Diaz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher J. Diaz as Personal Representative of the Estate of Michael Diaz is a resident of New York. Matthew Diaz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

423.   Florence Kneff, as the Personal Representative of the Estate of Matthew Diaz, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Matthew Diaz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Florence Kneff is a resident of New York. Matthew Diaz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

424.   Florence Kneff as Personal Representative of the Estate of Karen Diaz, deceased, the late spouse of Matthew Diaz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Florence Kneff as Personal Representative of the Estate of Karen Diaz is a resident of New York. Matthew Diaz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

425.   James E. DiChiaro as Personal Representative of the Estate of Joseph L. DiChiaro, deceased, the late spouse of Patricia F. DiChiaro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James E. DiChiaro as Personal Representative of the Estate of Joseph L. DiChiaro is a resident of New York. Patricia F. DiChiaro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

426.   James E. DiChiaro, individually, as surviving child of Patricia F. DiChiaro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James E. DiChiaro is a resident of New York. Patricia F. DiChiaro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

427.   James E. DiChiaro, as the Personal Representative of the Estate of Patricia F. DiChiaro, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Patricia F. DiChiaro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James E. DiChiaro is a resident of New York. Patricia F. DiChiaro is one of the Decedents murdered as a result of the terrorist attacks

of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

428. Thomas L. DiChiaro, individually, as surviving child of Patricia F. DiChiaro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas L. DiChiaro is a resident of New York. Patricia F. DiChiaro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

429. Camille Doany, individually, as surviving sibling of Ramzi A. Doany, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Camille Doany is a resident of Jordan. Ramzi A. Doany is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

430. Samia Doany, individually, as surviving parent of Ramzi A. Doany, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Samia Doany is a resident of Virginia. Ramzi A. Doany is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

431. Dina Doany-Azzam, individually, as surviving sibling of Ramzi A. Doany, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dina Doany-Azzam is a resident of Virginia. Ramzi A. Doany is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

432. Dina Doany-Azzam, as the Personal Representative of the Estate of Ramzi A. Doany, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ramzi A. Doany, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dina Doany-Azzam is a resident of Virginia. Ramzi A. Doany is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

433. Ibrahim Doany, individually, as surviving sibling of Ramzi A. Doany, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ibrahim Doany is a resident of Jordan. Ramzi A. Doany is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

434. Daryl Gabriel, individually, as surviving child of Benilda Domingo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daryl Gabriel is a resident of New

York. Benilda Domingo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

435. Benjamin Dominguez, Jr., individually, as surviving sibling of Carlos Dominguez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Benjamin Dominguez, Jr. is a resident of Vermont. Carlos Dominguez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

436. Benjamin Dominguez, Jr. as Personal Representative of the Estate of Benjamin Dominguez, Sr., deceased, the late parent of Carlos Dominguez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Benjamin Dominguez, Jr. as Personal Representative of the Estate of Benjamin Dominguez, Sr. is a resident of Vermont. Carlos Dominguez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

437. Benjamin Dominguez, Jr. as Personal Representative of the Estate of Eugenia Dominguez, deceased, the late parent of Carlos Dominguez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Benjamin Dominguez, Jr. as Personal Representative of the Estate of Eugenia Dominguez is a resident of Vermont. Carlos Dominguez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

438. Chang Don Kim, individually, as surviving parent of Lawrence Don Kim, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Chang Don Kim is a resident of Washington. Lawrence Don Kim is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

439. Chang Don Kim, as the Personal Representative of the Estate of Lawrence Don Kim, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lawrence Don Kim, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Chang Don Kim is a resident of Washington. Lawrence Don Kim is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

440. Catherine Fleming as Personal Representative of the Estate of Soh Ryang Kim, deceased, the late parent of Lawrence Don Kim, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine Fleming as Personal Representative of the Estate of Soh

Ryang Kim is a resident of Washington. Lawrence Don Kim is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

441. Catherine Fleming, individually, as surviving sibling of Lawrence Don Kim, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine Fleming is a resident of Washington. Lawrence Don Kim is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

442. John Doe 106, being intended to designate the Personal Representative of the Estate of George A. Cuellar, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) the late life partner of Luke Dudek, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Luke Dudek is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

443. John Doe 107, being intended to designate the Personal Representative of the Estate of Luke Dudek, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Luke Dudek, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Luke Dudek is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

444. April Horton, individually, as surviving sibling of Edward T. Earhart, is a Plaintiff seeking justice for the tragic events of September 11, 2001. April Horton is a resident of Kentucky. Edward T. Earhart is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

445. Andrea Stauter, individually, as surviving sibling of Edward T. Earhart, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrea Stauter is a resident of Kentucky. Edward T. Earhart is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

446.  Andrea Stauter, as the Personal Representative of the Estate of Edward T. Earhart, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edward T. Earhart, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrea Stauter is a resident of Kentucky. Edward T. Earhart is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

447.  Andrea Stauter as Personal Representative of the Estate of Charlotte Earhart, deceased, the late parent of Edward T. Earhart, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrea Stauter as Personal Representative of the Estate of Charlotte Earhart is a resident of Kentucky. Edward T. Earhart is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

448.  Andrea Stauter as Personal Representative of the Estate of Thomas Earhart, deceased, the late parent of Edward T. Earhart, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrea Stauter as Personal Representative of the Estate of Thomas Earhart is a resident of Kentucky. Edward T. Earhart is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

449.  Christopher Aiello as Personal Representative of the Estate of Joan Aiello, deceased, the late sibling of John E. Eichler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher Aiello is a resident of Florida. John E. Eichler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

450.  John Churchill as Personal Representative of the Estate of Lois Churchill, deceased, the late sibling of John E. Eichler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Churchill as Personal Representative of the Estate of Lois Churchill is a resident of New Jersey. John E. Eichler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

451.  John R. Eichler, individually, as surviving child of John E. Eichler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John R. Eichler is a resident of New Jersey. John E. Eichler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

452.  John R. Eichler, as the Personal Representative of the Estate of John E. Eichler, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries

and family members of John E. Eichler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John R. Eichler is a resident of New Jersey. John E. Eichler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

453.    John R. Eichler as Personal Representative of the Estate of Margaret L. Eichler, deceased, the late spouse of John E. Eichler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John R. Eichler as Personal Representative of the Estate of Margaret L. Eichler is a resident of New Jersey. John E. Eichler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

454.    Catherine Ericson, individually, as surviving child of Ulf Ramm Ericson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine Ericson is a resident of Connecticut. Ulf Ramm Ericson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

455.    Catherine Ericson, as Personal Representative of the Estate of Helen Carole Ericson, deceased, the late spouse of Ulf Ramm Ericson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine Ericson, as Personal Representative of the Estate of Helen Carole Ericson, is a resident of Connecticut. Ulf Ramm Ericson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

456.    Catherine Ericson, as the Personal Representative of the Estate of Ulf Ramm Ericson, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ulf Ramm Ericson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine Ericson is a resident of Connecticut. Ulf Ramm Ericson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

457.    Itauma Ette, individually, as surviving sibling of Sadie Ette, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Itauma Ette is a resident of New York. Sadie Ette is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

458.    Benjamin Edokpayi, as the Personal Representative of the Estate of Sadie Ette, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Sadie Ette, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Benjamin Edokpayi is a resident of California. Sadie Ette is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that

were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

459.   Sarah DeSimone, individually, as surviving child of Catherine Fagan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sarah DeSimone is a resident of New York. Catherine Fagan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

460.   Sarah DeSimone, as the Personal Representative of the Estate of Catherine Fagan, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Catherine Fagan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sarah DeSimone is a resident of New York. Catherine Fagan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

461.   Jane M. Cristiano, individually, as surviving child of Thomas Farino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jane M. Cristiano is a resident of New York. Thomas Farino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

462.   Daniel Farino, individually, as surviving sibling of Thomas Farino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel Farino is a resident of New York. Thomas Farino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

463.   Frank Farino, individually, as surviving sibling of Thomas Farino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frank Farino is a resident of New York. Thomas Farino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

464.   James Farino, individually, as surviving child of Thomas Farino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Farino is a resident of New York. Thomas Farino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

465.   Patrick Farino, individually, as surviving sibling of Thomas Farino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patrick Farino is a resident of New York. Thomas Farino is one of the Decedents murdered as a result of the terrorist attacks

of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

466. Mary A. Farino-Thomas, individually, as surviving spouse of Thomas Farino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary A. Farino-Thomas is a resident of New York. Thomas Farino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

467. Mary A. Farino-Thomas, as the Personal Representative of the Estate of Thomas Farino, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas Farino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary A. Farino-Thomas is a resident of New York. Thomas Farino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

468. Kathryn Nesbit, individually, as surviving child of Elizabeth A. Farmer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathryn Nesbit is a resident of Georgia. Elizabeth A. Farmer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

469. Kathryn Nesbit, as the Personal Representative of the Estate of Elizabeth A. Farmer, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Elizabeth A. Farmer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathryn Nesbit is a resident of Georgia. Elizabeth A. Farmer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

470. Jennifer Artola, individually, as surviving child of Francis J. Feely, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennifer Artola is a resident of New York. Francis J. Feely is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

471. Caitlin Feely, individually, as surviving child of Francis J. Feely, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Caitlin Feely is a resident of New York. Francis J. Feely is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

472.   Lori Feely, individually, as surviving spouse of Francis J. Feely, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lori Feely is a resident of New York. Francis J. Feely is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

473.   Jennifer Artola, as the Personal Representative of the Estate of Francis J. Feely, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Francis J. Feely, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennifer Artola is a resident of New York. Francis J. Feely is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

474.   Alice Feely, as Personal Representative of the Estate of Patricia Feely, deceased, the late parent of Francis J. Feely, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alice Feely, as Personal Representative of the Estate of Patricia Feely is a resident of New York. Francis J. Feely is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

475.   Stephanie Feely, individually, as surviving child of Francis J. Feely, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephanie Feely is a resident of New York. Francis J. Feely is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

476.   Lauren Ludvigsen, individually, as surviving child of Francis J. Feely, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lauren Ludvigsen is a resident of New York. Francis J. Feely is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

477.   Catherine Curley, individually, as surviving sibling of Sean B. Fegan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine Curley is a resident of New York. Sean B. Fegan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

478.   Peter Fegan Jr., individually, as surviving sibling of Sean B. Fegan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Fegan Jr. is a resident of New York. Sean B. Fegan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to

which the Defendants provided material support and assistance in furtherance of the attacks.

479.     Peter Fegan, individually, as surviving parent of Sean B. Fegan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Fegan is a resident of New York. Sean B. Fegan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

480.     Peter Fegan, as the Personal Representative of the Estate of Sean B. Fegan, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Sean B. Fegan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Fegan is a resident of New York. Sean B. Fegan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

481.     Anne Marie Hartney, individually, as surviving sibling of Sean B. Fegan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anne Marie Hartney is a resident of New York. Sean B. Fegan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

482.     Peter Fegan as Personal Representative of the Estate of Margaret Colette Fegan, deceased, the late parent of Sean B. Fegan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Fegan as Personal Representative of the Estate of Margaret Colette Fegan is a resident of New York. Sean B. Fegan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

483.     Alexis Feliciano, individually, as surviving child of Rosa Maria Feliciano, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexis Feliciano is a resident of New York. Rosa Maria Feliciano is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

484.     Amanda Feliciano, individually, as surviving child of Rosa Maria Feliciano, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Amanda Feliciano is a resident of New York. Rosa Maria Feliciano is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

485.     Isaac Feliciano, individually, as surviving spouse of Rosa Maria Feliciano, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Isaac Feliciano is a resident of New York. Rosa Maria Feliciano is one of the Decedents murdered as a result of the

terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

486. Isaac Feliciano, as the Personal Representative of the Estate of Rosa Maria Feliciano, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Rosa Maria Feliciano, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Isaac Feliciano is a resident of New York. Rosa Maria Feliciano is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

487. Angela Fields, individually, as surviving spouse of Samuel Fields Sr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Angela Fields is a resident of Georgia. Samuel Fields Sr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

488. Angela Fields, as the Personal Representative of the Estate of Samuel Fields Sr., deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Samuel Fields Sr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Angela Fields is a resident of Georgia. Samuel Fields Sr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

489. Demetrius Fields, individually, as surviving child of Samuel Fields Sr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Demetrius Fields is a resident of Georgia. Samuel Fields Sr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

490. Samuel Fields Jr., individually, as surviving child of Samuel Fields Sr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Samuel Fields Jr. is a resident of Georgia. Samuel Fields Sr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

491. Stefan Fields, individually, as surviving child of Samuel Fields Sr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stefan Fields is a resident of Georgia. Samuel Fields Sr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

492. Sharif Fields, individually, as surviving child of Samuel Fields Sr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sharif Fields is a resident of Georgia. Samuel Fields Sr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

493. Sharaia Fields, individually, as surviving child of Samuel Fields Sr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sharaia Fields is a resident of New York. Samuel Fields Sr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

494. Christina D. Fisher, individually, as surviving sibling of Andrew Fisher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christina D. Fisher is a resident of California. Andrew Fisher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

495. John Fisher, individually, as surviving sibling of Andrew Fisher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Fisher is a resident of New York. Andrew Fisher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

496. Maria R. Fisher, individually, as surviving sibling of Andrew Fisher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria R. Fisher is a resident of New York. Andrew Fisher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

497. Marie E. Fisher, individually, as surviving parent of Andrew Fisher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marie E. Fisher is a resident of New York. Andrew Fisher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

498. Nina A. Fisher, individually, as surviving sibling of Andrew Fisher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nina A. Fisher is a resident of New York. Andrew Fisher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

docs-100618088.3

499. Peter Fisher, individually, as surviving sibling of Andrew Fisher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Fisher is a resident of Kentucky. Andrew Fisher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

500. Nina Fisher and John Fisher as Co-Personal Representatives of the Estate of John F. Fisher, deceased, the late parent of Andrew Fisher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nina Fisher & John Fisher as Co-Personal Representatives of the Estate of John F. Fisher are residents of New York. Andrew Fisher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

501. Stephanie E. Lang, individually, as surviving spouse of Andrew Fisher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephanie E. Lang is a resident of New York. Andrew Fisher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

502. Stephanie E. Lang, as the Personal Representative of the Estate of Andrew Fisher, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Andrew Fisher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephanie E. Lang is a resident of New York. Andrew Fisher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

503. Catherine A. Chiola, individually, as surviving sibling of John Roger Fisher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine A. Chiola is a resident of New Jersey. John Roger Fisher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

504. Catherine A. Chiola, as the Personal Representative of the Estate of John Roger Fisher, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of John Roger Fisher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine A. Chiola is a resident of New Jersey. John Roger Fisher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

505. Bridget E. Fisher, individually, as surviving child of John Roger Fisher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Bridget E. Fisher is a resident

of California. John Roger Fisher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

506.  Evan H. Fisher, individually, as surviving child of John Roger Fisher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Evan H. Fisher is a resident of Georgia. John Roger Fisher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

507.  Kyle Fisher, individually, as surviving child of John Roger Fisher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kyle Fisher is a resident of Georgia. John Roger Fisher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

508.  Ryan P. Fisher, individually, as surviving child of John Roger Fisher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ryan P. Fisher is a resident of California. John Roger Fisher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

509.  Tina M. Fisher, individually, as surviving sibling of John Roger Fisher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tina M. Fisher is a resident of Massachusetts. John Roger Fisher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

510.  Erin N. Siegel, individually, as surviving child of John Roger Fisher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Erin N. Siegel is a resident of California. John Roger Fisher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

511.  Kylie Eve Florio, individually, as surviving child of John J. Florio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kylie Eve Florio is a resident of New York. John J. Florio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

512.  Michael J. Florio, individually, as surviving child of John J. Florio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael J. Florio is a resident of New York. John J. Florio is one of the Decedents murdered as a result of the terrorist attacks

of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

513. Shari Florio, individually, as surviving spouse of John J. Florio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shari Florio is a resident of New York. John J. Florio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

514. Shari Florio, as the Personal Representative of the Estate of John J. Florio, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of John J. Florio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shari Florio is a resident of New York. John J. Florio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

515. Brittany Fogel, individually, as surviving child of Stephen M. Fogel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brittany Fogel is a resident of New Jersey. Stephen M. Fogel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

516. David Fogel, individually, as surviving sibling of Stephen M. Fogel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. David Fogel is a resident of Florida. Stephen M. Fogel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

517. Joseph Fogel, individually, as surviving child of Stephen M. Fogel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Fogel is a resident of New Jersey. Stephen M. Fogel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

518. David Fogel as Personal Representative of the Estate of Beth Fogel, deceased, the late parent of Stephen M. Fogel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. David Fogel as Personal Representative of the Estate of Beth Fogel is a resident of Florida. Stephen M. Fogel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

519. Karen Hamorsky, individually, as surviving sibling of Stephen M. Fogel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen Hamorsky is a resident

of Florida. Stephen M. Fogel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

520.   Laurie Pater, individually, as surviving spouse of Stephen M. Fogel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laurie Pater is a resident of New Jersey. Stephen M. Fogel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

521.   Laurie Pater, as the Personal Representative of the Estate of Stephen M. Fogel, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen M. Fogel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laurie Pater is a resident of New Jersey. Stephen M. Fogel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

522.   Elaine Cunnea, individually, as surviving sibling of Godwin Forde, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elaine Cunnea is a resident of the United Kingdom. Godwin Forde is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

523.   Charlene Carmen Forde, individually, as surviving child of Godwin Forde, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Charlene Carmen Forde is a resident of the United Kingdom. Godwin Forde is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

524.   Charlene Carmen Forde, as the co-Personal Representative of the Estate of Godwin Forde, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Godwin Forde, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Charlene Carmen Forde is a resident of the United Kingdom. Godwin Forde is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

525.   Dorepha Forde, individually, as surviving parent of Godwin Forde, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dorepha Forde is a resident of the United Kingdom. Godwin Forde is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

526.    Dorna Forde, individually, as surviving sibling of Godwin Forde, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dorna Forde is a resident of the United Kingdom. Godwin Forde is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

527.    Dorolyne Forde, individually, as surviving sibling of Godwin Forde, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dorolyne Forde is a resident of North Carolina. Godwin Forde is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

528.    Raymond Forde, individually, as surviving sibling of Godwin Forde, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Raymond Forde is a resident of the United Kingdom. Godwin Forde is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

529.    Romel DaCosta Forde, individually, as surviving child of Godwin Forde, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Romel DaCosta Forde is a resident of the United Kingdom. Godwin Forde is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

530.    Godwin Marlon Junior Forde, individually, as surviving child of Godwin Forde, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Godwin Marlon Junior Forde is a resident of the United Kingdom. Godwin Forde is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

531.    Myrna Thomas, individually, as surviving sibling of Godwin Forde, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Myrna Thomas is a resident of the United Kingdom. Godwin Forde is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

532.    Angela Alleyne, as the co-Personal Representative of the Estate of Godwin Forde, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Godwin Forde, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Angela Alleyne is a resident of the United Kingdom. Godwin Forde is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

and to which the Defendants provided material support and assistance in furtherance of the attacks.

533. David Foreman, individually, as surviving sibling of Donald A. Foreman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. David Foreman is a resident of New York. Donald A. Foreman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

534. Marcus Foreman, individually, as surviving child of Donald A. Foreman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marcus Foreman is a resident of Indiana. Donald A. Foreman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

535. Shirley Foreman, individually, as surviving parent of Donald A. Foreman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shirley Foreman is a resident of New York. Donald A. Foreman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

536. Shirley Foreman, as the Personal Representative of the Estate of Donald A. Foreman, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Donald A. Foreman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shirley Foreman is a resident of New York. Donald A. Foreman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

537. John Doe 117, as the Personal Representative of the Estate of Barbara E. Hill, deceased, the late parent of Sandra N. Foster, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sandra N. Foster is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

538. Lawrence Hill, as the Personal Representative of the Estate of Sandra N. Foster, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Sandra N. Foster, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lawrence Hill is a resident of the District of Columbia. Sandra N. Foster is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

539.     Lawrence Hill, individually, as surviving sibling of Sandra N. Foster, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lawrence Hill is a resident of the District of Columbia. Sandra N. Foster is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

540.     Allison Fox-Breland, individually, as surviving child of Virginia E. Fox, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Allison Fox-Breland is a resident of New Jersey. Virginia E. Fox is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

541.     Allison Fox-Breland, as the Personal Representative of the Estate of Virgina E. Fox, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Virginia E. Fox, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Allison Fox-Breland is a resident of New Jersey. Virginia E. Fox is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

542.     Patrick T. Wynn, individually, as surviving child of Virginia E. Fox, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patrick T. Wynn is a resident of New York. Virginia E. Fox is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

543.     Raymond Durant, individually, as surviving child of Virgin (Lucy) Francis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Raymond Durant is a resident of Pennsylvania. Virgin (Lucy) Francis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

544.     Joseph Francis, individually, as surviving child of Virgin (Lucy) Francis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Francis is a resident of New York. Virgin (Lucy) Francis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

545.     Joseph Francis, as the Personal Representative of the Estate of Virgin (Lucy) Francis, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Virgin (Lucy) Francis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Francis is a resident of New York. Virgin (Lucy) Francis is one of the Decedents murdered as a result of the terrorist attacks

of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

546. Peter Francis, individually, as surviving child of Virgin (Lucy) Francis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Francis is a resident of Barbados W.I. Virgin (Lucy) Francis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

547. Troy Francis, individually, as surviving child of Virgin (Lucy) Francis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Troy Francis is a resident of New York. Virgin (Lucy) Francis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

548. Felicia Cappo, individually, as surviving sibling of Gary J. Frank, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Felicia Cappo is a resident of New Jersey. Gary J. Frank is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

549. Felicia Cappo and Laurie Vigeant, as co-Personal Representatives of the Estate of Ellen Vigeant, deceased, the late parent of Gary J. Frank, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Felicia Cappo and Laurie Vigeant, as co-Personal Representatives of the Estate of Ellen Vigeant is a resident of New Jersey. Gary J. Frank is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

550. John Doe 111, being intended to designate as the Personal Representative of the Estate of Gary J. Frank, deceased, on behalf of the Estate, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed), and on behalf of all survivors and all legally entitled beneficiaries and family members of Gary J. Frank, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gary J. Frank is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

551. Laurie Vigeant, individually, as surviving sibling of Gary J. Frank, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laurie Vigeant is a resident of New Jersey. Gary J. Frank is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to

which the Defendants provided material support and assistance in furtherance of the attacks.

552.  Daniel Frawley, individually, as surviving sibling of Kevin Frawley, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel Frawley is a resident of South Carolina. Kevin Frawley is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

553.  Theresa Frawley, individually, as surviving sibling of Kevin Frawley, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Theresa Frawley is a resident of New York. Kevin Frawley is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

554.  Theresa Frawley as Personal Representative of the Estate of Theresa M. Conklin, deceased, the late parent of Kevin Frawley, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Theresa Frawley as Personal Representative of the Estate of Theresa M. Conklin is a resident of New York. Kevin Frawley is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

555.  Margaret Frawley-Gardini, individually, as surviving sibling of Kevin Frawley, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Margaret Frawley-Gardini is a resident of New York. Kevin Frawley is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

556.  Frances McCarthy, individually, as surviving sibling of Kevin Frawley, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frances McCarthy is a resident of New York. Kevin Frawley is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

557.  Martin Fredericks, individually, as surviving sibling of Andrew Fredericks, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Martin Fredericks is a resident of New York. Andrew Fredericks is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

558.  Allen Freeman, individually, as surviving parent of Tamitha Freeman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Allen Freeman is a resident of North Carolina. Tamitha Freeman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

559.    Allen Freeman, as the co-Personal Representative of the Estate of Tamitha Freeman, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Tamitha Freeman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Allen Freeman is a resident of North Carolina. Tamitha Freeman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

560.    Carla Freeman, individually, as surviving sibling of Tamitha Freeman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carla Freeman is a resident of New York. Tamitha Freeman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

561.    Juanita Freeman, individually, as surviving parent of Tamitha Freeman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Juanita Freeman is a resident of North Carolina. Tamitha Freeman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

562.    Xavier White, individually, as surviving child of Tamitha Freeman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Xavier White is a resident of North Carolina. Tamitha Freeman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

563.    Michael Freiman, individually, as surviving sibling of Brett O. Freiman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Freiman is a resident of Alabama. Brett O. Freiman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

564.    Petagaye Allen, as Personal Representative of the Estate of Bonnie Freiman a/k/a Bonnie Freiman-Magnes, deceased, the late parent of Brett O. Freiman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Petagaye Allen is a resident of Florida. Brett O. Freiman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

565.    Pamela J. Freiman, individually, as surviving sibling of Brett O. Freiman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Pamela J. Freiman is a

resident of New York. Brett O. Freiman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

566.   Pamela J. Freiman, as the Personal Representative of the Estate of Brett O. Freiman, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Brett O. Freiman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Pamela J. Freiman is a resident of New York. Brett O. Freiman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

567.   Burt A. Lewis as Personal Representative of the Estate of Herbert Freiman, deceased, the late parent of Brett O. Freiman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Burt A. Lewis as Personal Representative of the Estate of Herbert Freiman is a resident of New York. Brett O. Freiman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

568.   Audrey Ades, individually, as surviving spouse of Paul Friedman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Audrey Ades is a resident of Florida. Paul Friedman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

569.   Audrey Ades, as the Personal Representative of the Estate of Paul Friedman, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Paul Friedman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Audrey Ades is a resident of Florida. Paul Friedman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

570.   Richard Hyun-Soo Friedman Fox, individually, as surviving child of Paul Friedman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Richard Hyun-Soo Friedman Fox is a resident of Florida. Paul Friedman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

571.   Selma M. Friedman, individually, as surviving parent of Paul Friedman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Selma M. Friedman is a resident of New Jersey. Paul Friedman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

572. Amy Radin, individually, as surviving sibling of Paul Friedman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Amy Radin is a resident of New Jersey. Paul Friedman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

573. John Doe 18, being intended to designate the Personal Representative of the Estate of Lisa Frost, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lisa Frost, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lisa Frost is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

574. Daniel Frost, individually, as surviving sibling of Lisa Frost, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel Frost is a resident of Montana. Lisa Frost is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

575. Suzanne G. Adams, individually, as surviving sibling of Anthony E. Gallagher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Suzanne G. Adams is a resident of Connecticut. Anthony E. Gallagher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

576. Carolyn Belford, individually, as surviving sibling of Anthony E. Gallagher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carolyn Belford is a resident of New York. Anthony E. Gallagher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

577. Rose Costello, individually, as surviving parent of Anthony E. Gallagher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rose Costello is a resident of New York. Anthony E. Gallagher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

578. John Doe 19 as Personal Representative of the Estate of Carrie A. Gallagher, deceased, the late spouse of Anthony E. Gallagher, is a Plaintiff seeking justice for the tragic events

of September 11, 2001. Anthony E. Gallagher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

579. John Doe 68, being intended to designate the Personal Representative of the Estate of Anthony E. Gallagher, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Anthony E. Gallagher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony E. Gallagher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

580. Joseph Gallagher, individually, as surviving sibling of Anthony E. Gallagher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Gallagher is a resident of California. Anthony E. Gallagher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

581. Donna Struzzieri, individually, as surviving sibling of Bruce Gary, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Donna Struzzieri is a resident of New York. Bruce Gary is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

582. Donna Struzzieri as Personal Representative of the Estate of Alice Gary, deceased, the late parent of Bruce Gary, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Donna Struzzieri as Personal Representative of the Estate of Alice Gary is a resident of New York. Bruce Gary is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

583. Christopher Geis, individually, as surviving sibling of Julie M. Geis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher Geis is a resident of Nebraska. Julie M. Geis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

584. James P. Geis, individually, as surviving sibling of Julie M. Geis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James P. Geis is a resident of Nebraska. Julie M. Geis is one of the Decedents murdered as a result of the terrorist

attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

585. Rebecca Loethen, individually, as surviving life partner of Julie M. Geis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rebecca Loethen is a resident of California. Julie M. Geis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

586. Rebecca Loethen, as the Personal Representative of the Estate of Julie M. Geis, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Julie M. Geis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rebecca Loethen is a resident of California. Julie M. Geis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

587. Carol Varland, individually, as surviving sibling of Julie M. Geis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carol Varland is a resident of Oregon. Julie M. Geis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

588. Michael Geis, individually, as surviving sibling of Julie M. Geis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Geis is a resident of Nebraska. Julie M. Geis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

589. Janet Baronian, individually, as surviving sibling of Edward F. Geraghty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Janet Baronian is a resident of New York. Edward F. Geraghty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

590. Lynn Cannata, individually, as surviving sibling of Edward F. Geraghty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lynn Cannata is a resident of New York. Edward F. Geraghty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

591. Colin Geraghty, individually, as surviving child of Edward F. Geraghty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Colin Geraghty is a resident of New York. Edward F. Geraghty is one of the Decedents murdered as a result of the

terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

592. Colleen Geraghty, individually, as surviving sibling of Edward F. Geraghty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Colleen Geraghty is a resident of South Carolina. Edward F. Geraghty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

593. Connor Geraghty, individually, as surviving child of Edward F. Geraghty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Connor Geraghty is a resident of New York. Edward F. Geraghty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

594. James Geraghty, individually, as surviving child of Edward F. Geraghty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Geraghty is a resident of New York. Edward F. Geraghty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

595. Mary Geraghty, individually, as surviving spouse of Edward F. Geraghty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Geraghty is a resident of New York. Edward F. Geraghty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

596. Mary Geraghty, as the Personal Representative of the Estate of Edward F. Geraghty, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edward F. Geraghty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Geraghty is a resident of New York. Edward F. Geraghty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

597. Maureen Geraghty, individually, as surviving sibling of Edward F. Geraghty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maureen Geraghty is a resident of Arizona. Edward F. Geraghty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

598. Norma Geraghty, individually, as surviving parent of Edward F. Geraghty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Norma Geraghty is a resident

of New York. Edward F. Geraghty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

599.    John Doe 146 as Personal Representative of the Estate of Stephen Geraghty, deceased, the late sibling of Edward F. Geraghty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Edward F. Geraghty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

600.    Norma Geraghty as Personal Representative of the Estate of James F. Geraghty, deceased, the late parent of Edward F. Geraghty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Norma Geraghty as Personal Representative of the Estate of James F. Geraghty is a resident of New York. Edward F. Geraghty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

601.    Debra Giordano, individually, as surviving sibling of Jeffrey J. Giordano, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Debra Giordano is a resident of New York. Jeffrey J. Giordano is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

602.    Edward Goldstein, as the Personal Representative of the Estate of Michelle H. Goldstein, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michelle H. Goldstein, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Edward Goldstein is a resident of New Jersey. Michelle H. Goldstein is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

603.    Annete Herman, individually, as surviving sibling of Michelle H. Goldstein, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Annete Herman is a resident of Florida. Michelle H. Goldstein is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

604.    Ingrid Jaffe, individually, as surviving parent of Michelle H. Goldstein, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ingrid Jaffe is a resident of Florida. Michelle H. Goldstein is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

605.    Rafael Herman, individually, as surviving parent of Michelle H. Goldstein, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rafael Herman is a resident of Florida. Michelle H. Goldstein is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

606.    Tatiana R. Gomez, individually, as surviving spouse of Wilder A. Gomez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tatiana R. Gomez is a resident of New Jersey. Wilder A. Gomez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

607.    BNY Mellon, as the Personal Representative of the Estate of Wilder A. Gomez, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Wilder A. Gomez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Wilder A. Gomez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

608.    Tatiana S. Gomez, individually, as surviving child of Wilder A. Gomez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tatiana S. Gomez is a resident of California. Wilder A. Gomez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

609.    Dawn Gonzalez, individually, as surviving sibling of Jenine Gonzalez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dawn Gonzalez is a resident of New York. Jenine Gonzalez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

610.    Dawn Gonzalez, as the co-Personal Representative of the Estate of Jenine Gonzalez, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jenine Gonzalez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dawn Gonzalez is a resident of New York. Jenine Gonzalez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

611.    Corina Murillo, individually, as surviving parent of Mauricio Gonzalez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Corina Murillo is a resident of New York. Mauricio Gonzalez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

612. Dora Murillo, individually, as surviving sibling of Mauricio Gonzalez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dora Murillo is a resident of New York. Mauricio Gonzalez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

613. Evan V. Vandommelen-Gonzalez, as the Personal Representative of the Estate of Mauricio Gonzalez, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mauricio Gonzalez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Evan V. Vandommelen-Gonzalez is a resident of California. Mauricio Gonzalez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

614. Brenda S. Goody, individually, as surviving spouse of Harry Goody, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brenda S. Goody is a resident of South Carolina. Harry Goody is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

615. Brenda S. Goody, as the Personal Representative of the Estate of Harry Goody, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Harry Goody, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brenda S. Goody is a resident of South Carolina. Harry Goody is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

616. Jonathan Goody, individually, as surviving child of Harry Goody, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jonathan Goody is a resident of New York. Harry Goody is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

617. Alexis Goody-Harding, individually, as surviving child of Harry Goody, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexis Goody-Harding is a resident of South Carolina. Harry Goody is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

618. Adilakshumma Gopu, individually, as surviving parent of Kiran Kumar Reddy Gopu, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Adilakshumma

Gopu is a resident of India. Kiran Kumar Reddy Gopu is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

619.   Deepa R. Gopu, individually, as surviving sibling of Kiran Kumar Reddy Gopu, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Deepa R. Gopu is a resident of Texas. Kiran Kumar Reddy Gopu is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

620.   Deepa R. Gopu, as the Personal Representative of the Estate of Kiran Kumar Reddy Gopu, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kiran Kumar Reddy Gopu, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Deepa R. Gopu is a resident of Texas. Kiran Kumar Reddy Gopu is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

621.   Venkata Subba Reddy Gopu, individually, as surviving parent of Kiran Kumar Reddy Gopu, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Venkata Subba Reddy Gopu is a resident of India. Kiran Kumar Reddy Gopu is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

622.   Carly Gordenstein, individually, as surviving child of Lisa F. Gordenstein, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carly Gordenstein is a resident of the District of Columbia. Lisa F. Gordenstein is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

623.   David Gordenstein, individually, as surviving spouse of Lisa F. Gordenstein, is a Plaintiff seeking justice for the tragic events of September 11, 2001. David Gordenstein is a resident of Massachusetts. Lisa F. Gordenstein is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

624.   David Gordenstein, as the Personal Representative of the Estate of Lisa F. Gordenstein, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lisa F. Gordenstein, is a Plaintiff seeking justice for the tragic events of September 11, 2001. David Gordenstein is a resident of Massachusetts. Lisa F. Gordenstein is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

625. Samantha Stevens, individually, as surviving child of Lisa F. Gordenstein, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Samantha Stevens is a resident of Massachusetts. Lisa F. Gordenstein is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

626. Dorothy Fenn Grodberg, individually, as surviving parent of Lisa F. Gordenstein, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dorothy Fenn Grodberg is a resident of Massachusetts. Lisa F. Gordenstein is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

627. Deborah Fenn, individually, as surviving sibling of Lisa F. Gordenstein, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Deborah Fenn is a resident of Massachusetts. Lisa F. Gordenstein is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

628. Erika Lutzner, individually, as surviving spouse of Jon R. Grabowski, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Erika Lutzner is a resident of Connecticut. Jon R. Grabowski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

629. Erika Lutzner, as the Personal Representative of the Estate of Jon R. Grabowski, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jon R. Grabowski, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Erika Lutzner is a resident of Connecticut. Jon R. Grabowski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

630. Kristen C. Graf, individually, as surviving child of Edwin J. Graf III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kristen C. Graf is a resident of Maryland. Edwin J. Graf III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

631. Karen A. Parker as Personal Representative of the Estate of Tyler W. Graf, deceased, the late child of, Edwin J. Graf, III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tyler W. Graf is a resident of Maryland. Edwin J. Graf, III is one of

the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

632. Maureen Granados, individually, as surviving child of Gilbert Granados, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maureen Granados is a resident of New York. Gilbert Granados is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

633. Teresa Granados, individually, as surviving spouse of Gilbert Granados, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Teresa Granados is a resident of New York. Gilbert Granados is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

634. Teresa Granados, as the Personal Representative of the Estate of Gilbert Granados, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gilbert Granados, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Teresa Granados is a resident of New York. Gilbert Granados is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

635. Lawrence Gray, individually, as surviving spouse of Tara McCloud Gray, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lawrence Gray is a resident of New York. Tara McCloud Gray is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

636. Lawrence Gray, as the Personal Representative of the Estate of Tara McCloud Gray, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Tara McCloud Gray, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lawrence Gray is a resident of New York. Tara McCloud Gray is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

637. John Doe 22, being intended to designate the Personal Representative of the Estate of Andrew Peter Charles Curry Green, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries

and family members of Andrew Peter Charles Curry Green, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrew Peter Charles Curry Green is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

638. Matthew Green, individually, as surviving sibling of Andrew Peter Charles Curry Green, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matthew Green is a resident of Florida. Andrew Peter Charles Curry Green is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

639. Peter E. Green, individually, as surviving parent of Andrew Peter Charles Curry Green, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter E. Green is a resident of Massachusetts. Andrew Peter Charles Curry Green is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

640. Kevin Anthony Green as Personal Representative of the Estate of Razelda Bailey-Green, deceased, the late parent of Derrick A. Green, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin Anthony Green as Personal Representative of the Estate of Razelda Bailey-Green is a resident of Connecticut. Derrick A. Green is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

641. Melrose Morrison Green, individually, as surviving spouse of Derrick A. Green, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Melrose Morrison Green is a resident of New York. Derrick A. Green is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

642. Melrose Morrison Green, as the Personal Representative of the Estate of Derrick A. Green, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Derrick A. Green, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Melrose Morrison Green is a resident of New York. Derrick A. Green is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

643. Delroy Llewellyn, individually, as surviving sibling of Derrick A. Green, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Delroy Llewellyn is a resident of Connecticut. Derrick A. Green is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama

bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

644. Jennifer Green, individually, as surviving child of Wanda Green, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennifer Green is a resident of New Jersey. Wanda Green is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

645. Jennifer Green, as the Personal Representative of the Estate of Wanda Green, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Wanda Green, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennifer Green is a resident of New Jersey. Wanda Green is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

646. Joe Green, individually, as surviving child of Wanda Green, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joe Green is a resident of New Jersey. Wanda Green is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

647. Sandra Jamerson, individually, as surviving sibling of Wanda Green, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sandra Jamerson is a resident of California. Wanda Green is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

648. Aserene Smith, individually, as surviving parent of Wanda Green, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Aserene Smith is a resident of California. Wanda Green is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

649. Tommy Smith, individually, as surviving sibling of Wanda Green, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tommy Smith is a resident of Nevada. Wanda Green is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

650. John Doe 23, being intended to designate the Personal Representative of the Estate of Denise Gregory, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he

98

or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Denise Gregory, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Denise Gregory is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

651.    Lenworth Sewell, individually, as surviving sibling of Denise Gregory, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lenworth Sewell is a resident of New York. Denise Gregory is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

652.    Evelyn Griffin, individually, as surviving parent of John M. Griffin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Evelyn Griffin is a resident of Florida. John M. Griffin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

653.    John Griffin, individually, as surviving parent of John M. Griffin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Griffin is a resident of Florida. John M. Griffin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

654.    Julie Griffin, individually, as surviving child of John M. Griffin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Julie Griffin is a resident of Tennessee. John M. Griffin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

655.    June Griffin, individually, as surviving spouse of John M. Griffin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. June Griffin is a resident of New Jersey. John M. Griffin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

656.    June Griffin, as the Personal Representative of the Estate of John M. Griffin, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of John M. Griffin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. June Griffin is a resident of New Jersey. John M. Griffin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that

were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

657.   Michael T. Griffin, individually, as surviving sibling of John M. Griffin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael T. Griffin is a resident of New Jersey. John M. Griffin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

658.   Jenna Griffin, individually, as surviving child of John M. Griffin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jenna Griffin is a resident of New Jersey. John M. Griffin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

659.   Nenita Grijalvo, individually, as surviving spouse of Ramon Grijalvo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nenita Grijalvo is a resident of New York. Ramon Grijalvo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

660.   Nenita Grijalvo, as the Personal Representative of the Estate of Ramon Grijalvo, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ramon Grijalvo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nenita Grijalvo is a resident of New York. Ramon Grijalvo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

661.   Rachel Grijalvo, individually, as surviving child of Ramon Grijalvo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rachel Grijalvo is a resident of Massachusetts. Ramon Grijalvo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

662.   Raymond Grijalvo, individually, as surviving child of Ramon Grijalvo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Raymond Grijalvo is a resident of New York. Ramon Grijalvo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

663.   Frances Grouzalis, individually, as surviving spouse of Kenneth Grouzalis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frances Grouzalis is a resident of New Jersey. Kenneth Grouzalis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and

Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

664. Frances Grouzalis, as the Personal Representative of the Estate of Kenneth Grouzalis, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kenneth Grouzalis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frances Grouzalis is a resident of New Jersey. Kenneth Grouzalis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

665. Lisa Grouzalis, individually, as surviving child of Kenneth Grouzalis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lisa Grouzalis is a resident of New Jersey. Kenneth Grouzalis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

666. Myrta Gschaar, individually, as surviving spouse of Robert Gschaar, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Myrta Gschaar is a resident of Michigan. Robert Gschaar is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

667. Myrta Gschaar, as the Personal Representative of the Estate of Robert Gschaar, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert Gschaar, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Myrta Gschaar is a resident of Michigan. Robert Gschaar is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

668. Genevieve Gyulavary, individually, as surviving child of Peter Gyulavary, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Genevieve Gyulavary is a resident of Connecticut. Peter Gyulavary is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

669. Jane Gyulavary, individually, as surviving spouse of Peter Gyulavary, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jane Gyulavary is a resident of New York. Peter Gyulavary is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

670. Jane Gyulavary, as the Personal Representative of the Estate of Peter Gyulavary, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled

beneficiaries and family members of Peter Gyulavary, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jane Gyulavary is a resident of New York. Peter Gyulavary is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

671.    Paul Gyulavary, individually, as surviving sibling of Peter Gyulavary, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paul Gyulavary is a resident of Australia. Peter Gyulavary is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

672.    Bebe Hafiz, individually, as surviving parent of Nezam Hafiz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Bebe Hafiz is a resident of New York. Nezam Hafiz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

673.    Sharon Hafiz, individually, as surviving sibling of Nezam Hafiz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sharon Hafiz is a resident of Florida. Nezam Hafiz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

674.    Bebe Hafiz as Personal Representative of the Estate of Cecil Mohammed Ishmael Hafiz, deceased, the late parent of Nezam Hafiz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Bebe Hafiz as Personal Representative of the Estate of Cecil Mohammed Ishmael Hafiz is a resident of New York. Nezam Hafiz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

675.    Deborah Khublall, individually, as surviving sibling of Nezam Hafiz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Deborah Khublall is a resident of New York. Nezam Hafiz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

676.    Deborah Khublall, as the Personal Representative of the Estate of Nezam Hafiz, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nezam Hafiz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Deborah Khublall is a resident of New York. Nezam Hafiz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to

which the Defendants provided material support and assistance in furtherance of the attacks.

677.   Gary McKinzy, individually, as surviving spouse of Diane Hale-McKinzy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gary McKinzy is a resident of Arkansas. Diane Hale-McKinzy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

678.   Gary McKinzy, as the Personal Representative of the Estate of Diane Hale-McKinzy, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Diane Hale-McKinzy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gary McKinzy is a resident of Arkansas. Diane Hale-McKinzy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

679.   Douglas W. Hall, individually, as surviving sibling of Richard Hall, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Douglas W. Hall is a resident of New York. Richard Hall is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

680.   Shawn C. Hall, individually, as surviving child of Richard Hall, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shawn C. Hall is a resident of Illinois. Richard Hall is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

681.   Douglas Hall as Personal Representative of the Estate of Herman W. Hall, deceased, the late parent of Richard Hall, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Douglas Hall as Personal Representative of the Estate of Herman W. Hall is a resident of New York. Richard Hall is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

682.   Douglas Hall as Personal Representative of the Estate of Ruth Hall, deceased, the late parent of Richard Hall, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Douglas Hall as Personal Representative of the Estate of Ruth Hall is a resident of New York. Richard Hall is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

683.    Alisha Halmon, individually, as surviving child of Carolyn Halmon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alisha Halmon is a resident of the District of Columbia. Carolyn Halmon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

684.    Herman Halmon, individually, as surviving spouse of Carolyn Halmon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Herman Halmon is a resident of South Carolina. Carolyn Halmon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

685.    Herman Halmon, as the Personal Representative of the Estate of Carolyn Halmon, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Carolyn Halmon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Herman Halmon is a resident of South Carolina. Carolyn Halmon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

686.    Standish Halmon, individually, as surviving child of Carolyn Halmon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Standish Halmon is a resident of the District of Columbia. Carolyn Halmon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

687.    Talat Hamdani, individually, as surviving parent of Mohammad S. Hamdani, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Talat Hamdani is a resident of New York. Mohammad S. Hamdani is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

688.    Zeshan Hamdani, individually, as surviving sibling of Mohammad S. Hamdani, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Zeshan Hamdani is a resident of New York. Mohammad S. Hamdani is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

689.    Talat Hamdani, as the Personal Representative of the Estate of Mohammad S. Hamdani, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mohammad S. Hamdani, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Talat Hamdani is a resident of New York. Mohammad S. Hamdani is one of the Decedents murdered as a result of the

terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

690. Talat Hamdani as Personal Representative of the Estate of Mohammad Saleem Hamdani, deceased, the late parent of Mohammad S. Hamdani, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Talat Hamdani as Personal Representative of the Estate of Mohammad Saleem Hamdani is a resident of New York. Mohammad S. Hamdani is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

691. Mohammad Hamdani, individually, as surviving sibling of Mohammad S. Hamdani, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mohammad Hamdani is a resident of New York. Mohammad S. Hamdani is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

692. John Doe 24, being intended to designate the Personal Representative of the Estate of Melissa M. Harrington-Hughes, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Melissa M. Harrington-Hughes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Melissa M. Harrington-Hughes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

693. Beverly Harrington, individually, as surviving parent of Melissa M. Harrington-Hughes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Beverly Harrington is a resident of Massachusetts. Melissa M. Harrington-Hughes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

694. Robert J. Harrington, individually, as surviving parent of Melissa M. Harrington-Hughes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert J. Harrington is a resident of Massachusetts. Melissa M. Harrington-Hughes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

695. Dawn Haskell Carbone, individually, as surviving sibling of Thomas Haskell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dawn Haskell Carbone is a resident of New York. Thomas Haskell is one of the Decedents murdered as

a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

696. John Doe 25 as Personal Representative of the Estate of Timothy Haskell, deceased, the late sibling of Thomas Haskell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Haskell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

697. Barbara Haskell, individually, as surviving spouse of Thomas Haskell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Haskell is a resident of New York. Thomas Haskell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

698. Barbara Haskell, as the Personal Representative of the Estate of Thomas Haskell, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas Haskell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Haskell is a resident of New York. Thomas Haskell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

699. Erin Haskell, individually, as surviving child of Thomas Haskell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Erin Haskell is a resident of New York. Thomas Haskell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

700. Maureen Haskell, individually, as surviving parent of Thomas Haskell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maureen Haskell is a resident of New York. Thomas Haskell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

701. Meaghan Haskell, individually, as surviving child of Thomas Haskell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Meaghan Haskell is a resident of New York. Thomas Haskell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

702. Tara Haskell, individually, as surviving child of Thomas Haskell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tara Haskell is a resident of New York. Thomas Haskell is one of the Decedents murdered as a result of the terrorist attacks

of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

703.    Kevin Haskell, individually, as surviving sibling of Thomas Haskell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin Haskell is a resident of New York. Thomas Haskell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

704.    Dawn H. Carbone, individually, as surviving sibling of Timothy Haskell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dawn H. Carbone is a resident of New York. Timothy Haskell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

705.    John Doe 26, being intended to designate the Personal Representative of the Estate of Timothy Haskell, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Timothy Haskell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Timothy Haskell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

706.    Kevin Haskell, individually, as surviving sibling of Timothy Haskell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin Haskell is a resident of New York. Timothy Haskell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

707.    Maureen Haskell, individually, as surviving parent of Timothy Haskell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maureen Haskell is a resident of New York. Timothy Haskell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

708.    Barbara Haskell as Personal Representative of the Estate of Thomas Haskell, deceased, the late sibling of Timothy Haskell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Haskell as Personal Representative of the Estate of Thomas Haskell is a resident of New York. Timothy Haskell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda

and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

709.   Melissa J. Bernstein, individually, as surviving child of Roberta B. Heber, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Melissa J. Bernstein is a resident of Pennsylvania. Roberta B. Heber is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

710.   Stuart Bernstein, individually, as surviving child of Roberta B. Heber, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stuart Bernstein is a resident of Tennessee. Roberta B. Heber is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

711.   Robyn Bernstein Donati, individually, as surviving child of Roberta B. Heber, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robyn Bernstein Donati is a resident of Massachusetts. Roberta B. Heber is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

712.   Jacob Heber, individually, as surviving spouse of Roberta B. Heber, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jacob Heber is a resident of New York. Roberta B. Heber is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

713.   Melissa J. Bernstein, as the co-Personal Representative of the Estate of Roberta B. Heber, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Roberta B. Heber, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Melissa J. Bernstein is a resident of Pennsylvania. Roberta B. Heber is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

714.   Marinella Hemenway, as the Personal Representative of the Estate of Ronald J. Hemenway, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ronald J. Hemenway, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marinella Hemenway is a resident of Kansas. Ronald J. Hemenway is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

715.   Desiree Hemenway, individually, as surviving child of Ronald J. Hemenway, is a
       Plaintiff seeking justice for the tragic events of September 11, 2001. Desiree Hemenway
       is a resident of New Hampshire. Ronald J. Hemenway is one of the Decedents murdered
       as a result of the terrorist attacks of September 11, 2001, that were carried out by al-
       Qaeda and Osama bin Laden, and to which the Defendants provided material support and
       assistance in furtherance of the attacks.

716.   Marinella Hemenway, individually, as surviving spouse of Ronald J. Hemenway, is a
       Plaintiff seeking justice for the tragic events of September 11, 2001. Marinella
       Hemenway is a resident of Kansas. Ronald J. Hemenway is one of the Decedents
       murdered as a result of the terrorist attacks of September 11, 2001, that were carried out
       by al-Qaeda and Osama bin Laden, and to which the Defendants provided material
       support and assistance in furtherance of the attacks.

717.   Robert B. Hemenway Jr., individually, as surviving sibling of Ronald J. Hemenway, is a
       Plaintiff seeking justice for the tragic events of September 11, 2001. Robert B.
       Hemenway Jr. is a resident of Missouri. Ronald J. Hemenway is one of the Decedents
       murdered as a result of the terrorist attacks of September 11, 2001, that were carried out
       by al-Qaeda and Osama bin Laden, and to which the Defendants provided material
       support and assistance in furtherance of the attacks.

718.   Robert B. Hemenway Sr., individually, as surviving parent of Ronald J. Hemenway, is a
       Plaintiff seeking justice for the tragic events of September 11, 2001. Robert B.
       Hemenway Sr. is a resident of Kansas. Ronald J. Hemenway is one of the Decedents
       murdered as a result of the terrorist attacks of September 11, 2001, that were carried out
       by al-Qaeda and Osama bin Laden, and to which the Defendants provided material
       support and assistance in furtherance of the attacks.

719.   Shirley Hemenway, individually, as surviving parent of Ronald J. Hemenway, is a
       Plaintiff seeking justice for the tragic events of September 11, 2001. Shirley Hemenway
       is a resident of Kansas. Ronald J. Hemenway is one of the Decedents murdered as a result
       of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and
       Osama bin Laden, and to which the Defendants provided material support and assistance
       in furtherance of the attacks.

720.   Stefan Hemenway, individually, as surviving child of Ronald J. Hemenway, is a Plaintiff
       seeking justice for the tragic events of September 11, 2001. Stefan Hemenway is a
       resident of North Dakota. Ronald J. Hemenway is one of the Decedents murdered as a
       result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda
       and Osama bin Laden, and to which the Defendants provided material support and
       assistance in furtherance of the attacks.

721.   Kathleen Novich, individually, as surviving sibling of Ronald J. Hemenway, is a Plaintiff
       seeking justice for the tragic events of September 11, 2001. Kathleen Novich is a resident
       of Kansas. Ronald J. Hemenway is one of the Decedents murdered as a result of the
       terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin
       Laden, and to which the Defendants provided material support and assistance in
       furtherance of the attacks.

722.    Bernice Dawn Dillard, individually, as surviving sibling of Ronnie Henderson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Bernice Dawn Dillard is a resident of New York. Ronnie Henderson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

723.    Valestine Henderson, individually, as surviving sibling of Ronnie Henderson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Valestine Henderson is a resident of New York. Ronnie Henderson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

724.    Tara Butzbaugh, individually, as surviving sibling of John Christopher Henwood, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tara Butzbaugh is a resident of Connecticut. John Christopher Henwood is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

725.    Catherine M. Eklund, individually, as surviving sibling of John Christopher Henwood, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine M. Eklund is a resident of Virginia. John Christopher Henwood is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

726.    David D. Henwood III, individually, as surviving sibling of John Christopher Henwood Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. David D. Henwood III is a resident of Connecticut. John Christopher Henwood is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

727.    David Henwood III, as Personal Representative of the Estate of David D. Henwood Jr., deceased, the late parent of John Christopher Henwood, is a Plaintiff seeking justice for the tragic events of September 11, 2001. David Henwood III as Personal Representative of the Estate of David D. Henwood Jr. is a resident of Connecticut. John Christopher Henwood is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

728.    Mary C. Henwood, individually, as surviving parent of John Christopher Henwood, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary C. Henwood is a resident of Connecticut. John Christopher Henwood is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

729. Mary L. Henwood, individually, as surviving sibling of John Christopher Henwood, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary L. Henwood is a resident of Connecticut. John Christopher Henwood is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

730. Pamela Dixon, individually, as surviving parent of DaJuan Hodges, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Pamela Dixon is a resident of New York. DaJuan Hodges is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

731. Sherard Dixon, individually, as surviving sibling of DaJuan Hodges, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sherard Dixon is a resident of New York. DaJuan Hodges is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

732. Jamielah Persol, as the Personal Representative of the Estate of DaJuan Hodges, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of DaJuan Hodges, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jamielah Persol is a resident of New Jersey. DaJuan Hodges is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

733. Jatair Persol, individually, as surviving child of DaJuan Hodges, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jatair Persol is a resident of New York. DaJuan Hodges is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

734. Kenneth Alan Davidson as Personal Representative of the Estate of David Cannella, deceased, the late child of Judith Hofmiller, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kenneth Alan Davidson as Personal Representative of the Estate of David Cannella is a resident of Connecticut. Judith Hofmiller is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

735. Robert Hofmiller, individually, as surviving sibling of Judith Hofmiller, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Hofmiller is a resident of Connecticut. Judith Hofmiller is one of the Decedents murdered as a result of the

terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

736. Robert Hofmiller as Personal Representative of the Estate of Emma Graves, deceased, the late parent of Judith Hofmiller, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Hofmiller as Personal Representative of the Estate of Emma Graves is a resident of Connecticut. Judith Hofmiller is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

737. Kelly Marchese as Personal Representative of the Estate of William J. Houston, deceased, the late sibling of Charles J. Houston, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kelly Marchese as Personal Representative of the Estate of William J. Houston is a resident of New York. Charles J. Houston is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

738. Francis X. Houston, individually, as surviving sibling of Charles J. Houston, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Francis X. Houston is a resident of Florida. Charles J. Houston is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

739. Joan M. Houston, individually, as surviving sibling of Charles J. Houston, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joan M. Houston is a resident of New Jersey. Charles J. Houston is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

740. Linda Houston, individually, as surviving spouse of Charles J. Houston, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Linda Houston is a resident of New York. Charles J. Houston is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

741. Linda Houston, as the Personal Representative of the Estate of Charles J. Houston, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Charles J. Houston, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Linda Houston is a resident of New York. Charles J. Houston is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

112

742.   Joan M. Houston as Personal Representative of the Estate of Joan McQuillen, deceased, the late parent of Charles J. Houston, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joan M. Houston as Personal Representative of the Estate of Joan McQuillen is a resident of New Jersey. Charles J. Houston is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

743.   Brian Howley, individually, as surviving spouse of Jennifer L. Howley, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian Howley is a resident of New York. Jennifer L. Howley is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

744.   Brian Howley, as the Personal Representative of the Estate of Jennifer L. Howley, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jennifer L. Howley, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian Howley is a resident of New York. Jennifer L. Howley is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

745.   Gerald Hrycak, individually, as surviving sibling of Marian R. Hrycak, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gerald Hrycak is a resident of New York. Marian R. Hrycak is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

746.   Gregory Hrycak, as Personal Representative of the Estate of Joanne Hrycak, deceased, the late spouse of Marian R. Hrycak, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gregory Hrycak is a resident of New York. Marian R. Hrycak is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

747.   Gregory Hrycak, as the Personal Representative of the Estate of Marian R. Hrycak, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Marian R. Hrycak, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gregory Hrycak is a resident of New York. Marian R. Hrycak is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

748.   Christine Buividas, individually, as surviving child of Marian R. Hrycak, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christine Buividas is a

resident of New York. Marian R. Hrycak is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

749. Gregory Hrycak, individually, as surviving child of Marian R. Hrycak, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gregory Hrycak is a resident of New York. Marian R. Hrycak is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

750. John Doe 147 as Personal Representative of the Estate of Trina Sabb, deceased, the late of Lamar D. Hulse, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lamar D. Hulse is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

751. Harold Singleton, individually, as surviving sibling of Lamar D. Hulse, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Harold Singleton is a resident of New York. Lamar D. Hulse is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

752. Linda Hulse, individually, as surviving parent of Lamar D. Hulse, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Linda Hulse is a resident of New York. Lamar D. Hulse is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

753. Linda Hulse, as the Personal Representative of the Estate of Lamar D. Hulse, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lamar D. Hulse, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Linda Hulse is a resident of New York. Lamar D. Hulse is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

754. Brenda Garrett as Personal Representative of the Estate of Dorothy Lee Coles, deceased, the late parent of Peggie Hurt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brenda Garrett as Personal Representative of the Estate of Dorothy Lee Coles is a resident of Virginia. Peggie Hurt is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

755. Arthur Harris, individually, as surviving parent of Peggie Hurt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Arthur Harris is a resident of Virginia. Peggie Hurt is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

756. Arthur Harris, as the Personal Representative of the Estate of Peggie Hurt, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Peggie Hurt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Arthur Harris is a resident of Virginia. Peggie Hurt is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

757. Edith Otelia Harris, individually, as surviving close, immediate family member of Peggie Hurt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Edith Otelia Harris is a resident of Virginia. Peggie Hurt is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

758. Margaret Ann Williams, individually, as surviving close, immediate family member of Peggie Hurt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Margaret Ann Williams is a resident of Virginia. Peggie Hurt is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

759. Christine Sandra Wilson, individually, as surviving close, immediate family member of Peggie Hurt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christine Sandra Wilson is a resident of Virginia. Peggie Hurt is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

760. Carlene Wynn as Personal Representative of the Estate of Lelia Mae Wynn, deceased, the late close, immediate family member of Peggie Hurt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carlene Wynn as Personal Representative of the Estate of Lelia Mae Wynn is a resident of Virginia. Peggie Hurt is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

761. Katherine Wynn, individually, as surviving close, immediate family member of Peggie Hurt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Katherine Wynn is a resident of Virginia. Peggie Hurt is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and

Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

762.   Patricia Catherine Hardy, individually, as surviving sibling of Stephen N. Hyland, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Catherine Hardy is a resident of California. Stephen N. Hyland is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

763.   Charles Hyland, individually, as surviving sibling of Stephen N. Hyland, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Charles Hyland is a resident of California. Stephen N. Hyland is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

764.   Stephen Hyland, individually, as surviving parent of Stephen N. Hyland, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephen Hyland is a resident of California. Stephen N. Hyland is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

765.   Stephen Hyland, as the Personal Representative of the Estate of Stephen N. Hyland, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen N. Hyland, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephen Hyland is a resident of California. Stephen N. Hyland is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

766.   Cheryl Hyland, individually, as surviving sibling of Stephen N. Hyland, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cheryl Hyland is a resident of California. Stephen N. Hyland is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

767.   Rachel James, individually, as surviving sibling of Ernest James, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rachel James is a resident of New York. Ernest James is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

768.   Rachel James, as the Personal Representative of the Estate of Ernest James, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ernest James, is a Plaintiff seeking justice for the tragic events of

September 11, 2001. Rachel James is a resident of New York. Ernest James is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

769. Rachel James as Personal Representative of the Estate of Esther James, deceased, the late parent of Ernest James, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rachel James as Personal Representative of the Estate of Esther James is a resident of New York. Ernest James is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

770. Michael James Beckford, individually, as surviving spouse of Gricelda E. James, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael James Beckford is a resident of Honduras. Gricelda E. James is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

771. Michael James Beckford, as the Personal Representative of the Estate of Gricelda E. James, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gricelda E. James, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael James Beckford is a resident of Honduras. Gricelda E. James is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

772. Madlene Brown, individually, as surviving sibling of Gricelda E. James, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Madlene Brown is a resident of Florida. Gricelda E. James is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

773. Jacobo Castro, individually, as surviving child of Gricelda E. James, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jacobo Castro is a resident of Massachusetts. Gricelda E. James is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

774. Darril Garo, individually, as surviving sibling of Gricelda E. James, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Darril Garo is a resident of Honduras. Gricelda E. James is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

775. Obed Garo, individually, as surviving sibling of Gricelda E. James, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Obed Garo is a resident of Honduras. Gricelda E. James is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

776. Jairo Castro, individually, as surviving child of Gricelda E. James, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jairo Castro is a resident of Massachusetts. Gricelda E. James is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

777. Michael Zinkofsky, individually, as surviving spouse of Maxima Jean-Pierre, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Zinkofsky is a resident of New York. Maxima Jean-Pierre is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

778. Michael Zinkofsky, as the Personal Representative of the Estate of Maxima Jean-Pierre, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Maxima Jean-Pierre, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Zinkofsky is a resident of New York. Maxima Jean-Pierre is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

779. Natalie Jeffries, individually, as surviving sibling of Alva Cynthia Jeffries-Sanchez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Natalie Jeffries is a resident of Georgia. Alva Cynthia Jeffries-Sanchez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

780. Ryan Rogers, individually, as surviving child of Alva Cynthia Jeffries-Sanchez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ryan Rogers is a resident of New York. Alva Cynthia Jeffries-Sanchez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

781. Ryan Rogers, as the Personal Representative of the Estate of Alva Cynthia Jeffries-Sanchez, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Alva Cynthia Jeffries-Sanchez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ryan Rogers is a resident of New York. Alva Cynthia Jeffries-Sanchez is one of the Decedents murdered as a result of

the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

782. John Doe 29, being intended to designate the Personal Representative of the Estate of John C. Jenkins, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of John C. Jenkins, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Doe 29 is a resident of Kentucky. John C. Jenkins is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

783. John Doe 30 as Personal Representative of the Estate of Florence Detherage, deceased, the late parent of John C. Jenkins, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John C. Jenkins is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

784. Jeffrey Jenkins, individually, as surviving sibling of John C. Jenkins, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeffrey Jenkins is a resident of Kentucky. John C. Jenkins is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

785. Alexander Jimenez, individually, as surviving sibling of Eliezer Jimenez, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexander Jimenez is a resident of North Carolina. Eliezer Jimenez, Jr., is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

786. John Doe 123, as Personal Representative of the Estate of Eliezer S. Jimenez Sr., deceased, the late parent of Eliezer Jimenez, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eliezer Jimenez, Jr., is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

787. Elizabeth Jimenez, individually, as surviving sibling of Eliezer Jimenez, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth Jimenez is a resident of Massachusetts. Eliezer Jimenez, Jr., is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda

119

and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

788.  Erick Jimenez, individually, as surviving sibling of Eliezer Jimenez, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Erick Jimenez is a resident of North Carolina. Eliezer Jimenez, Jr., is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

789.  Genesis Belinda Jimenez, individually, as surviving child of Eliezer Jimenez, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Genesis Belinda Jimenez is a resident of Texas. Eliezer Jimenez, Jr., is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

790.  Jonathan Jimenez, individually, as surviving child of Eliezer Jimenez, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jonathan Jimenez is a resident of Texas. Eliezer Jimenez, Jr., is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

791.  Melissa Jimenez, individually, as surviving child of Eliezer Jimenez, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Melissa Jimenez is a resident of Florida. Eliezer Jimenez, Jr., is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

792.  Rosa Jimenez, individually, as surviving spouse of Eliezer Jimenez, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rosa Jimenez is a resident of Texas. Eliezer Jimenez, Jr., is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

793.  Rosa Jimenez, as the Personal Representative of the Estate of Eliezer Jimenez, Jr., deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Eliezer Jimenez, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rosa Jimenez is a resident of Texas. Eliezer Jimenez, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

794.  Anthony Salas, individually, as surviving child of Eliezer Jimenez, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Salas is a resident of Arizona. Eliezer Jimenez, Jr., is one of the Decedents murdered as a result of the terrorist

attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

795. Zamani Davis, individually, as surviving sibling of Charles G. John, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Zamani Davis is a resident of Georgia. Charles G. John is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

796. Peggy H. Taylor, as the Personal Representative of the Estate of Charles G. John, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Charles G. John, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peggy H. Taylor is a resident of New York. Charles G. John is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

797. Cleveland B. John, individually, as surviving sibling of Charles G. John, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cleveland B. John is a resident of New York. Charles G. John is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

798. Orwyn John, individually, as surviving sibling of Charles G. John, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Orwyn John is a resident of New York. Charles G. John is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

799. Veronica John, individually, as surviving parent of Charles G. John, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Veronica John is a resident of Georgia. Charles G. John is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

800. Royston Roach, individually, as surviving sibling of Charles G. John, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Royston Roach is a resident of Georgia. Charles G. John is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

801. Charlene Cumberbatch, individually, as surviving sibling of Charles G. John, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Charlene Cumberbatch is a resident of New York. Charles G. John is one of the Decedents

murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

802.    Gary Jones, individually, as surviving sibling of Brian L. Jones, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gary Jones is a resident of Texas. Brian L. Jones is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

803.    Leander Jones, individually, as surviving parent of Brian L. Jones, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leander Jones is a resident of New York. Brian L. Jones is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

804.    Leander Jones, as the Personal Representative of the Estate of Brian L. Jones, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Brian L. Jones, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leander Jones is a resident of New York. Brian L. Jones is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

805.    Patricia Jones, individually, as surviving parent of Brian L. Jones, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Jones is a resident of New York. Brian L. Jones is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

806.    Teri Marshall, individually, as surviving sibling of Brian L. Jones, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Teri Marshall is a resident of Maryland. Brian L. Jones is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

807.    June Jurgens a/k/a June Drescher, individually, as surviving child of Paul W. Jurgens, is a Plaintiff seeking justice for the tragic events of September 11, 2001. June Jurgens a/k/a June Drescher is a resident of New York. Paul W. Jurgens is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

808.    Lindsay Jurgens, individually, as surviving child of Paul W. Jurgens, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lindsay Jurgens is a resident of New York. Paul W. Jurgens is one of the Decedents murdered as a result of the

terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

809. Maria Jurgens, individually, as surviving spouse of Paul W. Jurgens, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Jurgens is a resident of New York. Paul W. Jurgens is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

810. Maria Jurgens, as the Personal Representative of the Estate of Paul W. Jurgens, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Paul W. Jurgens, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Jurgens is a resident of New York. Paul W. Jurgens is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

811. Paul Jurgens, individually, as surviving child of Paul W. Jurgens, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paul Jurgens is a resident of New York. Paul W. Jurgens is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

812. Bakhtiyar Kamardinov, individually, as surviving sibling of Gavkharoy Kamardinova, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Bakhtiyar Kamardinov is a resident of Virginia. Gavkharoy Kamardinova is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

813. Farida Kamardinova, individually, as surviving parent of Gavkharoy Kamardinova, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Farida Kamardinova is a resident of Virginia. Gavkharoy Kamardinova is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

814. Fotima Kamardinova, individually, as surviving sibling of Gavkharoy Kamardinova, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Fotima Kamardinova is a resident of Virginia. Gavkharoy Kamardinova is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

815. Mukhamet Kamardinov, individually, as surviving parent of Gavkharoy Kamardinova, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mukhamet Kamardinov is a resident of Virginia. Gavkharoy Kamardinova is one of the Decedents

murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

816.    Zahro Kamardinova a/k/a Zakhro Kamardinova, individually, as surviving sibling of Gavkharoy Kamardinova, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Zahro Kamardinova a/k/a Zakhro Kamardinova is a resident of Virginia. Gavkharoy Kamardinova is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

817.    Zahro Kamardinova a/k/a Zakhro Kamardinova, as the Personal Representative of the Estate of Gavkharoy Kamardinova, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gavkharoy Kamardinova, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Zahro Kamardinova a/k/a Zakhro Kamardinova is a resident of Virginia. Gavkharoy Kamardinova is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

818.    Zukhra Koragoz, individually, as surviving sibling of Gavkharoy Kamardinova, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Zukhra Koragoz is a resident of Virginia. Gavkharoy Kamardinova is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

819.    Faye Kane, individually, as surviving parent of Jennifer L. Kane, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Faye Kane is a resident of Massachusetts. Jennifer L. Kane is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

820.    George Kane, individually, as surviving parent of Jennifer L. Kane, is a Plaintiff seeking justice for the tragic events of September 11, 2001. George Kane is a resident of Massachusetts. Jennifer L. Kane is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

821.    George Kane, as the Personal Representative of the Estate of Jennifer L. Kane, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jennifer L. Kane, is a Plaintiff seeking justice for the tragic events of September 11, 2001. George Kane is a resident of Massachusetts. Jennifer L. Kane is one of the Decedents murdered as a result of the terrorist attacks of September

11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

822. Timothy Kane, individually, as surviving sibling of Jennifer L. Kane, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Timothy Kane is a resident of Massachusetts. Jennifer L. Kane is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

823. Matthew Kane, individually, as surviving sibling of Jennifer L. Kane, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matthew Kane is a resident of Massachussetts. Jennifer L. Kane is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

824. Craig Griffin, individually, as surviving spouse of Lisa Kearney-Griffin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Craig Griffin is a resident of New York. Lisa Kearney-Griffin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

825. Craig Griffin, as the Personal Representative of the Estate of Lisa Kearney-Griffin, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lisa Kearney-Griffin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Craig Griffin is a resident of New York. Lisa Kearney-Griffin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

826. Lorraine Griffin, individually, as surviving child of Lisa Kearney-Griffin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lorraine Griffin is a resident of New York. Lisa Kearney-Griffin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

827. Maurice Corbett Kearney, individually, as surviving sibling of Lisa Kearney-Griffin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maurice Corbett Kearney is a resident of Delaware. Lisa Kearney-Griffin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

828. McKinley Kearney, individually, as surviving parent of Lisa Kearney-Griffin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. McKinley Kearney is a resident of Florida. Lisa Kearney-Griffin is one of the Decedents murdered as a result

of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

829.    Brityne Sprauve, individually, as surviving child of Lisa Kearney-Griffin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brityne Sprauve is a resident of Florida. Lisa Kearney-Griffin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

830.    Christine Keating, individually, as surviving sibling of Paul Hanlon Keating, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christine Keating is a resident of New Jersey. Paul Hanlon Keating is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

831.    Cornelius H. Keating, individually, as surviving sibling of Paul Hanlon Keating, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cornelius H. Keating is a resident of New Jersey. Paul Hanlon Keating is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

832.    Cornelius J. Keating, individually, as surviving parent of Paul Hanlon Keating, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cornelius J. Keating is a resident of New Jersey. Paul Hanlon Keating is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

833.    Cornelius J. Keating, as the Personal Representative of the Estate of Paul Hanlon Keating, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Paul Hanlon Keating, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cornelius J. Keating is a resident of New Jersey. Paul Hanlon Keating is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

834.    Jeanne Keating, individually, as surviving sibling of Paul Hanlon Keating, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeanne Keating is a resident of New Jersey. Paul Hanlon Keating is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

835.    Jeffrey Keating, individually, as surviving sibling of Paul Hanlon Keating, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeffrey Keating is a resident

of New Jersey. Paul Hanlon Keating is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

836.   Cornelius J. Keating as Personal Representative of the Estate of Muriel Keating, deceased, the late parent of Paul Hanlon Keating, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cornelius J. Keating as Personal Representative of the Estate of Muriel Keating is a resident of New Jersey. Paul Hanlon Keating is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

837.   Kathleen A. Matthews, individually, as surviving sibling of Paul Hanlon Keating, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen A. Matthews is a resident of New Jersey. Paul Hanlon Keating is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

838.   Belinda Bennett a/k/a Belinda Carter, individually, as surviving child of Brenda Kegler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Belinda Bennett a/k/a Belinda Carter is a resident of Maryland. Brenda Kegler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

839.   Andre Hunter, individually, as surviving sibling of Brenda Kegler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andre Hunter is a resident of Maryland. Brenda Kegler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

840.   Robert Lee Hunter, individually, as surviving sibling of Brenda Kegler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Lee Hunter is a resident of Maryland. Brenda Kegler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

841.   Simara Warren, individually, as surviving child of Brenda Kegler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Simara Warren is a resident of Maryland. Brenda Kegler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

842.   Simara Warren, as the Personal Representative of the Estate of Brenda Kegler, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries

and family members of Brenda Kegler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Simara Warren is a resident of Maryland. Brenda Kegler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

843.    Bing Kegler, individually, as surviving spouse of Brenda Kegler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Bing Kegler is a resident of Florida. Brenda Kegler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

844.    David Royal, individually, as surviving sibling of Brenda Kegler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. David Royal is a resident of the District of Columbia. Brenda Kegler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

845.    Anne K. Blauvelt, individually, as surviving spouse of Thomas M. Kelly, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anne K. Blauvelt is a resident of New Jersey. Thomas M. Kelly is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

846.    Anne K. Blauvelt, as the Personal Representative of the Estate of Thomas M. Kelly, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas M. Kelly, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anne K. Blauvelt is a resident of New Jersey. Thomas M. Kelly is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

847.    Kathleen Kelly, individually, as surviving spouse of Thomas W. Kelly, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Kelly is a resident of New York. Thomas W. Kelly is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

848.    Kathleen Kelly, as the Personal Representative of the Estate of Thomas W. Kelly, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas W. Kelly, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Kelly is a resident of New York. Thomas W. Kelly is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to

which the Defendants provided material support and assistance in furtherance of the attacks.

849. Thomas Kelly, individually, as surviving child of Thomas W. Kelly, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Kelly is a resident of New York. Thomas W. Kelly is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

850. Francis Kelly, individually, as surviving child of Thomas W. Kelly, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Francis Kelly is a resident of New York. Thomas W. Kelly is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

851. Allison Garger, individually, as surviving spouse of Thomas Kennedy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Allison Garger is a resident of New York. Thomas Kennedy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

852. Allison Garger, as the Personal Representative of the Estate of Thomas Kennedy, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas Kennedy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Allison Garger is a resident of New York. Thomas Kennedy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

853. Brian Kennedy, individually, as surviving sibling of Thomas Kennedy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian Kennedy is a resident of Virginia. Thomas Kennedy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

854. Brian Kennedy as Personal Representative of the Estate of Eileen Kennedy, deceased, the late parent of Thomas Kennedy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian Kennedy as Personal Representative of the Estate of Eileen Kennedy is a resident of Virginia. Thomas Kennedy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

855. James Kennedy, individually, as surviving child of Thomas Kennedy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Kennedy is a resident

of New York. Thomas Kennedy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

856.   Michael Kennedy, individually, as surviving child of Thomas Kennedy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Kennedy is a resident of New York. Thomas Kennedy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

857.   Robert Kennedy, individually, as surviving sibling of Thomas Kennedy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Kennedy is a resident of New York. Thomas Kennedy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

858.   Brian Kennedy as Personal Representative of the Estate of William Kennedy, deceased, the late parent of Thomas Kennedy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian Kennedy as Personal Representative of the Estate of William Kennedy is a resident of Virginia. Thomas Kennedy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

859.   Elizabeth Khalif, individually, as surviving parent of Boris Khalif, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth Khalif is a resident of New York. Boris Khalif is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

860.   Lev Khalif, individually, as surviving parent of Boris Khalif, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lev Khalif is a resident of New York. Boris Khalif is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

861.   Dara Berliner, individually, as surviving sibling of Mary Jo Kimelman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dara Berliner is a resident of New York. Mary Jo Kimelman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

862.   Michael G. Kimelman, individually, as surviving parent of Mary Jo Kimelman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael G. Kimelman is a resident of New York. Mary Jo Kimelman is one of the Decedents

docs-100618088.3

murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

863.   Michael G. Kimelman, as the co-Personal Representative of the Estate of Mary Jo Kimelman, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mary Jo Kimelman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael G. Kimelman is a resident of New York. Mary Jo Kimelman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

864.   Michael P. Kimelman, individually, as surviving sibling of Mary Jo Kimelman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael P. Kimelman is a resident of New York. Mary Jo Kimelman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

865.   Scott Kimelman, individually, as surviving sibling of Mary Jo Kimelman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Scott Kimelman is a resident of New York. Mary Jo Kimelman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

866.   Terre Susan Wallach, individually, as surviving parent of Mary Jo Kimelman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Terre Susan Wallach is a resident of Florida. Mary Jo Kimelman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

867.   Terre Susan Wallach, as the co-Personal Representative of the Estate of Mary Jo Kimelman, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mary Jo Kimelman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Terre Susan Wallach is a resident of Florida. Mary Jo Kimelman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

868.   Kathryn D'Amico, individually, as surviving sibling of Karen Kincaid, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathryn D'Amico is a resident of Iowa. Karen Kincaid is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

docs-100618088.3

869.     John Doe 33, being intended to designate the Personal Representative of the Estate of Karen Kincaid, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Karen Kincaid, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen Kincaid is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

870.     Kristian G. Kincaid, individually, as surviving sibling of Karen Kincaid, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kristian G. Kincaid is a resident of Iowa. Karen Kincaid is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

871.     Karyl Kincaid-Noel, individually, as surviving sibling of Karen Kincaid, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karyl Kincaid-Noel is a resident of Iowa. Karen Kincaid is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

872.     Kellie Work, individually, as surviving sibling of Amy R. King, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kellie Work is a resident of New York. Amy R. King is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

873.     Susan M. King, individually, as surviving parent of Amy R. King, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan M. King is a resident of New York. Amy R. King is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

874.     Raymond Murray, as Personal Representative of the Estate of Richard King, deceased, the late spouse of Lucille T. King, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Raymond Murray, as Personal Representative of the Estate of Richard King is a resident of North Carolina. Lucille T. King is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

132

875.   Robert Murray, as the co-Personal Representative of the Estate of Lucille T. King, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lucille T. King, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Murray is a resident of New Jersey. Lucille T. King is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

876.   Raymond Murray, as the co-Personal Representative of the Estate of Lucille T. King, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lucille T. King, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Raymond Murray is a resident of North Carolina. Lucille T. King is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

877.   Karen Barrett, as the co-Personal Representative of the Estate of Lucille T. King, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lucille T. King, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen Barrett is a resident of New Jersey. Lucille T. King is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

878.   Hans A. Klein, individually, as surviving parent of Peter A. Klein, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Hans A. Klein is a resident of New York. Peter A. Klein is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

879.   Dawn Kloepfer, as the Personal Representative of the Estate of Ronald Philip Kloepfer, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ronald Philip Kloepfer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dawn Kloepfer is a resident of New York. Ronald Philip Kloepfer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

880.   Jill Graziano, individually, as surviving sibling of Ronald Philip Kloepfer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jill Graziano is a resident of South Carolina. Ronald Philip Kloepfer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

881.    Christopher Kloepfer, individually, as surviving sibling of Ronald Philip Kloepfer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher Kloepfer is a resident of New York. Ronald Philip Kloepfer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

882.    Janet C. Kloepfer, individually, as surviving parent of Ronald Philip Kloepfer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Janet C. Kloepfer is a resident of New York. Ronald Philip Kloepfer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

883.    Michael Kloepfer, individually, as surviving sibling of Ronald Philip Kloepfer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Kloepfer is a resident of New Jersey. Ronald Philip Kloepfer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

884.    Robert Kloepfer Jr., individually, as surviving sibling of Ronald Philip Kloepfer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Kloepfer Jr. is a resident of New York. Ronald Philip Kloepfer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

885.    Kim McKenna, individually, as surviving sibling of Ronald Philip Kloepfer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kim McKenna is a resident of New York. Ronald Philip Kloepfer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

886.    John Koecheler, individually, as surviving child of Gary E. Koecheler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Koecheler is a resident of New York. Gary E. Koecheler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

887.    Mary Jo Koecheler, individually, as surviving sibling of Gary E. Koecheler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Jo Koecheler is a resident of Minnesota. Gary E. Koecheler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

888. Maureen Koecheler, individually, as surviving spouse of Gary E. Koecheler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maureen Koecheler is a resident of New York. Gary E. Koecheler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

889. Maureen Koecheler, as the Personal Representative of the Estate of Gary E. Koecheler, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gary E. Koecheler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maureen Koecheler is a resident of New York. Gary E. Koecheler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

890. Paul Koecheler, individually, as surviving child of Gary E. Koecheler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paul Koecheler is a resident of New York. Gary E. Koecheler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

891. Judy Schneider, individually, as surviving sibling of Gary E. Koecheler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Judy Schneider is a resident of Minnesota. Gary E. Koecheler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

892. Gene Koecheler, individually, as surviving sibling of Gary E. Koecheler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gene Koecheler is a resident of California. Gary E. Koecheler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

893. Thomas Kuras, individually, as surviving sibling of Patricia A. Kuras, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Kuras is a resident of New York. Patricia A. Kuras is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

894. Thomas Kuras, as the Personal Representative of the Estate of Patricia A. Kuras, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Patricia A. Kuras, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Kuras is a resident of New York. Patricia A. Kuras is one of the Decedents murdered as a result of the terrorist attacks of

135

September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

895.   Thomas Kuras as Personal Representative of the Estate of Michael B. Kuras, deceased, the late sibling of Patricia A. Kuras, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Kuras is a resident of New York. Patricia A. Kuras is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

896.   Thomas Kuras as Personal Representative of the Estate of Frances Kuras, deceased, the late parent of Patricia A. Kuras, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Kuras as Personal Representative of the Estate of Frances Kuras is a resident of New York. Patricia A. Kuras is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

897.   Morgan Kyte, individually, as surviving child of Angela R. Kyte, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Morgan Kyte is a resident of New Jersey. Angela R. Kyte is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

898.   Roger Kyte, individually, as surviving spouse of Angela R. Kyte, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Roger Kyte is a resident of New Jersey. Angela R. Kyte is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

899.   Roger Kyte, as the Personal Representative of the Estate of Angela R. Kyte, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Angela R. Kyte, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Roger Kyte is a resident of New Jersey. Angela R. Kyte is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

900.   Jem A. Howard, individually, as surviving child of Alan LaFrance, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jem A. Howard is a resident of Connecticut. Alan LaFrance is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

901.   Jody C. Howard, individually, as surviving child of Alan LaFrance, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jody C. Howard is a resident of New

Jersey. Alan LaFrance is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

902.   Andre LaFrance, individually, as surviving sibling of Alan LaFrance, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andre LaFrance is a resident of New York. Alan LaFrance is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

903.   Carolyn LaFrance, individually, as surviving sibling of Alan LaFrance, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carolyn LaFrance is a resident of Georgia. Alan LaFrance is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

904.   Steven LaFrance, individually, as surviving sibling of Alan LaFrance, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Steven LaFrance is a resident of California. Alan LaFrance is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

905.   Annmarie Williams, individually, as surviving sibling of Alan LaFrance, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Annmarie Williams is a resident of Florida. Alan LaFrance is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

906.   John Doe 35, being intended to designate, as the Personal Representative of the Estate of William D. Lake, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed), on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of William D. Lake, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William D. Lake is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

907.   Kyler Lake, individually, as surviving child of William D. Lake, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kyler Lake is a resident of Florida. William D. Lake is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to

137

which the Defendants provided material support and assistance in furtherance of the attacks.

908.   Jeanne Kavinski, individually, as surviving sibling of Carol A. LaPlante, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeanne Kavinski is a resident of Maryland. Carol A. LaPlante is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

909.   Jeanne Kavinski, as the Personal Representative of the Estate of Carol A. LaPlante, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Carol A. LaPlante, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeanne Kavinski is a resident of Maryland. Carol A. LaPlante is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

910.   Marilyn Matthews, individually, as surviving sibling of Carol A. LaPlante, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marilyn Matthews is a resident of New Jersey. Carol A. LaPlante is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

911.   Catherine Lauria, individually, as surviving sibling of Stephen J. Lauria, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine Lauria is a resident of Florida. Stephen J. Lauria is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

912.   Catherine Lauria, as Personal Representative of the Estate of Antoinette Lauria, deceased, the late parent of Stephen J. Lauria, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine Lauria as Personal Representative of the Estate of Antoinette Lauria is a resident of Florida. Stephen J. Lauria is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

913.   Catherine Lauria, as the Personal Representative of the Estate of Stephen J. Lauria, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen J. Lauria, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine Lauria is a resident of Florida. Stephen J. Lauria is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

914.     Pamela Lawson Dixon, individually, as surviving child of Nathaniel Lawson, is a
         Plaintiff seeking justice for the tragic events of September 11, 2001. Pamela Lawson
         Dixon is a resident of Colorado. Nathaniel Lawson is one of the Decedents murdered as a
         result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda
         and Osama bin Laden, and to which the Defendants provided material support and
         assistance in furtherance of the attacks.

915.     Pamela Lawson Dixon, as the Personal Representative of the Estate of Nathaniel Lawson,
         deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled
         beneficiaries and family members of Nathaniel Lawson, is a Plaintiff seeking justice for
         the tragic events of September 11, 2001. Pamela Lawson Dixon is a resident of Colorado.
         Nathaniel Lawson is one of the Decedents murdered as a result of the terrorist attacks of
         September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to
         which the Defendants provided material support and assistance in furtherance of the
         attacks.

916.     Betty Moore-Gooding, individually, as surviving sibling of Nathaniel Lawson, is a
         Plaintiff seeking justice for the tragic events of September 11, 2001. Betty Moore-
         Gooding is a resident of North Carolina. Nathaniel Lawson is one of the Decedents
         murdered as a result of the terrorist attacks of September 11, 2001, that were carried out
         by al-Qaeda and Osama bin Laden, and to which the Defendants provided material
         support and assistance in furtherance of the attacks.

917.     Evelyn Robinson, individually, as surviving sibling of Nathaniel Lawson, is a Plaintiff
         seeking justice for the tragic events of September 11, 2001. Evelyn Robinson is a resident
         of Georgia. Nathaniel Lawson is one of the Decedents murdered as a result of the terrorist
         attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,
         and to which the Defendants provided material support and assistance in furtherance of
         the attacks.

918.     Mary Ann Ledee, as the Personal Representative of the Estate of Kenneth Charles Ledee,
         deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled
         beneficiaries and family members of Kenneth Charles Ledee, is a Plaintiff seeking justice
         for the tragic events of September 11, 2001. Mary Ann Ledee is a resident of Florida.
         Kenneth Charles Ledee is one of the Decedents murdered as a result of the terrorist
         attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,
         and to which the Defendants provided material support and assistance in furtherance of
         the attacks.

919.     Anna Ledee, individually, as surviving parent of Kenneth Charles Ledee, is a Plaintiff
         seeking justice for the tragic events of September 11, 2001. Anna Ledee is a resident of
         New York. Kenneth Charles Ledee is one of the Decedents murdered as a result of the
         terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin
         Laden, and to which the Defendants provided material support and assistance in
         furtherance of the attacks.

920.     Olivia Ledee Lindsey, individually, as surviving child of Kenneth Charles Ledee, is a
         Plaintiff seeking justice for the tragic events of September 11, 2001. Olivia Ledee
         Lindsey is a resident of Florida. Kenneth Charles Ledee is one of the Decedents

murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

921. Alexica Leduc, individually, as surviving child of Alexis Leduc, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexica Leduc is a resident of Pennsylvania. Alexis Leduc is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

922. Alexis John Leduc, individually, as surviving child of Alexis Leduc, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexis John Leduc is a resident of New Jersey. Alexis Leduc is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

923. Elvis Leduc, individually, as surviving child of Alexis Leduc, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elvis Leduc is a resident of Pennsylvania. Alexis Leduc is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

924. Jessica Leduc, individually, as surviving child of Alexis Leduc, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jessica Leduc is a resident of Florida. Alexis Leduc is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

925. Cindy Leduc-Sanchez, individually, as surviving child of Alexis Leduc, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cindy Leduc-Sanchez is a resident of New York. Alexis Leduc is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

926. Katherine Lenoir, individually, as surviving sibling of John R. Lenoir, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Katherine Lenoir is a resident of Tennessee. John R. Lenoir is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

927. Patricia Lenoir, individually, as surviving parent of John R. Lenoir, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Lenoir is a resident of Tennessee. John R. Lenoir is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

and to which the Defendants provided material support and assistance in furtherance of the attacks.

928. Patrick Lenoir, individually, as surviving sibling of John R. Lenoir, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patrick Lenoir is a resident of Tennessee. John R. Lenoir is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

929. Patrick Lenoir, as Personal Representative of the Estate of John A. Lenoir, deceased, the late parent of John R. Lenoir, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patrick Lenoir is a resident of Tennessee. John R. Lenoir is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

930. Elaine Farrally-Plourde, individually, as surviving child of Charles A. Lesperance, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elaine Farrally-Plourde is a resident of New York. Charles A. Lesperance is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

931. Elaine Farrally-Plourde, as the co-Personal Representative of the Estate of Charles A. Lesperance, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Charles A. Lesperance, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elaine Farrally-Plourde is a resident of New York. Charles A. Lesperance is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

932. Leslie K. Lesperance, individually, as surviving child of Charles A. Lesperance, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leslie K. Lesperance is a resident of Florida. Charles A. Lesperance is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

933. Leslie K. Lesperance, as the co-Personal Representative of the Estate of Charles A. Lesperance, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Charles A. Lesperance, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leslie K. Lesperance is a resident of Florida. Charles A. Lesperance is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

934.   Nilaja A. Shealy-Loveless, individually, as surviving child of Charles A. Lesperance, is a
       Plaintiff seeking justice for the tragic events of September 11, 2001. Nilaja A. Shealy-
       Loveless is a resident of New Jersey. Charles A. Lesperance is one of the Decedents
       murdered as a result of the terrorist attacks of September 11, 2001, that were carried out
       by al-Qaeda and Osama bin Laden, and to which the Defendants provided material
       support and assistance in furtherance of the attacks.

935.   Audrey Levin, individually, as surviving parent of Alisha C. Levin, is a Plaintiff seeking
       justice for the tragic events of September 11, 2001. Audrey Levin is a resident of
       Pennsylvania. Alisha C. Levin is one of the Decedents murdered as a result of the
       terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin
       Laden, and to which the Defendants provided material support and assistance in
       furtherance of the attacks.

936.   Marvin Levin, individually, as surviving parent of Alisha C. Levin, is a Plaintiff seeking
       justice for the tragic events of September 11, 2001. Marvin Levin is a resident of
       Pennsylvania. Alisha C. Levin is one of the Decedents murdered as a result of the
       terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin
       Laden, and to which the Defendants provided material support and assistance in
       furtherance of the attacks.

937.   Mindy Gottenberg, individually, as surviving sibling of Alisha C. Levin, is a Plaintiff
       seeking justice for the tragic events of September 11, 2001. Mindy Gottenberg is a
       resident of Pennsylvania. Alisha C. Levin is one of the Decedents murdered as a result of
       the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama
       bin Laden, and to which the Defendants provided material support and assistance in
       furtherance of the attacks.

938.   Mindy Gottenberg, as the Personal Representative of the Estate of Alisha C. Levin,
       deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled
       beneficiaries and family members of Alisha C. Levin, is a Plaintiff seeking justice for the
       tragic events of September 11, 2001. Mindy Gottenberg is a resident of Pennsylvania.
       Alisha C. Levin is one of the Decedents murdered as a result of the terrorist attacks of
       September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to
       which the Defendants provided material support and assistance in furtherance of the
       attacks.

939.   John E. Allen Jr., individually, as surviving child of Samantha Lightbourn-Allen, is a
       Plaintiff seeking justice for the tragic events of September 11, 2001. John E. Allen Jr. is a
       resident of Maryland. Samantha Lightbourn-Allen is one of the Decedents murdered as a
       result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda
       and Osama bin Laden, and to which the Defendants provided material support and
       assistance in furtherance of the attacks.

940.   Rennea Butler, individually, as surviving sibling of Samantha Lightbourn-Allen, is a
       Plaintiff seeking justice for the tragic events of September 11, 2001. Rennea Butler is a
       resident of Virginia. Samantha Lightbourn-Allen is one of the Decedents murdered as a
       result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda

and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

941. Raymond Lightbourn, individually, as surviving sibling of Samantha Lightbourn-Allen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Raymond Lightbourn is a resident of Maryland. Samantha Lightbourn-Allen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

942. Rebecca Lightbourn, individually, as surviving parent of Samantha Lightbourn-Allen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rebecca Lightbourn is a resident of Maryland. Samantha Lightbourn-Allen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

943. Rebecca Lightbourn, as the Personal Representative of the Estate of Samantha Lightbourn-Allen, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Samantha Lightbourn-Allen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rebecca Lightbourn is a resident of Maryland. Samantha Lightbourn-Allen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

944. Rebecca Lightbourn as Personal Representative of the Estate of Raymond Lightbourn, Sr., deceased, the late parent of Samantha Lightbourn-Allen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rebecca Lightbourn as Personal Representative of the Estate of Raymond Lightbourn, Sr. is a resident of Maryland. Samantha Lightbourn-Allen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

945. Olga Colon, individually, as surviving sibling of Carlos R. Lillo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Olga Colon is a resident of Florida. Carlos R. Lillo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

946. Iliana E. Flores, individually, as surviving sibling of Carlos R. Lillo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Iliana E. Flores is a resident of New York. Carlos R. Lillo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

143

947.  Julio C. Lillo, individually, as surviving sibling of Carlos R. Lillo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Julio C. Lillo is a resident of New Jersey. Carlos R. Lillo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

948.  Alexander Lopez, individually, as surviving sibling of Carlos R. Lillo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexander Lopez is a resident of Puerto Rico. Carlos R. Lillo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

949.  Ilia E. Rodriguez, individually, as surviving parent of Carlos R. Lillo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ilia E. Rodriguez is a resident of Puerto Rico. Carlos R. Lillo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

950.  Ilia E. Rodriguez as Personal Representative of the Estate of Julio Cesar Lillo Torres, deceased, the late parent of Carlos R. Lillo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ilia E. Rodriguez as Personal Representative of the Estate of Julio Cesar Lillo Torres is a resident of Puerto Rico. Carlos R. Lillo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

951.  Nahid Mashayekhi Lin, individually, as surviving parent of Darya Lin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nahid Mashayekhi Lin is a resident of Florida. Darya Lin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

952.  Berdie Hicks, individually, as surviving parent of Nickie Lindo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Berdie Hicks is a resident of Georgia. Nickie Lindo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

953.  Walter Hicks, individually, as surviving sibling of Nickie Lindo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Walter Hicks is a resident of Georgia. Nickie Lindo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

144

954.   Vincent Linnane, individually, as surviving sibling of Robert T. Linnane, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vincent Linnane is a resident of New York. Robert T. Linnane is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

955.   Vincent Linnane, as the Personal Representative of the Estate of Robert T. Linnane, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert T. Linnane, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vincent Linnane is a resident of New York. Robert T. Linnane is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

956.   Matthew J. Liz-Ramirez, as the Personal Representative of the Estate of Nancy Liz, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nancy Liz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matthew J. Liz-Ramirez is a resident of Florida. Nancy Liz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

957.   Jose Liz a/k/a Domingo Liz, individually, as surviving sibling of Nancy Liz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jose Liz a/k/a Domingo Liz is a resident of Texas. Nancy Liz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

958.   Jose Liz a/k/a Domingo Liz as Personal Representative of the Estate of Jose Liz, Sr., deceased, the late parent of Nancy Liz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jose Liz a/k/a Domingo Liz as Personal Representative of the Estate of Jose Liz, Sr. is a resident of New York. Nancy Liz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

959.   Matthew J. Liz-Ramirez, individually, as surviving child of Nancy Liz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matthew J. Liz-Ramirez is a resident of Florida. Nancy Liz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

960.   Elisa P. Malani a/k/a Elisa Partosoedarso Malani, as the Personal Representative of the Estate of Michael Lomax, deceased, on behalf of the Estate, and on behalf of all survivors

145

and all legally entitled beneficiaries and family members of Michael Lomax, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elisa P. Malani a/k/a Elisa Partosoedarso Malani is a resident of Florida. Michael Lomax is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

961.    Elisa P. Malani as Personal Representative of the Estate of Erica Partosoedarso, deceased, the late spouse of Michael Lomax, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elisa P. Malani as Personal Representative of the Estate of Erica Partosoedarso is a resident of Florida. Michael Lomax is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

962.    Alexandra Lopes, individually, as surviving child of Salvatore Lopes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexandra Lopes is a resident of New York. Salvatore Lopes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

963.    Bernard Lopes, individually, as surviving sibling of Salvatore Lopes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Bernard Lopes is a resident of Florida. Salvatore Lopes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

964.    Lorraine Lopes, individually, as surviving spouse of Salvatore Lopes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lorraine Lopes is a resident of New York. Salvatore Lopes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

965.    Lorraine Lopes, as the Personal Representative of the Estate of Salvatore Lopes, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Salvatore Lopes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lorraine Lopes is a resident of New York. Salvatore Lopes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

966.    Nicole Lopes, individually, as surviving child of Salvatore Lopes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nicole Lopes is a resident of New York. Salvatore Lopes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to

146

which the Defendants provided material support and assistance in furtherance of the attacks.

967. Antoinette Solowsky, individually, as surviving sibling of Salvatore Lopes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Antoinette Solowsky is a resident of New York. Salvatore Lopes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

968. Michael Lopez Feliciano, individually, as surviving child of George Lopez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Lopez Feliciano is a resident of Florida. George Lopez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

969. Sophia W. M. Feliciano, individually, as surviving spouse of George Lopez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sophia W. M. Feliciano is a resident of Florida. George Lopez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

970. Sophia W. M. Feliciano, as the Personal Representative of the Estate of George Lopez, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of George Lopez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sophia W. M. Feliciano is a resident of Florida. George Lopez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

971. Carolyn DeRosier, individually, as surviving sibling of James T. Lynch, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carolyn DeRosier is a resident of Connecticut. James T. Lynch is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

972. Judith M. Hesse, individually, as surviving sibling of James T. Lynch, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Judith M. Hesse is a resident of Connecticut. James T. Lynch is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

973. Judith M. Hesse as Personal Representative of the Estate of Michael B. Lynch, deceased, the late sibling of James T. Lynch, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Judith M. Hesse as Personal Representative of the Estate of Michael

B. Lynch is a resident of Connecticut. James T. Lynch is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

974.   Brenda Lynch, individually, as surviving spouse of James T. Lynch, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brenda Lynch is a resident of Arkansas. James T. Lynch is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

975.   Brenda Lynch, as the Personal Representative of the Estate of James T. Lynch, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of James T. Lynch, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brenda Lynch is a resident of Arkansas. James T. Lynch is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

976.   Paul Thomas Lynch, individually, as surviving child of James T. Lynch, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paul Thomas Lynch is a resident of Florida. James T. Lynch is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

977.   Maureen MacDonald, individually, as surviving sibling of James T. Lynch, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maureen MacDonald is a resident of Connecticut. James T. Lynch is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

978.   Kathleen E. Zetscher, individually, as surviving sibling of James T. Lynch, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen E. Zetscher is a resident of Maryland. James T. Lynch is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

979.   Rodney Bush, individually, as surviving sibling of Nehamon Lyons, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rodney Bush is a resident of Arizona. Nehamon Lyons is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

980.   Corey Hawkins, individually, as surviving sibling of Nehamon Lyons, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Corey Hawkins is a resident

of Arizona. Nehamon Lyons is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

981.   Christian Lyons, individually, as surviving sibling of Nehamon Lyons, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christian Lyons is a resident of Arizona. Nehamon Lyons is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

982.   John Doe 108, as Personal Representative of the Estate of Jewel Lyons, deceased, the late parent of Nehamon Lyons, is a Plaintiff seeking justice for the tragic events of September 11, 2001.  Nehamon Lyons is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

983.   John Doe 102 as Personal Representative of the Estate of Nehamon Lyons, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nehamon Lyons, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nehamon Lyons is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

984.   Marquis Lyons, individually, as surviving sibling of Nehamon Lyons, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marquis Lyons is a resident of Arkansas. Nehamon Lyons is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

985.   Andrew Magazine, individually, as surviving child of Jay R. Magazine, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrew Magazine is a resident of North Carolina. Jay R. Magazine is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

986.   Michele Magazine, individually, as surviving sibling of Jay R. Magazine, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michele Magazine is a resident of New York. Jay R. Magazine is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

987.   Susan Lori Magazine, individually, as surviving spouse of Jay R. Magazine, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan Lori Magazine is a

resident of Massachusetts. Jay R. Magazine is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

988.   Susan Lori Magazine, as the Personal Representative of the Estate of Jay R. Magazine, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jay R. Magazine, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan Lori Magazine is a resident of Massachusetts. Jay R. Magazine is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

989.   Janet Wexler Magee, individually, as surviving spouse of Charles W. Magee, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Janet Wexler Magee is a resident of New York. Charles W. Magee is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

990.   Janet Wexler Magee, as the Personal Representative of the Estate of Charles W. Magee, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Charles W. Magee, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Janet Wexler Magee is a resident of New York. Charles W. Magee is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

991.   Ali Mohamed Malahi, individually, as surviving parent of Abdu Ali Malahi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ali Mohamed Malahi is a resident of New York. Abdu Ali Malahi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

992.   Ali Mohamed Malahi, as the Personal Representative of the Estate of Abdu Ali Malahi, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Abdu Ali Malahi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ali Mohamed Malahi is a resident of New York. Abdu Ali Malahi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

993.   Malek Malahi, individually, as surviving child of Abdu Ali Malahi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Malek Malahi is a resident of Michigan. Abdu Ali Malahi is one of the Decedents murdered as a result of the terrorist

attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

994. Nabeela Malahi, individually, as surviving spouse of Abdu Ali Malahi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nabeela Malahi is a resident of Michigan . Abdu Ali Malahi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

995. Fares Malahi, individually, as surviving child of Abdu Ali Malahi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Fares Malahi is a resident of Michigan. Abdu Ali Malahi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

996. Miriam R. Carrasquillo, individually, as surviving sibling of Debora I. Maldonado, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Miriam R. Carrasquillo is a resident of New York. Debora I. Maldonado is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

997. Elvia Diaz, individually, as surviving parent of Debora I. Maldonado, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elvia Diaz is a resident of New York. Debora I. Maldonado is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

998. Leslie Edwards, individually, as surviving sibling of Debora I. Maldonado, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leslie Edwards is a resident of New York. Debora I. Maldonado is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

999. Jarid Maldonado, individually, as surviving child of Myrna Maldonado-Agosto, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jarid Maldonado is a resident of Washington. Myrna Maldonado-Agosto is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1000. Jordan Maldonado, individually, as surviving child of Myrna Maldonado-Agosto, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jordan Maldonado is a resident of Florida. Myrna Maldonado-Agosto is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda

and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1001. Frances Mercado, individually, as surviving sibling of Myrna Maldonado-Agosto, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frances Mercado is a resident of New York. Myrna Maldonado-Agosto is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1002. April Fitzgerald as Personal Representative of the Estate of Merlyn Maloy, deceased, the late parent of Gene Maloy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. April Fitzgerald as Personal Representative of the Estate of Merlyn Maloy is a resident of Virginia. Gene Maloy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1003. Gene Maloy, individually, as surviving parent of Gene Maloy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gene Maloy is a resident of Virginia. Gene Maloy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1004. April Fitzgerald, individually, as surviving sibling of Gene Maloy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. April Fitzgerald is a resident of Virginia. Gene Maloy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1005. Margaret Randazzo-Maloy, as the Personal Representative of the Estate of Gene Maloy, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gene Maloy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Margaret Randazzo-Maloy is a resident of California. Gene Maloy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1006. Anthony Mancini, individually, as surviving sibling of Francisco M. Mancini a/k/a Frank Mancini, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Mancini is a resident of New York. Francisco M. Mancini a/k/a Frank Mancini is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1007. Anastasia Mancini a/k/a Anastasia Zouvelos, individually, as surviving spouse of Francisco M. Mancini a/k/a Frank Mancini, is a Plaintiff seeking justice for the tragic

events of September 11, 2001. Anastasia Mancini a/k/a Anastasia Zouvelos is a resident of New York. Francisco M. Mancini a/k/a Frank Mancini is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1008. Anastasia Mancini a/k/a Anastasia Zouvelos, as the Personal Representative of the Estate of Francisco Mancini (a/k/a Frank Mancini), deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Francisco M. Mancini a/k/a Frank Mancini, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anastasia Mancini a/k/a Anastasia Zouvelos is a resident of New York. Francisco M. Mancini a/k/a Frank Mancini is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1009. Sophia Mancini, individually, as surviving child of Francisco M. Mancini a/k/a Frank Mancini, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sophia Mancini is a resident of New York. Francisco M. Mancini a/k/a Frank Mancini is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1010. Anthony Mancini as the Personal Representative of the Estate of Lea Sola (a/k/a Lea Mancini), deceased, the late parent of Francisco M. Mancini a/k/a Frank Mancini, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Mancini as the Personal Representative of the Estate of Lea Sola (a/k/a Lea Mancini) is a resident of New York. Francisco M. Mancini a/k/a Frank Mancini is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1011. Laura aka Laura E. Mardovich Balemian, individually, as surviving spouse of Edward J. Mardovich, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laura aka Laura E. Mardovich Balemian is a resident of New York. Edward J. Mardovich is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1012. Victoria Catanese, individually, as surviving child of Edward J. Mardovich, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Victoria Catanese is a resident of New York. Edward J. Mardovich is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1013. Edward J. Mardovich III, individually, as surviving child of Edward J. Mardovich, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Edward J.

Mardovich III is a resident of New York. Edward J. Mardovich is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1014.   Joseph Mardovich, individually, as surviving child of Edward J. Mardovich, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Mardovich is a resident of California. Edward J. Mardovich is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1015.   Leigh Massi, individually, as surviving child of Edward J. Mardovich, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leigh Massi is a resident of New York. Edward J. Mardovich is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1016.   Laura Mardovich a/k/a Laura E. Balemian, as the Personal Representative of the Estate of Edward J. Mardovich, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edward J. Mardovich, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laura Mardovich a/k/a Laura E. Balemian is a resident of New York. Edward J. Mardovich is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1017.   Lauren Peters, as Personal Representative of the Estate of Louis N. Mariani, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Louis N. Mariani, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lauren Peters is a resident of New York. Louis N. Mariani is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1018.   Christine Mariani, individually, as surviving sibling of Louis N. Mariani, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christine Mariani is a resident of Massachusetts. Louis N. Mariani is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1019.   Christina Martinez, individually, as surviving child of Betsy Martinez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christina Martinez is a resident of Florida. Betsy Martinez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1020. Gabriel Martinez, as the Co-Personal Representative of the Estate of Robert G Martinez, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert G. Martinez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gabriel Martinez is a resident of New York. Robert G. Martinez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1021. Gabriel Martinez, individually, as surviving parent of Robert G. Martinez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gabriel Martinez is a resident of New York. Robert G. Martinez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1022. Marie Martinez, individually, as surviving parent of Robert G. Martinez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marie Martinez is a resident of New York. Robert G. Martinez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1023. Francis Firth, individually, as surviving sibling of Robert G. Martinez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Francis Firth is a resident of New Jersey. Robert G. Martinez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1024. Arnold F. Mascali Jr., individually, as surviving sibling of Joseph A. Mascali, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Arnold F. Mascali Jr. is a resident of Florida. Joseph A. Mascali is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1025. Catherine Mascali, individually, as surviving parent of Joseph A. Mascali, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine Mascali is a resident of New York. Joseph A. Mascali is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1026. John Mascali, individually, as surviving sibling of Joseph A. Mascali, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Mascali is a resident of New York. Joseph A. Mascali is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

and to which the Defendants provided material support and assistance in furtherance of the attacks.

1027. Catherine Mascali as Personal Representative of the Estate of Arnold Mascali, Sr., deceased, the late parent of Joseph A. Mascali, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine Mascali as Personal Representative of the Estate of Arnold Mascali, Sr. is a resident of New York. Joseph A. Mascali is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1028. Donna Mascali Russo, individually, as surviving sibling of Joseph A. Mascali, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Donna Mascali Russo is a resident of New York. Joseph A. Mascali is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1029. Cathyanne Mascali Sprenger, individually, as surviving sibling of Joseph A. Mascali, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cathyanne Mascali Sprenger is a resident of New York. Joseph A. Mascali is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1030. Sherman Acker, individually, as surviving spouse of Ada L. Mason, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sherman Acker is a resident of Virginia. Ada L. Mason is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1031. Annie Harris, individually, as surviving sibling of Ada L. Mason, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Annie Harris is a resident of Connecticut. Ada L. Mason is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1032. JoAnn Wilson-Johnson, individually, as surviving sibling of Ada L. Mason, is a Plaintiff seeking justice for the tragic events of September 11, 2001. JoAnn Wilson-Johnson is a resident of Mississippi. Ada L. Mason is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1033. Nelson Johnson, as the Personal Representative of the Estate of Ada L. Mason, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ada L. Mason, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nelson Johnson is a resident of Tennessee. Ada L. Mason is one

156

of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1034. JoAnn Wilson-Johnson as Personal Representative of the Estate of Searetha E. Wilson, deceased, the late parent of Ada L. Mason, is a Plaintiff seeking justice for the tragic events of September 11, 2001. JoAnn Wilson-Johnson as Personal Representative of the Estate of Searetha E. Wilson is a resident of Mississippi. Ada L. Mason is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1035. Shaun Mason, individually, as surviving child of Ada L. Mason, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shaun Mason is a resident of Maryland. Ada L. Mason is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1036. Jimmie L. Willson, individually, as surviving sibling of Ada L. Mason, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jimmie L. Willson is a resident of Connecticut. Ada L. Mason is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1037. Shannon Mason, individually, as surviving child of Ada L. Mason, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shannon Mason is a resident of Virginia. Ada L. Mason is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1038. Kathleen Mathesen, as the Personal Representative of the Estate of William A. Mathesen, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of William A. Mathesen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Mathesen is a resident of New Jersey. William A. Mathesen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1039. Tara Moloney as Personal Representative of the Estate of Deborah Moloney, deceased, the late sibling of William A. Mathesen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tara Moloney is a resident of New York. William A. Mathesen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1040. Joanne Mathesen, as Personal Representative of the Estate of Stephen Mathesen, deceased, the late sibling of William A. Mathesen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joanne Mathesen, as Personal Representative of the Estate of Stephen Mathesen is a resident of New York. William A. Mathesen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1041. Karen Schubert, individually, as surviving sibling of William A. Mathesen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen Schubert is a resident of Florida. William A. Mathesen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1042. Patricia Sarrantonio, individually, as surviving sibling of William A. Mathesen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Sarrantonio is a resident of New York. William A. Mathesen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1043. Vivian Mattic, individually, as surviving sibling of Margaret E. Mattic, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vivian Mattic is a resident of Michigan. Margaret E. Mattic is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1044. Jean Neal a/k/a Elvin Jean Neal, individually, as surviving sibling of Margaret E. Mattic, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jean Neal a/k/a Elvin Jean Neal is a resident of Michigan. Margaret E. Mattic is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1045. Jean Neal a/k/a Elvin Jean Neal, as the Personal Representative of the Estate of Margaret E. Mattic, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Margaret E. Mattic, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jean Neal a/k/a Elvin Jean Neal is a resident of Michigan. Margaret E. Mattic is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1046. Jean Neal a/k/a Elvin Jean Neal, as Personal Representative of the Estate of Katie I. Mattic, deceased, the late parent of Margaret E. Mattic, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jean Neal a/k/a Elvin Jean Neal, as Personal Representative of the Estate of Katie I. Mattic is a resident of Michigan. Margaret E.

Mattic is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1047. Frances Douglas, individually, as surviving sibling of Margaret E. Mattic, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frances Douglas is a resident of Michigan. Margaret E. Mattic is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1048. William Eugene Clark a/k/a Eugene W. Clark, as the Personal Representative of the Estate of Dean E. Mattson, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Dean E. Mattson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William Eugene Clark a/k/a Eugene W. Clark is a resident of California. Dean E. Mattson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1049. Dale Mattson, individually, as surviving sibling of Dean E. Mattson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dale Mattson is a resident of Wisconsin. Dean E. Mattson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1050. Dale Mattson as Personal Representative of the Estate of Bernice Mattson, deceased, the late parent of Dean E. Mattson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dale Mattson as Personal Representative of the Estate of Bernice Mattson is a resident of Wisconsin. Dean E. Mattson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1051. Mary Mattson as Personal Representative of the Estate of Glenn Mattson, deceased, the late sibling of Dean E. Mattson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Mattson as Personal Representative of the Estate of Glenn Mattson is a resident of Wisconsin. Dean E. Mattson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1052. Theresa M. Mattson as the Personal Representative of the Estate of Dwain Mattson, deceased, the late sibling of Dean E. Mattson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Theresa M. Mattson is a resident of WI. Dean E. Mattson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1053. Donald Mauro, individually, as surviving spouse of Nancy Mauro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Donald Mauro is a resident of New York. Nancy Mauro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1054. Donald Mauro, as the Personal Representative of the Estate of Nancy Mauro, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nancy Mauro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Donald Mauro is a resident of New York. Nancy Mauro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1055. Anne McCloskey, individually, as surviving parent of Katie M. McCloskey, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anne McCloskey is a resident of Indiana. Katie M. McCloskey is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1056. Noah R. McCloskey, as the Personal Representative of the Estate of Katie M. McCloskey, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Katie M. McCloskey, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anne McCloskey is a resident of Indiana. Katie M. McCloskey is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1057. Noah R. McCloskey, individually, as surviving sibling of Katie M. McCloskey, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Noah R. McCloskey is a resident of Indiana. Katie M. McCloskey is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1058. Linda D. May, individually, as surviving sibling of Thomas McHale, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Linda D. May is a resident of North Carolina. Thomas McHale is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1059. Elizabeth ("Beth") McCarthy (nee McHale), individually, as surviving sibling of Thomas McHale, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth ("Beth") McCarthy (nee McHale) is a resident of New York. Thomas McHale is one of the Decedents murdered as a result of the terrorist attacks of September 11,

2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1060.   Elizabeth ("Beth") McCarthy (nee McHale) and Joseph McHale as co-Personal Representatives of the Estate of John F. McHale, deceased, the late parent of Thomas McHale, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth ("Beth") McCarthy (nee McHale) and Joseph McHale are residents of New York. Thomas McHale is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1061.   Joseph M. McHale, individually, as surviving sibling of Thomas McHale, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph M. McHale is a resident of New York. Thomas McHale is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1062.   Kevin J. McHale, individually, as surviving sibling of Thomas McHale, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin J. McHale is a resident of North Carolina. Thomas McHale is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1063.   John F. McHale Jr. a/k/a Jack McHale, individually, as surviving sibling of Thomas McHale, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John F. McHale Jr. a/k/a Jack McHale is a resident of North Carolina. Thomas McHale is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1064.   John Doe 40, being intended to designate the Personal Representative of the Estate of Robert G. McIlvaine, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert G. McIlvaine, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert G. McIlvaine is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1065.   Jeffrey A. McIlvaine, individually, as surviving sibling of Robert G. McIlvaine, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeffrey A. McIlvaine is a resident of New Jersey. Robert G. McIlvaine is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda

and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1066. Julie E. McMahon, individually, as surviving spouse of Robert D. McMahon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Julie E. McMahon is a resident of Connecticut. Robert D. McMahon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1067. Julie E. McMahon, as the Personal Representative of the Estate of Robert D. McMahon, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert D. McMahon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Julie E. McMahon is a resident of Connecticut. Robert D. McMahon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1068. Matthew McMahon, individually, as surviving child of Robert D. McMahon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matthew McMahon is a resident of Connecticut. Robert D. McMahon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1069. Peter McMahon, individually, as surviving sibling of Robert D. McMahon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter McMahon is a resident of New York. Robert D. McMahon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1070. Nancy McMahon as Personal Representative of the Estate of Robert Martin McMahon, deceased, the late parent of Robert D. McMahon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nancy McMahon as Personal Representative of the Estate of Robert Martin McMahon is a resident of New York. Robert D. McMahon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1071. Patrick McMahon, individually, as surviving child of Robert D. McMahon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patrick McMahon is a resident of Connecticut. Robert D. McMahon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1072. Andrew McMahon, individually, as surviving sibling of Robert D. McMahon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrew McMahon

is a resident of New York. Robert D. McMahon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1073. Damon McMahon, individually, as surviving sibling of Robert D. McMahon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Damon McMahon is a resident of New York. Robert D. McMahon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1074. Michael McMahon, individually, as surviving sibling of Robert D. McMahon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael McMahon is a resident of Florida. Robert D. McMahon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1075. Kim McNeil-Hightower, individually, as surviving child of Walter A. McNeil, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kim McNeil-Hightower is a resident of North Carolina. Walter A. McNeil is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1076. Kim McNeil-Hightower, as the Personal Representative of the Estate of Walter A. McNeil, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Walter A. McNeil, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kim McNeil-Hightower is a resident of North Carolina. Walter A. McNeil is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1077. Walter A. McNeil II, individually, as surviving child of Walter A. McNeil, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Walter A. McNeil II is a resident of New Jersey. Walter A. McNeil is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1078. Kim McNeil-Hightower, as Personal Representative of the Estate of Judith McNeil, deceased, the late sibling of Walter A. McNeil, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kim McNeil-Hightower, as Personal Representative of the Estate of Judith McNeil, is a resident of North Carolina. Walter A. McNeil is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1079. Dolores Lara, individually, as surviving parent of Manuel E. Mejia, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dolores Lara is a resident of New York. Manuel E. Mejia is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1080. Scarlyn Mejia, individually, as surviving child of Manuel E. Mejia, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Scarlyn Mejia is a resident of New York. Manuel E. Mejia is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1081. Scarlyn Mejia, as the Personal Representative of the Estate of Manuel E. Mejia, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Manuel E. Mejia, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Scarlyn Mejia is a resident of New York. Manuel E. Mejia is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1082. Jacqueline Mejia Peguero, individually, as surviving child of Manuel E. Mejia, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jacqueline Mejia Peguero is a resident of New York. Manuel E. Mejia is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1083. Jose Miguel Mejia Peguero, individually, as surviving child of Manuel E. Mejia, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jose Miguel Mejia Peguero is a resident of New York. Manuel E. Mejia is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1084. Manuel E. Mejia Peguero, individually, as surviving child of Manuel E. Mejia, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Manuel E. Mejia Peguero is a resident of New York. Manuel E. Mejia is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1085. Yaritza Franco Estudillo, individually, as surviving child of Antonio Melendez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Yaritza Franco Estudillo is a resident of Connecticut. Antonio Melendez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out

by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1086. Daisy N. Melendez, individually, as surviving child of Antonio Melendez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daisy N. Melendez is a resident of New York. Antonio Melendez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1087. Marco A. Melendez, individually, as surviving child of Antonio Melendez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marco A. Melendez is a resident of New York. Antonio Melendez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1088. Saul Melendez-Hernandez, individually, as surviving child of Antonio Melendez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Saul Melendez-Hernandez is a resident of New York. Antonio Melendez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1089. Bronx Public Administrator, as the Personal Representative of the Estate of Antonio Melendez, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Antonio Melendez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Bronx Public Administrator is a resident of New York. Antonio Melendez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1090. Douglas Mello, individually, as surviving parent of Christopher D. Mello, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Douglas Mello is a resident of Florida. Christopher D. Mello is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1091. Ellen Mello, individually, as surviving parent of Christopher D. Mello, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ellen Mello is a resident of Florida. Christopher D. Mello is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1092. Ellen Mello, as the Personal Representative of the Estate of Christopher D. Mello, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Christopher D. Mello, is a Plaintiff seeking justice

for the tragic events of September 11, 2001. Ellen Mello is a resident of Florida. Christopher D. Mello is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1093. John Mello, individually, as surviving sibling of Christopher D. Mello, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Mello is a resident of Connecticut. Christopher D. Mello is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1094. Aleksandr Melnichenko, individually, as surviving spouse of Yelena Melnichenko, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Aleksandr Melnichenko is a resident of New York. Yelena Melnichenko is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1095. Aleksandr Melnichenko, as the Personal Representative of the Estate of Yelena Melnichenko, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Yelena Melnichenko, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Aleksandr Melnichenko is a resident of New York. Yelena Melnichenko is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1096. Erik F. Melnichenko, individually, as surviving child of Yelena Melnichenko, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Erik F. Melnichenko is a resident of New York. Yelena Melnichenko is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1097. Mary Cooper, individually, as surviving sibling of Wesley Mercer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Cooper is a resident of the District of Columbia. Wesley Mercer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1098. Mary Cooper as Personal Representative of the Estate of Elizabeth M. Parker, deceased, the late sibling of Wesley Mercer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Cooper as Personal Representative of the Estate of Elizabeth M. Parker is a resident of the District of Columbia. Wesley Mercer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were

carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1099. Linda Loran, individually, as surviving child of Wesley Mercer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Linda Loran is a resident of New York. Wesley Mercer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1100. Jackie J. Mercer, individually, as surviving sibling of Wesley Mercer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jackie J. Mercer is a resident of New Jersey. Wesley Mercer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1101. Kimberly Lee King Anderson, as the Personal Representative of the Estate of Queen Mercer deceased, the late spouse of Wesley Mercer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kimberly Lee King Anderson is a resident of Virginia. Wesley Mercer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1102. Kimberly Lee King Anderson, as the Personal Representative of the Estate of Wesley Mercer, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Wesley Mercer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kimberly Lee King Anderson is a resident of Virginia. Wesley Mercer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1103. Sharif Chowdhury and Showkatara Sharif as co-Personal Representatives of the Estate of Shakila Yasmin, deceased, the late spouse of Nurul Miah, are Plaintiffs seeking justice for the tragic events of September 11, 2001. Sharif Chowdhury and Showkatara Sharif are residents of Virginia. Nurul Miah is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1104. Nur Miah and Rokshana Miah, as the co-Personal Representatives of the Estate of Nurul Miah, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nurul Miah, are Plaintiffs seeking justice for the tragic events of September 11, 2001. Nur Miah and Rokshana Miah are residents of New York. Nurul Miah is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

and to which the Defendants provided material support and assistance in furtherance of the attacks.

1105. Bakul Miah, individually, as surviving sibling of Nurul Miah, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Bakul Miah is a resident of New Jersey. Nurul Miah is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1106. Maria Revilla, individually, as surviving spouse of Luis Clodoaldo Revilla Mier, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Revilla is a resident of Florida. Luis Clodoaldo Revilla Mier is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1107. Maria Revilla, as the Personal Representative of the Estate of Luis Clodoaldo Revilla Mier, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Luis Clodoaldo Revilla Mier, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Revilla is a resident of Florida. Luis Clodoaldo Revilla Mier is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1108. Jacqueline Milam, individually, as surviving spouse of Major Ronald D. Milam, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jacqueline Milam is a resident of Texas. Major Ronald D. Milam is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1109. Jacqueline Milam, as the Personal Representative of the Estate of Major Ronald D. Milam, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Major Ronald D. Milam, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jacqueline Milam is a resident of Texas. Major Ronald D. Milam is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1110. Ronald D. Milam Jr., individually, as surviving child of Major Ronald D. Milam, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ronald D. Milam Jr. is a resident of Texas. Major Ronald D. Milam is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1111. MyeJoi Milam, individually, as surviving child of Major Ronald D. Milam, is a Plaintiff seeking justice for the tragic events of September 11, 2001. MyeJoi Milam is a resident of Texas. Major Ronald D. Milam is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1112. Laurie Miller, individually, as surviving spouse of Douglas C. Miller, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laurie Miller is a resident of Pennsylvania. Douglas C. Miller is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1113. Laurie Miller, as the Personal Representative of the Estate of Douglas C. Miller, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Douglas C. Miller, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laurie Miller is a resident of Pennsylvania. Douglas C. Miller is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1114. Rachel Miller, individually, as surviving child of Douglas C. Miller, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rachel Miller is a resident of Pennsylvania. Douglas C. Miller is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1115. Katherine Miller, individually, as surviving child of Douglas C. Miller, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Katherine Miller is a resident of Pennsylvania. Douglas C. Miller is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1116. Sheryl Miller Bechor, individually, as surviving child of Philip D. Miller, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sheryl Miller Bechor is a resident of Florida . Philip D. Miller is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1117. Arlene Miller as the Personal Representatives of the Estate of Philip D. Miller, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Philip D. Miller, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Arlene Miller is a resident of Florida. Philip D. Miller is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that

were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1118. Arlene Miller, individually, as surviving spouse of Philip D. Miller, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Arlene Miller is a resident of Florida. Philip D. Miller is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1119. Frank Moccia, Jr., as the Personal Representative of the Estate of Elaine Moccia, deceased, the late spouse of Frank V. Moccia, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frank Moccia, Jr., as the Personal Representative of the Estate of Elaine Moccia, is a resident of New York. Frank V. Moccia is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1120. Frank Moccia, Jr. and Donna M. Velazquez, as the Co-Personal Representatives of the Estate of Frank V. Moccia, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Frank V. Moccia, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frank Moccia, Jr. & Donna M. Velazquez are residents of New York. Frank V. Moccia is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1121. Donna Velazquez, individually, as surviving child of Frank V. Moccia, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Donna Velazquez is a resident of New York. Frank V. Moccia is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1122. Frank Moccia, individually, as surviving child of Frank V. Moccia, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frank Moccia is a resident of New York. Frank V. Moccia is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1123. Patricia Codispoti, individually, as surviving sibling of Louis J. Modafferi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Codispoti is a resident of New York. Louis J. Modafferi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1124. Anthony Modafferi, individually, as surviving sibling of Louis J. Modafferi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Modafferi is a

resident of New York. Louis J. Modafferi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1125. John Doe 148 as Personal Representative of the Estate of Raffaela Modafferi, deceased, the late parent of Louis J. Modafferi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Louis J. Modafferi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1126. Mercedes Hernandez Molina, individually, as surviving spouse of Manuel De Jesus Molina, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mercedes Hernandez Molina is a resident of New York. Manuel De Jesus Molina is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1127. Mercedes Hernandez Molina, as the Personal Representative of the Estate of Manuel De Jesus Molina, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Manuel De Jesus Molina, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mercedes Hernandez Molina is a resident of New York. Manuel De Jesus Molina is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1128. Amanda Castrillon, individually, as surviving spouse of Antonio Montoya, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Amanda Castrillon is a resident of Massachusetts. Antonio Montoya is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1129. Amanda Castrillon, as the Co-Personal Representative of the Estate of Antonio Montoya, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Antonio Montoya, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Amanda Castrillon is a resident of Massachusetts. Antonio Montoya is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1130. Cindy Montoya, individually, as surviving child of Antonio Montoya, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cindy Montoya is a resident of Massachusetts. Antonio Montoya is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1131. Jorge Montoya, individually, as surviving child of Antonio Montoya, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jorge Montoya is a resident of Massachusetts. Antonio Montoya is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1132. Kelly Montoya, individually, as surviving child of Antonio Montoya, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kelly Montoya is a resident of Massachusetts. Antonio Montoya is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1133. Margarita Londono de Montoya, individually, as surviving parent of Carlos A. Montoya, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Margarita Londono de Montoya is a resident of Colombia. Carlos A. Montoya is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1134. Gilberto Montoya-Londono, individually, as surviving sibling of Carlos A. Montoya, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gilberto Montoya-Londono is a resident of Colombia. Carlos A. Montoya is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1135. Jaime Montoya-Londono, individually, as surviving sibling of Carlos A. Montoya, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jaime Montoya-Londono is a resident of Colombia. Carlos A. Montoya is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1136. Luis F. Montoya-Londono, individually, as surviving sibling of Carlos A. Montoya, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Luis F. Montoya-Londono is a resident of Colombia. Carlos A. Montoya is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1137. Stacey Montoya, individually, as surviving spouse of Carlos A. Montoya, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stacey Montoya is a resident of California. Carlos A. Montoya is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1138. Stacey Montoya, as the Personal Representative of the Estate of Carlos A. Montoya, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Carlos A. Montoya, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stacey Montoya is a resident of California. Carlos A. Montoya is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1139. Deirdre Moody, individually, as surviving child of Capt. Thomas Moody, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Deirdre Moody is a resident of New York. Capt. Thomas Moody is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1140. Jessica Moody, individually, as surviving child of Capt. Thomas Moody, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jessica Moody is a resident of New York. Capt. Thomas Moody is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1141. Sean Moody, individually, as surviving child of Capt. Thomas Moody, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sean Moody is a resident of New York. Capt. Thomas Moody is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1142. Maureen Moody-Theinert, individually, as surviving spouse of Capt. Thomas Moody, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maureen Moody-Theinert is a resident of Massachusetts. Capt. Thomas Moody is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1143. Maureen Moody-Theinert, as the Personal Representative of the Estate of Thomas Capt.) Moody, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Capt. Thomas Moody, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maureen Moody-Theinert is a resident of Massachusetts. Capt. Thomas Moody is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1144. Erin Moody Brennan, individually, as surviving child of Capt. Thomas Moody, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Erin Moody Brennan is a resident of Massachusetts. Capt. Thomas Moody is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1145. Portia Morales, individually, as surviving child of Paula E. Morales, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Portia Morales is a resident of Pennsylvania. Paula E. Morales is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1146. Sherwin Morales, individually, as surviving child of Paula E. Morales, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sherwin Morales is a resident of Texas. Paula E. Morales is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1147. Stephanie Morales-Guerrero, individually, as surviving child of Paula E. Morales, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephanie Morales-Guerrero is a resident of Florida. Paula E. Morales is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1148. Stephanie Morales-Guerrero, as the Personal Representative of the Estate of Paula E. Morales, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Paula E. Morales, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephanie Morales-Guerrero is a resident of Florida. Paula E. Morales is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1149. Petal S. Stanford-Sylvert, individually, as surviving child of Paula E. Morales, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Petal S. Stanford-Sylvert is a resident of New Jersey. Paula E. Morales is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1150. Kevin Moran, individually, as surviving sibling of Gerard Moran, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin Moran is a resident of Pennsylvania. Gerard Moran is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

and to which the Defendants provided material support and assistance in furtherance of the attacks.

1151.  Shannon Moran, individually, as surviving child of Gerard Moran, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shannon Moran is a resident of Maryland. Gerard Moran is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1152.  Shannon Moran, as the Personal Representative of the Estate of Gerard Moran, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gerard Moran, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shannon Moran is a resident of Maryland. Gerard Moran is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1153.  Ellen Moran, individually, as surviving sibling of John Moran, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ellen Moran is a resident of New York. John Moran is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1154.  Dylan Moran, individually, as surviving child of John Moran, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dylan Moran is a resident of Washington. John Moran is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1155.  Michael Moran, individually, as surviving sibling of John Moran, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Moran is a resident of New York. John Moran is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1156.  Ryan Moran, individually, as surviving child of John Moran, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ryan Moran is a resident of Washington. John Moran is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1157.  Ellen Moran a/k/a Ellen Brennan, as Personal Representative of the Estate of Margaret Murphy Moran, deceased, the late parent of John Moran, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ellen Moran a/k/a Ellen Brennan, as Personal Representative of the Estate of Margaret Murphy Moran is a resident of New York. John

Moran is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1158. Mona O'Connor, individually, as surviving sibling of John Moran, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mona O'Connor is a resident of New York. John Moran is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1159. Kim Racklin, individually, as surviving spouse of John Moran, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kim Racklin is a resident of Idaho. John Moran is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1160. Kim Racklin, as the Personal Representative of the Estate of John Moran, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of John Moran, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kim Racklin is a resident of Idaho. John Moran is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1161. Alfia L. Gilligan (nee Morello), individually, as surviving child of Steven Morello, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alfia L. Gilligan (nee Morello) is a resident of New Jersey. Steven Morello is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1162. Eileen M. Morello, individually, as surviving spouse of Steven Morello, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eileen M. Morello is a resident of New Jersey. Steven Morello is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1163. Eileen M. Morello, as the Personal Representative of the Estate of Steven Morello, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Steven Morello, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eileen M. Morello is a resident of New Jersey. Steven Morello is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1164. Steven Morello, individually, as surviving child of Steven Morello, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Steven Morello is a resident of South Carolina. Steven Morello is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1165. Jessica Spiers, individually, as surviving child of Steven Morello, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jessica Spiers is a resident of New Jersey. Steven Morello is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1166. Winford F. Lamb, individually, as surviving sibling of Odessa V. Morris, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Winford F. Lamb is a resident of Maryland. Odessa V. Morris is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1167. Dahlia Morris, individually, as surviving child of Odessa V. Morris, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dahlia Morris is a resident of California. Odessa V. Morris is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1168. Horace Morris, individually, as surviving spouse of Odessa V. Morris, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Horace Morris is a resident of Maryland. Odessa V. Morris is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1169. Horace Morris, as the Personal Representative of the Estate of Odessa V. Morris, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Odessa V. Morris, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Horace Morris is a resident of Maryland. Odessa V. Morris is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1170. Jan-Sheri Morris, individually, as surviving child of Odessa V. Morris, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jan-Sheri Morris is a resident of Maryland. Odessa V. Morris is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1171. Keith Morris, individually, as surviving child of Odessa V. Morris, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Keith Morris is a resident of Texas. Odessa V. Morris is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1172. Ferdinand Morrone, individually, as surviving child of Ferdinand Morrone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ferdinand Morrone is a resident of Georgia. Ferdinand Morrone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1173. Gregory Morrone, individually, as surviving child of Ferdinand Morrone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gregory Morrone is a resident of New Jersey. Ferdinand Morrone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1174. Linda Morrone, individually, as surviving spouse of Ferdinand Morrone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Linda Morrone is a resident of Florida. Ferdinand Morrone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1175. Linda Morrone, as the Personal Representative of the Estate of Ferdinand Morrone, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ferdinand Morrone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Linda Morrone is a resident of Florida. Ferdinand Morrone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1176. Alyssa Morrone, individually, as surviving child of Ferdinand Morrone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alyssa Morrone is a resident of Florida. Ferdinand Morrone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1177. George Jebrine, as the co-Personal Representative of the Estate of Jude Moussa, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jude Moussa, is a Plaintiff seeking justice for the

tragic events of September 11, 2001. George Jebrine is a resident of Paris. Jude Moussa is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1178. Joseph Moussa, individually, as surviving parent of Jude Moussa, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Moussa is a resident of El Kura, Lebanon. Jude Moussa is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1179. Mazen Moussa, individually, as surviving sibling of Jude Moussa, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mazen Moussa is a resident of El Kura, Lebanon. Jude Moussa is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1180. Michael Moussa, individually, as surviving sibling of Jude Moussa, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Moussa is a resident of El Kura, Lebanon. Jude Moussa is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1181. Yvette Moussa, individually, as surviving parent of Jude Moussa, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Yvette Moussa is a resident of El Kura, Lebanon. Jude Moussa is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1182. Andre Mowatt, individually, as surviving sibling of Damion Mowatt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andre Mowatt is a resident of Texas. Damion Mowatt is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1183. Andrea Mowatt, individually, as surviving parent of Damion Mowatt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrea Mowatt is a resident of New York. Damion Mowatt is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1184. Andrea Mowatt, as the Personal Representative of the Estate of Damion Mowatt, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Damion Mowatt, is a Plaintiff seeking justice for the

tragic events of September 11, 2001. Andrea Mowatt is a resident of New York. Damion Mowatt is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1185. Deval Mowatt, individually, as surviving sibling of Damion Mowatt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Deval Mowatt is a resident of New York. Damion Mowatt is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1186. Devon Mowatt, individually, as surviving parent of Damion Mowatt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Devon Mowatt is a resident of New York. Damion Mowatt is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1187. Mary Muldowney, as the Personal Representative of the Estate of Anne Muldowney, deceased, the late parent of Richard Muldowney Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Muldowney as Personal Representative for the Estate of Anne Muldowney is a resident of New York. Richard Muldowney Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1188. Brian Muldowney, individually, as surviving sibling of Richard Muldowney Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian Muldowney is a resident of Florida. Richard Muldowney Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1189. Kevin Muldowney, individually, as surviving sibling of Richard Muldowney Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin Muldowney is a resident of New York. Richard Muldowney Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1190. Mary Muldowney, individually, as surviving sibling of Richard Muldowney Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Muldowney is a resident of New York. Richard Muldowney Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1191. Timothy Muldowney, individually, as surviving sibling of Richard Muldowney Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Timothy

Muldowney is a resident of Florida. Richard Muldowney Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1192. Colleen Andello, individually, as surviving sibling of Richard Muldowney Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Colleen Andello is a resident of Florida. Richard Muldowney Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1193. Constance Muldowney, individually, as surviving spouse of Richard Muldowney Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Constance Muldowney is a resident of New York. Richard Muldowney Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1194. Constance Muldowney, as the Personal Representative of the Estate of Richard Muldowney, Jr., deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Richard Muldowney Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Constance Muldowney is a resident of New York. Richard Muldowney Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1195. John Proodian, individually, as surviving child of Richard Muldowney Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Proodian is a resident of Texas. Richard Muldowney Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1196. Constance Muldowney, as Personal Representative of the Estate of Kathryn Proodian, deceased, the late child of Richard Muldowney Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Constance Muldowney, as Personal Representative of the Estate of Kathryn Proodian is a resident of New York. Richard Muldowney Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1197. Kevin Mulligan, individually, as surviving sibling of Dennis M. Mulligan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin Mulligan is a resident of Connecticut. Dennis M. Mulligan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1198.   Michael Mulligan, individually, as surviving sibling of Dennis M. Mulligan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Mulligan is a resident of New York. Dennis M. Mulligan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1199.   Patricia Mulligan, individually, as surviving sibling of Dennis M. Mulligan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Mulligan is a resident of New York. Dennis M. Mulligan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1200.   Patricia Mulligan, as the Personal Representative of the Estate of Dennis M. Mulligan, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Dennis M. Mulligan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Mulligan is a resident of New York. Dennis M. Mulligan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1201.   Patricia Mulligan, as Personal Representative of the Estate of Edward Mulligan, deceased, the late parent of Dennis M. Mulligan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Mulligan, as Personal Representative of the Estate of Edward Mulligan is a resident of New York. Dennis M. Mulligan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1202.   Patricia Mulligan, as Personal Representative of the Estate of Mary Frigo a/k/a Mary Catherine Brady, deceased, the late parent of Dennis M. Mulligan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Mulligan, as Personal Representative of the Estate of Mary Frigo a/k/a Mary Catherine Brady is a resident of New York. Dennis M. Mulligan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1203.   Brian Mulligan, individually, as surviving sibling of Dennis M. Mulligan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian Mulligan is a resident of New York. Dennis M. Mulligan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1204.   Masako Murphy, individually, as surviving spouse of Patrick J. Murphy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Masako Murphy is a resident

of Maryland. Patrick J. Murphy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1205. Masako Murphy, as the Personal Representative of the Estate of Patrick J. Murphy, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Patrick J. Murphy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Masako Murphy is a resident of Maryland. Patrick J. Murphy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1206. Mitchell Murphy, individually, as surviving child of Patrick J. Murphy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mitchell Murphy is a resident of California. Patrick J. Murphy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1207. Michael Murray, individually, as surviving child of Valerie V. Murray, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Murray is a resident of Wisconsin. Valerie V. Murray is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1208. Michael Murray, as the Personal Representative of the Estate of Valerie V. Murray, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Valerie V. Murray, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Murray is a resident of Wisconsin. Valerie V. Murray is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1209. Michael Murray as Personal Representative of the Estate of Kenneth Murray, deceased, the late child of Valerie V. Murray, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Murray as Personal Representative of the Estate of Kenneth Murray is a resident of Wisconsin. Valerie V. Murray is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1210. Veronica Stinga, individually, as surviving child of Valerie V. Murray, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Veronica Stinga is a resident of Florida. Valerie V. Murray is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

docs-100618088.3

and to which the Defendants provided material support and assistance in furtherance of the attacks.

1211. Valerie J. Murray, individually, as surviving child of Valerie V. Murray, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Valerie J. Murray is a resident of New York. Valerie V. Murray is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1212. Timothy Murray, individually, as surviving child of Valerie V. Murray, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Timothy Murray is a resident of New York. Valerie V. Murray is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1213. John Capodanno, as the Personal Representative of the Estate of Mario Nardone Jr., deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mario Nardone Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Capodanno is a resident of New York. Mario Nardone Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1214. Christopher Nardone, individually, as surviving sibling of Mario Nardone Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher Nardone is a resident of New Jersey. Mario Nardone Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1215. Jeanine Rao, individually, as surviving sibling of Mario Nardone Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeanine Rao is a resident of New York. Mario Nardone Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1216. Jeanine Rao as Personal Representative of the Estate of Linda Nardone, deceased, the late parent of Mario Nardone Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeanine Rao as Personal Representative of the Estate of Linda Nardone is a resident of New York. Mario Nardone Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1217. Jerrell Nedd, individually, as surviving child of Jerome O. Nedd, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jerrell Nedd is a resident of New

York. Jerome O. Nedd is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1218. Roxanne Nedd, individually, as surviving spouse of Jerome O. Nedd, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Roxanne Nedd is a resident of New York. Jerome O. Nedd is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1219. Roxanne Nedd, as the Personal Representative of the Estate of Jerome O. Nedd, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jerome O. Nedd, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Roxanne Nedd is a resident of New York. Jerome O. Nedd is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1220. Jerome Nedd, individually, as surviving child of Jerome O. Nedd, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jerome Nedd is a resident of New York. Jerome O. Nedd is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1221. Lyndsi Nelson, as the Personal Representative of the Estate of Peter A. Nelson, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Peter A. Nelson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lyndsi Nelson is a resident of Florida. Peter A. Nelson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1222. Ryan Nelson, individually, as surviving child of Peter A. Nelson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ryan Nelson is a resident of Maryland. Peter A. Nelson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1223. Earlrick Nesbitt, individually, as surviving sibling of Oscar F. Nesbitt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Earlrick Nesbitt is a resident of New York. Oscar F. Nesbitt is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1224. John Nesbitt, individually, as surviving sibling of Oscar F. Nesbitt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Nesbitt is a resident of Trinidad, W.I.. Oscar F. Nesbitt is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1225. Leslie Nesbitt, individually, as surviving sibling of Oscar F. Nesbitt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leslie Nesbitt is a resident of New York. Oscar F. Nesbitt is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1226. Leslie Nesbitt, as the Personal Representative of the Estate of Oscar F. Nesbitt, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Oscar F. Nesbitt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leslie Nesbitt is a resident of New York. Oscar F. Nesbitt is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1227. Joycelyn Nesbitt-Arneaud, individually, as surviving sibling of Oscar F. Nesbitt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joycelyn Nesbitt-Arneaud is a resident of Trinidad, W.I.. Oscar F. Nesbitt is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1228. Rosia Nesbitt as Personal Representative of the Estate of Rawlins Anthony Nesbitt, deceased, the late sibling of Oscar F. Nesbitt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rosia Nesbitt as Personal Representative of the Estate of Rawlins Anthony Nesbitt is a resident of Maryland. Oscar F. Nesbitt is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1229. Daniel Nevins, individually, as surviving child of Gerard T. Nevins, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel Nevins is a resident of New York. Gerard T. Nevins is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1230. Marie Nevins, individually, as surviving spouse of Gerard T. Nevins, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marie Nevins is a resident of New York. Gerard T. Nevins is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

186

and to which the Defendants provided material support and assistance in furtherance of the attacks.

1231. Marie Nevins, as the Personal Representative of the Estate of Gerard T. Nevins, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gerard T. Nevins, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marie Nevins is a resident of New York. Gerard T. Nevins is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1232. Andrew Nevins, individually, as surviving child of Gerard T. Nevins, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrew Nevins is a resident of Colorado. Gerard T. Nevins is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1233. Robin Loconto, individually, as surviving sibling of Nancy Yuen Ngo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robin Loconto is a resident of New Hampshire. Nancy Yuen Ngo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1234. Ashley Ngo, individually, as surviving child of Nancy Yuen Ngo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ashley Ngo is a resident of New Jersey. Nancy Yuen Ngo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1235. Lindsay Ngo, individually, as surviving child of Nancy Yuen Ngo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lindsay Ngo is a resident of New Jersey. Nancy Yuen Ngo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1236. Man Ngo, individually, as surviving spouse of Nancy Yuen Ngo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Man Ngo is a resident of New Jersey. Nancy Yuen Ngo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1237. Man Ngo, as the Personal Representative of the Estate of Nancy Yuen Ngo, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nancy Yuen Ngo, is a Plaintiff seeking justice for the tragic

events of September 11, 2001. Man Ngo is a resident of New Jersey. Nancy Yuen Ngo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1238.  Ho Ying Yee, individually, as surviving parent of Nancy Yuen Ngo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ho Ying Yee is a resident of New Jersey. Nancy Yuen Ngo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1239.  Dorothy Ogren, individually, as surviving parent of Joseph J. Ogren, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dorothy Ogren is a resident of New Jersey. Joseph J. Ogren is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1240.  Lance Edward Ogren, individually, as surviving sibling of Joseph J. Ogren, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lance Edward Ogren is a resident of South Carolina. Joseph J. Ogren is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1241.  James Davies, as Personal Representative of the Estate of Robert T. Ogren, deceased, the late parent of Joseph J. Ogren, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Davies, as Personal Representative of the Estate of Robert T. Ogren is a resident of Florida. Joseph J. Ogren is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1242.  Lance Ogren, as the Personal Representative of the Estate of Joseph J. Ogren, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joseph J. Ogren, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lance Ogren is a resident of South Carolina. Joseph J. Ogren is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1243.  Jessica Marrero, individually, as surviving child of Samuel Oitice, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jessica Marrero is a resident of New York. Samuel Oitice is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1244. Jean Oitice, individually, as surviving spouse of Samuel Oitice, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jean Oitice is a resident of New York. Samuel Oitice is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1245. Jean Oitice, as the Personal Representative of the Estate of Samuel Oitice, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Samuel Oitice, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jean Oitice is a resident of New York. Samuel Oitice is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1246. John Oitice, individually, as surviving child of Samuel Oitice, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Oitice is a resident of New York. Samuel Oitice is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1247. Duane Orloske, individually, as surviving spouse of Margaret Orloske, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Duane Orloske is a resident of Connecticut. Margaret Orloske is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1248. Duane Orloske, as the Personal Representative of the Estate of Margaret Orloske, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Margaret Orloske, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Duane Orloske is a resident of Connecticut. Margaret Orloske is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1249. Stephen Orloske, individually, as surviving child of Margaret Orloske, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephen Orloske is a resident of Vermont. Margaret Orloske is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1250. Duane Orloske as Personal Representative of the Estate of Sylvia Quinn, deceased, the late parent of Margaret Orloske, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Duane Orloske as Personal Representative of the Estate of Sylvia Quinn is a resident of Connecticut. Margaret Orloske is one of the Decedents murdered

as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1251. Elizabeth O. Kenworthy, individually, as surviving child of Virginia Ormiston, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth O. Kenworthy is a resident of New York. Virginia Ormiston is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1252. James H. Kenworthy, individually, as surviving spouse of Virginia Ormiston, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James H. Kenworthy is a resident of New York. Virginia Ormiston is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1253. James H. Kenworthy, as the Personal Representative of the Estate of Virginia Ormiston, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Virginia Ormiston, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James H. Kenworthy is a resident of New York. Virginia Ormiston is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1254. William O. Kenworthy, individually, as surviving child of Virginia Ormiston, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William O. Kenworthy is a resident of Virginia. Virginia Ormiston is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1255. Jonathan Ortiz, individually, as surviving sibling of Paul Ortiz Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jonathan Ortiz is a resident of New Jersey. Paul Ortiz Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1256. Pablo Ortiz Sr., individually, as surviving parent of Paul Ortiz Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Pablo Ortiz Sr. is a resident of New Jersey. Paul Ortiz Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1257. Estrellita a/k/a Estrellita Sanchez Ortiz, individually, as surviving spouse of Paul Ortiz Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Estrellita

a/k/a Estrellita Sanchez Ortiz is a resident of Florida. Paul Ortiz Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1258. Estrellita a/k/a Estrellita Sanchez Ortiz, as the Personal Representative of the Estate of Paul Ortiz Jr., deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Paul Ortiz Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Estrellita a/k/a Estrellita Sanchez Ortiz is a resident of Florida. Paul Ortiz Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1259. Rebecca Brianne Ortiz, individually, as surviving child of Paul Ortiz Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rebecca Brianne Ortiz is a resident of Florida. Paul Ortiz Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1260. Sophie Ortiz, individually, as surviving parent of Paul Ortiz Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sophie Ortiz is a resident of New Jersey. Paul Ortiz Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1261. Crystal Marie Ortiz, individually, as surviving child of David Ortiz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Crystal Marie Ortiz is a resident of New York. David Ortiz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1262. Ilianette Ortiz, individually, as surviving spouse of David Ortiz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ilianette Ortiz is a resident of New York. David Ortiz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1263. Ilianette Ortiz, as the Personal Representative of the Estate of David Ortiz, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of David Ortiz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ilianette Ortiz is a resident of New York. David Ortiz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1264. Richard Ortiz, individually, as surviving child of David Ortiz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Richard Ortiz is a resident of New York. David Ortiz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1265. Paola Cepeda, individually, as surviving child of Isidro D. Ottenwalder, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paola Cepeda is a resident of New York. Isidro D. Ottenwalder is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1266. Maria Delgado, individually, as surviving sibling of Isidro D. Ottenwalder, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Delgado is a resident of New York. Isidro D. Ottenwalder is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1267. Ana Silvia Diaz, individually, as surviving sibling of Isidro D. Ottenwalder, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ana Silvia Diaz is a resident of New York. Isidro D. Ottenwalder is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1268. Maria Fernandez, individually, as surviving spouse of Isidro D. Ottenwalder, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Fernandez is a resident of the Dominican Republic. Isidro D. Ottenwalder is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1269. Maria Fernandez, as the co-Personal Representative of the Estate of Isidro D. Ottenwalder, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Isidro D. Ottenwalder, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Fernandez is a resident of the Dominican Republic. Isidro D. Ottenwalder is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1270. Altagracia Ottenwalder, individually, as surviving sibling of Isidro D. Ottenwalder, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Altagracia Ottenwalder is a resident of New York. Isidro D. Ottenwalder is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out

by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1271. Homero Ottenwalder, individually, as surviving sibling of Isidro D. Ottenwalder, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Homero Ottenwalder is a resident of New Jersey. Isidro D. Ottenwalder is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1272. Jose Ottenwalder, individually, as surviving sibling of Isidro D. Ottenwalder, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jose Ottenwalder is a resident of New Jersey. Isidro D. Ottenwalder is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1273. Jose Ottenwalder, as the co-Personal Representative of the Estate of Isidro D. Ottenwalder, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Isidro D. Ottenwalder, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jose Ottenwalder is a resident of New Jersey. Isidro D. Ottenwalder is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1274. Maria Ottenwalder, individually, as surviving sibling of Isidro D. Ottenwalder, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Ottenwalder is a resident of New York. Isidro D. Ottenwalder is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1275. Pedro Ottenwalder, individually, as surviving sibling of Isidro D. Ottenwalder, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Pedro Ottenwalder is a resident of Florida. Isidro D. Ottenwalder is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1276. Rafael Ottenwalder, individually, as surviving sibling of Isidro D. Ottenwalder, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rafael Ottenwalder is a resident of New Jersey. Isidro D. Ottenwalder is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1277. William Ottenwalder, individually, as surviving sibling of Isidro D. Ottenwalder, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William Ottenwalder is a resident of New York. Isidro D. Ottenwalder is one of the Decedents murdered as a

result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1278. Rafael Ottenwalder, as Personal Representative for the Estate of Ana Pena di Ottenwalder, deceased, the late parent of Isidro D. Ottenwalder, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rafael Ottenwalder, as Personal Representative for the Estate of Ana Pena di Ottenwalder is a resident of New Jersey. Isidro D. Ottenwalder is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1279. Maria Cruz Rodriguez, individually, as surviving sibling of Isidro D. Ottenwalder, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Cruz Rodriguez is a resident of New York. Isidro D. Ottenwalder is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1280. Josefina Tolentino, individually, as surviving sibling of Isidro D. Ottenwalder, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Josefina Tolentino is a resident of New York. Isidro D. Ottenwalder is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1281. John Owens, individually, as surviving sibling of Peter Owens, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Owens is a resident of New York. Peter Owens is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1282. Kevin Owens, individually, as surviving sibling of Peter Owens, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin Owens is a resident of New York. Peter Owens is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1283. Terence Owens, individually, as surviving sibling of Peter Owens, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Terence Owens is a resident of New York. Peter Owens is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1284. Thomas F. Owens, individually, as surviving sibling of Peter Owens, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas F. Owens is a

resident of New York. Peter Owens is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1285. Felipe Oyola, individually, as surviving spouse of Adianes Oyola, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Felipe Oyola is a resident of Florida. Adianes Oyola is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1286. Felipe Oyola, as the Personal Representative of the Estate of Adianes Oyola, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Adianes Oyola, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Felipe Oyola is a resident of Florida. Adianes Oyola is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1287. Hannah Pabon, individually, as surviving child of Israel Pabon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Hannah Pabon is a resident of New Jersey. Israel Pabon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1288. Karen Pabon, individually, as surviving spouse of Israel Pabon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen Pabon is a resident of New Jersey. Israel Pabon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1289. Karen Pabon, as the Co-Personal Representative of the Estate of Israel Pabon, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Israel Pabon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen Pabon is a resident of New Jersey. Israel Pabon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1290. Sara Pabon, individually, as surviving child of Israel Pabon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sara Pabon is a resident of New Jersey. Israel Pabon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1291. Alyssa Palmer, individually, as surviving child of Orio J. Palmer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alyssa Palmer is a resident of New York. Orio J. Palmer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1292. Dana M. Runfola and Keith Palmer, as co-Personal Representatives for the Estate of Deborah Palmer, deceased, the late spouse of Orio J. Palmer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dana M. Runfola and Keith Palmer are residents of New York. Orio J. Palmer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1293. Dana M. Runfola and Keith Palmer, as co-Personal Representatives for the Estate of Orio J. Palmer, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Orio J. Palmer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dana M. Runfola and Keith Palmer are residents of New York. Orio J. Palmer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1294. Keith Palmer, individually, as surviving child of Orio J. Palmer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Keith Palmer is a resident of New York. Orio J. Palmer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1295. Dana M. Runfola, individually, as surviving child of Orio J. Palmer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dana M. Runfola is a resident of New York. Orio J. Palmer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1296. John Doe 44, being intended to designate the Personal Representative of the Estate of James W. Parham, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of James W. Parham, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James W. Parham is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama

bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1297. Leno Parham Jr., individually, as surviving sibling of James W. Parham, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leno Parham Jr. is a resident of Maryland. James W. Parham is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1298. Kevin Parham, individually, as surviving sibling of James W. Parham, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin Parham is a resident of New Jersey. James W. Parham is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1299. Sonia Lowe, individually, as surviving parent of Michael Parkes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sonia Lowe is a resident of Georgia. Michael Parkes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1300. Sonia Lowe, as the Personal Representative of the Estate of Michael Parkes, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael Parkes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sonia Lowe is a resident of Georgia. Michael Parkes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1301. Anya Monique Parkes, individually, as surviving sibling of Michael Parkes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anya Monique Parkes is a resident of Georgia. Michael Parkes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1302. Ralph Parkes, individually, as surviving parent of Michael Parkes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ralph Parkes is a resident of Jamaica. Michael Parkes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1303. Mirna Huerta Aguirre, individually, as surviving spouse of Leobardo L. Pascual, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mirna Huerta Aguirre is a resident of Mexico. Leobardo L. Pascual is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1304.   John Doe 45, being intended to designate the Personal Representative of the Estate of Leobardo L. Pascual, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Leobardo L. Pascual, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leobardo L. Pascual is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1305.   Carmen Yosef Lopez, individually, as surviving sibling of Leobardo L. Pascual, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carmen Yosef Lopez is a resident of California. Leobardo L. Pascual is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1306.   Cristobal Lopez, individually, as surviving sibling of Leobardo L. Pascual, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cristobal Lopez is a resident of California. Leobardo L. Pascual is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1307.   Lizeth Lopez Huerta, individually, as surviving child of Leobardo L. Pascual, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lizeth Lopez Huerta is a resident of Mexico. Leobardo L. Pascual is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1308.   Mariela Lopez Huerta, individually, as surviving child of Leobardo L. Pascual, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mariela Lopez Huerta is a resident of Mexico. Leobardo L. Pascual is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1309.   Ana Luisa Lopez Pascual, individually, as surviving sibling of Leobardo L. Pascual, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ana Luisa Lopez Pascual is a resident of Mexico. Leobardo L. Pascual is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1310. Elena De La Cruz Lopez Pascual, individually, as surviving sibling of Leobardo L. Pascual, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elena De La Cruz Lopez Pascual is a resident of Mexico. Leobardo L. Pascual is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1311. Flor Lopez Pascual, individually, as surviving sibling of Leobardo L. Pascual, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Flor Lopez Pascual is a resident of Mexico. Leobardo L. Pascual is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1312. Graciela Lopez Papetti, individually, as surviving sibling of Leobardo L. Pascual, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Graciela Lopez Papettiis a resident of California. Leobardo L. Pascual is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1313. Janet Lopez Pascual, individually, as surviving sibling of Leobardo L. Pascual, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Janet Lopez Pascual is a resident of Mexico. Leobardo L. Pascual is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1314. Manuela Lopez Pascual, individually, as surviving sibling of Leobardo L. Pascual, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Manuela Lopez Pascual is a resident of Mexico. Leobardo L. Pascual is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1315. Maria Elvia Lopez Pascual, individually, as surviving sibling of Leobardo L. Pascual, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Elvia Lopez Pascual is a resident of Mexico. Leobardo L. Pascual is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1316. Rafael Lopez Pascual, individually, as surviving sibling of Leobardo L. Pascual, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rafael Lopez Pascual is a resident of California. Leobardo L. Pascual is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1317.  Raquel Lopez Pascual, individually, as surviving sibling of Leobardo L. Pascual, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Raquel Lopez Pascual is a resident of Mexico. Leobardo L. Pascual is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1318.  Diego Lopez Reyes, individually, as surviving child of Leobardo L. Pascual, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Diego Lopez Reyes is a resident of New Jersey. Leobardo L. Pascual is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1319.  Juan Lopez Reyes, individually, as surviving child of Leobardo L. Pascual, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Juan Lopez Reyes is a resident of New Jersey. Leobardo L. Pascual is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1320.  Ana Pascual Ortiz, individually, as surviving parent of Leobardo L. Pascual, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ana Pascual Ortiz is a resident of California. Leobardo L. Pascual is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1321.  Terilyn Patrick Esse a/k/a Terilyn Patrick, individually, as surviving spouse of James Patrick, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Terilyn Patrick Esse a/k/a Terilyn Patrick is a resident of Connecticut. James Patrick is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1322.  Terilyn Patrick Esse a/k/a Terilyn Patrick, as the Personal Representative of the Estate of James Patrick, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of James Patrick, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Terilyn Patrick Esse a/k/a Terilyn Patrick is a resident of Connecticut. James Patrick is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1323.  Jack James Patrick Esse a/k/a Jack James Patrick, individually, as surviving child of James Patrick, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jack James Patrick Esse a/k/a Jack James Patrick is a resident of Connecticut. James Patrick is one of the Decedents murdered as a result of the terrorist attacks of September

11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1324. Alex M. Patrocino, individually, as surviving child of Manuel D. Patrocino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alex M. Patrocino is a resident of New York. Manuel D. Patrocino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1325. Keyla Patrocino, individually, as surviving child of Manuel D. Patrocino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Keyla Patrocino is a resident of New York. Manuel D. Patrocino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1326. Sandra Patrocino, individually, as surviving spouse of Manuel D. Patrocino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sandra Patrocino is a resident of New York. Manuel D. Patrocino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1327. Sandra Patrocino, as the Personal Representative of the Estate of Manuel D. Patrocino, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Manuel D. Patrocino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sandra Patrocino is a resident of New York. Manuel D. Patrocino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1328. Barry Pearlman, individually, as surviving parent of Richard A. Pearlman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barry Pearlman is a resident of New York. Richard A. Pearlman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1329. Dorie Pearlman, individually, as surviving parent of Richard A. Pearlman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dorie Pearlman is a resident of New York. Richard A. Pearlman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1330. Dorie Pearlman, as the Personal Representative of the Estate of Richard A. Pearlman, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Richard A. Pearlman, is a Plaintiff seeking justice

for the tragic events of September 11, 2001. Dorie Pearlman is a resident of New York. Richard A. Pearlman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1331. Lisa Pearlman-Mason, individually, as surviving sibling of Richard A. Pearlman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lisa Pearlman-Mason is a resident of New York. Richard A. Pearlman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1332. Patrizia Davis, individually, as surviving sibling of Salvatore F. Pepe, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patrizia Davis is a resident of New Jersey. Salvatore F. Pepe is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1333. Anna Faustini as Personal Representative of the Estate of Anna Maria Allen, deceased, the late sibling of Salvatore F. Pepe, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anna Faustini as Personal Representative of the Estate of Anna Maria Allen is a resident of New Jersey. Salvatore F. Pepe is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1334. Catherine Ng-Pepe, individually, as surviving spouse of Salvatore F. Pepe, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine Ng-Pepe is a resident of New York. Salvatore F. Pepe is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1335. Catherine Ng-Pepe, as the Personal Representative of the Estate of Salvatore F. Pepe, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Salvatore F. Pepe, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine Ng-Pepe is a resident of New York. Salvatore F. Pepe is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1336. Rosa Occhicone, individually, as surviving sibling of Salvatore F. Pepe, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rosa Occhicone is a resident of New York. Salvatore F. Pepe is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1337. Genoveffa Palmieri, individually, as surviving sibling of Salvatore F. Pepe, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Genoveffa Palmieri is a resident of New York. Salvatore F. Pepe is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1338. Leonida R. Pepe, individually, as surviving sibling of Salvatore F. Pepe, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leonida R. Pepe is a resident of New Jersey. Salvatore F. Pepe is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1339. Salvatore L. Pepe, individually, as surviving child of Salvatore F. Pepe, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Salvatore L. Pepe is a resident of New York. Salvatore F. Pepe is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1340. Rosemary Pepe as Personal Representative of the Estate of Antonio Pepe, deceased, the late sibling of Salvatore F. Pepe, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rosemary Pepe as Personal Representative of the Estate of Antonio Pepe is a resident of New York. Salvatore F. Pepe is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1341. Marina Z. Perez, individually, as surviving spouse of Alejo Perez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marina Z. Perez is a resident of the Dominican Republic. Alejo Perez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1342. Marina Z. Perez, as the Personal Representative of the Estate of Alejo Perez, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Alejo Perez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marina Z. Perez is a resident of the Dominican Republic. Alejo Perez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1343. Antonio Perez, individually, as surviving parent of Anthony Perez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Antonio Perez is a resident of New York. Anthony Perez is one of the Decedents murdered as a result of the terrorist attacks

of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1344. Brian Perez, individually, as surviving sibling of Anthony Perez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian Perez is a resident of Pennsylvania. Anthony Perez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1345. Maria Perez, individually, as surviving parent of Anthony Perez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Perez is a resident of New York. Anthony Perez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1346. Scott Perez, individually, as surviving sibling of Anthony Perez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Scott Perez is a resident of New York. Anthony Perez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1347. Olivia Vilardi-Perez, individually, as surviving child of Anthony Perez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Olivia Vilardi-Perez is a resident of New York. Anthony Perez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1348. Yolanda Knepper, individually, as surviving sibling of Nancy E. Perez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Yolanda Knepper is a resident of New Jersey. Nancy E. Perez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1349. Berta Perez, individually, as surviving parent of Nancy E. Perez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Berta Perez is a resident of New Jersey. Nancy E. Perez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1350. Mario Perez, individually, as surviving parent of Nancy E. Perez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mario Perez is a resident of New Jersey. Nancy E. Perez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

and to which the Defendants provided material support and assistance in furtherance of the attacks.

1351. Mario Perez, as the Personal Representative of the Estate of Nancy E. Perez, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nancy E. Perez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mario Perez is a resident of New Jersey. Nancy E. Perez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1352. Minerva Conti, individually, as surviving sibling of Nancy E. Perez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Minerva Conti is a resident of New Jersey. Nancy E. Perez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1353. Melissa Perry, individually, as surviving child of Emelda Perry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Melissa Perry is a resident of New York. Emelda Perry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1354. Melissa Perry, as the Personal Representative of the Estate of Emelda Perry, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Emelda Perry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Melissa Perry is a resident of New York. Emelda Perry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1355. William Perry, individually, as surviving child of Emelda Perry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William Perry is a resident of New York. Emelda Perry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1356. Caitlin Bender (Perry), individually, as surviving child of Glenn Perry Sr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Caitlin Bender (Perry) is a resident of New York. Glenn Perry Sr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1357. Glenn Perry Jr., individually, as surviving child of Glenn Perry Sr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Glenn Perry Sr. is a resident of New York. Glenn Perry Sr. is one of the Decedents murdered as a result of the terrorist attacks

of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1358. Peggy Perry, individually, as surviving spouse of Glenn Perry Sr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peggy Perry is a resident of New York. Glenn Perry Sr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1359. Peggy Perry, as the Personal Representative of the Estate of Glenn Perry Sr., deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Glenn Perry Sr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peggy Perry is a resident of New York. Glenn Perry Sr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1360. Meaghan Wilt, individually, as surviving child of Glenn Perry Sr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Meaghan Wilt is a resident of Virginia. Glenn Perry Sr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1361. Dianne Lynn Hudder, individually, as surviving sibling of William R. Peterson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dianne Lynn Hudder is a resident of Georgia. William R. Peterson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1362. Robert M. Peterson, individually, as surviving sibling of William R. Peterson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert M. Peterson is a resident of Florida. William R. Peterson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1363. Robin Peterson, individually, as surviving spouse of William R. Peterson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robin Peterson is a resident of New York. William R. Peterson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1364. Robin Peterson, as the Personal Representative of the Estate of William R. Peterson, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of William R. Peterson, is a Plaintiff seeking justice

for the tragic events of September 11, 2001. Robin Peterson is a resident of New York. William R. Peterson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1365. Robert M. Peterson as Personal Representative of the Estate of Robert Benjamin Peterson, deceased, the late parent of William R. Peterson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert M. Peterson as Personal Representative of the Estate of Robert Benjamin Peterson is a resident of Florida. William R. Peterson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1366. Deirdre Kroupa, individually, as surviving sibling of Glen Pettit, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Deirdre Kroupa is a resident of New York. Glen Pettit is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1367. Neil Pettit, individually, as surviving sibling of Glen Pettit, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Neil Pettit is a resident of New York. Glen Pettit is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1368. Jane Wixted, individually, as surviving parent of Glen Pettit, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jane Wixted is a resident of New York. Glen Pettit is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1369. Tara Felice, individually, as surviving sibling of Glen Pettit, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tara Felice is a resident of New York. Glen Pettit is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1370. Jane Wixted, as the Personal Representative of the Estate of Glen Pettit, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Glen Pettit, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jane Wixted is a resident of New York. Glen Pettit is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1371. Thomas Knobel, individually, as surviving spouse of Tu-Anh Pham, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Knobel is a resident of New

York. Tu-Anh Pham is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1372. Thomas Knobel, as the Personal Representative of the Estate of Tu-Anh Pham, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Tu-Anh Pham, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Knobel is a resident of New York. Tu-Anh Pham is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1373. Vivienne Hoang-Anh Knobel, individualyl, as surviving child of Tu-Anh Pham, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vivienne Hoang-Anh Knobel is a resident of New York. Tu-Anh Pham is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1374. Daniel T. Phelan, individually, as surviving child of Kenneth Phelan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel T. Phelan is a resident of New York. Kenneth Phelan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1375. Erin Phelan, individually, as surviving child of Kenneth Phelan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Erin Phelan is a resident of New York. Kenneth Phelan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1376. Kenneth J. Phelan Jr., individually, as surviving child of Kenneth Phelan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kenneth J. Phelan Jr. is a resident of New York. Kenneth Phelan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1377. Kimberly Phelan, individually, as surviving child of Kenneth Phelan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kimberly Phelan is a resident of New York. Kenneth Phelan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1378. Patricia Phelan-Byrnes, individually, as surviving spouse of Kenneth Phelan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Phelan-Byrnes is a

resident of New York. Kenneth Phelan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1379. Patricia Phelan-Byrnes, as the Personal Representative of the Estate of Kenneth Phelan, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kenneth Phelan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Phelan-Byrnes is a resident of New York. Kenneth Phelan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1380. Mary Phelan-Cox, individually, as surviving sibling of Kenneth Phelan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Phelan-Cox is a resident of New York. Kenneth Phelan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1381. Erin Cherubin, individually, as surviving child of Zandra Marie Cooper Ploger (nee Flores), is a Plaintiff seeking justice for the tragic events of September 11, 2001. Erin Cherubin is a resident of Virginia. Zandra Marie Cooper Ploger (nee Flores) is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1382. Gerald Thomas Flores, individually, as surviving sibling of Zandra Marie Cooper Ploger (nee Flores), is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gerald Thomas Flores is a resident of Texas. Zandra Marie Cooper Ploger (nee Flores) is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1383. Gilbert Norman Flores, individually, as surviving sibling of Zandra Marie Cooper Ploger (nee Flores), is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gilbert Norman Flores is a resident of Arizona. Zandra Marie Cooper Ploger (nee Flores) is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1384. Zaneta Frances Flores, individually, as surviving sibling of Zandra Marie Cooper Ploger (nee Flores), is a Plaintiff seeking justice for the tragic events of September 11, 2001. Zaneta Frances Flores is a resident of Texas. Zandra Marie Cooper Ploger (nee Flores) is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1385.   Zenda F. Gutierrez-Klingberg, as Personal Representative of the Estate of Zenaida
Frances Flores, deceased, the late parent of Zandra Marie Cooper Ploger (nee Flores), is a
Plaintiff seeking justice for the tragic events of September 11, 2001. Zenda F. Gutierrez-
Klingberg, as Personal Representative of the Estate of Zenaida Frances Flores is a
resident of Texas. Zandra Marie Cooper Ploger (nee Flores) is one of the Decedents
murdered as a result of the terrorist attacks of September 11, 2001, that were carried out
by al-Qaeda and Osama bin Laden, and to which the Defendants provided material
support and assistance in furtherance of the attacks.

1386.   Zenda Flores Gutierrez-Klingenberg, individually, as surviving sibling of Zandra Marie
Cooper Ploger (nee Flores), is a Plaintiff seeking justice for the tragic events of
September 11, 2001. Zenda Flores Gutierrez-Klingenberg is a resident of Texas. Zandra
Marie Cooper Ploger (nee Flores) is one of the Decedents murdered as a result of the
terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin
Laden, and to which the Defendants provided material support and assistance in
furtherance of the attacks.

1387.   Zenda Flores Gutierrez-Klingenberg, as the Personal Representative of the Estate of
Zandra Marie Cooper Ploger (nee Flores), deceased, on behalf of the Estate, and on
behalf of all survivors and all legally entitled beneficiaries and family members of Zandra
Marie Cooper Ploger (nee Flores), is a Plaintiff seeking justice for the tragic events of
September 11, 2001. Zenda Flores Gutierrez-Klingenberg is a resident of Texas. Zandra
Marie Cooper Ploger (nee Flores) is one of the Decedents murdered as a result of the
terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin
Laden, and to which the Defendants provided material support and assistance in
furtherance of the attacks.

1388.   Wendy L. Ploger, as Personal Representative of the Estate of Robert R. Ploger, III,
deceased, the late spouse of Zandra Marie Cooper Ploger (nee Flores), is a Plaintiff
seeking justice for the tragic events of September 11, 2001. Wendy L. Ploger, as Personal
Representative of the Estate of Robert R. Ploger, III is a resident of Arizona. Zandra
Marie Cooper Ploger (nee Flores) is one of the Decedents murdered as a result of the
terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin
Laden, and to which the Defendants provided material support and assistance in
furtherance of the attacks.

1389.   Zena T. Wilderman, individually, as surviving child of Zandra Marie Cooper Ploger (nee
Flores), is a Plaintiff seeking justice for the tragic events of September 11, 2001. Zena T.
Wilderman is a resident of Virginia. Zandra Marie Cooper Ploger (nee Flores) is one of
the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that
were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants
provided material support and assistance in furtherance of the attacks.

1390.   Zenda Gutierrez-Klingenberg, as Personal Representative of the Estate of Zandra Marie
Ploger (nee Flores), deceased, the late spouse of Robert R. Ploger III, is a Plaintiff
seeking justice for the tragic events of September 11, 2001. Zenda Gutierrez-
Klingenberg, as Personal Representative of the Estate of Zandra Marie Ploger (nee
Flores) is a resident of Texas. Robert R. Ploger III is one of the Decedents murdered as a

result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1391. Marianne Ploger Hill, individually, as surviving sibling of Robert R. Ploger III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marianne Ploger Hill is a resident of Tennessee. Robert R. Ploger III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1392. Daniel B. Ploger, individually, as surviving sibling of Robert R. Ploger III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel B. Ploger is a resident of Florida. Robert R. Ploger III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1393. Gregory Fiehrer Ploger, individually, as surviving sibling of Robert R. Ploger III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gregory Fiehrer Ploger is a resident of Italy. Robert R. Ploger III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1394. Marguerite Ploger, individually, as surviving sibling of Robert R. Ploger III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marguerite Ploger is a resident of Washington. Robert R. Ploger III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1395. Wayne D. Ploger, individually, as surviving sibling of Robert R. Ploger III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Wayne D. Ploger is a resident of Virginia. Robert R. Ploger III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1396. Wendy Lynn Ploger, individually, as surviving child of Robert R. Ploger III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Wendy Lynn Ploger is a resident of Arizona. Robert R. Ploger III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1397. Wendy Lynn Ploger, as the Personal Representative of the Estate of Robert R. Ploger III, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert R. Ploger III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Wendy Lynn Ploger is a resident of Arizona.

Robert R. Ploger III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1398. Wayne D. Ploger as Personal Representative of the Estate of Maj. General Robert R. Ploger, II, deceased, the late parent of Robert R. Ploger III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Wayne D. Ploger as Personal Representative of the Estate of Maj. General Robert R. Ploger, II is a resident of Virginia. Robert R. Ploger III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1399. Craig Pohlmann, individually, as surviving child of William H. Pohlmann, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Craig Pohlmann is a resident of Florida. William H. Pohlmann is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1400. Roxana Olivieri, individually, as surviving sibling of Giovanna Porras, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Roxana Olivieri is a resident of New York. Giovanna Porras is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1401. Adela Romero, as the Personal Representative of the Estate of Giovanna Porras, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Giovanna Porras, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Adela Romero is a resident of New York. Giovanna Porras is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1402. Adela Romero, individually, as surviving parent of Giovanna Porras, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Adela Romero is a resident of New York. Giovanna Porras is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1403. John Doe 46, being intended to designate the Personal Representative of the Estate of Anthony Portillo, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf

of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Anthony Portillo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Portillo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1404. Zachary Portillo, individually, as surviving sibling of Anthony Portillo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Zachary Portillo is a resident of Georgia. Anthony Portillo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1405. David Potorti, individually, as surviving sibling of James E. Potorti, is a Plaintiff seeking justice for the tragic events of September 11, 2001. David Potorti is a resident of North Carolina. James E. Potorti is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1406. Monique Powell, individually, as surviving sibling of Shawn E. Powell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Monique Powell is a resident of New York. Shawn E. Powell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1407. Maureen Pugliese as Personal Representative of the Estate of Josephine Pugliese, deceased, the late parent of Robert D. Pugliese, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maureen Pugliese is a resident of New York. Robert D. Pugliese is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1408. Lisa Marie Hand a/k/a Lisa Pugliese, individually, as surviving child of Robert D. Pugliese, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lisa Marie Hand a/k/a Lisa Pugliese is a resident of California. Robert D. Pugliese is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1409. Maureen Pugliese, individually, as surviving spouse of Robert D. Pugliese, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maureen Pugliese is a resident of New York. Robert D. Pugliese is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1410. Maureen Pugliese, as the Personal Representative of the Estate of Robert D. Pugliese, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert D. Pugliese, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maureen Pugliese is a resident of New York. Robert D. Pugliese is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1411. Michael Pugliese, individually, as surviving child of Robert D. Pugliese, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Pugliese is a resident of New York. Robert D. Pugliese is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1412. Dennis Pugliese, individually, as surviving child of Robert D. Pugliese, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dennis Pugliese is a resident of New York. Robert D. Pugliese is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1413. Robert Pycior, individually, as surviving child of Joseph J. Pycior, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Pycior is a resident of New Jersey. Joseph J. Pycior is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1414. Teresa J. Pycior, individually, as surviving spouse of Joseph J. Pycior, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Teresa J. Pycior is a resident of New Jersey. Joseph J. Pycior is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1415. Teresa J. Pycior, as the Personal Representative of the Estate of Joseph J. Pycior, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joseph J. Pycior, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Teresa J. Pycior is a resident of New Jersey. Joseph J. Pycior is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1416. Joseph Pycior, individually, as surviving child of Joseph J. Pycior, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Pycior is a resident of New Jersey. Joseph J. Pycior is one of the Decedents murdered as a result of the terrorist

attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1417. Tara O'Connell, individually, as surviving sibling of Lincoln Quappe, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tara O'Connell is a resident of New York. Lincoln Quappe is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1418. Charles Quappe, individually, as surviving parent of Lincoln Quappe, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Charles Quappe is a resident of Florida. Lincoln Quappe is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1419. Clint Quappe, individually, as surviving child of Lincoln Quappe, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Clint Quappe is a resident of New York. Lincoln Quappe is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1420. Jane Quappe, individually, as surviving spouse of Lincoln Quappe, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jane Quappe is a resident of New York. Lincoln Quappe is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1421. Jane Quappe, as the Personal Representative of the Estate of Lincoln Quappe, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lincoln Quappe, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jane Quappe is a resident of New York. Lincoln Quappe is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1422. Natalie Quappe, individually, as surviving child of Lincoln Quappe, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Natalie Quappe is a resident of New York. Lincoln Quappe is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1423. Bruce Tooker as Personal Representative of the Estate of Doris Tooker, deceased, the late parent of Lincoln Quappe, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Bruce Tooker as Personal Representative of the Estate of Doris Tooker is a

resident of New York. Lincoln Quappe is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1424. Samantha Blake a/k/a Samantha Bianca Herring, individually, as surviving child of Carol Rabalais a/k/a Carol South-Rabalais, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Samantha Blake a/k/a Samantha Bianca Herring is a resident of California. Carol Rabalais a/k/a Carol South-Rabalais is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1425. Selvyn Neil Patrick Blake, individually, as surviving child of Carol Rabalais a/k/a Carol South-Rabalais, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Selvyn Neil Patrick Blake is a resident of New York. Carol Rabalais a/k/a Carol South-Rabalais is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1426. Kerene Reeves aka Kerene Sherica Clarke, individually, as surviving child of Carol Rabalais a/k/a Carol South-Rabalais, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kerene Reeves aka Kerene Sherica Clarke is a resident of New York. Carol Rabalais a/k/a Carol South-Rabalais is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1427. Kerene Reeves aka Kerene Sherica Clarke, as the Personal Representative of the Estate of Carol Rabalais a/k/a Carol South-Rabalais, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Carol Rabalais a/k/a Carol South-Rabalais, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kerene Reeves aka Kerene Sherica Clarke is a resident of New York. Carol Rabalais a/k/a Carol South-Rabalais is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1428. Mary Agatha South, individually, as surviving parent of Carol Rabalais a/k/a Carol South-Rabalais, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Agatha South is a resident of New York. Carol Rabalais a/k/a Carol South-Rabalais is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1429. James Buro, individually, as surviving child of Laura Ragonese-Snik, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Buro is a resident of Florida. Laura Ragonese-Snik is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

and to which the Defendants provided material support and assistance in furtherance of the attacks.

1430. John J. Buro, as the Personal Representative of the Estate of Laura Ragonese-Snik, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Laura Ragonese-Snik, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John J. Buro is a resident of Florida. Laura Ragonese-Snik is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1431. JoAnn Boutureira, individually, as surviving sibling of Harry Raines, is a Plaintiff seeking justice for the tragic events of September 11, 2001. JoAnn Boutureira is a resident of New York. Harry Raines is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1432. Joseph Raines, individually, as surviving sibling of Harry Raines, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Raines is a resident of Arizona. Harry Raines is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1433. Mark S. Raines, individually, as surviving sibling of Harry Raines, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mark S. Raines is a resident of Connecticut. Harry Raines is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1434. Gloria Reinholtz, individually, as surviving sibling of Harry Raines, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gloria Reinholtz is a resident of Pennsylvania. Harry Raines is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1435. Ida Riese, individually, as surviving sibling of Harry Raines, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ida Riese is a resident of New York. Harry Raines is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1436. Ida Riese as Personal Representative of the Estate of Gloria Raines, deceased, the late parent of Harry Raines, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ida Riese as Personal Representative of the Estate of Gloria Raines is a resident of New York. Harry Raines is one of the Decedents murdered as a result of the terrorist

attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1437. Ann Ramsaur, individually, as surviving child of Deborah Ramsaur, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ann Ramsaur is a resident of Pennsylvania. Deborah Ramsaur is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1438. Brian Ramsaur, individually, as surviving child of Deborah Ramsaur, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian Ramsaur is a resident of Pennsylvania. Deborah Ramsaur is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1439. John Ramsaur, individually, as surviving spouse of Deborah Ramsaur, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Ramsaur is a resident of Pennsylvania. Deborah Ramsaur is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1440. John Ramsaur, as the Personal Representative of the Estate of Deborah Ramsaur, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Deborah Ramsaur, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Ramsaur is a resident of Pennsylvania. Deborah Ramsaur is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1441. Kimberly J. Rescorla, individually, as surviving child of Richard C. Rescorla, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kimberly J. Rescorla is a resident of New Jersey. Richard C. Rescorla is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1442. Susan G. Rescorla, individually, as surviving spouse of Richard C. Rescorla, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan G. Rescorla is a resident of New Jersey. Richard C. Rescorla is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1443. Susan G. Rescorla, as the Co-Personal Representative of the Estate of Richard C. Rescorla, deceased, on behalf of the Estate, and on behalf of all survivors and all legally

218

entitled beneficiaries and family members of Richard C. Rescorla, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan G. Rescorla is a resident of New Jersey. Richard C. Rescorla is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1444. Trevor S. Rescorla, individually, as surviving child of Richard C. Rescorla, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Trevor S. Rescorla is a resident of New Jersey. Richard C. Rescorla is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1445. Mark Anthony Jonas, individually, as surviving child of Martha M. Reszke, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mark Anthony Jonas is a resident of Georgia. Martha M. Reszke is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1446. Mark A. Jonas as Personal Representative of the Estate of Martha Magdalena Brunson, deceased, the late parent of Martha M. Reszke, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mark A. Jonas as Personal Representative of the Estate of Martha Magdalena Brunson is a resident of Georgia. Martha M. Reszke is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1447. James Reszke, individually, as surviving spouse of Martha M. Reszke, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Reszke is a resident of Ohio. Martha M. Reszke is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1448. James Reszke, as the Personal Representative of the Estate of Martha M. Reszke, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Martha M. Reszke, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Reszke is a resident of Ohio. Martha M. Reszke is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1449. Lina Dicola, individually, as surviving child of Martha M. Reszke, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lina Dicola is a resident of North Carolina. Martha M. Reszke is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

and to which the Defendants provided material support and assistance in furtherance of the attacks.

1450. Aaron Andre Scott as Personal Representative of the Estate of J.A. Reynolds, deceased, as late parent of Bruce A. Reynolds, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Aaron Andre Scott as Personal Representative of the Estate of J.A. Reynolds is a resident of New York. Bruce A. Reynolds is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1451. Linda Rhodes, as the Personal Representative of the Estate of John Rhodes, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of John Rhodes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Linda Rhodes is a resident of New Jersey. John Rhodes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1452. John Frederick Rhodes IV, individually, as surviving child of John Rhodes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Frederick Rhodes IV is a resident of Connecticut. John Rhodes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1453. Christiana Riccardelli, individually, as surviving child of Francis Riccardelli, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christiana Riccardelli is a resident of New Jersey. Francis Riccardelli is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1454. Genevieve Riccardelli, individually, as surviving child of Francis Riccardelli, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Genevieve Riccardelli is a resident of New Jersey. Francis Riccardelli is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1455. Marielle Riccardelli, individually, as surviving child of Francis Riccardelli, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marielle Riccardelli is a resident of New Jersey. Francis Riccardelli is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1456. Meghan Riccardelli, individually, as surviving child of Francis Riccardelli, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Meghan Riccardelli is a resident of New Jersey. Francis Riccardelli is one of the Decedents murdered as a result

220

of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1457. Theresa Riccardelli, individually, as surviving spouse of Francis Riccardelli, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Theresa Riccardelli is a resident of New Jersey. Francis Riccardelli is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1458. Theresa Riccardelli, as the Personal Representative of the Estate of Francis Riccardelli, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Francis Riccardelli, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Theresa Riccardelli is a resident of New Jersey. Francis Riccardelli is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1459. Zachary Riccardelli, individually, as surviving child of Francis Riccardelli, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Zachary Riccardelli is a resident of New Jersey. Francis Riccardelli is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1460. Brian Keegan, individually, as surviving child of Eileen M. Rice, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian Keegan is a resident of New York. Eileen M. Rice is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1461. Brian Keegan, as the co-Personal Representative of the Estate of Eileen M. Rice, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Eileen M. Rice, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian Keegan is a resident of New York. Eileen M. Rice is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1462. Francis Keegan, individually, as surviving sibling of Eileen M. Rice, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Francis Keegan is a resident of New York. Eileen M. Rice is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1463.  Lesli Rice, individually, as surviving child of Eileen M. Rice, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lesli Rice is a resident of New Jersey. Eileen M. Rice is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1464.  Lesli Rice, as the co-Personal Representative of the Estate of Eileen M. Rice, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Eileen M. Rice, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lesli Rice is a resident of New Jersey. Eileen M. Rice is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1465.  Robert Lawson,as Personal Representative of the Estate of Renee Baldwin, deceased, the late sibling of Cecelia E. Richard, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Lawson is a resident of Maryland. Cecelia E. Richard is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1466.  Cynthia Lawson, individually, as surviving sibling of Cecelia E. Richard, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cynthia Lawson is a resident of Maryland. Cecelia E. Richard is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1467.  Valerie Walls as the Personal Representative for the Estate of Mazie Lawson, deceased, the late parent of Cecelia E. Richard, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Valerie Walls is a resident of Maryland. Cecelia E. Richard is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1468.  Monica L. Lawson, individually, as surviving sibling of Cecelia E. Richard, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Monica L. Lawson is a resident of Maryland. Cecelia E. Richard is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1469.  Michael Richard, individually, as surviving spouse of Cecelia E. Richard, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Richard is a resident of Maryland. Cecelia E. Richard is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1470.   Michael Richard, as the Personal Representative of the Estate of Cecelia E. Richard, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Cecelia E. Richard, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Richard is a resident of Maryland. Cecelia E. Richard is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1471.   Valerie Walls, individually, as surviving sibling of Cecelia E. Richard, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Valerie Walls is a resident of Maryland. Cecelia E. Richard is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1472.   Vernon A. Richard II, as the co-Personal Representative of the Estate of Vernon A. Richard, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Vernon A. Richard, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vernon A. Richard II is a resident of North Carolina. Vernon A. Richard is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1473.   Vernessa Richard, as the co-Personal Representative of the Estate of Vernon A. Richard, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Vernon A. Richard, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vernessa Richard is a resident of Maryland. Vernon A. Richard is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1474.   Vernon A. Richard II, individually, as surviving child of Vernon A. Richard, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vernon A. Richard II is a resident of North Carolina. Vernon A. Richard is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1475.   Vernessa Richard and Vernon A. Richard II as Personal Representatives of the Estate of Dorothy Richard, deceased, the late spouse of Vernon A. Richard, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vernessa Richard and Vernon A. Richard II as Personal Representatives of the Estate of Dorothy Richard are residents of Maryland and North Carolina respectively. Vernon A. Richard is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out

by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1476. Vernessa Richard, individually, as surviving child of Vernon A. Richard, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vernessa Richard is a resident of Maryland. Vernon A. Richard is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1477. Lelith Bergen, individually, as surviving parent of Venesha Richards, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lelith Bergen is a resident of New Jersey. Venesha Richards is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1478. Naquan Bergen, individually, as surviving sibling of Venesha Richards, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Naquan Bergen is a resident of New Jersey. Venesha Richards is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1479. Queena Bergen, individually, as surviving sibling of Venesha Richards, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Queena Bergen is a resident of New Jersey. Venesha Richards is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1480. Hopeton Richards, individually, as surviving spouse of Venesha Richards, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Hopeton Richards is a resident of New Jersey. Venesha Richards is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1481. Hopeton Richards, as the Personal Representative of the Estate of Venesha Richards, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Venesha Richards, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Hopeton Richards is a resident of New Jersey. Venesha Richards is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1482. Kayla Richards, individually, as surviving child of Venesha Richards, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kayla Richards is a resident of New Jersey. Venesha Richards is one of the Decedents murdered as a result of the

terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1483. Omar Rodgers, individually, as surviving sibling of Venesha Richards, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Omar Rodgers is a resident of New Jersey. Venesha Richards is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1484. Cheryl Rivelli, individually, as surviving spouse of Joseph Rivelli Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cheryl Rivelli is a resident of Florida. Joseph Rivelli Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1485. Cheryl Rivelli, as the Personal Representative of the Estate of Joseph Rivelli Jr., deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joseph Rivelli Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cheryl Rivelli is a resident of Florida. Joseph Rivelli Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1486. Michael Rivelli, individually, as surviving sibling of Joseph Rivelli Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Rivelli is a resident of New York. Joseph Rivelli Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1487. Donna Ambrosino, individually, as surviving sibling of Joseph Rivelli Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Donna Ambrosino is a resident of New York. Joseph Rivelli Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1488. Joseph Rivelli Sr., individually, as surviving parent of Joseph Rivelli Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Rivelli Sr. is a resident of New York. Joseph Rivelli Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1489. James G. Wall, as the Personal Representative of the Estate of Lynda M. Wall, deceased, the late sibling of Joseph Rivelli Jr., is a Plaintiff seeking justice for the tragic events of

September 11, 2001. James G. Wall is a resident of New York. Joseph Rivelli Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1490.  Britney Rivera, individually, as surviving child of Carmen A. Rivera, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Britney Rivera is a resident of New York. Carmen A. Rivera is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1491.  Luis E. Rivera Sr., individually, as surviving spouse of Carmen A. Rivera, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Luis E. Rivera Sr. is a resident of New York. Carmen A. Rivera is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1492.  Luis E. Rivera Sr., as the Personal Representative of the Estate of Carmen A. Rivera, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Carmen A. Rivera, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Luis E. Rivera Sr. is a resident of New York. Carmen A. Rivera is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1493.  Luis Rivera Jr., individually, as surviving child of Carmen A. Rivera, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Luis Rivera Jr. is a resident of New York. Carmen A. Rivera is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1494.  Racine Concepcion, individually, as surviving child of Carmen A. Rivera, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Racine Concepcion is a resident of New Jersey. Carmen A. Rivera is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1495.  Carmen Alvarado Rivera, individually, as surviving parent of Linda I. Rivera, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carmen Alvarado Rivera is a resident of Florida. Linda I. Rivera is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

226

1496. Rafael J. Rivera, individually, as surviving sibling of Linda I. Rivera, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rafael J. Rivera is a resident of Florida. Linda I. Rivera is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1497. Jose R. Rivera a/k/a Jose Rivera Ramos, individually, as surviving parent of Linda I. Rivera, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jose R. Rivera a/k/a Jose Rivera Ramos is a resident of Florida. Linda I. Rivera is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1498. Jose R. Rivera a/k/a Jose Rivera Ramos, as the Personal Representative of the Estate of Linda I. Rivera, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Linda I. Rivera, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jose R. Rivera a/k/a Jose Rivera Ramos is a resident of Florida. Linda I. Rivera is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1499. Rafael A. Rivera, individually, as surviving sibling of Linda I. Rivera, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rafael A. Rivera is a resident of Florida. Linda I. Rivera is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1500. Daniel Henry, individually, as surviving sibling of Catherina Robinson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel Henry is a resident of New York. Catherina Robinson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1501. Daniel Henry, as the Personal Representative of the Estate of Catherina Robinson, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Catherina Robinson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel Henry is a resident of New York. Catherina Robinson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1502. Jennifer Renee McKenzie, individually, as surviving child of Marsha A Rodriguez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennifer Renee McKenzie is a resident of Texas. Marsha A Rodriguez is one of the Decedents murdered

as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1503. Vanessa Phillips, individually, as surviving sibling of Marsha A Rodriguez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vanessa Phillips is a resident of Florida. Marsha A Rodriguez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1504. Daniel Rodriguez, individually, as surviving spouse of Marsha A Rodriguez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel Rodriguez is a resident of Georgia. Marsha A Rodriguez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1505. Daniel Rodriguez, as the Personal Representative of the Estate of Marsha A. Rodriguez, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Marsha A. Rodriguez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel Rodriguez is a resident of Georgia. Marsha A. Rodriguez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1506. Flossie J. Foster, individually, as surviving parent of Marsha A. Rodriguez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Flossie J. Foster is a resident of Florida. Marsha A. Rodriguez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1507. Shavonne Cobb, individually, as surviving child of Marsha A. Rodriguez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shavonne Cobb is a resident of Texas. Marsha A. Rodriguez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1508. Elias Rodriguez, as Personal Representative of the Estate of Arnulfo Rodriguez, deceased, the late spouse of Mayra V. Rodriguez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elias Rodriguez is a resident of Connecticut. Mayra V. Rodriguez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1509. Elias Rodriguez, as the Personal Representative of the Estate of Mayra V. Rodriguez, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mayra V. Rodriguez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elias Rodriguez is a resident of Connecticut. Mayra V. Rodriguez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1510. Anibal Valdez, individually, as surviving sibling of Mayra V. Rodriguez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anibal Valdez is a resident of New York. Mayra V. Rodriguez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1511. Jose Valdez, individually, as surviving sibling of Mayra V. Rodriguez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jose Valdez is a resident of New York. Mayra V. Rodriguez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1512. Anibal Valdez and Chris Valdez as the Co-Personal Representative of the Estate of Lydia Valdez, deceased, the late parent of Mayra V. Rodriguez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mayra V. Rodriguez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1513. Elias Rodriguez, individually, as surviving child of Mayra V. Rodriguez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elias Rodriguez is a resident of Connecticut. Mayra V. Rodriguez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1514. Michele Flannery, individually, as surviving sibling of Joseph M. Romagnolo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michele Flannery is a resident of New York. Joseph M. Romagnolo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1515. Alexis Romagnolo, individually, as surviving child of Joseph M. Romagnolo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexis Romagnolo is a resident of New York. Joseph M. Romagnolo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda

and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1516. Anthony Romagnolo, individually, as surviving child of Joseph M. Romagnolo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Romagnolo is a resident of New York. Joseph M. Romagnolo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1517. Joseph Romagnolo, individually, as surviving child of Joseph M. Romagnolo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Romagnolo is a resident of New York. Joseph M. Romagnolo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1518. Maria Romagnolo, individually, as surviving parent of Joseph M. Romagnolo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Romagnolo is a resident of New York. Joseph M. Romagnolo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1519. Maria Romagnolo, as the Personal Representative of the Estate of Salvatore Romagnolo, deceased, the late parent of Joseph M. Romagnolo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Romagnolo, as the Personal Representative of the Estate of Salvatore Romagnolo, is a resident of New York. Joseph M. Romagnolo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1520. Sandra Romagnolo, individually, as surviving spouse of Joseph M. Romagnolo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sandra Romagnolo is a resident of New York. Joseph M. Romagnolo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1521. Sandra Romagnolo, as the Personal Representative of the Estate of Joseph M. Romagnolo, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joseph M. Romagnolo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sandra Romagnolo is a resident of New York. Joseph M. Romagnolo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1522. Christofer Romagnolo, individually, as surviving child of Joseph M. Romagnolo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christofer

Romagnolo is a resident of New York. Joseph M. Romagnolo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1523. Josephine Romito, as the Personal Representative of the Estate of James Romito, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of James Romito, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Josephine Romito is a resident of New Jersey. James Romito is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1524. Laura Fasulo, individually, as surviving sibling of James Romito, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laura Fasulo is a resident of Florida. James Romito is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1525. Laura Fasulo as Personal Representative of the Estate of Anthony Romito Sr., deceased, the late parent of James Romito, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laura Fasulo as Personal Representative of the Estate of Anthony Romito Sr. is a resident of Florida. James Romito is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1526. Laura Fasulo as Personal Representative of the Estate of Catherine Romito, deceased, the late parent of James Romito, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laura Fasulo as Personal Representative of the Estate of Catherine Romito is a resident of Florida. James Romito is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1527. Anthony Romito Jr., individually, as surviving sibling of James Romito, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Romito Jr. is a resident of Florida. James Romito is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1528. Jennifer Horwitz, individually, as surviving spouse of Mark L. Rosenberg, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennifer Horwitz is a resident of New Jersey. Mark L. Rosenberg is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1529. Jennifer Horwitz, as the Personal Representative of the Estate of Mark L Rosenberg, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mark L. Rosenberg, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennifer Horwitz is a resident of New Jersey. Mark L. Rosenberg is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1530. Janet Rosenberg, individually, as surviving parent of Mark L. Rosenberg, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Janet Rosenberg is a resident of New Jersey. Mark L. Rosenberg is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1531. Sheldon Rosenberg, individually, as surviving parent of Mark L. Rosenberg, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sheldon Rosenberg is a resident of New Jersey. Mark L. Rosenberg is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1532. Sara L. Rosenberg Sharvit, individually, as surviving sibling of Mark L. Rosenberg, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sara L. Rosenberg Sharvit is a resident of California. Mark L. Rosenberg is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1533. Harvey Rosenberg, individually, as surviving sibling of Mark L. Rosenberg, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Harvey Rosenberg is a resident of New York. Mark L. Rosenberg is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1534. Tracy Rowenhorst, being intended to designate the Personal Representative of the Estate of Edward Rowenhorst, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edward Rowenhorst, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tracy Rowenhorst is a resident of Iowa. Edward Rowenhorst is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1535.   Matthew Rowenhorst, individually, as surviving sibling of Edward Rowenhorst, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matthew Rowenhorst is a resident of Iowa. Edward Rowenhorst is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1536.   Sicely N. McCants, individually, as surviving child of Judy Rowlett, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sicely N. McCants is a resident of Alabama. Judy Rowlett is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1537.   Sicely N. McCants, as the Personal Representative of the Estate of Judy Rowlett, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Judy Rowlett, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sicely N. McCants is a resident of Alabama. Judy Rowlett is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1538.   Caitlyn Roy, individually, as surviving child of Timothy A. Roy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Caitlyn Roy is a resident of New York. Timothy A. Roy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1539.   Timothy Roy Jr., individually, as surviving child of Timothy A. Roy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Timothy Roy Jr. is a resident of New York. Timothy A. Roy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1540.   Stacey Roy-Christ, individually, as surviving spouse of Timothy A. Roy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stacey Roy-Christ is a resident of New York. Timothy A. Roy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1541.   Stacey Roy-Christ, as the Personal Representative of the Estate of Timothy A. Roy, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Timothy A. Roy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stacey Roy-Christ is a resident of New York. Timothy A. Roy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to

which the Defendants provided material support and assistance in furtherance of the attacks.

1542. Brittney Roy, individually, as surviving child of Timothy A. Roy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brittney Roy is a resident of New York. Timothy A. Roy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1543. David Ruback, individually, as surviving child of Paul G. Ruback, is a Plaintiff seeking justice for the tragic events of September 11, 2001. David Ruback is a resident of New York. Paul G. Ruback is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1544. Rita L. Ruback, individually, as surviving spouse of Paul G. Ruback, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rita L. Ruback is a resident of South Carolina. Paul G. Ruback is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1545. Rita L. Ruback, as the Personal Representative of the Estate of Paul G. Ruback, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Paul G. Ruback, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rita L. Ruback is a resident of South Carolina. Paul G. Ruback is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1546. Shannon Ruback, individually, as surviving child of Paul G. Ruback, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shannon Ruback is a resident of New York. Paul G. Ruback is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1547. Gina Ruback, individually, as surviving child of Paul G. Ruback, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gina Ruback is a resident of New York. Paul G. Ruback is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1548. Hillary Hans, individually, as surviving sibling of Ronald J. Ruben, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Hillary Hans is a resident of New Jersey. Ronald J. Ruben is one of the Decedents murdered as a result of the terrorist

attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1549.   Hillary Hans, as the co-Personal Representative of the Estate of Ronald J. Ruben, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ronald J. Ruben, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Hillary Hans is a resident of New Jersey. Ronald J. Ruben is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1550.   Leslie C. Ruben, individually, as surviving sibling of Ronald J. Ruben, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leslie C. Ruben is a resident of New Jersey. Ronald J. Ruben is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1551.   Leslie C. Ruben, as the co-Personal Representative of the Estate of Ronald J. Ruben, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ronald J. Ruben, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leslie C. Ruben is a resident of New Jersey. Ronald J. Ruben is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1552.   Anthony Rubino, individually, as surviving sibling of Joanne Rubino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Rubino is a resident of Kentucky. Joanne Rubino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1553.   Anthony Rubino as Personal Represntative of the Estate of Antoinette Rubino, deceased, the late parent of Joanne Rubino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Rubino as Personal Represntative of the Estate of Antoinette Rubino is a resident of Kentucky. Joanne Rubino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1554.   Anthony Rubino, as the Personal Representative of the Estate of Joanne Rubino, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joanne Rubino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Rubino is a resident of Kentucky. Joanne Rubino is one of the Decedents murdered as a result of the terrorist attacks of September

11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1555. Margaret Grigonis, individually, as surviving parent of Susan A. Ruggiero, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Margaret Grigonis is a resident of New York. Susan A. Ruggiero is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1556. Paul Grigonis, individually, as surviving parent of Susan A. Ruggiero, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paul Grigonis is a resident of New York. Susan A. Ruggiero is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1557. Peggy Ann Asciutto, individually, as surviving sibling of Susan A. Ruggiero, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peggy Ann Asciutto is a resident of New York. Susan A. Ruggiero is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1558. Frank Ruggiero, individually, as surviving spouse of Susan A. Ruggiero, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frank Ruggiero is a resident of New York. Susan A. Ruggiero is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1559. Frank Ruggiero, as the Personal Representative of the Estate of Susan A. Ruggiero, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Susan A. Ruggiero, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frank Ruggiero is a resident of New York. Susan A. Ruggiero is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1560. Theresa Russo-Kempf, as the Personal Representative of the Estate of Michael Russo, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael Russo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Theresa Russo-Kempf is a resident of New York. Michael Russo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1561. Anthony F. Russo, individually, as surviving sibling of Michael Russo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony F. Russo is a resident of New Jersey. Michael Russo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1562. Dolores Russo, individually, as surviving parent of Michael Russo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dolores Russo is a resident of Pennsylvania. Michael Russo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1563. Cyrina Morrison, individually, as surviving sibling of Brock J. Safronoff, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cyrina Morrison is a resident of Michigan. Brock J. Safronoff is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1564. Aaron Safronoff, individually, as surviving sibling of Brock J. Safronoff, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Aaron Safronoff is a resident of California. Brock J. Safronoff is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1565. Debra M. Safronoff, individually, as surviving parent of Brock J. Safronoff, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Debra M. Safronoff is a resident of Michigan. Brock J. Safronoff is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1566. Joel Safronoff, individually, as surviving parent of Brock J. Safronoff, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joel Safronoff is a resident of Michigan. Brock J. Safronoff is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1567. Tara Safronoff, individually, as surviving spouse of Brock J. Safronoff, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tara Safronoff is a resident of California. Brock J. Safronoff is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1568. Tara Safronoff, as the Personal Representative of the Estate of Brock J. Safronoff, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Brock J. Safronoff, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tara Safronoff is a resident of California. Brock J. Safronoff is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1569. Ruthellen Saiya, as Personal Representative of the Estate of Frank Saiya, deceased, the late sibling of Edward Saiya, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ruthellen Saiya, as Personal Representative of the Estate of Frank Saiya is a resident of Kansas. Edward Saiya is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1570. Shawn Saiya, individually, as surviving child of Edward Saiya, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shawn Saiya is a resident of Maryland. Edward Saiya is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1571. Shawn Saiya, as the co-Personal Representative of the Estate of Edward Saiya, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edward Saiya, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shawn Saiya is a resident of Maryland. Edward Saiya is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1572. Katherine R. Schlosser, individually, as surviving child of Edward Saiya, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Katherine R. Schlosser is a resident of Maryland. Edward Saiya is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1573. Katherine R. Schlosser, as the co-Personal Representative of the Estate of Edward Saiya, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edward Saiya, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Katherine R. Schlosser is a resident of Maryland. Edward Saiya is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1574. Madeline Reed, individually, as surviving parent of John P. Salamone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Madeline Reed is a resident of North Carolina. John P. Salamone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1575. Sharon Salamone as Personal Representative of the Estate of Benedict Salamone, deceased, the late parent of John P. Salamone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sharon Salamone is a resident of South Carolina. John P. Salamone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1576. Mary E. Salamone, individually, as surviving spouse of John P. Salamone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary E. Salamone is a resident of New Jersey. John P. Salamone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1577. Mary E. Salamone, as the Personal Representative of the Estate of John P. Salamone, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of John P. Salamone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary E. Salamone is a resident of New Jersey. John P. Salamone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1578. Michael Salamone, individually, as surviving sibling of John P. Salamone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Salamone is a resident of North Carolina. John P. Salamone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1579. Catherine Mary Sauer, individually, as surviving sibling of John P. Salamone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine Mary Sauer is a resident of North Carolina. John P. Salamone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1580. Michelle Cataline, individually, as surviving sibling of John P. Salamone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michelle Cataline is a resident of North Carolina. John P. Salamone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda

and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1581. Carlos Salas, individually, as surviving child of Hernando R. Salas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carlos Salas is a resident of New York. Hernando R. Salas is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1582. Carlos Salas, as the Personal Representative of the Estate of Hernando R. Salas, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Hernando R. Salas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carlos Salas is a resident of New York. Hernando R. Salas is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1583. Carlos Salas, as the Personal Representative of the Estate of Carolina Salas, deceased, the late spouse of Hernando R. Salas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carlos Salas, as the Personal Representative of the Estate of Carolina Salas is a resident of New York. Hernando R. Salas is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1584. Nelcy Salas, individually, as surviving child of Hernando R. Salas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nelcy Salas is a resident of New York. Hernando R. Salas is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1585. Afkham Salie, individually, as surviving sibling of Rahma Salie, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Afkham Salie is a resident of Massachusetts. Rahma Salie is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1586. Haleema Salie, individually, as surviving parent of Rahma Salie, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Haleema Salie is a resident of Massachusetts. Rahma Salie is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1587. Haleema Salie, as the Personal Representative of the Estate of Rahma Salie, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries

and family members of Rahma Salie, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Haleema Salie is a resident of Massachusetts. Rahma Salie is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1588. Ysuff Salie, individually, as surviving parent of Rahma Salie, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ysuff Salie is a resident of Massachusetts. Rahma Salie is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1589. Jordanis Theodoridis, as Personal Representative of the Estate of Michael Theodoridis, deceased, the late spouse of Rahma Salie, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jordanis Theodoridis, as Personal Representative of the Estate of Michael Theodoridis is a resident of Switzerland. Rahma Salie is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1590. Edison Salomon, as Personal Representative of the Estate of Nolbert Salomon, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nolbert Salomon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nolbert Salomon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1591. Antoine Salomon, individually, as surviving parent of Nolbert Salomon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Antoine Salomon is a resident of Florida. Nolbert Salomon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1592. Edison Salomon, individually, as surviving sibling of Nolbert Salomon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Edison Salomon is a resident of Florida. Nolbert Salomon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1593. James Salomon, individually, as surviving sibling of Nolbert Salomon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Salomon is a resident of New York. Nolbert Salomon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1594. Francesca Pierre as Personal Representative of the Estate of Dania Salomon a/k/a Dania Salomon Macharie, deceased, the late sibling of Nolbert Salomon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Francesca Pierre is a resident of Florida. Nolbert Salomon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1595. Deborah Rooney, individually, as surviving spouse of John Sammartino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Deborah Rooney is a resident of Florida. John Sammartino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1596. Deborah Rooney, as the Personal Representative of the Estate of John Sammartino, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of John Sammartino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Deborah Rooney is a resident of Florida. John Sammartino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1597. Nicole Sammartino, individually, as surviving child of John Sammartino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nicole Sammartino is a resident of Florida. John Sammartino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1598. Clara Sanay, individually, as surviving spouse of Hugo Sanay, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Clara Sanay is a resident of New York. Hugo Sanay is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1599. Clara Sanay, as the Personal Representative of the Estate of Hugo Sanay, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Hugo Sanay, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Clara Sanay is a resident of New York. Hugo Sanay is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1600. Hugo Sanay Jr., individually, as surviving child of Hugo Sanay, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Hugo Sanay Jr. is a resident of New York. Hugo Sanay is one of the Decedents murdered as a result of the terrorist attacks of

September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1601.   Michelle Sanay, individually, as surviving child of Hugo Sanay, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michelle Sanay is a resident of New York. Hugo Sanay is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1602.   Steven Sanay, individually, as surviving child of Hugo Sanay, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Steven Sanay is a resident of New York. Hugo Sanay is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1603.   Sonia Hernandez, individually, as surviving sibling of Ayleen J. Santiago, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sonia Hernandez is a resident of Texas. Ayleen J. Santiago is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1604.   Jose A. Medina, individually, as surviving sibling of Ayleen J. Santiago, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jose A. Medina is a resident of New Jersey. Ayleen J. Santiago is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1605.   Julio Medina, individually, as surviving parent of Ayleen J. Santiago, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Julio Medina is a resident of Florida. Ayleen J. Santiago is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1606.   Cassandra Nash, individually, as surviving child of Anthony Savas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cassandra Nash is a resident of New York. Anthony Savas is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1607.   John Savas, individually, as surviving child of Anthony Savas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Savas is a resident of Virginia. Anthony Savas is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to

which the Defendants provided material support and assistance in furtherance of the attacks.

1608. Phaedra Savas, individually, as surviving spouse of Anthony Savas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Phaedra Savas is a resident of New York. Anthony Savas is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1609. Phaedra Savas, as the Personal Representative of the Estate of Anthony Savas, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Anthony Savas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Phaedra Savas is a resident of New York. Anthony Savas is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1610. Karen Scheffold Onorio, individually, as surviving child of Frederick C. Scheffold, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen Scheffold Onorio is a resident of Connecticut. Frederick C. Scheffold is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1611. Claudette Scheffold, individually, as surviving child of Frederick C. Scheffold, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Claudette Scheffold is a resident of New York. Frederick C. Scheffold is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1612. Joan Scheffold, individually, as surviving spouse of Frederick C. Scheffold, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joan Scheffold is a resident of New York. Frederick C. Scheffold is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1613. Joan Scheffold, as the Personal Representative of the Estate of Frederick C. Scheffold, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Frederick C. Scheffold, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joan Scheffold is a resident of New York. Frederick C. Scheffold is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1614. Kim Scheffold Stiefel, individually, as surviving child of Frederick C. Scheffold, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kim Scheffold

Stiefel is a resident of New York. Frederick C. Scheffold is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1615.   Dawn Schlegel, individually, as surviving spouse of Robert A. Schlegel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dawn Schlegel is a resident of Virginia. Robert A. Schlegel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1616.   Dawn Schlegel, as the Personal Representative of the Estate of Robert A. Schlegel, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert A. Schlegel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dawn Schlegel is a resident of Virginia. Robert A. Schlegel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1617.   Laurence Schlissel, individually, as surviving sibling of Jon S. Schlissel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laurence Schlissel is a resident of New Jersey. Jon S. Schlissel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1618.   Laurence Schlissel, as the Personal Representative of the Estate of Jon S. Schlissel, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jon S. Schlissel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laurence Schlissel is a resident of New Jersey. Jon S. Schlissel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1619.   Laurence Schlissel as Personal Representative of the Estate of Ruth Schlissel, deceased, the late parent of Jon S. Schlissel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laurence Schlissel as Personal Representative of the Estate of Ruth Schlissel is a resident of New Jersey. Jon S. Schlissel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1620.   Jaclyn McManus, individually, as surviving child of Gerard P. Schrang, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jaclyn McManus is a resident of New York. Gerard P. Schrang is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1621.  Denise Schrang, individually, as surviving spouse of Gerard P. Schrang, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Denise Schrang is a resident of New York. Gerard P. Schrang is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1622.  Denise Schrang, as the Personal Representative of the Estate of Gerald P. Schrang, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gerard P. Schrang, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Denise Schrang is a resident of New York. Gerard P. Schrang is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1623.  Katherine R. Krieger, individually, as surviving sibling of Susan Lee Schuler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Katherine R. Krieger is a resident of Oregon. Susan Lee Schuler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1624.  Jude Laspa, individually, as surviving sibling of Susan Lee Schuler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jude Laspa is a resident of California. Susan Lee Schuler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1625.  Jude Laspa, as the Personal Representative of the Estate of Susan Lee Schuler, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Susan Lee Schuler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jude Laspa is a resident of California. Susan Lee Schuler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1626.  Tevis Laspa, individually, as surviving sibling of Susan Lee Schuler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tevis Laspa is a resident of Washington. Susan Lee Schuler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1627.  Ted Slanker, individually, as surviving child of Susan Lee Schuler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ted Slanker is a resident of Texas.

Susan Lee Schuler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1628. Sandra Slanker, individually, as surviving child of Susan Lee Schuler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sandra Slanker is a resident of Texas. Susan Lee Schuler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1629. Elizabeth Schlehr, individually, as surviving sibling of Margaret Seeliger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth Schlehr is a resident of Ohio. Margaret Seeliger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1630. Bruce Seeliger, individually, as surviving spouse of Margaret Seeliger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Bruce Seeliger is a resident of Connecticut. Margaret Seeliger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1631. Bruce Seeliger, as the Personal Representative of the Estate of Margaret Seeliger, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Margaret Seeliger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Bruce Seeliger is a resident of Connecticut. Margaret Seeliger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1632. Andrew T. Walier, individually, as surviving sibling of Margaret Seeliger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrew T. Walier is a resident of New York. Margaret Seeliger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1633. Arthur A. Walier, individually, as surviving parent of Margaret Seeliger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Arthur A. Walier is a resident of New York. Margaret Seeliger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1634.   James M. Walier, individually, as surviving sibling of Margaret Seeliger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James M. Walier is a resident of New Jersey. Margaret Seeliger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1635.   John P. Walier, individually, as surviving sibling of Margaret Seeliger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John P. Walier is a resident of New York. Margaret Seeliger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1636.   Joseph Walier, individually, as surviving sibling of Margaret Seeliger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Walier is a resident of New York. Margaret Seeliger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1637.   Paul Walier, individually, as surviving sibling of Margaret Seeliger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paul Walier is a resident of New York. Margaret Seeliger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1638.   Peter Joseph Walier, individually, as surviving sibling of Margaret Seeliger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Joseph Walier is a resident of Georgia. Margaret Seeliger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1639.   Arthur Walier as Personal Representative of the Estate of Kathryn Ann Walier, deceased, the late parent of Margaret Seeliger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Arthur Walier as Personal Representative of the Estate of Kathryn Ann Walier is a resident of New York. Margaret Seeliger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1640.   Matthew Walier, individually, as surviving sibling of Margaret Seeliger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matthew Walier is a resident of New York. Margaret Seeliger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1641.  Jahnan Shajahan, individually, as surviving child of Mohammed Shajahan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jahnan Shajahan is a resident of Florida. Mohammed Shajahan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1642.  Layla Shajahan, individually, as surviving child of Mohammed Shajahan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Layla Shajahan is a resident of Florida. Mohammed Shajahan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1643.  Mansura Shajahan, individually, as surviving spouse of Mohammed Shajahan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mansura Shajahan is a resident of Florida. Mohammed Shajahan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1644.  Mansura Shajahan, as the Personal Representative of the Estate of Mohammed Shajahan, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mohammed Shajahan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mansura Shajahan is a resident of Florida. Mohammed Shajahan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1645.  Shirin Shajahan, individually, as surviving child of Mohammed Shajahan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shirin Shajahan is a resident of Florida. Mohammed Shajahan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1646.  Yusuf Shajahan, individually, as surviving child of Mohammed Shajahan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Yusuf Shajahan is a resident of Florida. Mohammed Shajahan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1647.  Christopher Davidson, individually, as surviving sibling of Kathryn A. Shatzoff, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher Davidson is a resident of New York. Kathryn A. Shatzoff is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out

by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1648. Francis Shea, individually, as surviving sibling of Daniel Shea, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Francis Shea is a resident of New York. Daniel Shea is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1649. Kathleen Shea, individually, as surviving sibling of Daniel Shea, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Shea is a resident of Connecticut. Daniel Shea is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1650. Thomas J. Shea, individually, as surviving sibling of Daniel Shea, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas J. Shea is a resident of New Jersey. Daniel Shea is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1651. Francis Shea, individually, as surviving sibling of Joseph Shea, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Francis Shea is a resident of New York. Joseph Shea is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1652. Kathleen Shea, individually, as surviving sibling of Joseph Shea, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Shea is a resident of Connecticut. Joseph Shea is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1653. Thomas J. Shea, individually, as surviving sibling of Joseph Shea, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas J. Shea is a resident of New Jersey. Joseph Shea is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1654. Charles Clarke, individually, as surviving parent of Antionette Sherman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Charles Clarke is a resident of Maryland. Antionette Sherman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1655. Eloise Clarke, individually, as surviving parent of Antionette Sherman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eloise Clarke is a resident of Maryland. Antionette Sherman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1656. Eloise Clarke, as the Personal Representative of the Estate of Antionette Sherman, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Antionette Sherman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eloise Clarke is a resident of Maryland. Antionette Sherman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1657. John Doe 122 as the Personal Representative of the Estate of John Sigmund Sr., deceased, the late parent of Johanna Sigmund, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Johanna Sigmund is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1658. John Sigmund, individually, as surviving sibling of Johanna Sigmund, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Sigmund is a resident of Pennsylvania. Johanna Sigmund is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1659. Ruth Sigmund, individually, as surviving parent of Johanna Sigmund, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ruth Sigmund is a resident of Pennsylvania. Johanna Sigmund is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1660. Ruth Sigmund, as the Personal Representative of the Estate of Johanna Sigmund, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Johanna Sigmund, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ruth Sigmund is a resident of Pennsylvania. Johanna Sigmund is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1661.   John T. Signer and James M. Signer, as Co-Personal Representatives of the Estate of John F. Signer, deceased, the late sibling of Dianne Signer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John T. Signer and James M. Signer are residents of New York. Dianne Signer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1662.   Kenneth Signer, individually, as surviving sibling of Dianne Signer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kenneth Signer is a resident of Florida. Dianne Signer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1663.   Patricia Signer, individually, as surviving parent of Dianne Signer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Signer is a resident of New York. Dianne Signer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1664.   Patricia Signer, as the Personal Representative of the Estate of Dianne Signer, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Dianne Signer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Signer is a resident of New York. Dianne Signer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1665.   Marie Sikorsky, as the Personal Representative of the Estate of Gregory Sikorsky, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gregory Sikorsky, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marie Sikorsky is a resident of New York. Gregory Sikorsky is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1666.   George Sikorsky, individually, as surviving sibling of Gregory Sikorsky, is a Plaintiff seeking justice for the tragic events of September 11, 2001. George Sikorsky is a resident of New York. Gregory Sikorsky is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1667.   Kenneth Sikorsky, individually, as surviving sibling of Gregory Sikorsky, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kenneth Sikorsky is a resident of New York. Gregory Sikorsky is one of the Decedents murdered as a result of

the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1668. Perry V. Sikorsky, individually, as surviving sibling of Gregory Sikorsky, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Perry V. Sikorsky is a resident of New York. Gregory Sikorsky is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1669. Jennifer Simon Berardi, individually, as surviving child of Arthur Simon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennifer Simon Berardi is a resident of New York. Arthur Simon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1670. Jennifer Simon Berardi, as the Personal Representative of the Estate of Arthur Simon, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Arthur Simon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennifer Simon Berardi is a resident of New York. Arthur Simon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1671. Mandy Exantus, individually, as surviving child of Arthur Simon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mandy Exantus is a resident of California. Arthur Simon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1672. Stanley Simon, individually, as surviving sibling of Arthur Simon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stanley Simon is a resident of New York. Arthur Simon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1673. Susan Simon, individually, as surviving spouse of Arthur Simon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan Simon is a resident of South Carolina. Arthur Simon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1674. Todd Simon, individually, as surviving child of Arthur Simon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Todd Simon is a resident of

California. Arthur Simon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1675. Jennifer Simon Berardi, individually, as surviving sibling of Kenneth Simon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennifer Simon Berardi is a resident of New York. Kenneth Simon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1676. Karen Simon, as Personal Representative of the Estate of Kenneth Simon, deceased, the late child of Arthur Simon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen Simon, as Personal Representative of the Estate of Kenneth Simon is a resident of New Jersey. Arthur Simon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1677. Karen Simon, as the Personal Representative of the Estate of Kenneth Simon, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kenneth Simon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen Simon is a resident of New Jersey. Kenneth Simon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1678. Jennifer Simon Berardi, as Personal Representative of the Estate of Arthur Simon, deceased, the late parent of Kenneth Simon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennifer Simon Berardi, as Personal Representative of the Estate of Arthur Simon is a resident of New York. Kenneth Simon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1679. Mandy Exantus, individually, as surviving sibling of Kenneth Simon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mandy Exantus is a resident of California. Kenneth Simon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1680. Susan Simon, individually, as surviving parent of Kenneth Simon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan Simon is a resident of South Carolina. Kenneth Simon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1681. Todd Simon, individually, as surviving sibling of Kenneth Simon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Todd Simon is a resident of California. Kenneth Simon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1682. Jill S. Polansky, individually, as surviving sibling of Thomas E. Sinton III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jill S. Polansky is a resident of New Jersey. Thomas E. Sinton III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1683. Sally Sinton, individually, as surviving sibling of Thomas E. Sinton III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sally Sinton is a resident of Australia. Thomas E. Sinton III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1684. Susan M. Sinton, individually, as surviving parent of Thomas E. Sinton III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan M. Sinton is a resident of New Jersey. Thomas E. Sinton III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1685. Marilyn Smith Pusey, individually, as surviving spouse of Leon Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marilyn Smith Pusey is a resident of North Carolina. Leon Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1686. Marilyn Smith Pusey, as the Personal Representative of the Estate of Leon Smith, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Leon Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marilyn Smith Pusey is a resident of North Carolina. Leon Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1687. Irene Smith, individually, as surviving parent of Leon Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Irene Smith is a resident of New York. Leon Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1688. Jasmine Michele Smith, individually, as surviving child of Leon Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jasmine Michele Smith is a resident of New York. Leon Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1689. Nakia Smith, individually, as surviving child of Leon Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nakia Smith is a resident of New York. Leon Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1690. Tiffany Smith, individually, as surviving child of Leon Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tiffany Smith is a resident of Florida. Leon Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1691. Yolanda Smith-Purdy, individually, as surviving child of Leon Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Yolanda Smith-Purdy is a resident of Florida. Leon Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1692. Mary Elizabeth Reddy, individually, as surviving sibling of Moira A. Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Elizabeth Reddy is a resident of New York. Moira A. Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1693. James Smith, individually, as surviving spouse of Moira A. Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Smith is a resident of New York. Moira A. Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1694. James Smith, as the Personal Representative of the Estate of Moira A. Smith, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Moira A. Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Smith is a resident of New York. Moira A. Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1695. Patricia Mary Smith, individually, as surviving child of Moira A. Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Mary Smith is a resident of New York. Moira A. Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1696. Patricia S. Rafter, as the Personal Representative of the Estate of Bonnie Smithwick, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Bonnie Smithwick, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia S. Rafter is a resident of New York. Bonnie Smithwick is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1697. Patricia S. Rafter as Personal Representative of the Estate of Thomas J. Smithwick, deceased, the late spouse of Bonnie Smithwick, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia S. Rafter as Personal Representative of the Estate of Thomas J. Smithwick is a resident of New York. Bonnie Smithwick is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1698. Peter Shihadeh, individually, as surviving sibling of Bonnie Smithwick, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Shihadeh is a resident of Pennsylvania. Bonnie Smithwick is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1699. Peter Shihadeh as Personal Representative of the Estate of Jeanne Santamarie Shihadeh, deceased, the late parent of Bonnie Smithwick, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Shihadeh as Personal Representative of the Estate of Jeanne Santamarie Shihadeh is a resident of Pennsylvania. Bonnie Smithwick is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1700. Peter Shihadeh as Personal Representative of the Estate of Theodore D. Shihadeh, deceased, the late parent of Bonnie Smithwick, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Shihadeh as Personal Representative of the Estate of Theodore D. Shihadeh is a resident of Pennsylvania. Bonnie Smithwick is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1701. James W. Smithwick, individually, as surviving child of Bonnie Smithwick, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James W. Smithwick is a

resident of New York. Bonnie Smithwick is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1702. Katharine E. Smithwick, individually, as surviving child of Bonnie Smithwick, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Katharine E. Smithwick is a resident of the United Kingdom. Bonnie Smithwick is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1703. Joanne Messina, individually, as surviving sibling of Michael C. Sorresse, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joanne Messina is a resident of New Jersey. Michael C. Sorresse is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1704. Catherine Ricciardelli, individually, as surviving spouse of Michael C. Sorresse, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine Ricciardelli is a resident of New Jersey. Michael C. Sorresse is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1705. Catherine Ricciardelli, as the Personal Representative of the Estate of Michael C. Sorresse, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael C. Sorresse, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine Ricciardelli is a resident of New Jersey. Michael C. Sorresse is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1706. Leonard M. Sorresse Jr., individually, as surviving sibling of Michael C. Sorresse, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leonard M. Sorresse Jr. is a resident of New Jersey. Michael C. Sorresse is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1707. Leonard M. Sorresse Sr., individually, as surviving parent of Michael C. Sorresse, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leonard M. Sorresse Sr. is a resident of New Jersey. Michael C. Sorresse is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1708.   Maria Sorresse, individually, as surviving parent of Michael C. Sorresse, is a Plaintiff
seeking justice for the tragic events of September 11, 2001. Maria Sorresse is a resident
of New Jersey. Michael C. Sorresse is one of the Decedents murdered as a result of the
terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin
Laden, and to which the Defendants provided material support and assistance in
furtherance of the attacks.

1709.   Nicholas Sorresse, individually, as surviving sibling of Michael C. Sorresse, is a Plaintiff
seeking justice for the tragic events of September 11, 2001. Nicholas Sorresse is a
resident of New Jersey. Michael C. Sorresse is one of the Decedents murdered as a result
of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and
Osama bin Laden, and to which the Defendants provided material support and assistance
in furtherance of the attacks.

1710.   Linda E. Spampinato a/k/a Linda E. Melville, individually, as surviving sibling of Donald
F. Spampinato, is a Plaintiff seeking justice for the tragic events of September 11, 2001.
Linda E. Spampinato a/k/a Linda E. Melville is a resident of North Carolina. Donald F.
Spampinato is one of the Decedents murdered as a result of the terrorist attacks of
September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to
which the Defendants provided material support and assistance in furtherance of the
attacks.

1711.   Michael Spampinato, individually, as surviving sibling of Donald F. Spampinato, is a
Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Spampinato
is a resident of Michigan. Donald F. Spampinato is one of the Decedents murdered as a
result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda
and Osama bin Laden, and to which the Defendants provided material support and
assistance in furtherance of the attacks.

1712.   Michael Spampinato as Personal Representative of the Estate of Mary Spampinato,
deceased, the late parent of Donald F. Spampinato, is a Plaintiff seeking justice for the
tragic events of September 11, 2001. Michael Spampinato as Personal Representative of
the Estate of Mary Spampinato is a resident of Michigan. Donald F. Spampinato is one of
the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that
were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants
provided material support and assistance in furtherance of the attacks.

1713.   Barbara Carroll Spence, individually, as surviving spouse of Maynard S. Spence, is a
Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Carroll
Spence is a resident of Georgia. Maynard S. Spence is one of the Decedents murdered as
a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda
and Osama bin Laden, and to which the Defendants provided material support and
assistance in furtherance of the attacks.

1714.   Barbara Carroll Spence, as the Personal Representative of the Estate of Maynard S.
Spence, deceased, on behalf of the Estate, and on behalf of all survivors and all legally
entitled beneficiaries and family members of Maynard S. Spence, is a Plaintiff seeking
justice for the tragic events of September 11, 2001. Barbara Carroll Spence is a resident
of Georgia. Maynard S. Spence is one of the Decedents murdered as a result of the

259

terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1715.   Kristina Spence, individually, as surviving child of Maynard S. Spence, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kristina Spence is a resident of Florida. Maynard S. Spence is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1716.   Shannon Spence, individually, as surviving child of Maynard S. Spence, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shannon Spence is a resident of Florida. Maynard S. Spence is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1717.   Dorothy Spence Evans, individually, as surviving sibling of Maynard S. Spence, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dorothy Spence Evans is a resident of North Carolina. Maynard S. Spence is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1718.   Susan Spitz, individually, as surviving spouse of William Spitz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan Spitz is a resident of New York. William Spitz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1719.   Susan Spitz, as the Personal Representative of the Estate of William Spitz, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of William Spitz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan Spitz is a resident of New York. William Spitz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1720.   Kathy Buell, individually, as surviving sibling of Timothy Stackpole, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathy Buell is a resident of New York. Timothy Stackpole is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1721.   Tara Stackpole, as the Personal Representative of the Estate of Timothy Stackpole, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Timothy Stackpole, is a Plaintiff seeking justice for

the tragic events of September 11, 2001. Tara Stackpole is a resident of New York. Timothy Stackpole is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1722. Patricia Murphy, individually, as surviving sibling of Timothy Stackpole, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Murphy is a resident of New York. Timothy Stackpole is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1723. Edward Stackpole, individually, as surviving sibling of Timothy Stackpole, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Edward Stackpole is a resident of New York. Timothy Stackpole is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1724. Michael Stackpole, individually, as surviving sibling of Timothy Stackpole, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Stackpole is a resident of New York. Timothy Stackpole is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1725. Daniel Carroll, individually, as surviving child of Patricia J. Statz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel Carroll is a resident of Maryland. Patricia J. Statz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1726. David Carroll, individually, as surviving spouse of Patricia J. Statz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. David Carroll is a resident of Maryland. Patricia J. Statz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1727. David Carroll, as the Personal Representative of the Estate of Patricia J. Statz, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Patricia J. Statz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. David Carroll is a resident of Maryland. Patricia J. Statz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1728. Erick Carroll, individually, as surviving child of Patricia J. Statz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Erick Carroll is a resident of Maryland. Patricia J. Statz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1729. Pamela Statz, individually, as surviving sibling of Patricia J. Statz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Pamela Statz is a resident of Oregon. Patricia J. Statz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1730. Vincent A. Statz, individually, as surviving parent of Patricia J. Statz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vincent A. Statz is a resident of Wisconsin. Patricia J. Statz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1731. Phil Statz, individually, as surviving sibling of Patricia J. Statz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Phil Statz is a resident of Wisconsin. Patricia J. Statz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1732. Gloria Darrisaw, individually, as surviving sibling of Edna L. Stephens, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gloria Darrisaw is a resident of Georgia. Edna L. Stephens is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1733. Eunice W. Stephens, individually, as surviving sibling of Edna L. Stephens, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eunice W. Stephens is a resident of Georgia. Edna L. Stephens is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1734. Betty Jo Hill, individually, as surviving sibling of Edna L. Stephens, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Betty Jo Hill is a resident of Georgia. Edna L. Stephens is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1735.   Brenda Stephens Pyant, individually, as surviving sibling of Edna L. Stephens, is a
Plaintiff seeking justice for the tragic events of September 11, 2001. Brenda Stephens
Pyant is a resident of Georgia. Edna L. Stephens is one of the Decedents murdered as a
result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda
and Osama bin Laden, and to which the Defendants provided material support and
assistance in furtherance of the attacks.

1736.   Eddie Stephens, individually, as surviving sibling of Edna L. Stephens, is a Plaintiff
seeking justice for the tragic events of September 11, 2001. Eddie Stephens is a resident
of Georgia. Edna L. Stephens is one of the Decedents murdered as a result of the terrorist
attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,
and to which the Defendants provided material support and assistance in furtherance of
the attacks.

1737.   Marvin Stephens, individually, as surviving sibling of Edna L. Stephens, is a Plaintiff
seeking justice for the tragic events of September 11, 2001. Marvin Stephens is a resident
of Georgia. Edna L. Stephens is one of the Decedents murdered as a result of the terrorist
attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,
and to which the Defendants provided material support and assistance in furtherance of
the attacks.

1738.   Mary L. Stephens, individually, as surviving sibling of Edna L. Stephens, is a Plaintiff
seeking justice for the tragic events of September 11, 2001. Mary L. Stephens is a
resident of Georgia. Edna L. Stephens is one of the Decedents murdered as a result of the
terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin
Laden, and to which the Defendants provided material support and assistance in
furtherance of the attacks.

1739.   Barbara Stephens-Cobb, individually, as surviving sibling of Edna L. Stephens, is a
Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Stephens-
Cobb is a resident of South Carolina. Edna L. Stephens is one of the Decedents murdered
as a result of the terrorist attacks of September 11, 2001, that were carried out by al-
Qaeda and Osama bin Laden, and to which the Defendants provided material support and
assistance in furtherance of the attacks.

1740.   Torrass Allen-Stephens, individually, as surviving child of Edna L. Stephens, is a
Plaintiff seeking justice for the tragic events of September 11, 2001. Torrass Allen-
Stephens is a resident of Georgia. Edna L. Stephens is one of the Decedents murdered as
a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda
and Osama bin Laden, and to which the Defendants provided material support and
assistance in furtherance of the attacks.

1741.   Torrass Allen-Stephens, as the Personal Representative of the Estate of Edna L. Stephens,
deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled
beneficiaries and family members of Edna L. Stephens, is a Plaintiff seeking justice for
the tragic events of September 11, 2001. Torrass Allen-Stephens is a resident of Georgia.
Edna L. Stephens is one of the Decedents murdered as a result of the terrorist attacks of
September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to

which the Defendants provided material support and assistance in furtherance of the attacks.

1742. Eric Stoller, individually, as surviving child of Sanford M. Stoller, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eric Stoller is a resident of New York. Sanford M. Stoller is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1743. Glen Stoller, individually, as surviving child of Sanford M. Stoller, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Glen Stoller is a resident of Maine . Sanford M. Stoller is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1744. Trudy Stoller, individually, as surviving spouse of Sanford M. Stoller, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Trudy Stoller is a resident of New York. Sanford M. Stoller is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1745. Trudy Stoller, as the Personal Representative of the Estate of Sanford M. Stoller, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Sanford M. Stoller, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Trudy Stoller is a resident of New York. Sanford M. Stoller is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1746. Leslie A. Intindoli, individually, as surviving sibling of Steven Strauss, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leslie A. Intindoli is a resident of New York. Steven Strauss is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1747. Leslie A. Intindoli as Personal Representative of the Estate of Albert Strauss, deceased, the late parent of Steven Strauss, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leslie A. Intindoli as Personal Representative of the Estate of Albert Strauss is a resident of New York. Steven Strauss is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1748. Leslie A. Intindoli as Personal Representative of the Estate of Theresa Strauss, deceased, the late parent of Steven Strauss, is a Plaintiff seeking justice for the tragic events of

264

September 11, 2001. Leslie A. Intindoli as Personal Representative of the Estate of Theresa Strauss is a resident of New York. Steven Strauss is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1749. Derek Strauss, individually, as surviving child of Steven Strauss, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Derek Strauss is a resident of New York. Steven Strauss is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1750. Melanie Strauss, individually, as surviving child of Steven Strauss, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Melanie Strauss is a resident of New York. Steven Strauss is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1751. Jean Strauss a/k/a Jeannie Strauss, individually, as surviving spouse of Steven Strauss, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jean Strauss a/k/a Jeannie Strauss is a resident of New York. Steven Strauss is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1752. Jean Strauss a/k/a Jeannie Strauss, as the Personal Representative of the Estate of Steven Strauss, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Steven Strauss, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jean Strauss a/k/a Jeannie Strauss is a resident of New York. Steven Strauss is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1753. Brian Sullivan, individually, as surviving child of Christopher P. Sullivan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian Sullivan is a resident of New York. Christopher P. Sullivan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1754. Dolores Sullivan, individually, as surviving spouse of Christopher P. Sullivan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dolores Sullivan is a resident of New York. Christopher P. Sullivan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1755. Dolores Sullivan, as the Personal Representative of the Estate of Christopher P. Sullivan, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Christopher P. Sullivan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dolores Sullivan is a resident of New York. Christopher P. Sullivan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1756. Robert J. Sullivan as Personal Representative of the Estate of James R. Sullivan, deceased, the late parent of Christopher P. Sullivan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert J. Sullivan is a resident of New York. Christopher P. Sullivan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1757. Joan R. Sullivan, individually, as surviving parent of Christopher P. Sullivan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joan R. Sullivan is a resident of New York. Christopher P. Sullivan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1758. Kevin M. Sullivan, individually, as surviving sibling of Christopher P. Sullivan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin M. Sullivan is a resident of New York. Christopher P. Sullivan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1759. Matthew J. Sullivan, individually, as surviving sibling of Christopher P. Sullivan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matthew J. Sullivan is a resident of California. Christopher P. Sullivan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1760. Peter Q. Sullivan, individually, as surviving sibling of Christopher P. Sullivan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Q. Sullivan is a resident of Florida. Christopher P. Sullivan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1761. Robert J. Sullivan, individually, as surviving sibling of Christopher P. Sullivan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert J. Sullivan is a resident of New York. Christopher P. Sullivan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda

266

and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1762. Sean Sullivan, individually, as surviving child of Christopher P. Sullivan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sean Sullivan is a resident of New York. Christopher P. Sullivan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1763. Joan Wolffer, individually, as surviving sibling of Christopher P. Sullivan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joan Wolffer is a resident of New York. Christopher P. Sullivan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1764. Jill Marsella, individually, as surviving spouse of Thomas F. Swift, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jill Marsella is a resident of New Jersey. Thomas F. Swift is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1765. Jill Marsella, as the Personal Representative of the Estate of Thomas F. Swift, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas F. Swift, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jill Marsella is a resident of New Jersey. Thomas F. Swift is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1766. Kathleen F. Deloughery, as Personal Representative of the Estate of Frances Swift, deceased, the late parent of Thomas F. Swift, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen F. Deloughery, as Personal Representative of the Estate of Frances Swift is a resident of New Jersey. Thomas F. Swift is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1767. Elisabeth L. Swift, as Personal Representative of the Estate of James S. Swift., deceased, the late sibling of Thomas F. Swift, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elisabeth L. Swift, as Personal Representative of the Estate of James S. Swift. is a resident of New Jersey. Thomas F. Swift is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1768. Patrick T. Swift, individually, as surviving sibling of Thomas F. Swift, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patrick T. Swift is a resident

of New Jersey. Thomas F. Swift is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1769. Peter T. Swift Jr., individually, as surviving sibling of Thomas F. Swift, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter T. Swift Jr. is a resident of New Jersey. Thomas F. Swift is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1770. John Doe 114, as Personal Representative of the Estate of Peter T. Swift, Sr., deceased, the late parent of Thomas F. Swift, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas F. Swift is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1771. Octavia Bangura, individually, as surviving child of Hilda E. Taylor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Octavia Bangura is a resident of Maryland. Hilda E. Taylor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1772. Yvette Jones, individually, as surviving sibling of Hilda E. Taylor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Yvette Jones is a resident of Maryland. Hilda E. Taylor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1773. Edna Mbayo, individually, as surviving sibling of Hilda E. Taylor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Edna Mbayo is a resident of Maryland. Hilda E. Taylor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1774. Dennis Stafford, individually, as surviving child of Hilda E. Taylor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dennis Stafford is a resident of Sierra Leone. Hilda E. Taylor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1775. George O. Taylor, individually, as surviving sibling of Hilda E. Taylor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. George O. Taylor is a resident of Maryland. Hilda E. Taylor is one of the Decedents murdered as a result of the

terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1776. George O. Taylor, as the Personal Representative of the Estate of Hilda E. Taylor, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Hilda E. Taylor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. George O. Taylor is a resident of Maryland. Hilda E. Taylor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1777. Pallavi Shirolkar, individually, as surviving spouse of Harshad S. Thatte, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Pallavi Shirolkar is a resident of North Carolina. Harshad S. Thatte is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1778. Pallavi Shirolkar, as the Personal Representative of the Estate of Harshad S. Thatte, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Harshad S. Thatte, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Pallavi Shirolkar is a resident of North Carolina. Harshad S. Thatte is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1779. Elina Shirolkar, individually, as surviving child of Harshad S. Thatte, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elina Shirolkar is a resident of North Carolina. Harshad S. Thatte is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1780. Haleema Salie, as Personal Representative of the Estate of Rahma Salie, deceased, the late spouse of Michael Theodoridis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Haleema Salie, as Personal Representative of the Estate of Rahma Salie is a resident of Massachusetts. Michael Theodoridis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1781. Jordanis Theodoridis, individually, as surviving sibling of Michael Theodoridis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jordanis Theodoridis is a resident of Switzerland. Michael Theodoridis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda

and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1782.   Jordanis Theodoridis, as the Personal Representative of the Estate of Michael Theodoridis, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael Theodoridis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jordanis Theodoridis is a resident of Switzerland. Michael Theodoridis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1783.   Margarita Theodoridis, individually, as surviving parent of Michael Theodoridis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Margarita Theodoridis is a resident of Switzerland. Michael Theodoridis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1784.   Jordanis Theodoridis, as Personal Representative of the Estate of Constantinos Theodoridis, deceased, the late parent of Michael Theodoridis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jordanis Theodoridis, as Personal Representative of the Estate of Constantinos Theodoridis is a resident of Switzerland. Michael Theodoridis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1785.   Sarah Kashetta, individually, as surviving child of Brian T. Thompson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sarah Kashetta is a resident of New York. Brian T. Thompson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1786.   Kathleen Thompson, individually, as surviving spouse of Brian T. Thompson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Thompson is a resident of New York. Brian T. Thompson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1787.   Kathleen Thompson, as the Personal Representative of the Estate of Brian T. Thompson, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Brian T. Thompson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Thompson is a resident of New York. Brian T. Thompson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to

which the Defendants provided material support and assistance in furtherance of the attacks.

1788. Daniel Thompson, individually, as surviving child of Brian T. Thompson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel Thompson is a resident of New Jersey. Brian T. Thompson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1789. Tsahai S. Santiago, individually, as surviving sibling of Vanavah Thompson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tsahai S. Santiago is a resident of New York. Vanavah Thompson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1790. Doreen Thompson, individually, as surviving parent of Vanavah Thompson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Doreen Thompson is a resident of New York. Vanavah Thompson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1791. Doreen Thompson, as the Personal Representative of the Estate of Vanavah Thompson, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Vanavah Thompson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Doreen Thompson is a resident of New York. Vanavah Thompson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1792. Nia Jah-Selah Thompson, individually, as surviving child of Vanavah Thompson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nia Jah-Selah Thompson is a resident of North Carolina. Vanavah Thompson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1793. Giovanni McKenzie, individually, as surviving sibling of Vanavah Thompson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Giovanni McKenzie is a resident of Maryland. Vanavah Thompson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1794. Michael K. Thompson, individually, as surviving child of William Harry Thompson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael K. Thompson is a resident of New Jersey. William Harry Thompson is one of the Decedents

murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1795. Michael K. Thompson, as the Personal Representative of the Estate of William Harry Thompson, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of William Harry Thompson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael K. Thompson is a resident of New Jersey. William Harry Thompson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1796. Rahsaan Thompson, individually, as surviving child of William Harry Thompson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rahsaan Thompson is a resident of New Jersey. William Harry Thompson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1797. Beatrice Woolen, individually, as surviving sibling of Tamara Thurman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Beatrice Woolen is a resident of Georgia. Tamara Thurman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1798. Saundra Faye Woolen, individually, as surviving parent of Tamara Thurman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Saundra Faye Woolen is a resident of Georgia. Tamara Thurman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1799. Emory E. Hackman, Jr., as the Personal Representative of the Estate of Tamara Thurman, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Tamara Thurman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Emory E. Hackman, Jr. is a resident of Virginia. Tamara Thurman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1800. Jennifer Dolan, individually, as surviving child of John Tobin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennifer Dolan is a resident of New Jersey. John Tobin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1801. Barbara Tobin, individually, as surviving spouse of John Tobin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Tobin is a resident of New Jersey. John Tobin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1802. Barbara Tobin, as the Personal Representative of the Estate of John Tobin, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of John Tobin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Tobin is a resident of New Jersey. John Tobin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1803. Margaret M. Tobin, individually, as surviving sibling of John Tobin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Margaret M. Tobin is a resident of New York. John Tobin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1804. Michael Tobin, individually, as surviving sibling of John Tobin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Tobin is a resident of New Jersey. John Tobin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1805. Sean Tobin, individually, as surviving child of John Tobin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sean Tobin is a resident of New Jersey. John Tobin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1806. Teresa Traina, individually, as surviving parent of Christopher M Traina, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Teresa Traina is a resident of Florida. Christopher M Traina is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1807. Teresa Traina, as the Personal Representative of the Estate of Christopher M Traina, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Christopher M. Traina, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Teresa Traina is a resident of Florida. Christopher M. Traina is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to

which the Defendants provided material support and assistance in furtherance of the attacks.

1808. Salvatore M. Traina Jr., individually, as surviving sibling of Christopher M. Traina, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Salvatore M. Traina Jr. is a resident of New Jersey. Christopher M. Traina is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1809. Salvatore Traina, individually, as surviving parent of Christopher M. Traina, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Salvatore Traina is a resident of Florida. Christopher M. Traina is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1810. Theresa Corio, individually, as surviving sibling of Diane M. Urban, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Theresa Corio is a resident of New York. Diane M. Urban is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1811. Theresa Corio, as the Personal Representative of the Estate of Diane M. Urban, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Diane M. Urban, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Theresa Corio is a resident of New York. Diane M. Urban is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1812. Ann Van Hine, individually, as surviving spouse of Richard B. Van Hine, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ann Van Hine is a resident of Pennsylvania. Richard B. Van Hine is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1813. Ann Van Hine, as the Personal Representative of the Estate of Richard B. Van Hine, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Richard B. Van Hine, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ann Van Hine is a resident of Pennsylvania. Richard B. Van Hine is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1814. Meghan Sensenig, individually, as surviving child of Richard B. Van Hine, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Meghan Sensenig is a

resident of Pennsylvania. Richard B. Van Hine is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1815. Emily Small, individually, as surviving child of Richard B. Van Hine, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Emily Small is a resident of New York. Richard B. Van Hine is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1816. Vasanta Velamuri, individually, as surviving spouse of Sankara Velamuri, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vasanta Velamuri is a resident of New Jersey. Sankara Velamuri is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1817. Vasanta Velamuri, as the Personal Representative of the Estate of Sankara Velamuri, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Sankara Velamuri, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vasanta Velamuri is a resident of New Jersey. Sankara Velamuri is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1818. Ramon Velazquez, individually, as surviving child of Jorge L. Velazquez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ramon Velazquez is a resident of New York. Jorge L. Velazquez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1819. Migdalia Lopez, as Personal Representative of the Estate of Carmen Guzman, deceased, the late parent of David Vera, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Migdalia Lopez is a resident of New York. David Vera is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1820. Javier Guzman, individually, as surviving sibling of David Vera, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Javier Guzman is a resident of Pennsylvania. David Vera is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1821. Migdalia Lopez, individually, as surviving sibling of David Vera, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Migdalia Lopez is a resident of New York. David Vera is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1822. Jennica Perez a/k/a Jennica Vera, individually, as surviving child of David Vera, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennica Perez a/k/a Jennica Vera is a resident of North Carolina. David Vera is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1823. Jennica Perez a/k/a Jennica Vera, as the Personal Representative of the Estate of David Vera, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of David Vera, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennica Perez a/k/a Jennica Vera is a resident of North Carolina. David Vera is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1824. Anthony Vola, individually, as surviving sibling of Maria P. Vola, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Vola is a resident of Georgia. Maria P. Vola is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1825. Anthony Vola and Brittney Vola, as Co-Personal Representatives of the Estate of Clotilda Vola, deceased, the late sibling of Maria P. Vola, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Vola is a resident of Georgia and Brittney Volais a resident of New York. Maria P. Vola is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1826. Anthony Vola, as the Personal Representative of the Estate of Maria P. Vola, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Maria P. Vola, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Vola is a resident of Georgia. Maria P. Vola is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1827. Anthony Vola as Personal Representative of the Estate of John Vola, deceased, the late parent of Maria P. Vola, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Vola is a resident of Georgia. Maria P. Vola is one of the Decedents

murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1828. Anthony Vola as Personal Representative of the Estate of Rita Vola, deceased, the late parent of Maria P. Vola, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Vola is a resident of Georgia. Maria P. Vola is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1829. Kim Wagner, individually, as surviving sibling of Karen J. Wagner, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kim Wagner is a resident of Texas. Karen J. Wagner is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1830. Kim Wagner, as the Personal Representative of the Estate of Karen J. Wagner, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Karen J. Wagner, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kim Wagner is a resident of Texas. Karen J. Wagner is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1831. Warren Wagner, individually, as surviving sibling of Karen J. Wagner, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Warren Wagner is a resident of Texas. Karen J. Wagner is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1832. Kim Wagner as Personal Representative of the Estate of Mattie B. Wagner, deceased, the late parent of Karen J. Wagner, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kim Wagner as Personal Representative of the Estate of Mattie B. Wagner is a resident of Texas. Karen J. Wagner is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1833. Karl Wagner, individually, as surviving sibling of Karen J. Wagner, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karl Wagner is a resident of Texas. Karen J. Wagner is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1834. Andrea Treble, individually, as surviving sibling of Gabriela Waisman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrea Treble is a resident of

New York. Gabriela Waisman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1835.   Andrea Treble, as the Personal Representative of the Estate of Gabriela Waisman, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gabriela Waisman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrea Treble is a resident of New York. Gabriela Waisman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1836.   Armando Waisman, individually, as surviving parent of Gabriela Waisman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Armando Waisman is a resident of New York. Gabriela Waisman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1837.   Marta Waisman, individually, as surviving parent of Gabriela Waisman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marta Waisman is a resident of New York. Gabriela Waisman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1838.   Rebecca Clemento, individually, as surviving spouse of Victor Wald, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rebecca Clemento is a resident of Pennsylvania. Victor Wald is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1839.   Rebecca Clemento, as the Personal Representative of the Estate of Victor Wald, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Victor Wald, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rebecca Clemento is a resident of Pennsylvania. Victor Wald is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1840.   Clarissa B. Kirschenbaum, individually, as surviving sibling of Victor Wald, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Clarissa B. Kirschenbaum is a resident of New York. Victor Wald is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

278

Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1841. Daniella Wald Spielman, individually, as surviving child of Victor Wald, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniella Wald Spielman is a resident of Georgia. Victor Wald is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1842. Alexandra Wald Bortz, individually, as surviving child of Victor Wald, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexandra Wald Bortz is a resident of Maryland. Victor Wald is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1843. Reagan Koniuch, individually, as surviving child of Peter G. Wallace, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Reagan Koniuch is a resident of New York. Peter G. Wallace is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1844. Alison W. Smith, individually, as surviving child of Peter G. Wallace, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alison W. Smith is a resident of New Jersey. Peter G. Wallace is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1845. Charlotte Wallace, individually, as surviving spouse of Peter G. Wallace, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Charlotte Wallace is a resident of New Jersey. Peter G. Wallace is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1846. Charlotte Wallace, as the Personal Representative of the Estate of Peter G. Wallace, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Peter G. Wallace, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Charlotte Wallace is a resident of New Jersey. Peter G. Wallace is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1847. Nancy Wallace, as the Personal Representative of the Estate of Robert F. Wallace, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert F. Wallace, is a Plaintiff seeking justice for

the tragic events of September 11, 2001. Nancy Wallace is a resident of New York. Robert F. Wallace is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1848.   Robert Wallace, individually, as surviving child of Robert F. Wallace, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Wallace is a resident of New York. Robert F. Wallace is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1849.   Angela Watson Cucciniello, individually, as surviving child of Kenneth Watson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Angela Watson Cucciniello is a resident of New York. Kenneth Watson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1850.   Glenn Watson, as the Personal Representative of the Estate of Andrew Watson, deceased, the late parent of Kenneth Watson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Glenn Watson, as the Personal Representative of the Estate of Andrew Watson, is a resident of New York. Kenneth Watson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1851.   Carmella Watson, individually, as surviving parent of Kenneth Watson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carmella Watson is a resident of New York. Kenneth Watson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1852.   Christopher Watson, individually, as surviving child of Kenneth Watson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher Watson is a resident of New York. Kenneth Watson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1853.   Gary Watson, individually, as surviving child of Kenneth Watson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gary Watson is a resident of New York. Kenneth Watson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1854. Glenn Watson, individually, as surviving sibling of Kenneth Watson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Glenn Watson is a resident of New York. Kenneth Watson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1855. James Watson, individually, as surviving sibling of Kenneth Watson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Watson is a resident of Florida. Kenneth Watson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1856. Kenneth Watson, Jr., individually, as surviving child of Kenneth Watson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kenneth Watson, Jr. is a resident of New York. Kenneth Watson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1857. Susan Watson, individually, as surviving spouse of Kenneth Watson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan Watson is a resident of New York. Kenneth Watson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1858. Susan Watson, as the Personal Representative of the Estate of Kenneth Watson, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kenneth Watson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan Watson is a resident of New York. Kenneth Watson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1859. Tina Watson-Tirabassi, individually, as surviving sibling of Kenneth Watson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tina Watson-Tirabassi is a resident of New York. Kenneth Watson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1860. Chin Sok Wells, individually, as surviving sibling of Chin Sun Pak Wells, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Chin Sok Wells is a resident of Texas. Chin Sun Pak Wells is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

and to which the Defendants provided material support and assistance in furtherance of the attacks.

1861. Kum Son Wells, individually, as surviving parent of Chin Sun Pak Wells, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kum Son Wells is a resident of Oklahoma. Chin Sun Pak Wells is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1862. Chin Yong Wells, as the Personal Representative of the Estate of Norman Wells, deceased, the late parent of Chin Sun Pak Wells, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Chin Yong Wells, as the Personal Representative of the Estate of Norman Wells, is a resident of Oklahoma. Chin Sun Pak Wells is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1863. Kum Son Wells, as the Personal Representative of the Estate of Chin Sun Pak Wells, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Chin Sun Pak Wells, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kum Son Wells is a resident of Oklahoma. Chin Sun Pak Wells is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1864. Enid White, individually, as surviving spouse of John White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Enid White is a resident of Florida. John White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1865. Enid White, as the Personal Representative of the Estate of John White, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of John White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Enid White is a resident of Florida. John White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1866. Maxine White, individually, as surviving child of John White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maxine White is a resident of Florida. John White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1867. Shirley Nottingham, individually, as surviving sibling of Leonard A. White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shirley Nottingham is a

resident of Virginia. Leonard A. White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1868. Shirley Nottingham, as the Personal Representative of the Estate of Leonard A. White, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Leonard A. White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shirley Nottingham is a resident of Virginia. Leonard A. White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1869. Shirley Nottingham as Personal Representative of the Estate of Thelma White, deceased, the late parent of Leonard A. White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shirley Nottingham as Personal Representative of the Estate of Thelma White is a resident of Virginia. Leonard A. White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1870. Sylvia Ball, individually, as surviving sibling of Malissa White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sylvia Ball is a resident of Arkansas. Malissa White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1871. Wakeland Higgins, individually, as surviving spouse of Malissa White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Wakeland Higgins is a resident of Florida. Malissa White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1872. Wakeland Higgins, as the Personal Representative of the Estate of Malissa White, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Malissa White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Wakeland Higgins is a resident of Florida. Malissa White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1873. Marc C. White, individually, as surviving sibling of Malissa White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marc C. White is a resident of Tennessee. Malissa White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

and to which the Defendants provided material support and assistance in furtherance of the attacks.

1874. Phillip White, individually, as surviving sibling of Malissa White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Phillip White is a resident of Arkansas. Malissa White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1875. John Doe 64, being intended to designate the Personal Representative of the Estate of Sandra L. White, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Sandra L. White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sandra L. White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1876. Connie Murray, individually, as surviving sibling of Sandra L. White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Connie Murray is a resident of Maryland. Sandra L. White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1877. John Doe 65, being intended to designate the Personal Representative of the Estate of Wayne White, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Wayne White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Wayne White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1878. Hilda Ventura, individually, as surviving sibling of Wayne White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Hilda Ventura is a resident of New York. Wayne White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

284

1879. Daren White, individually, as surviving sibling of Wayne White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daren White is a resident of New York. Wayne White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1880. Kathleen Wik, individually, as surviving sibling of William Wik, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Wik is a resident of New York. William Wik is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1881. Thomas C. Wik, individually, as surviving sibling of William Wik, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas C. Wik is a resident of New York. William Wik is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1882. Raphael Wik, individually, as surviving sibling of William Wik, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Raphael Wik is a resident of Florida. William Wik is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1883. Christopher Wong, individually, as surviving child of Yuk Ping Wong, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher Wong is a resident of New York. Yuk Ping Wong is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1884. Eddie Wong, individually, as surviving child of Yuk Ping Wong, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eddie Wong is a resident of New York. Yuk Ping Wong is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1885. Eddie Wong, as the Personal Representative of the Estate of Yuk Ping Wong, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Yuk Ping Wong, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eddie Wong is a resident of New York. Yuk Ping Wong is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1886. Fahim Chowdhury, individually, as surviving sibling of Shakila Yasmin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Fahim Chowdhury is a resident of Virginia. Shakila Yasmin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1887. Sharif Chowdhury, individually, as surviving parent of Shakila Yasmin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sharif Chowdhury is a resident of Virginia. Shakila Yasmin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1888. Sharif Chowdhury, as the co-Personal Representative of the Estate of Shakila Yasmin, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Shakila Yasmin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sharif Chowdhury is a resident of Virginia. Shakila Yasmin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1889. Nur M. Miah, as Personal Representative of the Estate of Nurul Miah, deceased, the late spouse of Shakila Yasmin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shakila Yasmin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1890. Showkatara Sharif, individually, as surviving parent of Shakila Yasmin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Showkatara Sharif is a resident of Virginia. Shakila Yasmin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1891. Showkatara Sharif, as the co-Personal Representative of the Estate of Shakila Yasmin, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Shakila Yasmin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Showkatara Sharif is a resident of Virginia. Shakila Yasmin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1892. Mary Kessler, individually, as surviving sibling of Suzanne Youmans, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Kessler is a resident of Ohio. Suzanne Youmans is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

and to which the Defendants provided material support and assistance in furtherance of the attacks.

1893.	Mary Kessler, as the co-Personal Representative of the Estate of Suzanne Youmans, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Suzanne Youmans, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Kessler is a resident of Ohio. Suzanne Youmans is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1894.	William Youmans, individually, as surviving sibling of Suzanne Youmans, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William Youmans is a resident of Florida. Suzanne Youmans is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1895.	Joan Youmans as Personal Representative of the Estate of John Youmans, deceased, the late sibling of Suzanne Youmans, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joan Youmans as Personal Representative of the Estate of John Youmans is a resident of New York. Suzanne Youmans is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1896.	Edmond Young Sr., individually, as surviving parent of Edmond G. Young Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Edmond Young Sr. is a resident of Maryland. Edmond G. Young Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1897.	Margaret Young, individually, as surviving parent of Edmond G. Young Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Margaret Young is a resident of Maryland. Edmond G. Young Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1898.	Markia Young, individually, as surviving sibling of Edmond G. Young Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Markia Young is a resident of Maryland. Edmond G. Young Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1899.	Marvene Young, individually, as surviving sibling of Edmond G. Young Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marvene Young is a resident

of Maryland. Edmond G. Young Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1900. Marvene Young, as the Personal Representative of the Estate of Edmond G. Young Jr., deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edmond G. Young Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marvene Young is a resident of Maryland. Edmond G. Young Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1901. Stephan Young, individually, as surviving child of Edmond G. Young Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephan Young is a resident of Maryland. Edmond G. Young Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1902. Chaquita Young, individually, as surviving child of Lisa L. Young, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Chaquita Young is a resident of Maryland. Lisa L. Young is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1903. Chaquita Young, as the Personal Representative of the Estate of Lisa L. Young, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lisa L. Young, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Chaquita Young is a resident of Maryland. Lisa L. Young is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1904. Desiree Zambrana, individually, as surviving sibling of Edwin J. Zambrana, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Desiree Zambrana is a resident of New York. Edwin J. Zambrana is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1905. Lillian Zambrana, individually, as surviving parent of Edwin J. Zambrana, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lillian Zambrana is a resident of New York. Edwin J. Zambrana is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1906. Lillian Zambrana, as the Personal Representative of the Estate of Edwin J. Zambrana, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edwin J. Zambrana, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lillian Zambrana is a resident of New York. Edwin J. Zambrana is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1907. Michael Zampieri, individually, as surviving sibling of Robert A. Zampieri, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Zampieri is a resident of New Jersey. Robert A. Zampieri is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1908. Jeannie Schlesinger, individually, as surviving sibling of Robert A. Zampieri, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeannie Schlesinger is a resident of New Jersey. Robert A. Zampieri is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1909. Evelyn Zelmanowitz, as the Personal Representative of the Estate of Jack Zelmanowitz, deceased, the late sibling of Abraham Zelmanowitz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Evelyn Zelmanowitz, as the Personal Representative of the Estate of Jack Zelmanowitz, is a resident of New York. Abraham Zelmanowitz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1910. Evelyn Zelmanowitz, as the Personal Representative of the Estate of Abraham Zelmanowitz, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Abraham Zelmanowitz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Evelyn Zelmanowitz is a resident of New York. Abraham Zelmanowitz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1911. Gonzalo Morales, individually, as surviving sibling of Martin Morales Zempoaltecatl, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gonzalo Morales is a resident of New York. Martin Morales Zempoaltecatl is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1912. Benjamin Morales Zempoaltecatl, individually, as surviving sibling of Martin Morales Zempoaltecatl, is a Plaintiff seeking justice for the tragic events of September 11, 2001.

Benjamin Morales Zempoaltecatl is a resident of Mexico. Martin Morales Zempoaltecatl is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1913. Delfino Morales Zempoaltecatl, individually, as surviving sibling of Martin Morales Zempoaltecatl, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Delfino Morales Zempoaltecatl is a resident of Mexico. Martin Morales Zempoaltecatl is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1914. Eusebio Morales Zempoaltecatl, individually, as surviving sibling of Martin Morales Zempoaltecatl, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eusebio Morales Zempoaltecatl is a resident of New York. Martin Morales Zempoaltecatl is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1915. Glafira Morales Zempoaltecatl, individually, as surviving sibling of Martin Morales Zempoaltecatl, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Glafira Morales Zempoaltecatl is a resident of Mexico. Martin Morales Zempoaltecatl is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1916. Jose Morales Zempoaltecatl, individually, as surviving sibling of Martin Morales Zempoaltecatl, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jose Morales Zempoaltecatl is a resident of New York. Martin Morales Zempoaltecatl is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1917. Julia Morales Zempoaltecatl, individually, as surviving sibling of Martin Morales Zempoaltecatl, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Julia Morales Zempoaltecatl is a resident of Mexico. Martin Morales Zempoaltecatl is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1918. Maria P.M. Zempoaltecatl Cortez, individually, as surviving parent of Martin Morales Zempoaltecatl, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria P.M. Zempoaltecatl Cortez is a resident of New York. Martin Morales Zempoaltecatl is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1919. BNY Mellon, as the Personal Representative of the Estate of Martin Morales Zempoaltecatl, deceased, on behalf of the Estate, and on behalf of all survivors and all

legally entitled beneficiaries and family members of Martin Morales Zempoaltecatl, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Martin Morales Zempoaltecatl is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1920. Debra Zeplin, as the Personal Representative of the Estate of Marc Scott Zeplin, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Marc Scott Zeplin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Debra Zeplin is a resident of New York. Marc Scott Zeplin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1921. Debra Zeplin, individually, as surviving spouse of Marc Scott Zeplin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Debra Zeplin is a resident of New York. Marc Scott Zeplin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1922. Ethan Gabriel Zeplin, individually, as surviving child of Marc Scott Zeplin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ethan Gabriel Zeplin is a resident of New York. Marc Scott Zeplin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1923. Ryan Harris Zeplin, individually, as surviving child of Marc Scott Zeplin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ryan Harris Zeplin is a resident of New York. Marc Scott Zeplin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1924. Elizabeth Ann Kiel, individually, as surviving sibling of John Joseph Florio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth Ann Kiel is a resident of New York. John Joseph Florio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1925. John Florio, individually, as surviving parent of John Joseph Florio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Florio is a resident of Florida. John Joseph Florio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to

which the Defendants provided material support and assistance in furtherance of the attacks.

1926. Timothy Geraghty, individually, as surviving sibling of Edward F. Geraghty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Timothy Geraghty is a resident of New York. Edward F. Geraghty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1927. Maureen Bernadette Paglia, individually, as surviving sibling of Thomas William Kelly, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maureen Bernadette Paglia is a resident of Florida. Thomas William Kelly is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1928. William J. Kelly, individually, as surviving sibling of Thomas William Kelly, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William J. Kelly is a resident of Florida. Thomas William Kelly is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1929. Dennis T. Kelly, individually, as surviving sibling of Thomas William Kelly, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dennis T. Kelly is a resident of Connecticut. Thomas William Kelly is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1930. Wendy Santimays, individually, as surviving sibling of Ronald Kloepfer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Wendy Santimays is a resident of Connecticut. Ronald Kloepfer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1931. Jaime Reali, individually, as surviving child of Ronald Kloepfer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jaime Reali is a resident of New York. Ronald Kloepfer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1932. Taylor Kloepfer, individually, as surviving child of Ronald Kloepfer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Taylor Kloepfer is a resident of New York. Ronald Kloepfer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1933. Dawn Kloepfer, individually, as surviving spouse of Ronald Kloepfer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dawn Kloepfer is a resident of New York. Ronald Kloepfer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1934. Casey Kloepfer, individually, as surviving child of Ronald Kloepfer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Casey Kloepfer is a resident of New York. Ronald Kloepfer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1935. Anthony B. McMahon, individually, as surviving sibling of Robert Dismas McMahon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony B. McMahon is a resident of Australia. Robert Dismas McMahon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1936. Irene McMahon, individually, as surviving sibling of Robert Dismas McMahon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Irene McMahon is a resident of New York. Robert Dismas McMahon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1937. Marie Sikorsky, individually, as surviving spouse of Gregory Sikorsky, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marie Sikorsky is a resident of New York. Gregory Sikorsky is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1938. Steven Sikorsky, individually, as surviving child of Gregory Sikorsky, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Steven Sikorsky is a resident of New York. Gregory Sikorsky is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1939. Christine O'Neill, as Personal Representative of the Estate of John F. O'Neill, deceased, the late parent of John P. O'Neill, Sr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christine O'Neill, as Personal Representative of the Estate of John F. O'Neill is a resident of New Jersey. John P. O'Neill, Sr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out

293

by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1940. Yon-Paul Casalduc, individually, as surviving sibling of Vivian Casalduc, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Yon-Paul Casalduc is a resident of New York. Vivian Casalduc is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1941. Frank Camaj, individually, as surviving sibling of Roko Camaj, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frank Camaj is a resident of New Jersey. Roko Camaj is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1942. Kole Camaj, individually, as surviving sibling of Roko Camaj, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kole Camaj is a resident of New York. Roko Camaj is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1943. Preta Berisha, individually, as surviving sibling of Roko Camaj, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Preta Berisha is a resident of New Jersey. Roko Camaj is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1944. BNY Mellon, as the Personal Representative of the Estate of Humberto Ailinger, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Humberto Ailinger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Humberto Ailinger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1945. Frank Aversano as Personal Representative of the Estate of Francis L. Aversano, deceased, the late sibling of Louis F. Aversano, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frank Aversano as Personal Representative of the Estate of Francis L. Aversano is a resident of Pennsylvania. Louis F. Aversano, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1946. Frank Aversano as Personal Representative of the Estate of Philip Aversano, deceased, the late sibling of Louis F. Aversano, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frank Aversano as Personal Representative of the Estate of Philip

Aversano is a resident of Pennsylvania. Louis F. Aversano, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1947. BNY Mellon, as the Personal Representative of the Estate of Ivhan Bautista, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ivhan Bautista, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ivhan Bautista is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1948. Anthony Chiofalo, individually, as surviving sibling of Nicholas Chiofalo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Chiofalo is a resident of New York. Nicholas Chiofalo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1949. Donna Chiofalo, individually, as surviving sibling of Nicholas Chiofalo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Donna Chiofalo is a resident of Georgia. Nicholas Chiofalo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1950. Annette Melillo, individually, as surviving sibling of Nicholas Chiofalo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Annette Melillo is a resident of Georgia. Nicholas Chiofalo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1951. Rosemarie Maggiore, individually, as surviving parent of Nicholas Chiofalo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rosemarie Maggiore is a resident of Georgia. Nicholas Chiofalo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1952. George Coughlin, individually, as surviving sibling of John G. Coughlin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. George Coughlin is a resident of New Jersey. John G. Coughlin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1953. Carol L. D'Allara, as the Personal Representative of the Estate of John D'Allara, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled

beneficiaries and family members of John D'Allara, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carol L. D'Allara is a resident of New York. John D'Allara is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1954. Daniel D'Allara as Personal Representative of the Estate of John D'Allara, Sr., deceased, the late parent of John D'Allara, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel D'Allara as Personal Representative of the Estate of John D'Allara, Sr. is a resident of New York. John D'Allara is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1955. Daniel D'Allara as Personal Representative of the Estate of Helen D'Allara, deceased, the late parent of John D'Allara, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel D'Allara as Personal Representative of the Estate of Helen D'Allara is a resident of New York. John D'Allara is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1956. John Joseph D'Allara, individually, as surviving child of John D'Allara, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Joseph D'Allara is a resident of New York. John D'Allara is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1957. Nicholas Michael D'Allara, individually, as surviving child of John D'Allara, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nicholas Michael D'Allara is a resident of New York. John D'Allara is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1958. Carol L. D'Allara, individually, as surviving spouse of John D'Allara, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carol L. D'Allara is a resident of New York. John D'Allara is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1959. Dariusz Debek, individually, as surviving spouse of Tara Debek, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dariusz Debek is a resident of New York. Tara Debek is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1960. Albert DeRubbio, Jr., individually, as surviving sibling of David DeRubbio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Albert DeRubbio, Jr. is a resident of Texas. David DeRubbio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1961. RoseEllen Dowdell, individually, as surviving spouse of Kevin Christopher Dowdell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. RoseEllen Dowdell is a resident of New York. Kevin Christopher Dowdell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1962. RoseEllen Dowdell, as the Personal Representative of the Estate of Kevin Christopher Dowdell, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kevin Christopher Dowdell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. RoseEllen Dowdell is a resident of New York. Kevin Christopher Dowdell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1963. Patrick Kevin Dowdell, individually, as surviving child of Kevin Christopher Dowdell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patrick Kevin Dowdell is a resident of New York. Kevin Christopher Dowdell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1964. James Michael Dowdell, individually, as surviving child of Kevin Christopher Dowdell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Michael Dowdell is a resident of New York. Kevin Christopher Dowdell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1965. Catherine Chiola as Personal Representative of the Estate of Anne T. Fisher, deceased, the late parent of John Roger Fisher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine Chiola as Personal Representative of the Estate of Anne T. Fisher is a resident of New Jersey. John Roger Fisher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1966. Laurie Gambino, individually, as surviving sibling of Thomas Gambino, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laurie Gambino is a resident of Florida. Thomas Gambino, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1967. Marilyn Hess, individually, as surviving parent of Thomas Gambino, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marilyn Hess is a resident of Florida. Thomas Gambino, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1968. Thomas Gambino, Sr., individually, as surviving parent of Thomas Gambino, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Gambino, Sr. is a resident of Florida. Thomas Gambino, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1969. Keith Gambino, individually, as surviving sibling of Thomas Gambino, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Keith Gambino is a resident of Florida. Thomas Gambino, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1970. Valerie Gambino, individually, as surviving sibling of Thomas Gambino, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Valerie Gambino is a resident of Florida. Thomas Gambino, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1971. Thomas Gambino, III, individually, as surviving child of Thomas Gambino, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Gambino, III is a resident of New York. Thomas Gambino, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1972. Brian Gambino, individually, as surviving child of Thomas Gambino, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian Gambino is a resident of New York. Thomas Gambino, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1973. Janet Gambino, individually, as surviving spouse of Thomas Gambino, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Janet Gambino is a resident of New York. Thomas Gambino, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1974. Janet Gambino, as the Personal Representative of the Estate of Thomas Gambino, Jr., deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas Gambino, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Janet Gambino is a resident of New York. Thomas Gambino, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1975. John T. Genovese, individually, as surviving sibling of Steven Genovese, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John T. Genovese is a resident of New York. Steven Genovese is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1976. John T. Genovese as Personal Representative of the Estate of Veronica Genovese, deceased, the late parent of Steven Genovese, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John T. Genovese as Personal Representative of the Estate of Veronica Genovese is a resident of New York. Steven Genovese is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1977. John T. Genovese as Personal Representative of the Estate of John G. Genovese, deceased, the late parent of Steven Genovese, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John T. Genovese as Personal Representative of the Estate of John G. Genovese is a resident of New York. Steven Genovese is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1978. Patti Ann Valerio, individually, as surviving sibling of Matthew J. Grzymalski, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patti Ann Valerio is a resident of New York. Matthew J. Grzymalski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1979. Paul Joseph Grzymalski, individually, as surviving sibling of Matthew J. Grzymalski, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paul Joseph Grzymalski is a resident of New York. Matthew J. Grzymalski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1980.   Peter John Grzymalski, individually, as surviving sibling of Matthew J. Grzymalski, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter John Grzymalski is a resident of North Carolina. Matthew J. Grzymalski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1981.   Joseph Walter Grzymalski, individually, as surviving sibling of Matthew J. Grzymalski, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Walter Grzymalski is a resident of New York. Matthew J. Grzymalski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1982.   Jo Ann McManus, individually, as surviving sibling of Matthew J. Grzymalski, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jo Ann McManus is a resident of South Carolina. Matthew J. Grzymalski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1983.   Patricia Byrne, individually, as surviving sibling of Joseph Gullickson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Byrne is a resident of New York. Joseph Gullickson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1984.   Ralph Gullickson and Patricia Byrne as Co-Personal Representatives of the Estate of Robert Gullickson, Sr., deceased, the late parent of Joseph Gullickson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ralph Gullickson and Patricia Byrne as Co-Personal Representatives of the Estate of Robert Gullickson, Sr. is a resident of New York. Joseph Gullickson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1985.   Thomas Gullickson, individually, as surviving sibling of Joseph Gullickson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Gullickson is a resident of New York. Joseph Gullickson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1986.   Patricia Gullickson, individually, as surviving parent of Joseph Gullickson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Gullickson is a resident of New York. Joseph Gullickson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama

bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1987. Ralph Gullickson, individually, as surviving sibling of Joseph Gullickson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ralph Gullickson is a resident of New York. Joseph Gullickson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1988. Robert Gullickson, Jr., individually, as surviving sibling of Joseph Gullickson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Gullickson, Jr. is a resident of New Jersey. Joseph Gullickson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1989. Jake Halloran, individually, as surviving child of Vincent G. Halloran, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jake Halloran is a resident of New York. Vincent G. Halloran is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1990. Kieran Halloran, individually, as surviving child of Vincent G. Halloran, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kieran Halloran is a resident of New Jersey. Vincent G. Halloran is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1991. Phelan Halloran, individually as surviving child of Vincent G. Halloran, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Phelan Halloran is a resident of New York. Vincent G. Halloran is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1992. Declan Halloran, individually, as surviving child of Vincent G. Halloran, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Declan Halloran is a resident of New York. Vincent G. Halloran is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1993. Marie Halloran, individually, as surviving spouse of Vincent G. Halloran, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marie Halloran is a resident of New York. Vincent G. Halloran is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1994. Marie Halloran, as the Personal Representative of the Estate of Vincent Gerard Halloran, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Vincent G. Halloran, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marie Halloran is a resident of New York. Vincent G. Halloran is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1995. Iris Marie Holohan, individually, as surviving parent of Thomas P. Holohan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Iris Marie Holohan is a resident of New York. Thomas P. Holohan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1996. Mary Alice Holohan, individually, as surviving sibling of Thomas P. Holohan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Alice Holohan is a resident of New York. Thomas P. Holohan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1997. Megan Holohan, individually, as surviving sibling of Thomas P. Holohan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Megan Holohan is a resident of New York. Thomas P. Holohan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1998. Sean Holohan, individually, as surviving sibling of Thomas P. Holohan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sean Holohan is a resident of New York. Thomas P. Holohan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

1999. Harold Hughes, individually, as surviving sibling of Thomas F. Hughes, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Harold Hughes is a resident of New Jersey. Thomas F. Hughes, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2000. Tara Leonardi, individually, as surviving sibling of Thomas F. Hughes, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tara Leonardi is a resident of Pennsylvania. Thomas F. Hughes, Jr. is one of the Decedents murdered as a result of the

terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2001. Kathleen Creran as Personal Representative of the Estate of Kevin T. Hughes, deceased, the late sibling of Thomas F. Hughes, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Creran is a resident of New Jersey. Thomas F. Hughes, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2002. Mark F. Hughes, individually, as surviving sibling of Thomas F. Hughes, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mark F. Hughes is a resident of North Carolina. Thomas F. Hughes, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2003. Deborah Bodner as Personal Representative of the Estate of Frances S. Hughes, deceased, the late parent of Thomas F. Hughes, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Deborah Bodner as Personal Representative of the Estate of Frances S. Hughes is a resident of North Carolina. Thomas F. Hughes, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2004. Martin S. Hughes, individually, as surviving sibling of Thomas F. Hughes, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Martin S. Hughes is a resident of California. Thomas F. Hughes, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2005. Deborah Bodner, individually, as surviving sibling of Thomas F. Hughes, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Deborah Bodner is a resident of North Carolina. Thomas F. Hughes, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2006. Matthew Jordan, individually, as surviving child of Andrew Jordan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matthew Jordan is a resident of New York. Andrew Jordan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2007. Kelsey Jordan, individually, as surviving child of Andrew Jordan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kelsey Jordan is a resident of New

York. Andrew Jordan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2008. Sean Jordan, individually, as surviving child of Andrew Jordan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sean Jordan is a resident of New York. Andrew Jordan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2009. Lisa Jordan, individually, as surviving spouse of Andrew Jordan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lisa Jordan is a resident of New York. Andrew Jordan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2010. Lisa Jordan, as the Personal Representative of the Estate of Andrew Jordan, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Andrew Jordan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lisa Jordan is a resident of New York. Andrew Jordan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2011. Philomena Ann Karczewski, individually, as surviving spouse of Charles Henry Karczewski, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Philomena Ann Karczewski is a resident of New Jersey. Charles Henry Karczewski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2012. Philomena Ann Karczewski, as the Personal Representative of the Estate of Charles Henry Karczewski, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Charles Henry Karczewski, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Philomena Ann Karczewski is a resident of New Jersey. Charles Henry Karczewski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2013. Mary Kelly as Personal Representative of the Estate of Robert J. Kelly, deceased, the late sibling of Thomas William Kelly, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Kelly as Personal Representative of the Estate of Robert J. Kelly is a resident of New York. Thomas William Kelly is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out

by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2014.   Daniel T. Kirwin, individually, as surviving sibling of Glenn Kirwin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel T. Kirwin is a resident of Rhode Island. Glenn Kirwin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2015.   Jon D. Kirwin, individually, as surviving sibling of Glenn Kirwin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jon D. Kirwin is a resident of New York. Glenn Kirwin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2016.   Peter M. Kirwin, individually, as surviving sibling of Glenn Kirwin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter M. Kirwin is a resident of New York. Glenn Kirwin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2017.   Andrew Kirwin, individually, as surviving sibling of Glenn Kirwin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrew Kirwin is a resident of New York. Glenn Kirwin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2018.   Jennifer Kirwin Masse, individually, as surviving sibling of Glenn Kirwin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennifer Kirwin Masse is a resident of Vermont. Glenn Kirwin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2019.   Virginia Krukowski, individually, as surviving sibling of William Krukowski, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Virginia Krukowski is a resident of Florida. William Krukowski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2020.   Barbara Rastelli, individually, as surviving parent of William Krukowski, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Rastelli is a resident of Florida. William Krukowski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2021. Corey LaFrance, individually, as surviving sibling of Alan LaFrance, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Corey LaFrance is a resident of Florida. Alan LaFrance is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2022. Aubrey LaFrance, individually, as surviving sibling of Alan LaFrance, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Aubrey LaFrance is a resident of New York. Alan LaFrance is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2023. JoAnn Langone, individually, as surviving spouse of Thomas Langone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. JoAnn Langone is a resident of New York. Thomas Langone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2024. JoAnn Langone, as the Personal Representative of the Estate of Thomas Langone, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas Langone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. JoAnn Langone is a resident of New York. Thomas Langone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2025. JoAnn Langone as Personal Representative of the Estate of Thomas Langone, deceased, the late sibling of Peter Langone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. JoAnn Langone as Personal Representative of the Estate of Thomas Langone is a resident of New York. Peter Langone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2026. Caitlin Langone-Brewer, individually, as surviving child of Thomas Langone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Caitlin Langone-Brewer is a resident of New Jersey. Thomas Langone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2027. Brian Langone, individually, as surviving child of Thomas Langone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian Langone is a resident of

California. Thomas Langone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2028. Joanne Langone, individually, as surviving sibling of Thomas Langone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joanne Langone is a resident of New York. Thomas Langone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2029. Rosemarie Langone, individually, as surviving sibling of Thomas Langone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rosemarie Langone is a resident of New York. Thomas Langone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2030.  Rosemarie Langone as Personal Representative of the Estate of Sheila Langone, deceased, the late parent of Thomas Langone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rosemarie Langone as Personal Representative of the Estate of Sheila Langone is a resident of New York. Thomas Langone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2031. Joanne Langone, individually, as surviving sibling of Peter Langone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joanne Langone is a resident of New York. Peter Langone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2032. Rosemarie Langone, individually, as surviving sibling of Peter Langone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rosemarie Langone is a resident of New York. Peter Langone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2033. Terri Langone, individually, as surviving spouse of Peter Langone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Terri Langone is a resident of New York. Peter Langone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2034. Terri Langone, as the Personal Representative of the Estate of Peter Langone, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries

and family members of Peter Langone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Terri Langone is a resident of New York. Peter Langone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2035.   Terri Langone as Personal Representative of the Estate of Peter Langone, deceased, the late sibling of Thomas Langone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Terri Langone as Personal Representative of the Estate of Peter Langone is a resident of New York. Thomas Langone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2036.   Nikki Langone, individually, as surviving child of Peter Langone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nikki Langone is a resident of New York. Peter Langone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2037.   Karli Langone, individually, as surviving child of Peter Langone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karli Langone is a resident of New York. Peter Langone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2038.   Rosemarie Langone as Personal Representative of the Estate of Sheila Langone, deceased, the late parent of Peter Langone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rosemarie Langone as Personal Representative of the Estate of Sheila Langone is a resident of New York. Peter Langone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2039.   Jose Domingo Liz, individually, as surviving sibling of Nancy Liz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jose Domingo Liz is a resident of New York. Nancy Liz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2040.   Jose Domingo Liz as Personal Representative of the Estate of Elena Liz, deceased, the late parent of Nancy Liz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jose Domingo Liz as Personal Representative of the Estate of Elena Liz is a resident of New York. Nancy Liz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2041. William Stone Luckett, individually, as surviving child of Edward H. Luckett, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William Stone Luckett is a resident of New Jersey. Edward H. Luckett is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2042. Jennifer Grace Luckett, individually, as surviving child of Edward H. Luckett, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennifer Grace Luckett is a resident of New Jersey. Edward H. Luckett is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2043. Lisa Luckett, individually, as surviving spouse of Edward H. Luckett, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lisa Luckett is a resident of New Jersey. Edward H. Luckett is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2044. Timothy Wyatt Luckett, individually, as surviving child of Edward H. Luckett, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Timothy Wyatt Luckett is a resident of New Jersey. Edward H. Luckett is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2045. Lisa Luckett, as the Personal Representative of the Estate of Edward H. Luckett, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edward H. Luckett, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lisa Luckett is a resident of New Jersey. Edward H. Luckett is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2046. Kathryn Crawford Luckett, individually, as surviving sibling of Edward H. Luckett, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathryn Crawford Luckett is a resident of Rhode Island. Edward H. Luckett is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2047. Alexandra Ward Luckett, individually, as surviving sibling of Edward H. Luckett, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexandra Ward Luckett is a resident of Rhode Island. Edward H. Luckett is one of the Decedents

murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2048. James Taylor Luckett, individually, as surviving sibling of Edward H. Luckett, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Taylor Luckett is a resident of North Carolina. Edward H. Luckett is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2049. Alexandra Ward Luckett as Personal Representative of the Estate of Diana Ward Luckett, deceased, the late parent of Edward H. Luckett, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexandra Ward Luckett as Personal Representative of the Estate of Diana Ward Luckett is a resident of Florida. Edward H. Luckett is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2050. Caterina Tavolacci, individually, as surviving sibling of Anthony Luparello, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Caterina Tavolacci is a resident of New York. Anthony Luparello is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2051. Domenica Anna Lopez, individually, as surviving sibling of Anthony Luparello, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Domenica Anna Lopez is a resident of New York. Anthony Luparello is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2052. Lauren Peters, individually, as surviving child of Louis Neil Mariani, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lauren Peters is a resident of Massachusetts. Louis Neil Mariani is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2053. Donna Mercurio, as Personal Representative of the Estate of Edna May Massa, deceased, the late spouse of Nicholas G. Massa, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Donna Mercurio is a resident of New Jersey. Nicholas G. Massa is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2054. Donna Mercurio, individually, as surviving child of Nicholas G. Massa, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Donna Mercurio is a resident of New Jersey. Nicholas G. Massa is one of the Decedents murdered as a result of the

310

terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2055. Nicholas T. Massa, individually, as surviving child of Nicholas G. Massa, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nicholas T. Massa is a resident of Florida. Nicholas G. Massa is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2056. Josephine R. Redd as Personal Representative of the Estate of Virgie Mattic Binford, deceased, the late half-sibling of Margaret Elaine Mattic, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Josephine R. Redd as Personal Representative of the Estate of Virgie Mattic Binford is a resident of Michigan. Margaret Elaine Mattic is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2057. Denise McDonnell, individually, as surviving sibling of Michael Patrick McDonnell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Denise McDonnell is a resident of New York. Michael Patrick McDonnell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2058. Vincenza McDonnell, individually, as surviving parent of Michael Patrick McDonnell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vincenza McDonnell is a resident of New York. Michael Patrick McDonnell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2059. Patrick A. McDonnell, individually, as surviving parent of Michael Patrick McDonnell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patrick A. McDonnell is a resident of New York. Michael Patrick McDonnell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2060. Kathleen Murphy, individually, as surviving sibling of Patrick McGuire, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Murphy is a resident of New York. Patrick McGuire is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2061. Thomas McGuire, individually, as surviving sibling of Patrick McGuire, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas McGuire is a resident of New York. Patrick McGuire is one of the Decedents murdered as a result of

311

the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2062. John McGuire, individually, as surviving sibling of Patrick McGuire, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John McGuire is a resident of New York. Patrick McGuire is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2063. Deborah Lynn Temple, individually, as surviving spouse of Vincent S. Morello, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Deborah Lynn Temple is a resident of South Carolina. Vincent S. Morello is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2064. Justin John Morello, individually, as surviving child of Vincent S. Morello, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Justin John Morello is a resident of Virginia. Vincent S. Morello is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2065. Paige Celine Morello, individually, as surviving child of Vincent S. Morello, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paige Celine Morello is a resident of Virginia. Vincent S. Morello is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2066. Patricia Morello as Personal Representative of the Estate of John Morello, deceased, the late parent of Vincent S. Morello, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Morello is a resident of New York. Vincent S. Morello is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2067. Patricia Morello, individually, as surviving parent of Vincent S. Morello, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Morello is a resident of New York. Vincent S. Morello is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2068. Deborah Lynn Temple, as the Personal Representative of the Estate of Vincent S. Morello, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Vincent S. Morello, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Deborah Lynn Temple is a resident of

South Carolina. Vincent S. Morello is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2069.   Colleen Golden, individually, as surviving child of Richard Morgan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Colleen Golden is a resident of New Jersey. Richard Morgan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2070.   John Michael Nee, individually, as surviving sibling of Luke Gerard Nee, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Michael Nee is a resident of New York. Luke Gerard Nee is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2071.   Dolores Laguerre, individually, as surviving sibling of Diana O'Connor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dolores Laguerre is a resident of New York. Diana O'Connor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2072.   Jimmy Vega, individually, as surviving sibling of Diana O'Connor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jimmy Vega is a resident of Pennsylvania. Diana O'Connor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2073.   Minerva Galarza, individually, as surviving sibling of Diana O'Connor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Minerva Galarza is a resident of Florida. Diana O'Connor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2074.   Sonia Vega, individually, as surviving sibling of Diana O'Connor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sonia Vega is a resident of New York. Diana O'Connor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2075.   Peter Roman, as the Personal Representative of the Estate of Miriam Roman, deceased, the late sibling of Diana O'Connor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Roman, as the Personal Representative of the Estate of Miriam

313

Roman is a resident of New York. Diana O'Connor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2076. Aida Cintron, individually, as surviving sibling of Diana O'Connor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Aida Cintron is a resident of New York. Diana O'Connor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2077. Johnny Vega, individually, as surviving sibling of Diana O'Connor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Johnny Vega is a resident of New York. Diana O'Connor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2078. Johnny Vega as Personal Representatives of the Estate of Maria Vega, deceased, the late parent of Diana O'Connor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Johnny Vega as Personal Representatives of the Estate of Maria Vega is a resident of New York. Diana O'Connor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2079. Maria Vega, as the Personal Representative of the Estate of Robert Vega, deceased, the late sibling of Diana O'Connor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Vega is a resident of New York. Diana O'Connor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2080. Eddie Ottenwalder, individually, as surviving sibling of Isidro Ottenwalder, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eddie Ottenwalder is a resident of Florida. Isidro Ottenwalder is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2081. Nilda Ottenwalder, individually, as surviving sibling of Isidro Ottenwalder, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nilda Ottenwalder is a resident of Florida. Isidro Ottenwalder is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2082. Olga Ottenwalder, individually, as surviving sibling of Isidro Ottenwalder, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Olga Ottenwalder is a

resident of New Jersey. Isidro Ottenwalder is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2083. John Owens as Personal Representative of the Estate of Dolores Owens, deceased, the late parent of Peter Owens, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Owens as Personal Representative of the Estate of Dolores Owens is a resident of New York. Peter Owens is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2084. Pamela Rancke Schroeder, individually, as surviving sibling of Alfred Todd Rancke, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Pamela Rancke Schroeder is a resident of New Jersey. Alfred Todd Rancke is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2085. Elizabeth Rivas, as the Personal Representative of the Estate of Moises Norberto Rivas, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Moises Norberto Rivas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth Rivas is a resident of Pennsylvania. Moises Norberto Rivas is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2086. Elizabeth Rivas, individually, as surviving spouse of Moises Norberto Rivas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth Rivas is a resident of Pennsylvania. Moises Norberto Rivas is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2087. Moesha Rivas, individually, as surviving child of Moises Norberto Rivas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Moesha Rivas is a resident of Pennsylvania. Moises Norberto Rivas is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2088. Moises Norberto Rivas, Jr., individually, as surviving child of Moises Norberto Rivas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Moises Norberto Rivas, Jr. is a resident of Pennsylvania. Moises Norberto Rivas is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2089.   Lorene Rosenberg, individually, as surviving sibling of Lloyd Rosenberg, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lorene Rosenberg is a resident of New York. Lloyd Rosenberg is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2090.   Lawrence Rosenberg, individually, as surviving parent of Lloyd Rosenberg, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lawrence Rosenberg is a resident of Florida. Lloyd Rosenberg is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2091.   Lorene Rosenberg as Personal Representative for the Estate of Michele Rosenberg, deceased, the late parent of Lloyd Rosenberg, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lorene Rosenberg as Personal Representative for the Estate of Michele Rosenberg is a resident of New York. Lloyd Rosenberg is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2092.   Linda Amato, individually, as surviving sibling of Timothy A. Roy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Linda Amato is a resident of New York. Timothy A. Roy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2093.   James Roy, individually, as surviving sibling of Timothy A. Roy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Roy is a resident of New Jersey. Timothy A. Roy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2094.   John Roy, individually, as surviving sibling of Timothy A. Roy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Roy is a resident of New York. Timothy A. Roy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2095.   John Roy as Personal Representative of the Estate of Ida Mae Roy, deceased, the late parent of Timothy A. Roy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Roy as Personal Representative of the Estate of Ida Mae Roy is a resident of New York. Timothy A. Roy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2096. Gary Roy, individually, as surviving sibling of Timothy A. Roy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gary Roy is a resident of New York. Timothy A. Roy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2097. Kenneth Roy, individually, as surviving sibling of Timothy A. Roy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kenneth Roy is a resident of Florida. Timothy A. Roy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2098. Brendan Ryan, individually, as surviving sibling of Matthew Ryan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brendan Ryan is a resident of New York. Matthew Ryan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2099. Kathleen Sanchez, individually, as surviving child of Raymond Sanchez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Sanchez is a resident of Wisconsin. Raymond Sanchez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2100. Christian Santos, individually, as surviving child of Rafael Humberto Santos, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christian Santos is a resident of New York. Rafael Humberto Santos is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2101. Jonnathan Santos, individually, as surviving child of Rafael Humberto Santos, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jonnathan Santos is a resident of New York. Rafael Humberto Santos is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2102. Yubelly Santos, as the Personal Representative of the Estate of Rafael Humberto Santos, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Rafael Humberto Santos, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Yubelly Santos is a resident of New York. Rafael Humberto Santos is one of the Decedents murdered as a result of the

317

terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2103. Yubelly Santos, individually, as surviving spouse of Rafael Humberto Santos, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Yubelly Santos is a resident of New York. Rafael Humberto Santos is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2104. Christopher John Saucedo, individually, as surviving sibling of Gregory Saucedo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher John Saucedo is a resident of New York. Gregory Saucedo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2105. Elizabeth Isacowitz as Personal Representative of the Estate of Helen Seaman, deceased, the late parent of Michael H. Seaman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth Isacowitz as Personal Representative of the Estate of Helen Seaman is a resident of Florida. Michael H. Seaman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2106. Elizabeth Isacowitz, individually, as surviving sibling of Michael H. Seaman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth Isacowitz is a resident of Florida. Michael H. Seaman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2107. Maryellen Michalenko, individually, as surviving sibling of Michael H. Seaman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maryellen Michalenko is a resident of New York. Michael H. Seaman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2108. Paul Simon and Stu Simon, as Personal Representatives of the Estate of Philip Simon, deceased, the late sibling of Arthur Simon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paul Simon and Stu Simon, as Personal Representatives of the Estate of Philip Simon is a resident of Maine. Arthur Simon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2109. Brian Stackpole, individually, as surviving child of Timothy Stackpole, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian Stackpole is a resident

of New York. Timothy Stackpole is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2110. Brendan Stackpole, individually, as surviving child of Timothy Stackpole, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brendan Stackpole is a resident of New York. Timothy Stackpole is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2111. Kaitlyn Welsh, individually, as surviving child of Timothy Stackpole, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kaitlyn Welsh is a resident of New York. Timothy Stackpole is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2112. Kevin Carlton, individually, as surviving child of Timothy Stackpole, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin Carlton is a resident of New York. Timothy Stackpole is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2113. Tara A. Stackpole, individually, as surviving spouse of Timothy Stackpole, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tara A. Stackpole is a resident of New York. Timothy Stackpole is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2114. Terence Stackpole, individually, as surviving child of Timothy Stackpole, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Terence Stackpole is a resident of New York. Timothy Stackpole is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2115. Barbara Strobert, individually, as surviving parent of Steven Frank Strobert, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Strobert is a resident of New Jersey. Steven Frank Strobert is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2116. Frank Steven Strobert, individually, as surviving child of Steven Frank Strobert, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frank Steven Strobert is a resident of New Jersey. Steven Frank Strobert is one of the Decedents

murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2117. Tara Strobert-Nolan, individually, as surviving spouse of Steven Frank Strobert, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tara Strobert-Nolan is a resident of New Jersey. Steven Frank Strobert is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2118. Kathleen Deloughery, individually, as surviving sibling of Thomas F. Swift, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Deloughery is a resident of New Jersey. Thomas F. Swift is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2119. Alexander John Wallace, individually, as surviving child of Robert F. Wallace, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexander John Wallace is a resident of New York. Robert F. Wallace is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2120. Jeanine L. Fusco, individually, as surviving child of Robert F. Wallace, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeanine L. Fusco is a resident of New York. Robert F. Wallace is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2121. Nancy T. Wallace, individually, as surviving spouse of Robert F. Wallace, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nancy T. Wallace is a resident of New York. Robert F. Wallace is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2122. Nancy T. Wallace as Personal Representative of the Estate of Daniel Wallace, deceased, the late child of Robert F. Wallace, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nancy T. Wallace as Personal Representative of the Estate of Daniel Wallace is a resident of New York. Robert F. Wallace is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2123. Karin Giansanti, individually, as surviving spouse of Kenneth Zelman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karin Giansantiis a resident of Massachusetts. Kenneth Zelman is one of the Decedents murdered as a result of the

terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2124. Karin Charles, as the Personal Representative of the Estate of Kenneth Zelman, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kenneth Zelman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karin Charles is a resident of Massachusetts. Kenneth Zelman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2125. Olivia Zelman Charles, individually, as surviving child of Kenneth Zelman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Olivia Zelman Charles is a resident of Massachusetts. Kenneth Zelman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2126. Ethan Zelman Charles, individually, as surviving child of Kenneth Zelman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ethan Zelman Charles is a resident of Massachusetts. Kenneth Zelman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2127. Justin Johnson, individually, as surviving child of Janice Brown, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Justin Johnson is a resident of New Jersey. Janice Brown is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2128. George Coughlin, as Personal Representative of the Estate of Mary Elizabeth Coughlin, deceased, the late parent of John G. Coughlin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. George Coughlin, as Personal Representative of the Estate of Mary Elizabeth Coughlin is a resident of New Jersey. John G. Coughlin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2129. Beverly Epps, individually, as surviving sibling of Christopher Samuel Epps, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Beverly Epps is a resident of North Carolina. Christopher Samuel Epps is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2130. Debra Epps, individually, as surviving sibling of Christopher Samuel Epps, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Debra Epps is a resident of

New York. Christopher Samuel Epps is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2131. Valerie Epps Kendall, individually, as surviving sibling of Christopher Samuel Epps, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Valerie Epps Kendall is a resident of New York. Christopher Samuel Epps is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2132. Chundera Epps, individually, as surviving sibling of Christopher Samuel Epps, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Chundera Epps is a resident of New York. Christopher Samuel Epps is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2133. Robert Epps, individually, as surviving sibling of Christopher Samuel Epps, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Epps is a resident of Pennsylvania. Christopher Samuel Epps is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2134. Anne Ielpi, individually, as surviving parent of Jonathan Ielpi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anne Ielpi is a resident of New York. Jonathan Ielpi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2135. AnneMarie Holleran, individually, as surviving sibling of Jonathan Ielpi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. AnneMarie Holleran is a resident of New York. Jonathan Ielpi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2136. Donna A. Cavanaugh, as Personal Representative of the Estate of Rose C. Karczewski, deceased, the late parent of Charles Henry Karczewski, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Donna A. Cavanaugh, as Personal Representative of the Estate of Rose C. Karczewski is a resident of New Jersey. Charles Henry Karczewski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2137. Donna Cavanaugh, individually, as surviving sibling of Charles Henry Karczewski, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Donna Cavanaugh is a resident of New Jersey. Charles Henry Karczewski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2138. Donna A. Cavanaugh as Personal Representative of the Estate of Henry Karczewski, deceased, the late parent of Charles Henry Karczewski, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Donna A. Cavanaugh is a resident of New Jersey. Charles Henry Karczewski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2139. Maurice Corbett Kearney, as Personal Representative of the Estate of Lorraine Kearney, deceased, the late parent of Lisa Kearney-Griffin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maurice Corbett Kearney, as Personal Representative of the Estate of Lorraine Kearney is a resident of Delaware. Lisa Kearney-Griffin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2140. Virginia Krukowski, as Personal Representative of the Estate of Walter Krukowski, deceased, the late parent of William Krukowski, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Virginia Krukowski, as Personal Representative of the Estate of Walter Krukowski is a resident of Florida. William Krukowski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2141. Maureen Simpson, individually, as surviving sibling of Patrick McGuire, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maureen Simpson is a resident of New York. Patrick McGuire is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2142. James McGuire, individually, as surviving sibling of Patrick McGuire, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James McGuire is a resident of Massachusetts. Patrick McGuire is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2143. Jody Myers, as Personal Representative of the Estate of Terrence McGuire, deceased, the late sibling of Patrick McGuire, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jody Myers, as Personal Representative of the Estate of Terrence McGuire is a resident of Massachusetts. Patrick McGuire is one of the Decedents

323

murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2144. John Owens, as Personal Representative of the Estate of Peter J. Owens, Sr., deceased, the late parent of Peter Owens, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Owens, as Personal Representative of the Estate of Peter J. Owens, Sr. is a resident of New York. Peter Owens is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2145. John Owens, as Personal Representative of the Estate of Kathleen Owens, deceased, the late sibling of Peter Owens, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Owens, as Personal Representative of the Estate of Kathleen Owens is a resident of New York. Peter Owens is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2146. Douglas Roy, individually, as surviving sibling of Timothy A. Roy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Douglas Roy is a resident of Florida. Timothy A. Roy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2147. Barbara Strobert, as Personal Representative of the Estate of Frank Strobert, deceased, the late parent of Steven Frank Strobert, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Strobert, as Personal Representative of the Estate of Frank Strobert is a resident of New Jersey. Steven Frank Strobert is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2148. Joan Ruth Puwalski, individually, as surviving spouse of Steven J. Bates, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joan Ruth Puwalski is a resident of New York. Steven J. Bates is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2149. Jeffrey A. Bloom, Esq., as Personal Representative of the Estate of Hazel Lillian Mariani, deceased, the late parent of Louis Mariani, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeffrey A. Bloom, Esq., as Personal Representative of the Estate of Hazel Lillian Mariani is a resident of Massachusetts. Louis Mariani is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2150.  Bruce Mariani, individually, as surviving sibling of Louis Mariani, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Bruce Mariani is a resident of New Hampshire. Louis Mariani is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2151.  Elizabeth Miller, individually, as surviving child of Douglas Miller, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth Miller is a resident of Pennsylvania. Douglas Miller is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2152.  Laura Nogaj, individually, as surviving spouse of Stephen Philip Morris, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laura Nogaj is a resident of Florida. Stephen Philip Morris is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2153.  Jude Monteserrato a/k/a Judith Monteserrato, individually, as surviving spouse of John Michael Sbarbaro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jude Monteserrato a/k/a Judith Monteserrato is a resident of North Carolina. John Michael Sbarbaro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2154.  Tara Strobert-Nolan, as the Personal Representative of the Estate of Steven Frank Strobert, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Steven Frank Strobert, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tara Strobert-Nolan is a resident of New Jersey. Steven Frank Strobert is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2155.  John Doe 70, being intended to designate the Personal Representative of the Estate of Steven J. Bates, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Steven J. Bates, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Steven J. Bates is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2156. Katherine Collier, as the co-Personal Representative of the Estate of Stephen Philip Morris, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen Philip Morris. Katherine Collier is a resident of Great Britain. Stephen Philip Morris is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks

2157. John Doe 72, being intended to designate the Personal Representative of the Estate of John Michael Sbarbaro, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of John Michael Sbarbaro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Michael Sbarbaro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2158. Chundera Epps, as Personal Representative of the Estate of Geneva Epps, deceased, the late parent of Christopher Samuel Epps, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Chundera Epps, as Personal Representative of the Estate of Geneva Epps is a resident of New York. Christopher Samuel Epps is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2159. Chundera Epps, as Personal Representative of the Estate of Christopher Samuel Epps, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Christopher Samuel Epps, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Chundera Epps is a resident of New York Christopher Samuel Epps is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2160. Nicole Mayer, individually, as surviving child of Peter J. Carroll, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nicole Mayer is a resident of New York. Peter J. Carroll is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2161. Pete Carroll, individually, as surviving child of Peter J. Carroll, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Pete Carroll is a resident of New

York. Peter J. Carroll is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2162. Christopher Carroll, individually, as surviving child of Peter J. Carroll, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher Carroll is a resident of New York. Peter J. Carroll is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2163. Michael Carroll, individually, as surviving child of Peter J. Carroll, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Carroll is a resident of New York. Peter J. Carroll is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2164. Kevin Carroll, individually, as surviving sibling of Peter J. Carroll, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin Carroll is a resident of New York. Peter J. Carroll is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2165. Patricia D'Agata, individually, as surviving sibling of Peter J. Carroll, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia D'Agata is a resident of New York. Peter J. Carroll is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2166. Thomas Gonzalez, Jr., as the Personal Representative of the Estate of Jenine Gonzalez, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jenine Gonzalez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Gonzalez, Jr. is a resident of New York. Jenine Gonzalez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2167. Thomas Gonzalez, Jr., individually, as surviving sibling of Jenine Gonzalez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Gonzalez, Jr. is a resident of New York. Jenine Gonzalez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2168.   Laura Israilov, as Personal Representative of the Estate of Malkisadikh Ilkanayev, deceased, the late parent of Daniel Ilkanayev, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laura Israilov, as Personal Representative of the Estate of Malkisadikh Ilkanayev is a resident of New York. Daniel Ilkanayev is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2169.   Laura Israilov, individually, as surviving sibling of Daniel Ilkanayev, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laura Israilov is a resident of New York. Daniel Ilkanayev is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2170.   Brendan Ryan, as Personal Representative of the Estate of Teresa Ryan, deceased, the late parent of Matthew Ryan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brendan Ryan, as Personal Representative of the Estate of Teresa Ryan is a resident of New York. Matthew Ryan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2171.   Michael Stackpole, as Personal Representative of the Estate of Edward Stackpole, Sr., deceased, the late parent of Timothy Stackpole, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Stackpole, as Personal Representative of the Estate of Edward Stackpole, Sr. is a resident of New York. Timothy Stackpole is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2172.   Janice Dukes, individually, as surviving spouse of Donnie Taylor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Janice Dukes is a resident of New York. Donnie Taylor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2173.   Janice Dukes, as the Personal Representative of the Estate of Donnie Taylor, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Donnie Taylor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Janice Dukes is a resident of New York. Donnie Taylor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2174.   Kristina Nicole York, individually, as surviving child of Raymond York, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kristina Nicole York is a resident of New York. Raymond York is one of the Decedents murdered as a result of the

terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2175.   Joan York, as the Personal Representative of the Estate of Raymond York, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Raymond York, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joan York is a resident of New York. Raymond York is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2176.   Joan York, individually, as surviving spouse of Raymond York, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joan York is a resident of New York. Raymond York is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2177.   Jesse Kemp, individually, as surviving child of Timothy Haviland, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jesse Kemp is a resident of South Carolina. Timothy Haviland is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2178.   Barbara Keane, as the Personal Representative of the Estate of Timothy Haviland, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Timothy Haviland, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Keane is a resident of Pennsylvania. Timothy Haviland is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2179.   Barbara Keane, as Personal Representative of the Estate of Amy Haviland, deceased, the late spouse of Timothy Haviland, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Keane is a resident of Pennsylvania. Timothy Haviland is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2180.   Sean McShane, individually, as surviving child of Terence McShane, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sean McShane is a resident of New York. Terence McShane is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2181. Aidan McShane, individually, as surviving child of Terence McShane, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Aidan McShane is a resident of Florida. Terence McShane is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2182. Colin McShane, individually, as surviving child of Terence McShane, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Colin McShane is a resident of New York. Terence McShane is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2183. Catherine McShane, individually, as surviving spouse of Terence McShane, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine McShane is a resident of New York. Terence McShane is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2184. Catherine McShane, as the Personal Representative of the Estate of Terence McShane, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Terence McShane, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine McShane is a resident of New York. Terence McShane is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2185. Phylicia Ruggieri, individually, as surviving child of Joseph Rivelli, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Phylicia Ruggieri is a resident of New York. Joseph Rivelli, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2186. Matthew Casey, individually, as surviving child of Kathleen Hunt-Casey, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matthew Casey is a resident of New Jersey. Kathleen Hunt-Casey is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2187. Kevin Casey, individually, as surviving spouse of Kathleen Hunt-Casey, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin Casey is a resident of New Jersey. Kathleen Hunt-Casey is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2188. Kevin Casey, as the Personal Representative of the Estate of Kathleen Hunt-Casey, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kathleen Hunt-Casey, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin Casey is a resident of New Jersey. Kathleen Hunt-Casey is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2189. Theresa Fiorelli, individually, as surviving spouse of Stephen J. Fiorelli, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Theresa Fiorelli is a resident of New Jersey. Stephen J. Fiorelli is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2190. Theresa Fiorelli, as the Personal Representative of the Estate of Stephen J. Fiorelli, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen J. Fiorelli, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Theresa Fiorelli is a resident of New Jersey. Stephen J. Fiorelli is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2191. Stephen J. Fiorelli, Jr., individually, as surviving child of Stephen J. Fiorelli, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephen J. Fiorelli, Jr. is a resident of New Jersey. Stephen J. Fiorelli is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2192. Christine Epstein, individually, as surviving child of Stephen J. Fiorelli, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christine Epstein is a resident of New Jersey. Stephen J. Fiorelli is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2193. William Fiorelli, individually, as surviving sibling of Stephen J. Fiorelli, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William Fiorelli is a resident of New Jersey. Stephen J. Fiorelli is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2194.   Kenneth Fiorelli, individually, as surviving sibling of Stephen J. Fiorelli, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kenneth Fiorelli is a resident of New Jersey. Stephen J. Fiorelli is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2195.   Karen Fiorelli, individually, as surviving sibling of Stephen J. Fiorelli, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen Fiorelli is a resident of New Jersey. Stephen J. Fiorelli is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2196.   Kaitlyn Fisher, individually, as surviving child of John Roger Fisher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kaitlyn Fisher is a resident of California. John Roger Fisher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2197.   Margaret Fisher, individually, as surviving child of John Roger Fisher, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Margaret Fisher is a resident of New York. John Roger Fisher is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2198.   Brian Wilkes, individually, as surviving spouse of Lorraine Antigua, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian Wilkes is a resident of New Jersey. Lorraine Antigua is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2199.   John Doe 76, being intended to designate the Personal Representative of the Estate of Lorraine Antigua, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lorraine Antigua, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lorraine Antigua is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2200.   Mildred Calderon, individually, as surviving sibling of Vivian Casalduc, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mildred Calderon is a

resident of North Carolina. Vivian Casalduc is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2201.   Wendell Acevedo, individually, as surviving sibling of Vivian Casalduc, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Wendell Acevedo is a resident of North Carolina. Vivian Casalduc is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2202.   Eugene A. Harris, individually, as surviving sibling of Peggie Hurt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eugene A. Harris is a resident of New York. Peggie Hurt is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2203.   Cynthia M. Harris, individually, as surviving sibling of Peggie Hurt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cynthia M. Harris is a resident of New York. Peggie Hurt is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2204.   Anthony D. Harris, individually, as surviving sibling of Peggie Hurt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony D. Harris is a resident of Maryland. Peggie Hurt is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2205.   Shawn Patrick, individually, as surviving sibling of James Matthew Patrick, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shawn Patrick is a resident of New York. James Matthew Patrick is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2206.   Christopher Ruggieri, individually, as surviving child of Joseph Rivelli, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher Ruggieri is a resident of New York. Joseph Rivelli, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2207.   Aidan Salamone, individually, as surviving child of John Patrick Salamone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Aidan Salamone is a resident of New Jersey. John Patrick Salamone is one of the Decedents murdered as a result of the

terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2208. Alexander Salamone, individually, as surviving child of John Patrick Salamone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexander Salamone is a resident of New Jersey. John Patrick Salamone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2209. Anna Salamone, individually, as surviving child of John Patrick Salamone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anna Salamone is a resident of New Jersey. John Patrick Salamone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2210. James Babakitis, as Personal Representative of the Estate of Kevin Babakitis, deceased, the late child of Arlene T. Babakitis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Babakitis, as Personal Representative of the Estate of Kevin Babakitis is a resident of the New Jersey. Arlene T. Babakitis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2211. Brieann Centro, individually, as surviving child of Alexander Centro, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brieann Centro is a resident of New York. Alexander Centro, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2212. Alexander Centro, individually, as surviving child of Alexander Centro, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexander Centro is a resident of New York. Alexander Centro, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2213. Alexander Centro, as the Personal Representative of the Estate of Alexander Centro, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Alexander Centro, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexander Centro is a resident of New York. Alexander Centro, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2214. Craig Centro, individually, as surviving child of Alexander Centro, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Craig Centro is a resident of New York. Alexander Centro, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2215. Craig Centro, as Personal Representative of the Estate of Italia Centro, deceased, the late parent of Alexander Centro, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Craig Centro, as Personal Representative of the Estate of Italia Centro is a resident of New York. Alexander Centro, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2216. Amy Eberling, individually, as surviving spouse of Dean P. Eberling, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Amy Eberling is a resident of New Jersey. Dean P. Eberling is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2217. Amy Eberling, as the Personal Representative of the Estate of Dean P. Eberling, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Dean P. Eberling, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Amy Eberling is a resident of New Jersey. Dean P. Eberling is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2218. Corinne Ardente, individually, as surviving child of Dean P. Eberling, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Corinne Ardente is a resident of New Jersey. Dean P. Eberling is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2219. Lauren Eberling, individually, as surviving child of Dean P. Eberling, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lauren Eberling is a resident of New Jersey. Dean P. Eberling is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2220. Christopher Ahearn, individually, as surviving child of Brian Ahearn, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher Ahearn is a resident of New York. Brian Ahearn is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2221. Lauren Sosa, individually, as surviving child of Brian Ahearn, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lauren Sosa is a resident of New York. Brian Ahearn is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2222. Debra Ahearn, individually, as surviving spouse of Brian Ahearn, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Debra Ahearn is a resident of New York. Brian Ahearn is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2223. Marian Owens, individually, as surviving sibling of Kenneth Phelan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marian Owens is a resident of New York. Kenneth Phelan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2224. Sami Nassar, as the Personal Representative of the Estate of Jude Moussa, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jude Moussa, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sami Nassar is a resident of Massachusetts. Jude Moussa is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2225. John Morris III, individually, as surviving sibling of Seth Morris, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Morris III is a resident of Pennsylvania. Seth Morris is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2226. Emily Cournoyer, as Personal Representative of the Estate of Alice Beaton, deceased, the late sibling of John Cahill, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Emily Cournoyer, as Personal Representative of the Estate of Alice Beaton is a resident of Massachusetts. John Cahill is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2227. Eric Johnson, as Personal Representative of the Estate of Janice Brown, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Janice Brown, is a Plaintiff seeking justice for the tragic events of

336

September 11, 2001. Eric Johnson is a resident of New Jersey. Janice Brown is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2228. Aidan Halloran, individually, as surviving child of Vincent G. Halloran, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Aidan Halloran is a resident of New York. Vincent G. Halloran is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2229. Conor Halloran, individually, as surviving child of Vincent G. Halloran, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Conor Halloran is a resident of the District of Columbia. Vincent G. Halloran is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2230. Eileen Lunder Baynes, individually, as surviving sibling of Christopher Lunder, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eileen Lunder Baynes is a resident of New York. Christopher Lunder is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2231. Hector Mejia, individually, as surviving sibling of Manuel Mejia, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Hector Mejia is a resident of New York. Manuel Mejia is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2232. Diane Brierley, individually, as surviving sibling of Mary Catherine Boffa, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Diane Brierley is a resident of New Jersey. Mary Catherine Boffa is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2233. Margaret Trudeau, individually, as surviving sibling of Mary Catherine Boffa, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Margaret Trudeau is a resident of New Jersey. Mary Catherine Boffa is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2234. John Boffa, individually, as surviving spouse of Mary Catherine Boffa, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Boffa is a resident of New Jersey. Mary Catherine Boffa is one of the Decedents murdered as a result of the

terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2235. John Boffa, as the Co-Personal Representative of the Estate of Mary Catherine Boffa, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mary Catherine Boffa, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Boffa is a resident of New Jersey. Mary Catherine Boffa is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2236. John T. Genovese, as the Personal Representative of the Estate of Steven Genovese, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Steven Genovese, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John T. Genovese is a resident of New York. Steven Genovese is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2237. August Bernaerts, individually, as surviving sibling of Donna Bernaerts-Kearns, is a Plaintiff seeking justice for the tragic events of September 11, 2001. August Bernaerts is a resident of New Jersey. Donna Bernaerts-Kearns is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2238. Ellen Macri, individually, as surviving sibling of Katherine McGarry Noack, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ellen Macri is a resident of North Carolina. Katherine McGarry Noack is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2239. Patrick McGarry, individually, as surviving sibling of Katherine McGarry Noack, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patrick McGarry is a resident of Florida. Katherine McGarry Noack is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2240. Marianne Burke, individually, as surviving sibling of Katherine McGarry Noack, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marianne Burke is a resident of Georgia. Katherine McGarry Noack is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2241. Deborah M. Brink, individually, as surviving sibling of Katherine McGarry Noack, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Deborah M. Brink is a resident of Georgia. Katherine McGarry Noack is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2242. Francis J. Moody as Personal Representative of the Estate of Angelina Moody, deceased, the late parent of Thomas Moody, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Francis J. Moody as Personal Representative of the Estate of Angelina Moody is a resident of New York. Thomas Moody is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2243. Francis J. Moody, individually, as surviving sibling of Thomas Moody, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Francis J. Moody is a resident of New York. Thomas Moody is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2244. Lorraine Antoniello, individually, as surviving sibling of Thomas Moody, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lorraine Antoniello is a resident of New York. Thomas Moody is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2245. Michael L. Moody, individually, as surviving sibling of Thomas Moody, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael L. Moody is a resident of Florida. Thomas Moody is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2246. Patrick Nee, individually, as surviving child of Luke Gerard Nee, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patrick Nee is a resident of New York. Luke Gerard Nee is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2247. Irene Lavelle, as the Personal Representative of the Estate of Luke G. Nee, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Luke Gerard Nee, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Irene Lavelle is a resident of New York. Luke Gerard Nee is one of the Decedents murdered as a result of the terrorist attacks of September 11,

2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2248. Irene Lavelle, individually, as surviving spouse of Luke Gerard Nee, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Irene Lavelle is a resident of New York. Luke Gerard Nee is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2249. Jean Diaz, individually, as surviving sibling of Kenneth John Phelan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jean Diaz is a resident of New York. Kenneth John Phelan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2250. Lourdes Mireya Mejia De La Cruz, individually, as surviving sibling of Manuel Mejia, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lourdes Mireya Mejia De La Cruz is a resident of New York. Manuel Mejia is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2251. Rafael Mejia, individually, as surviving sibling of Manuel Mejia, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rafael Mejia is a resident of New York. Manuel Mejia is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2252. James Morris, as Personal Representative of the Estate of Barbara Morris, deceased, the late parent of Seth Morris, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Morris, as Personal Representative of the Estate of Barbara Morris, is a resident of Virginia. Seth Morris is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2253. James Morris as Personal Representative of the Estate of John R. Morris, Jr., deceased, the late parent of Seth Morris, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Morris is a resident of Virginia. Seth Morris is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2254. James Morris, individually, as surviving sibling of Seth Morris, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Morris is a resident of Virginia. Seth Morris is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to

which the Defendants provided material support and assistance in furtherance of the attacks.

2255. Raymond Sanchez, Jr., as the Personal Representative of the Estate of Raymond Sanchez, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Raymond Sanchez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Raymond Sanchez, Jr. is a resident of New York. Raymond Sanchez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2256. Jennifer Holohan, individually, as surviving sibling of Thomas P. Holohan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennifer Holohan is a resident of New York. Thomas P. Holohan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2257. John Doe 82 as Personal Representative of theEstate of Guiseppe Luparello, deceased, the late sibling of Anthony Luparello, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Luparello is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2258. John Doe 103, as the Personal Representative of the Estate of Rosa Campisi, deceased, the late sibling of Anthony Luparello, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Luparello is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2259. Patrice A. Regan, as the Personal Representative of the Estate of Nicholas G. Massa, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nicholas G. Massa, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patrice A. Regan is a resident of Florida. Nicholas G. Massa is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2260. Gloria Eleanor Moran, individually, as surviving sibling of Nicholas G. Massa, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gloria Eleanor Moran is a resident of New York. Nicholas G. Massa is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2261. Colleen Golden, as the Personal Representative of the Estate of Richard Morgan, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Richard Morgan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Colleen Golden is a resident of New Jersey. Richard Morgan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2262. Colleen Golden as Personal Representative of the Estate of Patricia Morgan, deceased, the late spouse of Richard Morgan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Colleen Golden as Personal Representative of the Estate of Patricia Morgan is a resident of New Jersey. Richard Morgan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2263. Brendan Ielpi, individually, as surviving sibling of Jonathan Ielpi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brendan Ielpi is a resident of New York. Jonathan Ielpi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2264. Melissa Brengel, individually, as surviving sibling of Jonathan Ielpi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Melissa Brengel is a resident of New York. Jonathan Ielpi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2265. Freddye Jean Carter-Perry, as Personal Representative of the Estate of Fred A. Carter, deceased, the late spouse of Angelene C. Carter, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Freddye Jean Carter-Perry, as Personal Representative of the Estate of Fred A. Carter is a resident of Maryland. Angelene C. Carter is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2266. Rachel Uchitel, individually, as surviving spouse of Andrew O'Grady, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rachel Uchitel is a resident of New York. Andrew O'Grady is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2267. John Doe 80, being intended to designate the Personal Representative of the Estate of Andrew O'Grady, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he

or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Andrew O'Grady, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrew O'Grady is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2268. Maureen Sullivan, individually, as surviving spouse of Derek O. Sword, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maureen Sullivan is a resident of New York. Derek O. Sword is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2269. Josephine Fink, as the Personal Representative of the Estate of Derek O. Sword, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Derek O. Sword, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Derek O. Sword is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2270. Jose D. Liz as Guardian of Maria Liz, individually, as surviving sibling of Nancy Liz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Liz is a resident of New York. Nancy Liz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2271. Maya Simon, individually, as surviving child of Kenneth Simon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maya Simon is a resident of New Jersey. Kenneth Simon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2272. Karen Simon, individually, as surviving spouse of Kenneth Simon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen Simon is a resident of New Jersey. Kenneth Simon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2273. Stanley Frank, individually, as surviving parent of Gary J. Frank, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stanley Frank is a resident of Florida. Gary J. Frank is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to

which the Defendants provided material support and assistance in furtherance of the attacks.

2274. Thomas Shea as Personal Representative of the Estate of Joan Shea, deceased, the late parent of Joseph Shea, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Shea as Personal Representative of the Estate of Joan Shea is a resident of New Jersey. Joseph Shea is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2275. Thomas Shea as Personal Representative of the Estate of Joan Shea, deceased, the late parent of Daniel Shea, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Shea as Personal Representative of the Estate of Joan Shea is a resident of New Jersey. Daniel Shea is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2276. Mindy Gabler, individually, as surviving spouse of Fredric Gabler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mindy Gabler is a resident of New York. Fredric Gabler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2277. Mindy Gabler, as the Personal Representative of the Estate of Fredric Gabler, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Fredric Gabler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mindy Gabler is a resident of New York. Fredric Gabler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2278. Alexis Gabler, individually, as surviving child of Fredric Gabler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexis Gabler is a resident of New York. Fredric Gabler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2279. Howard Gabler, individually, as surviving parent of Fredric Gabler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Howard Gabler is a resident of New York. Fredric Gabler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2280. Leslie Gabler, individually, as surviving parent of Fredric Gabler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leslie Gabler is a resident of New

York. Fredric Gabler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2281.   Jolie Gabler, individually, as surviving sibling of Fredric Gabler, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jolie Gabler is a resident of New York. Fredric Gabler is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2282.   Steven Romagnolo, individually, as surviving sibling of Joseph M. Romagnolo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Steven Romagnolo is a resident of New York. Joseph M. Romagnolo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2283.   Jonathan Martinez, individually, as surviving child of Robert G. Martinez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jonathan Martinez is a resident of Arizona. Robert G. Martinez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2284.   Barbara Keane as Personal Representative of the Estate of Amy Haviland, deceased, the late sibling of Robert Spear, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Keane as Personal Representative of the Estate of Amy Haviland is a resident of Pennsylvania. Robert Spear is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2285.   Nicholas Kemp, individually, as surviving child of Timothy Haviland, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nicholas Kemp is a resident of New York. Timothy Haviland is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2286.   John Doe 84, being intended to designate the Personal Representative of the Estate of Donna Bernaerts-Kearns, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Donna Bernaerts-Kearns, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Donna Bernaerts-Kearns is one of the Decedents murdered

as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2287. Bradley D. Noack, as Personal Representative of the Estate of Katherine McGarry Noack, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Katherine McGarry Noack, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Bradley D. Noack is a resident of New Jersey. Katherine McGarry Noack is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2288. Patricia Kavanagh Edwards, individually, as surviving spouse of Dennis Edwards, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Kavanagh Edwards is a resident of New York. Dennis Edwards is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2289. Patricia Kavanagh Edwards, as the Personal Representative of the Estate of Dennis Edwards, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Dennis Edwards, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Kavanagh Edwards is a resident of New York. Dennis Edwards is one of the Decedents murdered as a result of the terrorist attacks Of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2290. Alexa Marie Edwards, individually, as surviving child of Dennis Edwards, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexa Marie Edwards is a resident of New York. Dennis Edwards is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2291. Sheila Edwards Doyle as Personal Representative of the Estate of Julia Edwards, deceased, the late parent of Dennis Edwards, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sheila Edwards Doyle as Personal Representative of the Estate of Julia Edwards is a resident of New York. Dennis Edwards is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2292. Morgan Edwards, individually, as surviving sibling of Dennis Edwards, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Morgan Edwards is a resident of New York. Dennis Edwards is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2293. Sheila Doyle, individually, as surviving sibling of Dennis Edwards, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sheila Doyle is a resident of New York. Dennis Edwards is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2294. Elizabeth Cortese, individually, as surviving sibling of Dennis Edwards, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth Cortese is a resident of New York. Dennis Edwards is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2295. Eileen O'Brien, individually, as surviving sibling of Dennis Edwards, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eileen O'Brien is a resident of New York. Dennis Edwards is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2296. Gale DiFrancisco, individually, as surviving sibling of Donald A. Foreman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gale DiFrancisco is a resident of New York. Donald A. Foreman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2297. Eric Ogren, individually, as surviving sibling of Joseph J. Ogren, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eric Ogren is a resident of New Jersey. Joseph J. Ogren is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2298. Patricia Golden, individually, as surviving sibling of Joseph J. Ogren, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Golden is a resident of New Jersey. Joseph J. Ogren is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2299. Shaun Rodgers, individually, as surviving sibling of Venesha Richards, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shaun Rodgers is a resident of New Jersey. Venesha Richards is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2300.  Robert R. Ploger, IV, individually, as surviving child of Robert R. Ploger III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert R. Ploger, IV is a resident of Arizona. Robert R. Ploger III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2301.  Edward Goldstein, individually, as surviving spouse of Michelle H. Goldstein, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Edward Goldstein is a resident of New Jersey. Michelle H. Goldstein is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2302.  Patricia Singh, individually, as surviving child of James T. Lynch, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Singh is a resident of Virginia. James T. Lynch is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2303.  Ber Barry Aron, individually, as surviving parent of Joshua Aron, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ber Barry Aron is a resident of Maryland. Joshua Aron is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2304.  Dana Aron Weiner, individually, as surviving sibling of Joshua Aron, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dana Aron Weiner is a resident of Illinois. Joshua Aron is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2305.  Barbara Ann Sullivan, individually, as surviving sibling of James W. Barbella, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Ann Sullivan is a resident of Texas. James W. Barbella is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2306.  Dorothy Blanding as Personal Representative of the Estate of Harry Blanding, Sr., deceased, the late parent of Harry Blanding, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dorothy Blanding as Personal Representative of the Estate of Harry Blanding, Sr. is a resident of New Jersey. Harry Blanding, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were

carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2307.   Anthony Bocchi, individually, as surviving sibling of John Bocchi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Bocchi is a resident of New Jersey. John Bocchi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2308.   Elena Bocchi, individually, as surviving parent of John Bocchi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elena Bocchi is a resident of New Jersey. John Bocchi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2309.   Matthew Bocchi, individually, as surviving child of John Bocchi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matthew Bocchi is a resident of New Jersey. John Bocchi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2310.   Michael Bocchi, individually, as surviving child of John Bocchi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Bocchi is a resident of New Jersey. John Bocchi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2311.   Michele Bocchi-Sandello, individually, as surviving spouse of John Bocchi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michele Bocchi-Sandello is a resident of New Jersey. John Bocchi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2312.   Nicholas Bocchi, individually, as surviving child of John Bocchi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nicholas Bocchi is a resident of New Jersey. John Bocchi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2313.   Paul Bocchi, individually, as surviving child of John Bocchi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paul Bocchi is a resident of New Jersey. John Bocchi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to

which the Defendants provided material support and assistance in furtherance of the attacks.

2314. Ann Bocchi-Schwimmer, individually, as surviving sibling of John Bocchi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ann Bocchi-Schwimmer is a resident of New Jersey. John Bocchi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2315. Diane Bocchi Esola, individually, as surviving sibling of John Bocchi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Diane Bocchi Esola is a resident of Florida. John Bocchi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2316. Ann Bocchi-Schwimmer as Personal Representative of the Estate of Camillo Bocchi, deceased, the late parent of John Bocchi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ann Bocchi-Schwimmer as Personal Representative of the Estate of Camillo Bocchi is a resident of New Jersey. John Bocchi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2317. Lucy Bocchi Kraus, individually, as surviving sibling of John Bocchi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lucy Bocchi Kraus is a resident of New Jersey. John Bocchi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2318. Michele Bocchi-Sandello, as the Personal Representative of the Estate of John Bocchi, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of John Bocchi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michele Bocchi-Sandello is a resident of New Jersey. John Bocchi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2319. Elizabeth Murphy, individually, as surviving sibling of Mary Catherine Boffa, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth Murphy is a resident of New Jersey. Mary Catherine Boffa is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2320. Elizabeth Murphy, as the Co-Personal Representative of the Estate of Mary Catherine Boffa, deceased, on behalf of the Estate, and on behalf of all survivors and all legally

entitled beneficiaries and family members of Mary Catherine Boffa, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth Murphy is a resident of New Jersey. Mary Catherine Boffa is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2321.   Daphne Bowers, individually, as surviving parent of Veronique Bowers, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daphne Bowers is a resident of New York. Veronique Bowers is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2322.   Andrew Broderick, individually, as surviving child of Mark Broderick, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrew Broderick is a resident of New Jersey. Mark Broderick is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2323.   Carolina Broderick, individually, as surviving spouse of Mark Broderick, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carolina Broderick is a resident of New Jersey. Mark Broderick is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2324.   James Broderick, individually, as surviving child of Mark Broderick, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Broderick is a resident of New Jersey. Mark Broderick is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2325.   Matthew Broderick, individually, as surviving child of Mark Broderick, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matthew Broderick is a resident of New Jersey. Mark Broderick is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2326.   Carolina Broderick, as the Personal Representative of the Estate of Mark Broderick, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mark Broderick, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carolina Broderick is a resident of New Jersey. Mark Broderick is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to

351

which the Defendants provided material support and assistance in furtherance of the attacks.

2327. Angus Jacques, as the Co-Personal Representative of the Estate of Felix Calixte, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Felix Calixte, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Angus Jacques is a resident of Soufriere. Felix Calixte is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2328. Angus Jacques, individually, as surviving parent of Felix Calixte, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Angus Jacques is a resident of Soufriere. Felix Calixte is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2329. Christine Brozon, individually, as surviving spouse of Luigi Calvi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christine Brozon is a resident of New York. Luigi Calvi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2330. Christine Brozon, as the Personal Representative of the Estate of Luigi Calvi, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Luigi Calvi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christine Brozon is a resident of New York. Luigi Calvi is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2331. James Cherry, individually, as surviving sibling of Vernon Cherry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Cherry is a resident of Maryland. Vernon Cherry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2332. Cynthia Taylor, individually, as surviving sibling of Vernon Cherry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cynthia Taylor is a resident of Georgia. Vernon Cherry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2333. Germaine Alexander, individually, as surviving sibling of Brenda Conway, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Germaine Alexander is a resident of New York. Brenda Conway is one of the Decedents murdered as a result of

352

the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2334.  Tammi Alexander, individually, as surviving sibling of Brenda Conway, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tammi Alexander is a resident of New York. Brenda Conway is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2335.  Dennis Coughlin, individually, as surviving sibling of Timothy Coughlin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dennis Coughlin is a resident of New York. Timothy Coughlin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2336.  Francis Coughlin, Jr., individually, as surviving sibling of Timothy Coughlin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Francis Coughlin, Jr. is a resident of New York. Timothy Coughlin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2337.  Robert Coughlin, individually, as surviving sibling of Timothy Coughlin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Coughlin is a resident of New York. Timothy Coughlin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2338.  Maura Coughlin-Roberti, individually, as surviving spouse of Timothy Coughlin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maura Coughlin-Roberti is a resident of New York. Timothy Coughlin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2339.  Riley Coughlin-Roberti, individually, as surviving child of Timothy Coughlin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Riley Coughlin-Roberti is a resident of New York. Timothy Coughlin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2340.  Ryann Coughlin-Roberti, individually, as surviving child of Timothy Coughlin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ryann Coughlin-Roberti is a resident of New York. Timothy Coughlin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2341. Sean Coughlin-Roberti, individually, as surviving child of Timothy Coughlin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sean Coughlin-Roberti is a resident of New York. Timothy Coughlin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2342. Francis Coughlin, Jr., Dennis Coughlin, and Robert Coughlin as Co-Personal Representatives of the Estate of Alice Coughlin, deceased, the late parent of Timothy Coughlin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Francis Coughlin, Jr., Dennis Coughlin, and Robert Coughlin as Co-Personal Representatives of the Estate of Alice Coughlin are residents of New York. Timothy Coughlin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2343. Robert Coughlin and Francis Coughlin as Co-Personal Representatives of the Estate of Francis Coughlin, Sr., deceased, the late parent of Timothy Coughlin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Coughlin and Francis Coughlin are residents of New York. Timothy Coughlin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2344. Francis Coughlin, Jr., as the Co-Personal Representative of the Estate of Timothy Coughlin, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Timothy Coughlin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Francis Coughlin, Jr. is a resident of New York. Timothy Coughlin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2345. Maura Coughlin-Roberti, as the Co-Personal Representative of the Estate of Timothy Coughlin, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Timothy Coughlin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maura Coughlin-Roberti is a resident of New York. Timothy Coughlin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2346. Regina Martin as Personal Representative of the Estate of Francis Cove, deceased, the late sibling of James Cove, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Regina Martin as Personal Representative of the Estate of Francis Cove is a

resident of Florida. James Cove is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2347. Regina Martin as Personal Representative of the Estate of Margaret Cove, deceased, the late parent of James Cove, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Regina Martin as Personal Representative of the Estate of Margaret Cove is a resident of Florida. James Cove is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2348. Regina Martin, individually, as surviving sibling of James Cove, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Regina Martin is a resident of Florida. James Cove is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2349. Vancena Dawson Donovan, individually, as surviving sibling of Calvin Dawson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vancena Dawson Donovan is a resident of U.S. Virgin Islands. Calvin Dawson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2350. Vanita Aviles, individually, as surviving sibling of Calvin Dawson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vanita Aviles is a resident of Puerto Rico. Calvin Dawson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2351. Janita Clyne, individually, as surviving sibling of Calvin Dawson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Janita Clyne is a resident of New York. Calvin Dawson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2352. Alvin Dawson, individually, as surviving sibling of Calvin Dawson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alvin Dawson is a resident of Georgia. Calvin Dawson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2353. Annette Simon, individually, as surviving sibling of Calvin Dawson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Annette Simon is a resident of New

York. Calvin Dawson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2354. Charles Dawson, individually, as surviving sibling of Calvin Dawson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Charles Dawson is a resident of Tortola. Calvin Dawson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2355. Janet Dawson, individually, as surviving sibling of Calvin Dawson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Janet Dawson is a resident of New York. Calvin Dawson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2356. Tatiana Dawson, individually, as surviving child of Calvin Dawson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tatiana Dawson is a resident of Georgia. Calvin Dawson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2357. Lena Dawson, individually, as surviving spouse of Calvin Dawson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lena Dawson is a resident of Georgia. Calvin Dawson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2358. Lena Dawson, as the Personal Representative of the Estate of Calvin Dawson, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Calvin Dawson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lena Dawson is a resident of Georgia. Calvin Dawson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2359. Victorine Dawson, individually, as surviving sibling of Calvin Dawson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Victorine Dawson is a resident of Virgin Islands. Calvin Dawson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2360. Doris Hetherington, individually, as surviving sibling of Calvin Dawson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Doris Hetherington is a

resident of Virgin Islands. Calvin Dawson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2361.   Daniella De La Pena, individually, as surviving child of Emerita De la Pena, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniella De La Pena is a resident of Florida. Emerita De la Pena is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2362.   Gabriel De La Pena, individually, as surviving spouse of Emerita De La Pena, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gabriel De La Pena is a resident of Florida. Emerita De La Pena is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2363.   Gabriel De La Pena, as the Personal Representative of the Estate of Emerita De La Pena, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Emerita De La Pena, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gabriel De La Pena is a resident of Florida. Emerita De La Pena is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2364.   Ronald Sierra, individually, as surviving spouse of Judith Berquis Diaz-Sierra, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ronald Sierra is a resident of New York. Judith Berquis Diaz-Sierra is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2365.   Ronald Sierra, as the Personal Representative of the Estate of Judith Berquis Diaz-Sierra, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Judith Berquis Diaz-Sierra, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ronald Sierra is a resident of New York. Judith Berquis Diaz-Sierra is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2366.   Marlyse Salome Bosley, individually, as surviving sibling of Jose Espinal, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marlyse Salome Bosley is a resident of Arizona. Jose Espinal is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2367. Saul Espinal Ramos, individually, as surviving sibling of Jose Espinal, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Saul Espinal Ramos is a resident of Canada. Jose Espinal is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2368. Eileen Esquilin, individually, as surviving sibling of Ruben Esquilin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eileen Esquilin is a resident of New Jersey. Ruben Esquilin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2369. Marybelle Vargas, individually, as surviving sibling of Ruben Esquilin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marybelle Vargas is a resident of New York. Ruben Esquilin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2370. Lynn A. Faulkner, as the Personal Representative of the Estate of Wendy R. Faulkner, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Wendy Faulkner, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lynn A. Faulkner is a resident of Ohio. Wendy Faulkner is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2371. Stephen Morris, individually, as surviving sibling of Wendy Faulkner, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephen Morris is a resident of New York. Wendy Faulkner is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2372. Annette Fields, individually, as surviving sibling of Samuel Fields, Sr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Annette Fields is a resident of New York. Samuel Fields, Sr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2373. Felicia Fields, individually, as surviving sibling of Samuel Fields, Sr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Felicia Fields is a resident of New York. Samuel Fields, Sr. is one of the Decedents murdered as a result of the terrorist

attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2374. Michael Fields, individually, as surviving sibling of Samuel Fields, Sr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Fields is a resident of New York. Samuel Fields, Sr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2375. Kevin Finnerty, individually, as surviving sibling of Timothy Finnerty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin Finnerty is a resident of Minnesota. Timothy Finnerty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2376. Peter Finnerty, individually, as surviving parent of Timothy Finnerty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Finnerty is a resident of New Jersey. Timothy Finnerty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2377. Theresa Roberts, individually, as surviving spouse of Timothy Finnerty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Theresa Roberts is a resident of New Jersey. Timothy Finnerty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2378. Theresa Roberts, as the Personal Representative of the Estate of Timothy Finnerty, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Timothy Finnerty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Theresa Roberts is a resident of New Jersey. Timothy Finnerty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2379. Lisa Madden, as Personal Representative of the Estate of Carl J. Flickinger, deceased, the late parent of Carl M. Flickinger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lisa Madden is a resident of New Jersey. Carl M. Flickinger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2380. Alana Flickinger, individually, as surviving child of Carl M. Flickinger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alana Flickinger is a resident

of New York. Carl M. Flickinger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2381. Carl J. Flickinger, individually, as surviving child of Carl M. Flickinger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carl J. Flickinger is a resident of New York. Carl M. Flickinger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2382. Craig T. Flickinger, individually, as surviving child of Carl M. Flickinger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Craig T. Flickinger is a resident of New York. Carl M. Flickinger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2383. Edmund Flickinger, individually, as surviving sibling of Carl M. Flickinger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Edmund Flickinger is a resident of New York. Carl M. Flickinger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2384. Kathleen Flickinger, individually, as surviving spouse of Carl M. Flickinger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Flickinger is a resident of New York. Carl M. Flickinger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2385. Lisa Madden, as Personal Representative of the Estate of Louise Flickinger, deceased, the late parent of Carl M. Flickinger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lisa Madden as Personal Representative of the Estate of Louise Flickinger is a resident of New Jersey. Carl M. Flickinger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2386. Robert Flickinger, individually, as surviving sibling of Carl M. Flickinger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Flickinger is a resident of New York. Carl M. Flickinger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2387. Lisa Madden, individually, as surviving sibling of Carl M. Flickinger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lisa Madden is a resident of

New Jersey. Carl M. Flickinger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2388. Kathleen Flickinger, as the Personal Representative of the Estate of Carl M. Flickinger, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Carl M. Flickinger, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Flickinger is a resident of New York. Carl M. Flickinger is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2389. Sylvia Aleman, individually, as surviving sibling of Claudia Foster, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sylvia Aleman is a resident of New York. Claudia Foster is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2390. Blanca Martinez, individually, as surviving parent of Claudia Foster, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Blanca Martinez is a resident of New York. Claudia Foster is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2391. Carlos Martinez, individually, as surviving parent of Claudia Foster, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carlos Martinez is a resident of New York. Claudia Foster is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2392. Karen Carlucci, individually, as surviving spouse of Peter Frank, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen Carlucci is a resident of New York. Peter Frank is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2393. Constance Frank, individually, as surviving parent of Peter Frank, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Constance Frank is a resident of New York. Peter Frank is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

docs-100618088.3

2394. Michelle Frank, individually, as surviving sibling of Peter Frank, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michelle Frank is a resident of Rhode Island. Peter Frank is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2395. Peter Frank, individually, as surviving parent of Peter Frank, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Frank is a resident of New York. Peter Frank is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2396. Peter Frank, as the Personal Representative of the Estate of Peter Frank, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Peter Frank, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Frank is a resident of New York. Peter Frank is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2397. Edward Gnazzo, individually, as surviving sibling of John Gnazzo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Edward Gnazzo is a resident of New York. John Gnazzo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2398. Nicholas Gnazzo, individually, as surviving sibling of John Gnazzo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nicholas Gnazzo is a resident of New York. John Gnazzo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2399. Song Jeng, individually, as surviving parent of John Gnazzo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Song Jeng is a resident of New York. John Gnazzo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2400. Luz America Piedrahita Ayala, individually, as surviving parent of Wilder Gomez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Luz America Piedrahita Ayala is a resident of New York. Wilder Gomez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2401. Jairo Gomez, individually, as surviving sibling of Wilder Gomez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jairo Gomez is a resident of New

362

York. Wilder Gomez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2402.   Omar Gomez, individually, as surviving sibling of Wilder Gomez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Omar Gomez is a resident of New York. Wilder Gomez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2403.   Walter Gomez, individually, as surviving sibling of Wilder Gomez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Walter Gomez is a resident of New York. Wilder Gomez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2404.   Kathleen Griffin, individually, as surviving sibling of John Griffin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Griffin is a resident of New Jersey. John Griffin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2405.   Kathryn M. Quinn, as Personal Representative of the Estate of Kathryn Hargrave, deceased, the late parent of Timothy J. Hargrave, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathryn M. Quinn, as Personal Representative of the Estate of Kathryn Hargrave is a resident of New Jersey. Timothy J. Hargrave is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2406.   Jeanmarie Hargrave, individually, as surviving sibling of Timothy J. Hargrave, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeanmarie Hargrave is a resident of New Jersey. Timothy J. Hargrave is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2407.   James Hargrave Jr, individually, as surviving sibling of Timothy J. Hargrave, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Hargrave Jr is a resident of New Jersey. Timothy J. Hargrave is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2408.   Carolyn Marie Kelly, individually, as surviving sibling of Timothy J. Hargrave, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carolyn Marie Kelly

is a resident of New Jersey. Timothy J. Hargrave is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2409.   Patricia Mansfield, individually, as surviving sibling of Timothy J. Hargrave, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Mansfield is a resident of New Hampshire. Timothy J. Hargrave is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2410.   Maureen Murphy, individually, as surviving sibling of Timothy J. Hargrave, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maureen Murphy is a resident of New Jersey. Timothy J. Hargrave is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2411.   Kathryn M. Quinn, individually, as surviving sibling of Timothy J. Hargrave, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathryn M. Quinn is a resident of New Jersey. Timothy J. Hargrave is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2412.   Mary Ann Struble, individually, as surviving sibling of Timothy J. Hargrave, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Ann Struble is a resident of Massachusetts. Timothy J. Hargrave is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2413.   Kenneth Haskell, individually, as surviving sibling of Thomas Haskell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kenneth Haskell is a resident of New York. Thomas Haskell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2414.   Kenneth Haskell, individually, as surviving sibling of Timothy Haskell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kenneth Haskell is a resident of New York. Timothy Haskell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2415.   Belinda Barino Dillard, individually, as surviving sibling of Ronnie Henderson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Belinda Barino Dillard is a resident of New York. Ronnie Henderson is one of the Decedents murdered

364

as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2416. Sharon Henderson, individually, as surviving sibling of Ronnie Henderson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sharon Henderson is a resident of California. Ronnie Henderson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2417. Lucy Aita, individually, as surviving spouse of Paul Innella, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lucy Aita is a resident of New Jersey. Paul Innella is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2418. Maria Rich, as the Personal Representative of the Estate of Paul Innella, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Paul Innella, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Rich is a resident of Florida. Paul Innella is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2419. James Jenkins, Jr., individually, as surviving sibling of John Jenkins, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Jenkins, Jr. is a resident of Kentucky. John Jenkins is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2420. Joan Kirwin, individually, as surviving spouse of Glenn Kirwin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joan Kirwin is a resident of Connecticut. Glenn Kirwin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2421. Joan Kirwin, as the Personal Representative of the Estate of Glenn Kirwin, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Glenn Kirwin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joan Kirwin is a resident of Connecticut. Glenn Kirwin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2422. Miles Kirwin, individually, as surviving child of Glenn Kirwin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Miles Kirwin is a resident of Connecticut. Glenn Kirwin is one of the Decedents murdered as a result of the terrorist

365

attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2423. Troy Kirwin, individually, as surviving child of Glenn Kirwin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Troy Kirwin is a resident of California. Glenn Kirwin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2424. Russ F. Jellinek, Esq., as the Personal Representative of the Estate of Vanessa Lang Langer, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Vanessa Lang Langer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vanessa Lang Langer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2425. Jackson S. O'Connor, individually, as surviving sibling of Vanessa Lang Langer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jackson S. O'Connor is a resident of New York. Vanessa Lang Langer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2426. James T. O'Connor, individually, as surviving sibling of Vanessa Lang Langer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James T. O'Connor is a resident of New York. Vanessa Lang Langer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2427. Berdie Hicks as Personal Representative of the Estate of Walter W. Hicks, deceased, the late parent of Nickie Lindo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Berdie Hicks as Personal Representative of the Estate of Walter W. Hicks is a resident of Georgia. Nickie Lindo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2428. Lauren Baker, individually, as surviving child of Joseph R Marchbanks Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lauren Baker is a resident of Connecticut. Joseph R Marchbanks Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2429. Ryan Marchbanks, individually, as surviving child of Joseph R Marchbanks Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ryan Marchbanks is

a resident of New Jersey. Joseph R Marchbanks Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2430.   Teresa Marchbanks, individually, as surviving spouse of Joseph R Marchbanks Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Teresa Marchbanks is a resident of New York. Joseph R Marchbanks Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2431.   Teresa Marchbanks, as the Personal Representative of the Estate of Joseph R. Marchbanks, Jr., deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joseph R Marchbanks Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Teresa Marchbanks is a resident of New York. Joseph R Marchbanks Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2432.   Chasity DeLeon, as the Personal Representative of the Estate of Robert Gabriel Martinez, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert Gabriel Martinez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Chasity DeLeon is a resident of Florida. Robert Gabriel Martinez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2433.   Kathleen A. Koehler, individually, as surviving child of Timothy Maude, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen A. Koehler is a resident of Indiana. Timothy Maude is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2434.   Karen E. Maude, individually, as surviving child of Timothy Maude, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen E. Maude is a resident of Virginia. Timothy Maude is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2435.   Teresa Maude, individually, as surviving spouse of Timothy Maude, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Teresa Maude is a resident of South Carolina. Timothy Maude is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

and to which the Defendants provided material support and assistance in furtherance of the attacks.

2436.  Teresa Maude, as the Personal Representative of the Estate of Timothy Maude, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Timothy Maude, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Teresa Maude is a resident of South Carolina. Timothy Maude is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2437.  Christopher Delosh, individually, as surviving spouse of Kathy N. Mazza, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher Delosh is a resident of New York. Kathy N. Mazza is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2438.  John Mazza, individually, as surviving sibling of Kathy N. Mazza, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Mazza is a resident of New York. Kathy N. Mazza is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2439.  Ronald Mazza, individually, as surviving sibling of Kathy N. Mazza, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ronald Mazza is a resident of New York. Kathy N. Mazza is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2440.  Rose Mazza, individually, as surviving parent of Kathy N. Mazza, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rose Mazza is a resident of New York. Kathy N. Mazza is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2441.  Victor Mazza, individually, as surviving sibling of Kathy N. Mazza, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Victor Mazza is a resident of New York. Kathy N. Mazza is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2442.  Christopher Delosh, as the Personal Representative of the Estate of Kathy N. Mazza, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kathy N. Mazza, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher Delosh is a resident of New York.

368

Kathy N. Mazza is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2443. Andrea Madonna and Joanne Los Kamp, as Co-Personal Representatives of the Estate of Joan Micciulli, deceased, the late parent of William Micciulli, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrea Madonna and Joanne Los Kamp, as Co-Personal Representatives of the Estate of Joan Micciulli are residents of New Jersey and Florida respectively. William Micciulli is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2444. Andrea Madonna, as Personal Representative of the Estate of William Edward Micciulli, deceased, the late parent of William Micciulli, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrea Madonna, as Personal Representative of the Estate of William Edward Micciulli is a resident of New Jersey. William Micciulli is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2445. Joanne Los Kamp, individually, as surviving sibling of William Micciulli, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joanne Los Kamp is a resident of Florida. William Micciulli is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2446. Andrea Madonna, individually, as surviving sibling of William Micciulli, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrea Madonna is a resident of New Jersey. William Micciulli is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2447. Emily Micciulli, individually, as surviving child of William Micciulli, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Emily Micciulli is a resident of New York. William Micciulli is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2448. Sara Micciulli, individually, as surviving child of William Micciulli, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sara Micciulli is a resident of New York. William Micciulli is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2449. Colleen Micciulli-Foley, individually, as surviving spouse of William Micciulli, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Colleen Micciulli-Foley is a resident of New York. William Micciulli is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2450. Colleen Micciulli-Foley, as the Personal Representative of the Estate of William Micciulli, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of William Micciulli, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Colleen Micciulli-Foley is a resident of New York. William Micciulli is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2451. Daniel Lamb, individually, as surviving sibling of Odessa Morris, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel Lamb is a resident of Virginia. Odessa Morris is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2452. Ethel Scott, individually, as surviving sibling of Odessa Morris, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ethel Scott is a resident of Florida. Odessa Morris is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2453. Joseph Lamb, Sr., individually, as surviving sibling of Odessa Morris, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Lamb, Sr. is a resident of Virginia. Odessa Morris is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2454. Rachel Quinnie, individually, as surviving sibling of Odessa Morris, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rachel Quinnie is a resident of Virginia. Odessa Morris is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2455. Jeanine Murphy, individually, as surviving spouse of James Murphy, IV, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeanine Murphy is a resident of Pennsylvania. James Murphy, IV is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2456.   Jeanine Murphy, as the Personal Representative of the Estate of James Murphy, IV, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of James Murphy, IV, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeanine Murphy is a resident of Pennsylvania. James Murphy, IV is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2457.   Jessica A. Navas, individually, as surviving child of Joseph M. Navas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jessica A. Navas is a resident of New Jersey. Joseph M. Navas is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2458.   Joseph M. Navas, Jr., individually, as surviving child of Joseph M. Navas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph M. Navas, Jr. is a resident of New Jersey. Joseph M. Navas is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2459.   Justin C. Navas, individually, as surviving child of Joseph M. Navas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Justin C. Navas is a resident of New Jersey. Joseph M. Navas is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2460.   Karen A. Navas, individually, as surviving spouse of Joseph M. Navas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen A. Navas is a resident of New Jersey. Joseph M. Navas is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2461.   Karen A. Navas, as the Personal Representative of the Estate of Joseph M. Navas, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joseph M. Navas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen A. Navas is a resident of New Jersey. Joseph M. Navas is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2462.   Stephen Nevins as the Personal Representative of the Estate of Lorraine B. Foley, deceased, the late parent of Gerard Nevins, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephen Nevins is a resident of Tennessee. Gerard Nevins is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2463.   Stephen Nevins, individually, as surviving sibling of Gerard Nevins, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephen Nevins is a resident ofTennessee. Gerard Nevins is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2464.   Iris Vega, individually, as surviving sibling of Diana O'Connor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Iris Vega is a resident of California. Diana O'Connor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2465.   Maria Vega, individually, as surviving sibling of Diana O'Connor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Vega is a resident of New York. Diana O'Connor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2466.   Virginia Parro, individually, as surviving parent of Robert Parro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Virginia Parro is a resident of New York. Robert Parro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2467.   John Doe 149 as Personal Representative of the Estate of Barbara Dunleavy, deceased, the late sibling of Glenn C. Perry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Glenn C. Perry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2468.   Frank Perry A/K/A Francis Perry, individually, as surviving sibling of Glenn C. Perry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frank Perry A/K/A Francis Perry is a resident of New Jersey. Glenn C. Perry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2469. Catherine Perry, individually, as surviving parent of Glenn C. Perry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine Perry is a resident of New York. Glenn C. Perry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2470. Patrick Perry, individually, as surviving sibling of Glenn C. Perry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patrick Perry is a resident of New York. Glenn C. Perry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2471. Jennifer Bruno, individually, as surviving sibling of Maria Ramirez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennifer Bruno is a resident of Florida. Maria Ramirez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2472. Miriam Carter, individually, as surviving sibling of Maria Ramirez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Miriam Carter is a resident of Florida. Maria Ramirez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2473. Elsie Cintron-Rosado, individually, as surviving parent of Maria Ramirez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elsie Cintron-Rosado is a resident of Florida. Maria Ramirez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2474. Elsie Cintron-Rosado, as the Personal Representative of the Estate of Maria Ramirez, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Maria Ramirez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elsie Cintron-Rosado is a resident of Florida. Maria Ramirez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2475. Jessica Darden, individually, as surviving sibling of Maria Ramirez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jessica Darden is a resident of Florida. Maria Ramirez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

docs-100618088.3

2476.  Maureen Regan, individually, as surviving sibling of Donald Regan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maureen Regan is a resident of Florida. Donald Regan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2477.  William Regan, individually, as surviving sibling of Donald Regan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William Regan is a resident of New York. Donald Regan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2478.  Joan Reilly and Regina Madigan as Legal Guardians of Edward Reilly, individually, as surviving sibling of Kevin Reilly, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joan Reilly and Regina Madigan as Legal Guardians of Edward Reilly is a resident of New York. Kevin Reilly is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2479.  John McManus, as the Personal Representative of the Estate of Richard Rescorla, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Richard Rescorla, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John McManus is a resident of New Jersey. Richard Rescorla is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2480.  Susan Brand a/k/a Siegel a/k/a Retik, individually, as surviving sibling of David Retik, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan Brand a/k/a Siegel a/k/a Retik is a resident of New York. David Retik is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2481.  Mark Retik as Personal Representative of the Estate of Lynne Retik, deceased, the late parent of David Retik, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mark Retik as Personal Representative of the Estate of Lynne Retik is a resident of New Jersey. David Retik is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2482.  John Doe 125 as Personal Representative of the Estate of Alan Retik, deceased, the late parent of David Retik, is a Plaintiff seeking justice for the tragic events of September 11, 2001. David Retik is one of the Decedents murdered as a result of the terrorist attacks of

September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2483. Benjamin Retik, individually, as surviving child of David Retik, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Benjamin Retik is a resident of Massachusetts. David Retik is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2484. Dina Retik, individually, as surviving child of David Retik, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dina Retik is a resident of Massachusetts. David Retik is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2485. Molly Retik, individually, as surviving child of David Retik, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Molly Retik is a resident of Massachusetts. David Retik is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2486. Susan Zalesne Retik, individually, as surviving spouse of David Retik, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan Zalesne Retik is a resident of Massachusetts. David Retik is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2487. Susan Zalesne Retik Personal Representative of the Estate of David Retik, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of David Retik, is a Plaintiff seeking justice for the tragic events of September 11, 2001. David Retik is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2488. Stanley Rodgers, individually, as surviving parent of Venesha Richards, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stanley Rodgers is a resident of Georgia. Venesha Richards is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2489. Cristal Barragan, individually, as surviving child of Moises Rivas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cristal Barragan is a resident of Pennsylvania. Moises Rivas is one of the Decedents murdered as a result of the terrorist

attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2490. Katherin Dalmasi fka Katherin Pleitez, individually, as surviving child of Moises Rivas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Katherin Dalmasi fka Katherin Pleitez is a resident of Pennsylvania. Moises Rivas is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2491. Karen Robertson-Jurczak, as the Personal Representative of the Estate of Donald Robertson, Jr., deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Donald Robertson, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen Robertson-Jurczak is a resident of New Jersey. Donald Robertson, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2492. Karen Robertson-Jurczak, individually, as surviving spouse of Donald Robertson, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Karen Robertson-Jurczak is a resident of New Jersey. Donald Robertson, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2493. Denyse Betcher, individually, as surviving child of Paul Ruback, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Denyse Betcher is a resident of New York. Paul Ruback is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2494. Danny J. Marino, individually, as surviving child of Paul Ruback, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Danny J. Marino is a resident of South Carolina. Paul Ruback is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2495. Raysa Rodriguez, individually, as surviving sibling of Esmerlin Salcedo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Raysa Rodriguez is a resident of New York. Esmerlin Salcedo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2496. Amarcimeve Jimenez Salcedo, individually, as surviving parent of Esmerlin Salcedo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Amarcimeve

Jimenez Salcedo is a resident of New York. Esmerlin Salcedo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2497. Amber Salcedo, individually, as surviving child of Esmerlin Salcedo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Amber Salcedo is a resident of Florida. Esmerlin Salcedo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2498. Francisco Salcedo, individually, as surviving sibling of Esmerlin Salcedo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Francisco Salcedo is a resident of New York. Esmerlin Salcedo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2499. Joel Salcedo, individually, as surviving sibling of Esmerlin Salcedo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joel Salcedo is a resident of New York. Esmerlin Salcedo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2500. Kayla Salcedo, individually, as surviving child of Esmerlin Salcedo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kayla Salcedo is a resident of Massachusetts. Esmerlin Salcedo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2501. Markos Salcedo, individually, as surviving child of Esmerlin Salcedo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Markos Salcedo is a resident of Massachusetts. Esmerlin Salcedo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2502. Matilde Salcedo, individually, as surviving spouse of Esmerlin Salcedo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matilde Salcedo is a resident of Massachusetts. Esmerlin Salcedo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2503. Melody Salcedo, individually, as surviving child of Esmerlin Salcedo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Melody Salcedo is a resident of Florida. Esmerlin Salcedo is one of the Decedents murdered as a result of the terrorist

attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2504. Miriam Salcedo, individually, as surviving parent of Esmerlin Salcedo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Miriam Salcedo is a resident of New York. Esmerlin Salcedo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2505. Orson Salcedo, individually, as surviving sibling of Esmerlin Salcedo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Orson Salcedo is a resident of New York. Esmerlin Salcedo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2506. Oscar Salcedo, individually, as surviving sibling of Esmerlin Salcedo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Oscar Salcedo is a resident of New York. Esmerlin Salcedo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2507. Matilde Salcedo, as the Personal Representative of the Estate of Esmerlin Salcedo, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Esmerlin Salcedo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matilde Salcedo is a resident of New York. Esmerlin Salcedo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2508. Melissa Magazine, individually, as surviving child of Jay Magazine, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Melissa Magazine is a resident of New York. Jay Magazine is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2509. Paul Asaro, individually, as surviving sibling of Carl Asaro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paul Asaro is a resident of New York. Carl Asaro is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2510. Peter Asaro, individually, as surviving sibling of Carl Asaro, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Asaro is a resident of New York. Carl Asaro is one of the Decedents murdered as a result of the terrorist attacks of September

11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2511.  Dolores Audiffred, individually, as surviving sibling of James Audiffred, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dolores Audiffred is a resident of New York. James Audiffred is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2512.  Mark Anthony Barrett, Sr., individually, as surviving sibling of Renee Barrett-Arjune, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mark Anthony Barrett, Sr. is a resident of New York. Renee Barrett-Arjune is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2513.  Mark Anthony Barrett, Sr., as the Personal Representative of the Estate of Renee Barrett-Arjune, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Renee Barrett-Arjune, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mark Anthony Barrett, Sr. is a resident of New York. Renee Barrett-Arjune is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2514.  Edward Arjune, individually, as surviving child of Renee Barrett-Arjune, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Edward Arjune is a resident of New Jersey. Renee Barrett-Arjune is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2515.  John Joseph Curtin, individually, as surviving sibling of Michael Curtin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Joseph Curtin is a resident of Georgia. Michael Curtin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2516.  Kathleen Wojslaw, individually, as surviving sibling of Michael Curtin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Wojslaw is a resident of New York. Michael Curtin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2517.  Jeanne Osterndorf, individually, as surviving sibling of Michael Curtin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeanne Osterndorf is a resident of North Carolina. Michael Curtin is one of the Decedents murdered as a result

379

of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2518. James Devlin, individually, as surviving sibling of Dennis Devlin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Devlin is a resident of Indiana. Dennis Devlin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2519. John Duffy, individually, as surviving sibling of Michael Duffy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Duffy is a resident of New York. Michael Duffy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2520. Barbara Duffy, individually, as surviving parent of Michael Duffy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Duffy is a resident of New York. Michael Duffy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2521. Barbara Duffy, as the Personal Representative of the Estate of Michael Duffy, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael Duffy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Duffy is a resident of New York. Michael Duffy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2522. Marykay Kemper, individually, as surviving sibling of Michael Duffy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marykay Kemper is a resident of New York. Michael Duffy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2523. Jane Gollan, individually, as surviving sibling of Barbara G. Edwards, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jane Gollan is a resident of Arizona. Barbara G. Edwards is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2524. Douglas Evans, individually, as surviving sibling of Eric Evans, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Douglas Evans is a resident of New Jersey. Eric Evans is one of the Decedents murdered as a result of the terrorist attacks of

September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2525. Iris J. Friedman, individually, as surviving sibling of Paul Friedman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Iris J. Friedman is a resident of Massachusetts. Paul Friedman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2526. Meryl Friedman Price, individually, as surviving sibling of Paul Friedman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Meryl Friedman Price is a resident of Massachusetts. Paul Friedman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2527. James Friedman, individually, as surviving sibling of Paul Friedman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Friedman is a resident of New Jersey. Paul Friedman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2528. Thomas Gary, individually, as surviving child of Bruce Gary, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Gary is a resident of New York. Bruce Gary is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2529. Josefina Gonzalez, individually, as surviving parent of Rosa Gonzalez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Josefina Gonzalez is a resident of Pennsylvania. Rosa Gonzalez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2530. Eneida Ramos, individually, as surviving sibling of Rosa Gonzalez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eneida Ramos is a resident of New Jersey. Rosa Gonzalez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2531. Lydia E. Ramos-Gonzalez, individually, as surviving sibling of Rosa Gonzalez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lydia E. Ramos-Gonzalez is a resident of Pennsylvania. Rosa Gonzalez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2532. Esterlina Rivera, individually, as surviving sibling of Rosa Gonzalez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Esterlina Rivera is a resident of New Jersey. Rosa Gonzalez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2533. Reinaldo Ramos-Gonzalez, individually, as surviving sibling of Rosa Gonzalez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Reinaldo Ramos-Gonzalez is a resident of Pennsylvania. Rosa Gonzalez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2534. Maria Gonzalez, individually, as surviving sibling of Rosa Gonzalez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Gonzalez is a resident of New Jersey. Rosa Gonzalez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2535. Nelida Gonzalez, individually, as surviving sibling of Rosa Gonzalez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nelida Gonzalez is a resident of Pennsylvania. Rosa Gonzalez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2536. Jose Gonzalez, individually, as surviving sibling of Rosa Gonzalez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jose Gonzalez is a resident of New Jersey. Rosa Gonzalez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2537. Wesley Graf, individually, as surviving child of Edwin Graf, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Wesley Graf is a resident of Georgia. Edwin Graf is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2538. Mary Hasson, as the Personal Representative of the Estate of Joseph John Hasson, III, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joseph John Hasson, III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Hasson is a resident of New York. Joseph John Hasson, III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

and to which the Defendants provided material support and assistance in furtherance of the attacks.

2539. Mary Hasson, individually, as surviving spouse of Joseph John Hasson, III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Hasson is a resident of New York. Joseph John Hasson, III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2540. Joseph John Hasson, IV, individually, as surviving child of Joseph John Hasson, III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph John Hasson, IV is a resident of New York. Joseph John Hasson, III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2541. Joseph John Hasson, Jr, individually, as surviving parent of Joseph John Hasson, III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph John Hasson, Jr is a resident of New York. Joseph John Hasson, III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2542. Paulette Hasson, individually, as surviving parent of Joseph John Hasson, III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paulette Hasson is a resident of New York. Joseph John Hasson, III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2543. Victoria Zanotto, individually, as surviving sibling of Joseph John Hasson, III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Victoria Zanotto is a resident of New York. Joseph John Hasson, III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2544. Christopher Hasson, individually, as surviving sibling of Joseph John Hasson, III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher Hasson is a resident of New York. Joseph John Hasson, III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2545. Maria Rich, individually, as surviving sibling of Paul Innella, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Rich is a resident of Florida. Paul Innella is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2546.   Maria Rich, as Personal Representative of the Estate of Shirley Innella, deceased, the late parent of Paul Innella, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Rich is a resident of Florida. Paul Innella is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2547.   Lisa Iraci as Personal Representative of the Estate of Francis Kelly, deceased, the late sibling of Thomas William Kelly, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lisa Iraci as Personal Representative of the Estate of Francis Kelly is a resident of New York. Thomas William Kelly is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2548.   Nancy Kelly, individually, as surviving sibling of Thomas Michael Kelly, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nancy Kelly is a resident of New York. Thomas Michael Kelly is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2549.   Nancy Kelly as Personal Representative of the Estate of Sylvia Kelly, deceased, the late parent of Thomas Michael Kelly, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nancy Kelly as Personal Representative of the Estate of Sylvia Kelly is a resident of New York. Thomas Michael Kelly is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2550.   Yolanda Cerda, individually, as surviving spouse of Matthew Leonard, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Yolanda Cerda is a resident of New York. Matthew Leonard is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2551.   Yolanda Cerda, as the Personal Representative of the Estate of Matthew Leonard, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Matthew Leonard, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Yolanda Cerda is a resident of New York. Matthew Leonard is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2552.   Christina Leonard, individually, as surviving child of Matthew Leonard, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christina Leonard is a resident of New York. Matthew Leonard is one of the Decedents murdered as a result of

the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2553. Samantha Allen, individually, as surviving child of Samantha Lightbourn-Allen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Samantha Allen is a resident of Maryland. Samantha Lightbourn-Allen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2554. Michael Magee, individually, as surviving sibling of Charles Magee, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Magee is a resident of Florida. Charles Magee is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2555. Margaret Randazzo-Maloy, individually, as surviving spouse of Gene Maloy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Margaret Randazzo-Maloy is a resident of California. Gene Maloy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2556. Rosalie Marti, individually, as surviving parent of Michael Marti, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rosalie Marti is a resident of New York. Michael Marti is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2557. Mario Truglio as Personal Representative of the Estate of Rodger Marti, deceased, the late parent of Michael Marti, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mario Truglio as Personal Representative of the Estate of Rodger Marti is a resident of New York. Michael Marti is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2558. Rosalie Marti, as the Personal Representative of the Estate of Michael Marti, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael Marti, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rosalie Marti is a resident of New York. Michael Marti is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2559. Nixia Mena-Alexis, individually, as surviving sibling of Diarelia Mena, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nixia Mena-Alexis is a

resident of New Jersey. Diarelia Mena is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2560. Diana Mena, individually, as surviving parent of Diarelia Mena, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Diana Mena is a resident of New Jersey. Diarelia Mena is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2561. Nixia Mena-Alexis as Personal Representative of the Estate of Aurelio Mena, deceased, the late parent of Diarelia Mena, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nixia Mena-Alexis as Personal Representative of the Estate of Aurelio Mena is a resident of New Jersey. Diarelia Mena is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2562. Sandra O'Connor Carey, individually, as surviving spouse of Keith O'Connor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sandra O'Connor Carey is a resident of New Jersey. Keith O'Connor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2563. Sandra O'Connor Carey, as the Personal Representative of the Estate of Keith O'Connor, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Keith O'Connor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sandra O'Connor Carey is a resident of New Jersey. Keith O'Connor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2564. Susan O'Connor, individually, as surviving parent of Keith O'Connor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan O'Connor is a resident of New Jersey. Keith O'Connor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2565. Susan O'Connor, as Personal Representative of the Estate of Francis O'Connor, deceased, the late parent of Keith O'Connor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan O'Connor, as Personal Representative of the Estate of Francis O'Connor is a resident of New Jersey. Keith O'Connor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2566. Neil Peraza, individually, as surviving sibling of Robert Peraza, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Neil Peraza is a resident of Florida. Robert Peraza is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2567. Neil Peraza, as the Personal Representative of the Estate of Robert Peraza, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert Peraza, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Neil Peraza is a resident of Florida. Robert Peraza is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2568. Neil Peraza, as Personal Representative of the Estate of Robert D. Peraza, deceased, the late parent of Robert Peraza, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Neil Peraza, as Personal Representative of the Estate of Robert D. Peraza is a resident of Florida. Robert Peraza is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2569. Lee Gargano, individually, as surviving sibling of Karen Renda, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lee Gargano is a resident of North Carolina. Karen Renda is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2570. Minerva Rosario, as the Personal Representative of the Estate of Aida Rosario, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Aida Rosario, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Minerva Rosario is a resident of New Jersey. Aida Rosario is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2571. Minerva Rosario as Personal Representative of the Estate of Rodolfo Rosario, deceased, the late sibling of Aida Rosario, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Minerva Rosario as Personal Representative of the Estate of Rodolfo Rosario is a resident of New Jersey. Aida Rosario is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

387

2572.   Amy Vazquez, individually, as surviving child of Aida Rosario, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Amy Vazquez is a resident of New Jersey. Aida Rosario is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2573.   Jasmine DeJesus, individually, as surviving child of Aida Rosario, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jasmine DeJesus is a resident of New Jersey. Aida Rosario is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2574.   Farah Frenkel, individually, as surviving sibling of Rahma Salie, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Farah Frenkel is a resident of California. Rahma Salie is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2575.   Christina Savas, individually, as surviving child of Anthony Savas, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christina Savas is a resident of South Carolina. Anthony Savas is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2576.   David Schlegel, individually, as surviving sibling of Robert Schlegel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. David Schlegel is a resident of Maine. Robert Schlegel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2577.   Richard Schlegel, individually, as surviving sibling of Robert Schlegel, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Richard Schlegel is a resident of Pennsylvania. Robert Schlegel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2578.   John Doe 150 as Personal Representative of the Estate of Elvin Schlegel, deceased, the late parent of Robert Schlegelis a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Schlegel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2579. Robert Davenport, individually, as surviving sibling of Antionette Sherman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Davenport is a resident of Maryland. Antionette Sherman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2580. Christopher Charles Clarke, individually, as surviving sibling of Antionette Sherman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher Charles Clarke is a resident of Maryland. Antionette Sherman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2581. Jamal Green, individually, as surviving child of Antionette Sherman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jamal Green is a resident of Maryland. Antionette Sherman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2582. Perry Sikorsky as Personal Representative of the Estate of George K. Sikorsky, deceased, the late parent of Gregory Sikorsky, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Perry Sikorsky as Personal Representative of the Estate of George K. Sikorsky is a resident of New York. Gregory Sikorsky is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2583. Perry Sikorsky as Personal Representative of the Estate of Luzia Sikorsky, deceased, the late parent of Gregory Sikorsky, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Perry Sikorsky as Personal Representative of the Estate of Luzia Sikorsky is a resident of New York. Gregory Sikorsky is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2584. Toolsiedai Seepersaud a/k/a Ruby Awan, individually, as surviving parent of Khamladai Khami Singh, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Toolsiedai Seepersaud a/k/a Ruby Awan is a resident of New York. Khamladai Khami Singh is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2585. Toolsiedai Seepersaud a/k/a Ruby Awan, as the Personal Representative of the Estate of Khamladai Khami Singh, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Khamladai Khami Singh, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Toolsiedai Seepersaud a/k/a Ruby Awan is a resident of New York. Khamladai Khami Singh is one

of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2586. Toolsiedai Seepersaud a/k/a Ruby Awan, as Personal Representative of the Estate of Roshan Ramesh Singh, deceased, the late sibling of Khamladai Khami Singh, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Toolsiedai Seepersaud a/k/a Ruby Awan, as Personal Representative of the Estate of Roshan Ramesh Singh is a resident of New York. Khamladai Khami Singh is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2587. Toolsiedai Seepersaud a/k/a Ruby Awan, individually, as surviving parent of Roshan Ramesh Singh, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Toolsiedai Seepersaud a/k/a Ruby Awan is a resident of New York. Roshan Ramesh Singh is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2588. Toolsiedai Seepersaud a/k/a Ruby Awan, as the Personal Representative of the Estate of Roshan Ramesh Singh, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Roshan Ramesh Singh, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Toolsiedai Seepersaud a/k/a Ruby Awan is a resident of New York. Roshan Ramesh Singh is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2589. Toolsiedai Seepersaud a/k/a Ruby Awan, as Personal Representative of the Estate of Khamladai Khami Singh, deceased, the late sibling of Roshan Ramesh Singh, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Toolsiedai Seepersaud a/k/a Ruby Awan, as Personal Representative of the Estate of Khamladai Khami Singh is a resident of New York. Roshan Ramesh Singh is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2590. Leandra Hart, individually, as surviving child of Leon Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leandra Hart is a resident of New York. Leon Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2591. Alex Stone, individually, as surviving child of Lonny Jay Stone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alex Stone is a resident of New York. Lonny Jay Stone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to

which the Defendants provided material support and assistance in furtherance of the attacks.

2592. Stacey Stone, individually, as surviving spouse of Lonny Jay Stone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stacey Stone is a resident of New York. Lonny Jay Stone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2593. Stacey Stone, as the Co-Personal Representative of the Estate of Lonny Stone, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lonny Jay Stone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stacey Stone is a resident of New York. Lonny Jay Stone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2594. Joshua Stone, individually, as surviving child of Lonny Jay Stone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joshua Stone is a resident of New York. Lonny Jay Stone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2595. Graeme Sword, individually, as surviving sibling of Derek O. Sword, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Graeme Sword is a resident of the United Kingdom. Derek O. Sword is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2596. John Doe 105, as the Personal Representative of the Estate of Allan Sword, deceased, the late sibling of Derek O. Sword, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Derek O. Sword is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2597. Irene Sword, individually, as surviving parent of Derek O. Sword, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Irene Sword is a resident of the United Kingdom. Derek O. Sword is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2598. David Sword, individually, as surviving parent of Derek O. Sword, is a Plaintiff seeking justice for the tragic events of September 11, 2001. David Sword is a resident of the United Kingdom. Derek O. Sword is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2599. Luz Vale, individually, as surviving spouse of Ivan Vale, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Luz Vale is a resident of Puerto Rico. Ivan Vale is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2600. Luz Vale, as the Personal Representative of the Estate of Ivan Vale, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ivan Vale, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Luz Vale is a resident of Puerto Rico. Ivan Vale is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2601. Clarissa Kirschenbaum, as Personal Representative of the Estate of Adolph Wald, deceased, the late parent of Victor Wald, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Clarissa Kirschenbaum, as Personal Representative of the Estate of Adolph Wald is a resident of New York. Victor Wald is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2602. Clarissa Kirschenbaum, as Personal Representative of the Estate of Fanni Wald, deceased, the late parent of Victor Wald, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Clarissa Kirschenbaum, as Personal Representative of the Estate of Fanni Wald is a resident of New York. Victor Wald is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2603. Robert Weingard, individually, as surviving sibling of Scott Weingard, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Weingard is a resident of New York. Scott Weingard is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2604. Marc Weingard as Personal Representative of the Estate of Bonnie Weingard, deceased, the late parent of Scott Weingard, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marc Weingard as Personal Representative of the Estate of Bonnie Weingard is a resident of Florida. Scott Weingard is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2605. Marc Weingard, individually, as surviving sibling of Scott Weingard, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marc Weingard is a resident

docs-100618088.3

ofFlorida. Scott Weingard is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2606.   Marc Weingard, as the Personal Representative of the Estate of Scott Weingard, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Scott Weingard, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marc Weingard is a resident ofFlorida. Scott Weingard is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2607.   Denise White, individually, as surviving child of John White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Denise White is a resident of Florida. John White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2608.   Lillian Zambrana as Personal Representative of the Estate of Edwin Zambrana, Sr., deceased, the late parent of Edwin Zambrana, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lillian Zambrana as Personal Representative of the Estate of Edwin Zambrana, Sr. is a resident of New York. Edwin Zambrana is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2609.   Michael Bianco, individually, as surviving child of Joseph Agnello, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Bianco is a resident of New Jersey. Joseph Agnello is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2610.   Charlotte Amundson, individually, as surviving child of Craig Amundson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Charlotte Amundson is a resident of New Mexico. Craig Amundson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2611.   Elliot Amundson, individually, as surviving child of Craig Amundson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elliot Amundson is a resident of New Mexico. Craig Amundson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2612. Amber A. Amundson, individually, as surviving spouse of Craig Amundson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Amber A. Amundson is a resident of New Mexico. Craig Amundson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2613. Natalie Pollack, individually, as surviving child of Louis F. Aversano, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Natalie Pollack is a resident of Florida. Louis F. Aversano, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2614. Ronda Boyle, individually, as surviving spouse of Allen Boyle, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ronda Boyle is a resident of Montana. Allen Boyle is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2615. Ronda Boyle, as the Personal Representative of the Estate of Allen Boyle, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Allen Boyle, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ronda Boyle is a resident of Montana. Allen Boyle is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2616. Allen Richard Boyle, individually, as surviving child of Allen Boyle, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Allen Richard Boyle is a resident of Montana. Allen Boyle is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2617. Dylan Boyle, individually, as surviving child of Allen Boyle, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dylan Boyle is a resident of Montana. Allen Boyle is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2618. Nathan Boyle, individually, as surviving child of Allen Boyle, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nathan Boyle is a resident of Montana. Allen Boyle is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2619.  Patrick Cartier, individually, as surviving parent of James Cartier, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patrick Cartier is a resident of New York. James Cartier is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2620.  John Doe 96, being intended to designate the Personal Representative of the Estate of James Cartier, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of James Cartier, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Cartier is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2621.  John Doe 151 as Personal Representative of the Estate of Douglas Caufield, deceased, the late sibling of Robert Caufield, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Caufield is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks

2622.  John Doe 93, being intended to designate the Personal Representative of the Estate of Robert Caufield, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert Caufield, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Caufield is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2623.  Jermaine Cook, individually, as surviving spouse of Helen Cook, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jermaine Cook is a resident of Maryland. Helen Cook is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2624.  Mary Doherty, as the Personal Representative of the Estate of John Doherty, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of John Doherty, is a Plaintiff seeking justice for the tragic events of

September 11, 2001. Mary Doherty is a resident of New York. John Doherty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2625.   Mary Doherty, individually, as surviving spouse of John Doherty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Doherty is a resident of New York. John Doherty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2626.   Barbara Doherty, individually, as surviving child of John Doherty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Doherty is a resident of New York. John Doherty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2627.   Maureen Reed, individually, as surviving child of John Doherty, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maureen Reed is a resident of New York. John Doherty is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2628.   Sarah Dwyer, individually, as surviving child of Patrick Dwyer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sarah Dwyer is a resident of New York. Patrick Dwyer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2629.   Jo Ann Dwyer, individually, as surviving spouse of Patrick Dwyer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jo Ann Dwyer is a resident of New York. Patrick Dwyer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2630.   Jo Ann Dwyer, as the Personal Representative of the Estate of Patrick Dwyer, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Patrick Dwyer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jo Ann Dwyer is a resident of New York. Patrick Dwyer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2631.   Brendan Dwyer, individually, as surviving child of Patrick Dwyer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brendan Dwyer is a resident of New

York. Patrick Dwyer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2632. Barbara Echtermann, individually, as surviving parent of Margaret Echtermann, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Echtermann is a resident of New York. Margaret Echtermann is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2633. Johanna Kmetz, as the Personal Representative of the Estate of Margaret Echtermann, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Margaret Echtermann, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Johanna Kmetz is a resident of New York. Margaret Echtermann is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2634. Annette Elseth, individually, as surviving spouse of Robert Elseth, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Annette Elseth is a resident of Virginia. Robert Elseth is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2635. Annette Elseth, as the Personal Representative of the Estate of Robert Elseth, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert Elseth, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Annette Elseth is a resident of Virginia. Robert Elseth is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2636. Faith Elseth, individually, as surviving child of Robert Elseth, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Faith Elseth is a resident of Virginia. Robert Elseth is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2637. Berta Elseth, individually, as surviving parent of Robert Elseth, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Berta Elseth is a resident of Florida. Robert Elseth is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2638.   James Elseth as Personal Representative for the Estate of Curtis Elseth, deceased, the late
        parent of Robert Elseth, is a Plaintiff seeking justice for the tragic events of September
        11, 2001. James Elseth as Personal Representative for the Estate of Curtis Elseth is a
        resident of Florida. Robert Elseth is one of the Decedents murdered as a result of the
        terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin
        Laden, and to which the Defendants provided material support and assistance in
        furtherance of the attacks.

2639.   James Elseth, individually, as surviving sibling of Robert Elseth, is a Plaintiff seeking
        justice for the tragic events of September 11, 2001. James Elseth is a resident of Florida.
        Robert Elseth is one of the Decedents murdered as a result of the terrorist attacks of
        September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to
        which the Defendants provided material support and assistance in furtherance of the
        attacks.

2640.   Harlan Elseth, individually, as surviving sibling of Robert Elseth, is a Plaintiff seeking
        justice for the tragic events of September 11, 2001. Harlan Elseth is a resident of
        Minnesota. Robert Elseth is one of the Decedents murdered as a result of the terrorist
        attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,
        and to which the Defendants provided material support and assistance in furtherance of
        the attacks.

2641.   Nancy Bolger, individually, as surviving sibling of Robert Elseth, is a Plaintiff seeking
        justice for the tragic events of September 11, 2001. Nancy Bolger is a resident of Canada.
        Robert Elseth is one of the Decedents murdered as a result of the terrorist attacks of
        September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to
        which the Defendants provided material support and assistance in furtherance of the
        attacks.

2642.   Alfredo Samuel Espinal, individually, as surviving sibling of Jose Espinal, is a Plaintiff
        seeking justice for the tragic events of September 11, 2001. Alfredo Samuel Espinal is a
        resident of Idaho. Jose Espinal is one of the Decedents murdered as a result of the
        terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin
        Laden, and to which the Defendants provided material support and assistance in
        furtherance of the attacks.

2643.   Dorothy Swick, individually, as surviving sibling of Catherine Fagan, is a Plaintiff
        seeking justice for the tragic events of September 11, 2001. Dorothy Swick is a resident
        of Pennsylvania. Catherine Fagan is one of the Decedents murdered as a result of the
        terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin
        Laden, and to which the Defendants provided material support and assistance in
        furtherance of the attacks.

2644.   Veronica Morris, as the Personal Representative of the Estate of Eileen Flecha, deceased,
        on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries
        and family members of Eileen Flecha, is a Plaintiff seeking justice for the tragic events of
        September 11, 2001. Veronica Morris is a resident of Virginia. Eileen Flecha is one of the
        Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were

398

carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2645. Veronica Morris, individually, as surviving parent of Eileen Flecha, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Veronica Morris is a resident of Virginia. Eileen Flecha is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2646. Jane Thompson, individually, as surviving parent of Jon Grabowski, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jane Thompson is a resident of Delaware. Jon Grabowski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2647. Desmond Green, individually, as surviving sibling of Derrick Green, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Desmond Green is a resident of Connecticut. Derrick Green is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2648. Ester Yevdayeva, individually, as surviving parent of Daniel Ilkanayev, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ester Yevdayeva is a resident of New York. Daniel Ilkanayev is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2649. Alfred Jeffries, Sr., individually, as surviving parent of Alva Jeffries Sanchez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alfred Jeffries, Sr. is a resident of Massachusetts. Alva Jeffries Sanchez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2650. Malikah Jeffries, individually, as surviving sibling of Alva Jeffries Sanchez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Malikah Jeffries is a resident of Massachusetts. Alva Jeffries Sanchez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2651. AlexandraMück, individually, as surviving child of George Lopez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexandra Mück is a resident of Florida. George Lopez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to

which the Defendants provided material support and assistance in furtherance of the attacks.

2652. Doris McCloud, individually, as surviving parent of Tara McCloud Gray, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Doris McCloud is a resident of Indiana. Tara McCloud Gray is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2653. Tommie Milam, individually, as surviving parent of Ronald Milam, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tommie Milam is a resident of Oklahoma. Ronald Milam is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2654. Effie Milam, individually, as surviving parent of Ronald Milam, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Effie Milam is a resident of Texas. Ronald Milam is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2655. Steven Wayne Milam, individually, as surviving sibling of Ronald Milam, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Steven Wayne Milam is a resident of Texas. Ronald Milam is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2656. Winsome Nelson-Reid, individually, as surviving parent of Michele Ann Nelson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Winsome Nelson-Reid is a resident of New York. Michele Ann Nelson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2657. Winsome Nelson-Reid, as the Personal Representative of the Estate of Michele Nelson, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michele Ann Nelson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Winsome Nelson-Reid is a resident of New York. Michele Ann Nelson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2658. Monique Riviere, individually, as surviving sibling of Michele Ann Nelson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Monique Riviere is a resident of Maryland. Michele Ann Nelson is one of the Decedents murdered as a result of the

terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2659. Sheila O'Shea, as the Personal Representative of the Estate of Patrick O'Shea, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Patrick O'Shea, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sheila O'Shea is a resident of New York. Patrick O'Shea is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2660. Sheila O'Shea, individually, as surviving spouse of Patrick O'Shea, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sheila O'Shea is a resident of New York. Patrick O'Shea is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2661. Patrick O'Shea, Jr., individually, as surviving child of Patrick O'Shea, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patrick O'Shea, Jr. is a resident of New York. Patrick O'Shea is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2662. Megan O'Shea, individually, as surviving child of Patrick O'Shea, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Megan O'Shea is a resident of New York. Patrick O'Shea is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2663. Edwin Ovalles, individually, as surviving child of Jesus Ovalles, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Edwin Ovalles is a resident of Pennsylvania. Jesus Ovalles is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2664. John Doe 90, being intended to designate the Personal Representative of the Estate of Jesus Ovalles, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jesus Ovalles, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jesus Ovalles is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2665. Pamela Pabon, individually, as surviving child of Israel Pabon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Pamela Pabon is a resident of Puerto Rico. Israel Pabon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2666. Terry Paul, individually, as surviving sibling of James Paul, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Terry Paul is a resident of the District of Columbia. James Paul is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2667. Patricia A. Paul, as the Personal Representative of the Estate of James Paul, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of James Paul, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia A. Paul is a resident of Illinois. James Paul is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2668. Carey Pierce, individually, as surviving sibling of Dennis Pierce, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carey Pierce is a resident of France. Dennis Pierce is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2669. Barbara Timpone, individually, as surviving sibling of Dennis Pierce, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Timpone is a resident of Arizona. Dennis Pierce is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2670. John Doe 97, being intended to designate the Personal Representative of the Estate of Dennis Pierce, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Dennis Pierce, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dennis Pierce is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

402

Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2671. Cynthia Lesemann, individually, as surviving sibling of James Sands, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cynthia Lesemann is a resident of New Jersey. James Sands, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2672. Geraldine Sands, individually, as surviving parent of James Sands, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Geraldine Sands is a resident of New Jersey. James Sands, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2673. Loreen Fremaint, individually, as surviving sibling of James Sands, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Loreen Fremaint is a resident of New Jersey. James Sands, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2674. Dinnette Medina, individually, as surviving sibling of Ayleen Santiago, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dinnette Medina is a resident of Pennsylvania. Ayleen Santiago is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2675. Otis Tolbert, individually, as surviving parent of Otis Tolbert, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Otis Tolbert is a resident of California. Otis Tolbert is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2676. Nancy Tolbert, individually, as surviving parent of Otis Tolbert, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nancy Tolbert is a resident of California. Otis Tolbert is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2677. Shari Tolbert, as Representative of the Estate of Otis Tolbert, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Otis Tolbert, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shari Tolbert is a resident of California. Otis Tolbert is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out

by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2678. Alda Walcott, as the Personal Representative of the Estate of Courtney Walcott, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Courtney Walcott, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alda Walcott is a resident of Florida. Courtney Walcott is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2679. Alda Walcott, individually, as surviving parent of Courtney Walcott, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alda Walcott is a resident of Florida. Courtney Walcott is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2680. Hector L. Walcott, individually, as surviving parent of Courtney Walcott, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Hector L. Walcott is a resident of Florida. Courtney Walcott is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2681. Andrew Walcott, individually, as surviving sibling of Courtney Walcott, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrew Walcott is a resident of New York. Courtney Walcott is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2682. Delano Walcott, individually, as surviving sibling of Courtney Walcott, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Delano Walcott is a resident of Arizona. Courtney Walcott is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2683. John Doe 89, being intended to designate the Personal Representative of the Estate of Edward White, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edward White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Edward White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2684. Christopher White, individually, as surviving sibling of Edward White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher White is a resident of New York. Edward White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2685. Regina White, individually, as surviving parent of Edward White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Regina White is a resident of New York. Edward White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2686. Regina White, as Personal Represntative of the Estate of Edward James White, Jr., deceased, the late parent of Edward White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Regina White, as Personal Represntative of the Estate of Edward James White, Jr. is a resident of New York. Edward White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2687. William White, individually, as surviving sibling of Edward White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William White is a resident of New York. Edward White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2688. Suzanne Antoniou, individually, as surviving sibling of Edward White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Suzanne Antoniou is a resident of New York. Edward White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2689. James White, individually, as surviving sibling of Edward White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James White is a resident of New York. Edward White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2690. Wanda Rose, individually, as surviving sibling of Lisa Young, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Wanda Rose is a resident of Maryland. Lisa Young is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to

which the Defendants provided material support and assistance in furtherance of the attacks.

2691. Barry Amundson, individually, as surviving sibling of Craig Amundson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barry Amundson is a resident of Oregon. Craig Amundson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2692. Ramona Schroeder, individually, as surviving parent of Lorraine Antigua, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ramona Schroeder is a resident of Florida. Lorraine Antigua is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2693. Charles Schroeder, individually, as surviving parent of Lorraine Antigua, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Charles Schroeder is a resident of Florida. Lorraine Antigua is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2694. Sasha Cardona, individually, as surviving child of Jose Cardona, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sasha Cardona is a resident of Florida. Jose Cardona is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2695. Daniel Acevedo, individually, as surviving sibling of Vivian Casalduc, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel Acevedo is a resident of Florida. Vivian Casalduc is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2696. Jennifer Sullivan, individually, as surviving child of Michael Curtin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennifer Sullivan is a resident of Massachusetts. Michael Curtin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2697. Barbara Echtermann as Personal Representative of the Estate of Helmut Echtermann, deceased, the late parent of Margaret Echtermann, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Echtermann as Personal Representative of the Estate of Helmut Echtermann is a resident of Florida. Margaret Echtermann is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that

were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2698.   Dietrich Echtermann, individually, as surviving sibling of Margaret Echtermann, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dietrich Echtermann is a resident of California. Margaret Echtermann is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2699.   Heidemarie Echtermann-Toribio, individually, as surviving sibling of Margaret Echtermann, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Heidemarie Echtermann-Toribio is a resident of Singapore. Margaret Echtermann is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2700.   Christopher Fagan, individually, as surviving child of Catherine Fagan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher Fagan is a resident of New York. Catherine Fagan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2701.   Brenda Fallon, as the Personal Representative of the Estate of William Fallon, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of William Fallon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brenda Fallon is a resident of New Jersey. William Fallon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2702.   Brenda Fallon, individually, as surviving spouse of William Fallon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brenda Fallon is a resident of New Jersey. William Fallon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2703.   Christopher Fallon, individually, as surviving child of William Fallon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christopher Fallon is a resident of North Carolina. William Fallon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2704.   Patricia Quinlan, individually, as surviving sibling of William Fallon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Quinlan is a resident of Vermont. William Fallon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

and to which the Defendants provided material support and assistance in furtherance of the attacks.

2705. Stephen Fallon, individually, as surviving sibling of William Fallon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephen Fallon is a resident of Indiana. William Fallon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2706. Donald Fallon, individually, as surviving sibling of William Fallon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Donald Fallon is a resident of New Jersey. William Fallon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2707. Peter Fallon, individually, as surviving sibling of William Fallon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Fallon is a resident of New Jersey. William Fallon is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2708. Reehan Syed a/k/a Syed Reehan, individually, as surviving child of Syed Abdul Fatha, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Reehan Syed a/k/a Syed Reehan is a resident of India. Syed Abdul Fatha is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2709. Banu Khursheed a/k/a Khursheed Banu, individually, as surviving child of Syed Abdul Fatha, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Banu Khursheed a/k/a Khursheed Banu is a resident of India. Syed Abdul Fatha is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2710. Yaseen Syed a/k/a Syed Yaseen, individually, as surviving child of Syed Abdul Fatha, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Yaseen Syed a/k/a Syed Yaseen is a resident of India. Syed Abdul Fatha is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2711. Syed Zeeshan a/k/a Zeeshan Syed, individually, as surviving child of Syed Abdul Fatha, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Syed Zeeshan a/k/a Zeeshan Syed is a resident of India. Syed Abdul Fatha is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out

by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2712. Farhan Syed a/k/a Syed Farhan, individually, as surviving child of Syed Abdul Fatha, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Farhan Syed a/k/a Syed Farhan is a resident of India. Syed Abdul Fatha is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2713. Loren Smith, individually, as surviving child of Wendy Faulkner, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Loren Smith is a resident of Tennessee. Wendy Faulkner is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2714. Ashley Faulkner, individually, as surviving child of Wendy Faulkner, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ashley Faulkner is a resident of Ohio. Wendy Faulkner is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2715. Lynn Faulkner, individually, as surviving spouse of Wendy Faulkner, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lynn Faulkner is a resident of Ohio. Wendy Faulkner is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2716. Stephen Feely, individually, as surviving sibling of Francis Feely, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephen Feely is a resident of Pennsylvania. Francis Feely is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2717. Alice Feely, individually, as surviving sibling of Francis Feely, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alice Feely is a resident of New York. Francis Feely is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2718. Michael Feely, individually, as surviving sibling of Francis Feely, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Feely is a resident of New York. Francis Feely is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to

which the Defendants provided material support and assistance in furtherance of the attacks.

2719. Jessica Geier, individually, as surviving child of Paul Hamilton Geier, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jessica Geier is a resident of New York. Paul Hamilton Geier is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2720. Jessica Geier, as the Personal Representative of the Estate of Paul Hamilton Geier, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Paul Hamilton Geier, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jessica Geier is a resident of New York. Paul Hamilton Geier is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2721. Nicole Rasanen Personal Representative of the Estate of Eleanor Geier, deceased, the late spouse of Paul Hamilton Geier, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nicole Rasanen is a resident of New York. Paul Hamilton Geier is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2722. Claudie Nash, individually, as surviving sibling of Diane Hale-McKinzy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Claudie Nash is a resident of Georgia. Diane Hale-McKinzy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2723. Craig Hannan, individually, as surviving sibling of Michael Hannan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Craig Hannan is a resident of New York. Michael Hannan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2724. Andrea Hannan, as the Personal Representative of the Estate of Michael Hannan, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael Hannan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrea Hannan is a resident of South Carolina. Michael Hannan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2725.  Andrea Hannan, individually, as surviving spouse of Michael Hannan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrea Hannan is a resident of South Carolina. Michael Hannan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2726.  Rachel Roberts, individually, as surviving child of Michael Hannan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rachel Hannan is a resident of South Carolina. Michael Hannan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2727.  Alexandra Hannan, individually, as surviving child of Michael Hannan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexandra Hannan is a resident of South Carolina. Michael Hannan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2728.  Jennifer Muller as Personal Representative of the Estate ofBarbara Hannan, deceased, the late parent of Michael Hannan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennifer Muller as Personal Representative of the Estate ofBarbara Hannan is a resident of New York. Michael Hannan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2729.  Jennifer Muller, individually, as surviving sibling of Michael Hannan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jennifer Muller is a resident of New York. Michael Hannan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2730.  Peter Hannan, individually, as surviving sibling of Michael Hannan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Hannan is a resident of New York. Michael Hannan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2731.  Sheri Lynn Berger, individually, as surviving sibling of Ronald Hemenway, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sheri Lynn Berger is a resident of Kansas. Ronald Hemenway is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2732.  Susan Hermer, as the Personal Representative of the Estate of Harvey Hermer, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Harvey Hermer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan Hermer is a resident of New York. Harvey Hermer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2733.  Kyra Houston, individually, as surviving sibling of Uhuru Houston, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kyra Houston is a resident of Florida. Uhuru Houston is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2734.  Anane Crandon, individually, as surviving sibling of Uhuru Houston, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anane Crandon is a resident of New York. Uhuru Houston is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2735.  Efia Crandon, individually, as surviving sibling of Uhuru Houston, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Efia Crandon is a resident of New York. Uhuru Houston is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2736.  Efia Crandon as Personal Representative of the Estate of Estella Crandon, deceased, the late parent of Uhuru Houston, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Efia Crandon as Personal Representative of the Estate of Estella Crandon is a resident of New York. Uhuru Houston is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2737.  Matthew Dorsey, individually, as surviving sibling of Jennifer Howley, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matthew Dorsey is a resident of Nebraska. Jennifer Howley is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2738.  Victoria Jones, individually, as surviving child of Paul Innella, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Victoria Jones is a resident of New York. Paul Innella is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to

which the Defendants provided material support and assistance in furtherance of the attacks.

2739. Andy Jean-Pierre, individually, as surviving child of Maxima Jean-Pierre, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andy Jean-Pierre is a resident of New York. Maxima Jean-Pierre is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2740. Rachel Jean-Pierre, individually, as surviving child of Maxima Jean-Pierre, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rachel Jean-Pierre is a resident of New Jersey. Maxima Jean-Pierre is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2741. Anjunelly Jean-Pierre, individually, as surviving child of Maxima Jean-Pierre, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anjunelly Jean-Pierre is a resident of Virginia. Maxima Jean-Pierre is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2742. Ajax Jean-Pierre Jr., individually, as surviving child of Maxima Jean-Pierre, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ajax Jean-Pierre Jr. is a resident of New York. Maxima Jean-Pierre is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2743. Emmet Clyde Jeffries, individually, as surviving sibling of Alva Jeffries Sanchez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Emmet Clyde Jeffries is a resident of California. Alva Jeffries Sanchez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2744. Kieran Lyons, individually, as surviving sibling of Michael Lyons, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kieran Lyons is a resident of Connecticut. Michael Lyons is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2745. Mary Lyons, individually, as surviving child of Michael Lyons, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Lyons is a resident of New York. Michael Lyons is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to

which the Defendants provided material support and assistance in furtherance of the attacks.

2746. Elaine Lyons, individually, as surviving spouse of Michael Lyons, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elaine Lyons is a resident of New York. Michael Lyons is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2747. Elaine Lyons, as the Personal Representative of the Estate of Michael Lyons, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael Lyons, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elaine Lyons is a resident of New York. Michael Lyons is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2748. Caitlyn Lyons, individually, as surviving child of Michael Lyons, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Caitlyn Lyons is a resident of New York. Michael Lyons is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2749. Mirella Matricciano, individually, as surviving parent of Marcellus Matricciano, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mirella Matricciano is a resident of New York. Marcellus Matricciano is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2750. Umberto Matricciano, individually, as surviving parent of Marcellus Matricciano, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Umberto Matricciano is a resident of New York. Marcellus Matricciano is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2751. Bruno Matricciano, individually, as surviving sibling of Marcellus Matricciano, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Bruno Matricciano is a resident of Arizona. Marcellus Matricciano is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2752. Rosie Matricciano-Vetere, as Personal Representative of the Estate of Marcellus Matricciano, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Marcellus Matricciano, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rosie Matricciano-Vetere is a

resident of Florida. Marcellus Matricciano is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2753.   Leslie Faulstich, individually, as surviving sibling of Katie McCloskey, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leslie Faulstich is a resident of Missouri. Katie McCloskey is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2754.   Julie Gardner, individually, as surviving sibling of Katie McCloskey, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Julie Gardner is a resident of Indiana. Katie McCloskey is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2755.   Garland Mercer, individually, as surviving sibling of Wesley Mercer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Garland Mercer is a resident of New York. Wesley Mercer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2756.   Shannon Moran as Personal Representative of the Estate ofJoyce Moran, deceased, the late spouse of Gerard Moran, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shannon Moran as Personal Representative of the Estate ofJoyce Moran is a resident of Maryland. Gerard Moran is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2757.   Shannon Moran as Personal Representative of the Estate ofDane Moran, deceased, the late child of Gerard Moran, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shannon Moran as Personal Representative of the Estate ofDane Moran is a resident of Maryland. Gerard Moran is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2758.   Masako Murphy as Personal Representative of the Estate of Casey Murphy, deceased, the late child of Patrick J. Murphy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Masako Murphy as Personal Representative of the Estate of Casey Murphy is a resident ofMaryland. Patrick J. Murphy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2759.   Jamie Nelson, individually, as surviving child of Peter Nelson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jamie Nelson is a resident of Colorado. Peter Nelson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2760.   Chin Yong Wells, individually, as surviving sibling of Chin Sun Pak Wells, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Chin Yong Wells is a resident of Oklahoma. Chin Sun Pak Wells is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2761.   John Doe 153 as Personal Representative of the Estate of Suzanne Peraza, deceased, the late parent of Robert Peraza, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Peraza is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2762.   Peter Snik as Personal Representative of the Estate ofJohn W. Snik, deceased, the late spouse of Laura Ragonese-Snik, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Snik as Personal Representative of the Estate of John W. Snik is a resident of Pennsylvania. Laura Ragonese-Snik is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2763.   Nadia Ramsaroop, individually, as surviving child of Vishnoo Ramsaroop, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nadia Ramsaroop is a resident of Nevada. Vishnoo Ramsaroop is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2764.   Shelly Ann Ramkhelawan, individually, as surviving child of Vishnoo Ramsaroop, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shelly Ann Ramkhelawan is a resident of New York. Vishnoo Ramsaroop is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2765.   Michelle Ramsaroop, individually, as surviving child of Vishnoo Ramsaroop, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michelle Ramsaroop is a resident of Missouri. Vishnoo Ramsaroop is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2766. Ernest LaRoche, individually, as surviving sibling of Deborah Ramsaur, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ernest LaRoche is a resident of New York. Deborah Ramsaur is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2767. Wesley Gargano, individually, as surviving sibling of Karen Renda, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Wesley Gargano is a resident of North Carolina. Karen Renda is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2768. Deborah Malek, individually, as surviving child of John Frederick Rhodes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Deborah Malek is a resident of New Jersey. John Frederick Rhodes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2769. Linda Rhodes, individually, as surviving spouse of John Frederick Rhodes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Linda Rhodes is a resident of New Jersey. John Frederick Rhodes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2770. Matthew Robertson, individually, as surviving child of Donald Robertson, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matthew Robertson is a resident of New Jersey. Donald Robertson, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2771. Michael Robertson, individually, as surviving child of Donald Robertson, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Robertson is a resident of New Jersey. Donald Robertson, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2772. Madison Robertson, individually, as surviving child of Donald Robertson, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Madison Robertson is a resident of New Jersey. Donald Robertson, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2773.  Kevin Robertson, individually, as surviving child of Donald Robertson, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin Robertson is a resident of New Jersey. Donald Robertson, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2774.  Neanta McCants as the Personal Representative of the Estate of Trisha McCants, deceased, the late child of Judy Rowlett, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Neanta McCants as the Personal Representative of the Estate of Trisha McCants is a resident of Virginia. Judy Rowlett is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2775.  William Grigonis, individually, as surviving sibling of Susan Ruggiero, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William Grigonis is a resident of New York. Susan Ruggiero is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2776.  Kim Coleman, individually, as surviving parent of Jacquelyn Sanchez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kim Coleman is a resident of New York. Jacquelyn Sanchez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2777.  Cedric Pitt Sr., as the Personal Representatives of the Estate of Jacquelyn Sanchez, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jacquelyn Sanchez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cedric Pitt Sr. is a resident of North Carolina. Jacquelyn Sanchez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2778.  Michael Coleman, individually, as surviving sibling of Jacquelyn Sanchez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Coleman is a resident of Virginia. Jacquelyn Sanchez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2779.  Ericka Brown, individually, as surviving sibling of Jacquelyn Sanchez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ericka Brown is a resident of New York. Jacquelyn Sanchez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2780. Cedric Pitt, Jr., individually, as surviving child of Jacquelyn Sanchez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cedric Pitt, Jr. is a resident of North Carolina. Jacquelyn Sanchez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2781. James Signer, individually, as surviving sibling of Dianne Signer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Signer is a resident of New York. Dianne Signer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2782. JoAnne Romano, individually, as surviving sibling of William Spitz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. JoAnne Romano is a resident of New Jersey. William Spitz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2783. Jacqueline Statz, individually, as surviving sibling of Patricia Statz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jacqueline Statz is a resident of Wisconsin. Patricia Statz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2784. Justin Strauss, individually, as surviving child of Edward Strauss, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Justin Strauss is a resident of New Jersey. Edward Strauss is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2785. Yolanda Calderon, individually, as surviving sibling of Jorge Velazquez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Yolanda Calderon is a resident of New York. Jorge Velazquez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2786. Nelson White, Jr., individually, as surviving sibling of Leonard White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nelson White, Jr. is a resident of Virginia. Leonard White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2787. Robert Rawlston White, individually, as surviving sibling of Leonard White, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Rawlston White is a resident of Virginia. Leonard White is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2788. John Robertson, individually, as surviving sibling of Donald Robertson, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Robertson is a resident of New Jersey. Donald Robertson, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2789. Abdo Hashem, individually, as surviving sibling of Peter Hashem, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Abdo Hashem is a resident of Massachusetts. Peter Hashem is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2790. Chaz Clark, individually, as surviving child of Benjamin K. Clark, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Chaz Clark is a resident of Georgia. Benjamin K. Clark is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2791. Salvatore DiFazio, individually, as surviving sibling of Vincent DiFazio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Salvatore DiFazio is a resident of New Jersey. Vincent DiFazio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2792. Teresa Kestenbaum, individually, as surviving sibling of Vincent DiFazio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Teresa Kestenbaum is a resident of New Jersey. Vincent DiFazio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2793. Grace Brennan, individually, as surviving sibling of Vincent DiFazio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Grace Brennan is a resident of New Jersey. Vincent DiFazio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2794. Ringo Fernandez, individually, as surviving child of Julio Fernandez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ringo Fernandez is a resident of New York. Julio Fernandez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2795. Edu Umana, individually, as surviving sibling of Sadie Ette, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Edu Umana is a resident of Pennsylvania. Sadie Ette is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2796. Itauma Ette and Edu Umana as co-Personal Representatives of the Estate Sunday Itauma Ette, deceased, the late parent of Sadie Ette, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Itauma Ette is a resident of New York. Edu Umana is a resident of Pennsylvania. Sadie Ette is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2797. Edu Umana as Personal Representative of the Estate of Ekaette Ette, deceased, the late parent of Sadie Ette, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Edu Umana as Personal Representative of the Estate of Ekaette Ette is a resident of Pennsylvania. Sadie Ette is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2798. Nolton Davis, Jr., individually, as surviving spouse of Ada Davis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nolton Davis, Jr. is a resident of Maryland. Ada Davis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2799. Nolton Davis, Jr., as the Personal Representative of the Estate of Ada Davis, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ada Davis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nolton Davis, Jr. is a resident of Maryland. Ada Davis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2800. Najwah Miceli, individually, as surviving sibling of Peter Hashem, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Najwah Miceli is a resident of

Massachusetts. Peter Hashem is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2801. John Doe 99, being intended to designate the Personal Representative of the Estate of Peter Hashem, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Peter Hashem. Peter Hashem is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2802. Sabah Hashem-Daher, individually, as surviving sibling of Peter Hashem, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sabah Hashem-Daher is a resident of Massachusetts. Peter Hashem is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2803. Najat Arsenault, individually, as surviving sibling of Peter Hashem, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Najat Arsenault is a resident of New Hampshire. Peter Hashem is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2804. Najat Arsenault as Personal Representative of the Estate of Rose Sue Hashem, deceased, the late sibling of Peter Hashem, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Najat Arsenault as Personal Representative of the Estate of Rose Sue Hashem is a resident of New Hampshire. Peter Hashem is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2805. Ryan John Cove, individually, as surviving child of James Cove, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ryan John Cove is a resident of Florida. James Cove is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2806. Ann Smith, individually, as surviving spouse of Gary Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ann Smith is a resident of Virginia. Gary Smith is one of the Decedents murdered as a result of the terrorist attacks of September

11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2807. Ann Smith, as the Personal Representative of the Estate of Gary Smith, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gary Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ann Smith is a resident of Virginia. Gary Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2808. Natalie Smith, individually, as surviving child of Gary Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Natalie Smith is a resident of Utah. Gary Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2809. Nicole Amato, individually, as surviving child of Gary Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nicole Amato is a resident of Virginia. Gary Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2810. Teresa Cheezum, individually, as surviving child of Gary Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Teresa Cheezum is a resident of Indiana. Gary Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2811. Kristina Smith, individually, as surviving child of Gary Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kristina Smith is a resident of Maryland. Gary Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2812. Annette Mashburn, individually, as surviving sibling of Gary Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Annette Mashburn is a resident of Virginia. Gary Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2813. Christine McKee, individually, as surviving sibling of Gary Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christine McKee is a resident of Arizona. Gary Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to

which the Defendants provided material support and assistance in furtherance of the attacks.

2814. Donald Smith, individually, as surviving sibling of Gary Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Donald Smith is a resident of Virginia. Gary Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2815. Mark Smith, individually, as surviving sibling of Gary Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mark Smith is a resident of Virginia. Gary Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2816. Annette Smith and Mark Smith as Personal Representatives of the Estate of Dorothy Smith, deceased, the late parent of Gary Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Annette Smith and Mark Smith as Personal Representatives of the Estate of Dorothy Smith is a resident of Virginia. Gary Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2817. Stephan Smith, individually, as surviving sibling of Gary Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephan Smith is a resident of Virginia. Gary Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2818. Mason Smith, individually, as surviving sibling of Gary Smith, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mason Smith is a resident of Colorado. Gary Smith is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2819. Brian Schrang, individually, as surviving child of Gerard P. Schrang, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian Schrang is a resident of Florida. Gerard P. Schrang is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2820. Amanda Trerotola, as the Personal Representative of the Estate of Lisa Trerotola, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lisa Trerotola, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Amanda Trerotola is a resident of Ohio. Lisa Trerotola is one of the Decedents murdered as a result of the terrorist attacks of

September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2821. Elizabeth Trerotola as Personal Representative of the Estate of Michael Trerotola, deceased, the late spouse of Lisa Trerotola, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth Trerotola as Personal Representative of the Estate of Michael Trerotola is a resident of New Jersey. Lisa Trerotola is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2822. Amanda Trerotola, individually, as surviving child of Lisa Trerotola, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Amanda Trerotola is a resident of Ohio. Lisa Trerotola is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2823. Michael L. Trerotola, individually, as surviving child of Lisa Trerotola, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael L. Trerotola is a resident of New Jersey. Lisa Trerotola is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2824. Jacqueline Fanning, individually, as surviving child of John Fanning, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jacqueline Fanning is a resident of New York. John Fanning is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2825. Ryan Fanning, individually, as surviving child of John Fanning, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ryan Fanning is a resident of New York. John Fanning is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2826. Jeremy Fanning, individually, as surviving child of John Fanning, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeremy Fanning is a resident of New York. John Fanning is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2827. Tracy Zorpette as Personal Representative of the Estate of Dorothy Burke, deceased, the late parent of Brooke Rosenbaum, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tracy Zorpette as Personal Representative of the Estate of Dorothy

Burke is a resident of the District of Columbia. Brooke Rosenbaum is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2828. Evan V. Vandommelen-Gonzalez, individually, as surviving spouse of Mauricio Gonzalez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Evan V. Vandommelen-Gonzalez is a resident of California. Mauricio Gonzalez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2829. Sheryl Miller Bechor, as the co-Personal Representative of the Estate of Philip D. Miller, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Philip D. Miller, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sheryl Miller Bechor is a resident of Florida. Philip D. Miller is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2830. Robin Davis, individually, as surviving sibling of Edward Rowenhorst, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robin Davis is a resident of Indiana. Edward Rowenhorst is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2831. Jacob Heber, as the Co-Personal Representative of the Estate of Roberta B. Heber, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Roberta B. Heber, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jacob Heber is a resident of New York. Roberta B. Heber is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2832. William Youmans, as the co-Personal Representative of the Estate of Suzanne Youmans, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Suzanne Youmans, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William Youmans is a resident of Florida. Suzanne Youmans is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2833. Andrew Strobert, individually, as surviving sibling of Steven Frank Strobert, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrew Strobert is a resident of New Jersey. Steven Frank Strobert is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2834.   Helman Correa, individually, as surviving parent of Danny Correa-Gutierrez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Helman Correa is a resident of New Jersey. Danny Correa-Gutierrez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2835.   Justin Cook, individually, as surviving child of Helen Cook, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Justin Cook is a resident of Maryland. Helen Cook is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2836.   Mary Ann Ledee, individually, as surviving spouse of Kenneth Charles Ledee, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Ann Ledee is a resident of Florida. Kenneth Charles Ledee is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2837.   Anna Ledee as Personal Representative of the Estate of Carlos Ledee, deceased, the late parent of Kenneth Charles Ledee, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anna Ledee is a resident of New York. Kenneth Charles Ledee is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2838.   Jamielah Persol, individually, as surviving spouse of DaJuan Hodges, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jamielah Persol is a resident of New Jersey. DaJuan Hodges is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2839.   Diane L. Fredericks, individually, as surviving sibling of Andrew Fredericks, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Diane L. Fredericks is a resident of California. Andrew Fredericks is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2840.   Nancy Jean Fredericks, individually, as surviving sibling of Andrew Fredericks, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nancy Jean Fredericks is a resident of Wisconsin. Andrew Fredericks is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2841.   Timothy Kuveikis, individually, as surviving sibling of Thomas Kuveikis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Timothy Kuveikis is a

resident of New York. Thomas Kuveikis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2842. Christine Peschel, individually, as surviving sibling of Thomas Kuveikis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christine Peschel is a resident of Connecticut. Thomas Kuveikis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2843. Heather Curtin, individually, as surviving child of Michael Curtin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Heather Curtin is a resident of New York. Michael Curtin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2844. Lyndsi Nelson, individually, as surviving child of Peter Nelson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lyndsi Nelson is a resident of Florida. Peter Nelson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2845. Josephine Romito, individually, as surviving spouse of James Romito, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Josephine Romito is a resident of New Jersey. James Romito is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2846. Ellen Romito, individually, as surviving child of James Romito, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ellen Romito is a resident of New Jersey. James Romito is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2847. Emily Mathesen, individually, as surviving child of William Mathesen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Emily Mathesen is a resident of New Jersey. William Mathesen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2848. Kathleen Mathesen, individually, as surviving spouse of William Mathesen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Mathesen is a resident of South Carolina. William Mathesen is one of the Decedents murdered as a

result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2849. Tracy Rowenhorst, individually, as surviving spouse of Edward Rowenhorst, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tracy Rowenhorst is a resident of Iowa. Edward Rowenhorst is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2850. Ashley Brandt, individually, as surviving child of Edward Rowenhorst, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ashley Brandt is a resident of Texas. Edward Rowenhorst is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2851. Kaitlyn Rowenhorst, individually, as surviving child of Edward Rowenhorst, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kaitlyn Rowenhorst is a resident of Virginia. Edward Rowenhorst is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2852. Valerie Caufield, individually, as surviving spouse of Robert Caufield, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Valerie Caufield is a resident of Florida. Robert Caufield is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2853. Alfred Jeffries, Jr., individually, as surviving sibling of Alva Jeffries Sanchez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alfred Jeffries, Jr. is a resident of Massachusetts. Alva Jeffries Sanchez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2854. Anne McCloskey as Personal Representative of the Estate of Richard McCloskey, deceased, the late parent of Katie McCloskey, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anne McCloskey is a resident of Indiana. Katie McCloskey is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2855. Rosie Matricciano-Vetere, individually, as surviving spouse of Marcellus Matricciano, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rosie Matricciano-Vetere is a resident of Florida. Marcellus Matricciano is one of the Decedents murdered

as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2856. Nicholas Matricciano, individually, as surviving child of Marcellus Matricciano, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nicholas Matricciano is a resident of Florida. Marcellus Matricciano is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2857. Kathleen Gelman, individually, as surviving sibling of Thomas Kuveikis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Gelman is a resident of New York. Thomas Kuveikis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2858. Mary Buss, individually, as surviving sibling of Julie Geis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Buss is a resident of Nebraska. Julie Geis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2859. Mary Buss as Personal Representative of the Estate of Betty Geis, deceased, the late parent of Julie Geis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mary Buss is a resident of Nebraska. Julie Geis is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2860. Eric Johnson, individually, as surviving spouse of Janice Brown, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eric Johnson is a resident of New Jersey. Janice Brown is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2861. Lyndsi Nelson as Personal Representative of Estate of Iris Nelson, deceased, the late spouse of Peter Nelson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lyndsi Nelson as Personal Representative of Estate of Iris Nelson is a resident of Florida. Peter Nelson is one of the Decedents murdered as a result of the terrorist attacksof September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2862. Jamie Brito, as the Personal Representative of the Estate of Victoria Alvarez-Brito, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Victoria Alvarez-Brito, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jamie Brito is a resident of New York.

Victoria Alvarez-Brito is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2863. Jamie Brito, individually, as surviving child of Victoria Alvarez-Brito, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jamie Brito is a resident of New York. Victoria Alvarez-Brito is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2864. Jamie Brito as Personal Representative of Estate of Mario Brito, deceased, the late spouse of Victoria Alvarez-Brito, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jamie Brito is a resident of New York. Victoria Alvarez-Brito is one of the Decedents murdered as a result of the terrorist attacks  of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2865. Raul Brito, individually, as surviving child of Victoria Alvarez-Brito, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Raul Brito is a resident of New York. Victoria Alvarez-Brito is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2866. Lauren Paula Mayer-Beug, as the Personal Representative of the Estate of Carolyn Beug, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Carolyn Beug, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lauren Paula Mayer-Beug is a resident of California. Carolyn Beug is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2867. John Doe 152 as Personal Representative of the Estate of John Beug, deceased, the late spouse of Carolyn Beug, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carolyn Beug is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2868. Lindsey Mayer Beug-Wood, individually, as surviving child of Carolyn Beug, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lindsey Mayer Beug-Wood is a resident of New York. Carolyn Beug is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2869. Lauren Paula Mayer-Beug, individually, as surviving child of Carolyn Beug, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lauren Paula Mayer-Beugis a resident of California. Carolyn Beug is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osamabin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2870. Nicholas Mayer, individually, as surviving child of Carolyn Beug, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nicholas Mayer is a resident of California. Carolyn Beug is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osamabin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2871. Beverly Carlone, individually, as surviving spouse of David Carlone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Beverly Carlone is a resident of Connecticut. David Carlone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osamabin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2872. Beverly Carlone, as the Personal Representative of the Estate of David Carlone, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of David Carlone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Beverly Carlone is a resident of Connecticut. David Carlone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2873. Jeffrey Fagan, individually, as surviving child of Catherine Fagan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeffrey Fagan is a resident of Germany. Catherine Fagan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osamabin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2874. James Fagan, individually, as surviving child of Catherine Fagan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Fagan is a resident of New York. Catherine Fagan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osamabin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2875. Susan M. King, as the Personal Representative of the Estate of Amy King, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Amy King, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan M. King is a resident of New York. Amy King is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were

432

carried out by al-Qaedaand Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2876. Susan M. King as Personal Representative of the Estate of Stewart King, deceased, the late parent of Amy King, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Susan M. King as Personal Representative of the Estate of Stewart King is a resident of New York. Amy King is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osamabin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2877. Barbara Chucknick, as the Personal Representative of the Estate of Steven Chucknick, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Steven Chucknick, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Chucknick is a resident of New Jersey. Steven Chucknick is one ofthe Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants providedmaterial support and assistance in furtherance of the attacks.

2878. Barbara Chucknick, individually, as surviving spouse of Steven Chucknick, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Barbara Chucknick is a resident of New Jersey. Steven Chucknick is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2879. Steven Chucknick, individually, as surviving child of Steven Chucknick, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Steven Chucknick is a resident of New Jersey. Steven Chucknick is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2880. Shweta Khandelwal, as the Personal Representative of the Estate of Rajesh Khandelwal, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Rajesh Khandelwal, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shweta Khandelwal is a resident of New Jersey. Rajesh Khandelwal is one ofthe Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants providedmaterial support and assistance in furtherance of the attacks.

2881. Shweta Khandelwal, individually, as surviving spouse of Rajesh Khandelwal, is a Plaintiffseeking justice for the tragic events of September 11, 2001. Shweta Khandelwal is a resident of New Jersey. Rajesh Khandelwal is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2882. Shivam Khandelwal, individually, as surviving child of Rajesh Khandelwal, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shivam Khandelwal is a

resident of New Jersey. Rajesh Khandelwal is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2883.   Joyce Infante, as the Personal Representative of the Estate of Anthony P. Infante, Jr., deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Anthony P. Infante, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joyce Infante is a resident of New Jersey. Anthony P. Infante, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2884.   Joyce Infante, individually, as surviving spouse of Anthony P. Infante, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joyce Infante is a resident of New Jersey. Anthony P. Infante, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2885.   Marie Costa, individually, as surviving child of Anthony P. Infante, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marie Costa is a resident of New Jersey. Anthony P. Infante, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2886.   John Infante, individually, as surviving child of Anthony P. Infante, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Infante is a resident of New Jersey. Anthony P. Infante, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2887.   Andrew Infante, individually, as surviving sibling of Anthony P. Infante, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrew Infante is a resident of New Jersey. Anthony P. Infante, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2888.   Fred Infante, individually, as surviving sibling of Anthony P. Infante, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Fred Infante is a resident of New Jersey. Anthony P. Infante, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2889.   Fred Infante as Personal Representative of the Estate of Elizabeth Infante, deceased, the late parent of Anthony P. Infante, Jr., is a Plaintiff seeking justice for the tragic events of

September 11, 2001. Fred Infante is a resident of New Jersey. Anthony P. Infante, Jr. is one of theDecedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants providedmaterial support and assistance in furtherance of the attacks.

2890. Fred Infante as Personal Representative of the Estate of Anthony P. Infante, Sr., deceased, the late parent of Anthony P. Infante, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Fred Infante is a resident of New Jersey. Anthony P. Infante, Jr. is one of theDecedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants providedmaterial support and assistance in furtherance of the attacks.

2891. Rokshana Miah, individually, as surviving sibling of Nurul Miah, is a Plaintiff seeking justicefor the tragic events of September 11, 2001. Rokshana Miah is a resident of New York. Nurul Miah is one of the Decedents murdered as a result of the terrorist attacks of September  11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2892. Nur M. Miah, individually, as surviving sibling of Nurul Miah, is a Plaintiff seeking justicefor the tragic events of September 11, 2001. Nur M. Miah is a resident of New York. Nurul Miah is one of the Decedents murdered as a result of the terrorist attacks of September11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2893. Shewely Miah, individually, as surviving sibling of Nurul Miah, is a Plaintiff seeking justicefor the tragic events of September 11, 2001. Shewely Miah is a resident of New York. Nurul Miah is one of the Decedents murdered as a result of the terrorist attacks of September11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2894. Nurunnahar Miah, individually, as surviving parent of Nurul Miah, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nurunnahar Miah is a resident of New York. Nurul Miah is one of the Decedents murdered as a result of the terrorist attacks ofSeptember 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and towhich the Defendants provided material support and assistance in furtherance of the attacks.

2895. Lorraine Nedell, as the Personal Representative of the Estate of Laurence Nedell, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Laurence Nedell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lorraine Nedell is a resident of New York. Laurence Nedell is one ofthe Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants providedmaterial support and assistance in furtherance of the attacks.

2896.  Lorraine Nedell, individually, as surviving spouse of Laurence Nedell, is a Plaintiff
seeking justice for the tragic events of September 11, 2001. Lorraine Nedell is a resident
of New York. Laurence Nedell is one of the Decedents murdered as a result of the
terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osamabin
Laden, and to which the Defendants provided material support and assistance in
furtherance of the attacks.

2897.  Jennie Nedell, individually, as surviving child of Laurence Nedell, is a Plaintiff seeking
justice for the tragic events of September 11, 2001. Jennie Nedell is a resident of New
York. Laurence Nedell is one of the Decedents murdered as a result of the terrorist attacks
ofSeptember 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to
which the Defendants provided material support and assistance in furtherance of the
attacks.

2898.  Laura Nedell, individually, as surviving child of Laurence Nedell, is a Plaintiff seeking
justice for the tragic events of September 11, 2001. Laura Nedell is a resident of New
York. Laurence Nedell is one of the Decedents murdered as a result of the terrorist attacks
ofSeptember 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to
which the Defendants provided material support and assistance in furtherance of the
attacks.

2899.  Rhea Shome, individually, as surviving spouse of Mukul Kumar Agarwala, is a Plaintiff
seeking justice for the tragic events of September 11, 2001. Rhea Shome is a resident of
New York. Mukul Kumar Agarwala is one of the Decedents murdered as a result of the
terrorist attacks of  September 11, 2001, that were carried out by al-Qaeda and Osama bin
Laden, and to which the Defendants provided material support and assistance in
furtherance of the attacks.

2900.  Loubertha Williams, as the Personal Representative of the Estate of Jacqueline Young,
deceased, and on behalf of all survivors and all legally entitled beneficiaries and family
members of Jacqueline Young, is a Plaintiff seeking justice for the tragic events of
September 11, 2001. Loubertha Williams is a resident of South Carolina. Jacqueline
Young is one ofthe Decedents murdered as a result of the terrorist attacks of September
11, 2001, thatwere carried out by al-Qaeda and Osama bin Laden, and to which the
Defendants provided material support and assistance in furtherance of the attacks.

2901.  Loubertha Williams, individually, as surviving parent of Jacqueline Young, is a Plaintiff
seekingjustice for the tragic events of September 11, 2001. Loubertha Williams is a
resident of South Carolina. Jacqueline Young is one of the Decedents murdered as a
result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda
and Osama bin Laden, and towhich the Defendants provided material support and
assistance in furtherance of the attacks

2902.  Terrance Young, individually, as surviving sibling of Jacqueline Young, is a Plaintiff
seeking justice for the tragic events of September 11, 2001. Terrance Young is a resident
of Virginia. Jacqueline Young is one of the Decedents murdered as a result of the terrorist
attacks of September 11, 2001, that were carried out by al-Qaeda and Osamabin Laden,
and to which the Defendants provided material support and assistance in furtherance of
the attacks.

2903.   James McKenly, individually, as surviving sibling of Jacqueline Young, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James McKenly is a resident of South Carolina. Jacqueline Young is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama  bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2904.   Derrick McKenly, individually, as surviving sibling of Jacqueline Young, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Derrick McKenly is a resident of New York. Jacqueline Young is one of the Decedents murdered as a result of the  terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2905.   Theresa Russo-Kempf, individually, as surviving spouse of Michael Russo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Theresa Russo-Kempf is a resident of New York. Michael Russo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama  bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2906.   Michael Thomas Russo Jr., individually, as surviving child of Michael Russo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Thomas Russo Jr. is a resident of New York. Michael Russo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2907.   Dolores Jane Russo as Personal Representative of the Estate of Anthony Russo, deceased, the late parent of Michael Russo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dolores Jane Russo is a resident of Pennsylvania. Michael Russo is one of the  Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2908.   Nur M. Miah, as the co-Personal Representative of the Estate of Nurul Miah, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of, Nurul Miah, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nur M. Miah is a resident of New York. Nurul Miah is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Defendants provided material support and assistance in furtherance of the attacks.

2909.   Patricia McCarthy as Personal Representative of the Estate of Thomas McAvinue, deceased, the late parent of Donna Clarke, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia McCarthy is a resident of New York. Donna Clarke is one of the  Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2910.   Aaron Antigua individually, as surviving child of Lorraine Antigua, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Aaron Antigua is a resident of New Jersey. Lorraine Antigua is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama  bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2911.   Caitlin Antigua individually, as surviving child of Lorraine Antigua, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Caitlin Antigua is a resident of New Jersey. Lorraine Antigua is one of the Decedents murdered as a result of theterrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama  bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2912.   Josephine Tabick individually, as surviving sibling of Debra DiMartino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Josephine Tabick is a resident of New Jersey. Debra DiMartino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2913.   Sol Newman individually, as surviving sibling of Debra DiMartino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sol Newman is a resident of New York. Debra DiMartino is one of the Decedents murdered as a result of theterrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama  bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2914.   Angelo Puma individually, as surviving sibling of Debra DiMartino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Angelo Puma is a resident of New York. Debra DiMartino is one of the Decedents murdered as a result of theterrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2915.   John Puma, Jr. individually, as surviving sibling of Debra DiMartino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Puma, Jr. is a resident of Florida. Debra DiMartino is one of the Decedents murdered as a result of theterrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2916.   Rosemary Puma individually, as surviving sibling of Debra DiMartino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rosemary Puma is a resident of Georgia. Debra DiMartino is one of the Decedents murdered as a result of the  terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama  bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2917. Joseph Dixon individually, as surviving parent of DaJuan Hodges, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Dixon is a resident of New York. DaJuan Hodges is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2918. Tonya Young individually, as surviving sibling of Lisa Young, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tonya Young is a resident of Maryland. Lisa Young is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2919. April Young individually, as surviving sibling of Lisa Young, is a Plaintiff seeking justice for the tragic events of September 11, 2001. April Young is a resident of Maryland. Lisa Young is one of the Decedents murdered as a result of theterrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2920. John McLoughlin, individually, as injured person John McLoughlin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John McLoughlin is a resident of Florida. John McLoughlin was injured as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2921. Manu Dhingra, individually, as injured person Manu Dhingra, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Manu Dhingra is a resident of New York. Manu Dhingra was injured as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2922. William Jimeno, individually, as injured person William Jimeno, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William Jimeno is a resident of New Jersey. William Jimeno was injured as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2923. David LaRoche, individually, as surviving sibling of Deborah Ramsaur, is a Plaintiff seeking justice for the tragic events of September 11, 2001. David LaRoche is a resident of New York. Deborah Ramsaur is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2924. William Innella, individually, as surviving sibling of Paul Innella, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William Innella is a resident of New York. Paul Innella is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to

which the Defendants provided material support and assistance in furtherance of the attacks.

2925. Judith Knight, individually, as surviving sibling of Frank Wisniewski, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Judith Knight is a resident of Georgia. Frank Wisniewski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2926. Judith Knight as Personal Representative of the Estate of Mary Wisniewski, deceased, the late parent of Frank Wisniewski, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Judith Knight as Personal Representative of the Estate of Mary Wisniewski is a resident of Georgia. Frank Wisniewski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2927. Judith Knight as Personal Representative of the Estate of Vincent Wisniewski, deceased, the late parent of Frank Wisniewski, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Judith Knight as Personal Representative of the Estate of Vincent Wisniewski is a resident of Georgia. Frank Wisniewski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2928. Vincent Wisniewski, individually, as surviving sibling of Frank Wisniewski, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vincent Wisniewski is a resident of New York. Frank Wisniewski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2929. Walter William Sezna, individually, as surviving sibling of Davis Grier Sezna, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Walter William Sezna is a resident of Florida. Davis Grier Sezna, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2930. Gail Ingersoll Sezna, as the Personal Representative of the Estate of Davis Sezna, Jr., deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Davis Grier Sezna, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gail Ingersoll Sezna is a resident of Maryland. Davis Grier Sezna, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2931. Davis Grier Sezna, individually, as surviving parent of Davis Grier Sezna, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Davis Grier Sezna is

a resident of Florida. Davis Grier Sezna, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2932.   Gail Sezna, individually, as surviving parent of Davis Grier Sezna, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gail Sezna is a resident of Maryland. Davis Grier Sezna, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2933.   Suzanne Ledee Garcia, individually, as surviving sibling of Kenneth Charles Ledee, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Suzanne Ledee Garcia is a resident of New York. Kenneth Charles Ledee is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2934.   Masia Shurla Riley, as the Personal Representative of the Estate of Scott Powell, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Scott Powell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Masia Shurla Riley is a resident of District of Columbia. Scott Powell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2935.   Sydney Ayesha Powell, individually, as surviving child of Scott Powell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sydney Ayesha Powell is a resident of Maryland. Scott Powell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2936.   ScottWatkins, individually, as surviving child of Scott Powell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Scott Watkins is a resident of Maryland. Scott Powell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2937.   Casey Brent, individually, as surviving child of Scott Powell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Casey Brent is a resident of North Carolina. Scott Powell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2938.   Catherine Powell, individually, as surviving parent of Scott Powell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Scott Powell is one of the Decedents

murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2939. Art Powell, individually, as surviving parent of Scott Powell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Scott Powell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2940. Kevin Powell, individually, as surviving sibling of Scott Powell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Scott Powell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2941. Art Edward Powell, individually, as surviving sibling of Scott Powell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Art Edward Powell is a resident of Maryland. Scott Powell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2942. Shaun Powell, individually, as surviving sibling of Scott Powell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Scott Powell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2943. Lisa Powell, individually, as surviving sibling of Scott Powell, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Scott Powell is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2944. Paul Hemenway, individually, as surviving sibling of Ronald J. Hemenway, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paul Hemenway is a resident of Kansas. Ronald J. Hemenway is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2945. Wilton White and Artricia McClure as Co-Personal Representatives of the Estate of William Woolen, deceased, the late parent of Tamara Thurman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Wilton White and Artricia McClure as Co-Personal Representatives of the Estate of William Woolen are residents of Texas and Nevada respectively. Tamara Thurman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2946.  Amanda Ruddle, individually, as surviving child of David Ruddle, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Amanda Ruddle is a resident of New York. David Ruddle is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2947.  John Doe 116, being intended to designate the Personal Representative of the Estate of David Ruddle, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed), on behalf of the Estate and on behalf of all survivors and all legally entitled beneficiaries and family members of David Ruddle, is a Plaintiff seeking justice for the tragic events of September 11, 2001. David Ruddle is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2948.  Jessica Mathesen, individually, as surviving child of William Mathesen, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jessica Mathesen is a resident of South Carolina. William Mathesen is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2949.  Marcus Fields, individually, as surviving sibling of Samuel Fields, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marcus Fields is a resident of New York. Samuel Fields is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2950.  Angela Eacobacci, individually, as surviving parent of Joseph Eacobacci, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Angela Eacobacci is a resident of Florida. Joseph Eacobacci is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2951.  Thomas Eacobacci, as Personal Representative of the Estate of Joseph Eacobacci, deceased, on behalf of the Estate and on behalf of all survivors and all legally entitled beneficiaries and family members of Joseph Eacobacci, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Eacobacci is a resident of Florida. Joseph Eacobacci is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2952. Lidia Alvarez, as the Personal Representative of the Estate of Juan Pablo Alvarez Cisneros, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Juan Pablo Alvarez Cisneros, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lidia Alvarezis a resident of California. Juan Pablo Alvarez Cisneros is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2953. Alfonso Cisneros, individually, as surviving parent of Juan Pablo Alvarez Cisneros, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alfonso Cisneros is a resident of California. Juan Pablo Alvarez Cisneros is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2954. Lidia Alvarez, individually, as surviving parent of Juan Pablo Alvarez Cisneros, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lidia Alvarez is a resident of California. Juan Pablo Alvarez Cisneros is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2955. Gillian Gransaull-Joseph, as the Personal Representative of the Estate of Stephen Joseph, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen Joseph, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gillian Gransaull-Joseph is a resident of Arizona. Stephen Joseph is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2956. Gillian Gransaull-Joseph, individually, as surviving spouse of Stephen Joseph, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gillian Gransaull-Joseph is a resident of Arizona. Stephen Joseph is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2957. Tristan Joseph, individually, as surviving child of Stephen Joseph, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tristan Joseph is a resident of Arizona. Stephen Joseph is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2958. Jorge Montoya, as the Co-Personal Representative of the Estate of Antonio Montoya, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Antonio Montoya, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jorge Montoya is a resident of Massachusetts. Antonio Montoya is

one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2959. Thomas Fehling, individually, as surviving sibling of Lee Fehling, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Fehling is a resident of New York. Lee Fehling is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2960. Joan Bischoff, individually, as surviving parent of Lee Fehling, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joan Bischoff is a resident of Pennsylvania. Lee Fehling is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2961. James Fehling, individually, as surviving sibling of Lee Fehling, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Fehling is a resident of New York. Lee Fehling is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2962. Danielle Fehling-Wasnieski, as the Personal Representative of the Estate of Lee Fehling, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lee Fehling, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Danielle Fehling-Wasnieski is a resident of New York. Lee Fehling is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2963. Danielle Fehling-Wasnieski, individually, as surviving spouse of Lee Fehling, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Danielle Fehling-Wasnieski is a resident of New York. Lee Fehling is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2964. Kaitlin Fehling, individually, as surviving child of Lee Fehling, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kaitlin Fehling is a resident of New York. Lee Fehling is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2965. Megan Fehling, individually, as surviving child of Lee Fehling, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Megan Fehling is a resident of New York. Lee Fehling is one of the Decedents murdered as a result of the terrorist attacks of

September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2966. Gayle Regan, as the Personal Representative of the Estate of Thomas Regan, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas Regan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gayle Regan is a resident of New Jersey. Thomas Regan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2967. Gayle Regan, individually, as surviving spouse of Thomas Regan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gayle Regan is a resident of New Jersey. Thomas Regan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2968. Allaistar Regan, individually, as surviving child of Thomas Regan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Allaistar Regan is a resident of New Jersey. Thomas Regan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2969. Connor Regan, individually, as surviving child of Thomas Regan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Connor Regan is a resident of New Jersey. Thomas Regan is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2970. Page Dantzler Dickerson, as the Personal Representative of the Estate of Jerry Dickerson, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jerry Dickerson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Page Dantzler Dickerson is a resident of Arkansas. Jerry Dickerson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2971. Page Dantzler Dickerson, individually, as surviving spouse of Jerry Dickerson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Page Dantzler Dickerson is a resident of Arkansas. Jerry Dickerson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2972. Elizabeth Bailey Dickerson, individually, as surviving child of Jerry Dickerson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth Bailey

Dickerson is a resident of Arkansas. Jerry Dickerson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2973. William Dickerson, individually, as surviving child of Jerry Dickerson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William Dickerson is a resident of New York. Jerry Dickerson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2974. Lisa A. Schunk, as the Co-Personal Representative of the Estate of Edward W. Schunk, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edward W. Schunk, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lisa A. Schunk is a resident of Pennsylvania. Edward W. Schunk is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2975. Ana Cisneros, individually, as surviving sibling of Juan Pablo Alvarez Cisneros, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ana Cisneros is a resident of California. Juan Pablo Alvarez Cisneros is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2976. Anne Lynn Hayashi, as the Personal Representative of the Estate of Stuart (Soo-Jin) Lee, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stuart (Soo-Jin) Lee, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anne Lynn Hayashi is a resident of New York. Stuart (Soo-Jin) Lee is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2977. Anne Lynn Hayashi, individually, as surviving spouse of Stuart (Soo-Jin) Lee, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anne Lynn Hayashi is a resident of New York. Stuart (Soo-Jin) Lee is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2978. Bradley D. Noack, individually, as surviving spouse of Katherine McGarry Noack, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Bradley D. Noack is a resident of New Jersey. Katherine McGarry Noack is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2979.   Joseph E. Jurgens, individually, as surviving parent of Thomas Edward Jurgens, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph E. Jurgens is a resident of Florida. Thomas Edward Jurgens is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2980.   Jessica Lynn Jurgens, individually, as surviving sibling of Thomas Edward Jurgens, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jessica Lynn Jurgens is a resident of New York. Thomas Edward Jurgens is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2981.   Joseph B. Jurgens, individually, as surviving sibling of Thomas Edward Jurgens, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph B. Jurgens is a resident of New York. Thomas Edward Jurgens is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2982.   Mitchell Eacobacci, individually, as surviving parent of Joseph Eacobacci, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mitchell Eacobacci is a resident of Florida. Joseph Eacobacci is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2983.   Lynda T. Scarcella, as the Personal Representative of the Estate of Paul Fiori, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Paul Fiori, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lynda T. Scarcella is a resident of Connecticut. Paul Fiori is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2984.   Lynda T. Scarcella, individually, as surviving spouse of Paul Fiori, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lynda T. Scarcella is a resident of Connecticut. Paul Fiori is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2985.   Brittley Wise, as the Personal Representative of the Estate of Richard Salinardi, Jr., deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Richard Salinardi, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brittley Wise is a resident of New York. Richard Salinardi, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001,

that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2986. Brittley Wise, individually, as surviving spouse of Richard Salinardi, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brittley Wise is a resident of New York. Richard Salinardi, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2987. Edith Skrzypek, as the Personal Representative of the Estate of Paul Skrzypek, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Paul Skrzypek, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Edith Skrzypek is a resident of New Jersey. Paul Skrzypek is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2988. Albert Skrzypek, individually, as surviving parent of Paul Skrzypek, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Albert Skrzypek is a resident of New Jersey. Paul Skrzypek is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2989. Edith Skrzypek, individually, as surviving parent of Paul Skrzypek, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Edith Skrzypek is a resident of New Jersey. Paul Skrzypek is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2990. Laura Kingsbury, individually, as surviving sibling of Paul Skrzypek, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Laura Kingsbury is a resident of New Jersey. Paul Skrzypek is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2991. Nicole Brathwaite-Dingle, as the Personal Representative of the Estate of Jeffrey Dingle, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jeffrey Dingle, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nicole Brathwaite-Dingle is a resident of Texas. Jeffrey Dingle is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2992. Nicole Brathwaite-Dingle, individually, as surviving spouse of Jeffrey Dingle, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nicole Brathwaite-Dingle is a resident of Texas. Jeffrey Dingle is one of the Decedents murdered as a result

of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2993. Jassiem Dingle, individually, as surviving child of Jeffrey Dingle, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jassiem Dingle is a resident of Florida. Jeffrey Dingle is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2994. Nia Dingle, individually, as surviving child of Jeffrey Dingle, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nia Dingle is a resident of Texas. Jeffrey Dingle is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2995. John Doe 126 being intended to designate the Personal Representative of the Estate of Thomas E. Jurgens, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed), on behalf of the Estate and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas E. Jurgens, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas E. Jurgens is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2996. Cynthia Gomes, as Personal Representative of the Estate of Dennis J. Gomes, deceased,, on behalf of the Estate and on behalf of all survivors and all legally entitled beneficiaries and family members of Dennis J. Gomes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cynthia Gomes is a resident of North Carolina. Dennis J. Gomes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2997. Lorna Moringiello as Personal Representative of the Estate of Michael S. Lamana, deceased, on behalf of the Estate and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael S. Lamana, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lorna Moringiello is a resident of Indiana. Michael S. Lamana is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2998. John Doe 129 being intended to designate the Personal Representative of the Estate of John G. Scharf, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent

jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed), on behalf of the Estate and on behalf of all survivors and all legally entitled beneficiaries and family members of John G. Scharf, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John G. Scharf is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

2999. Ariel Martinez, individually, as surviving child of Betsy Martinez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ariel Martinez is a resident of Florida. Betsy Martinez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3000. Carlos G. Albert, individually, as surviving sibling of Ayleen J. Santiago, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carlos G. Albert is a resident of New York. Ayleen J. Santiago is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3001. John Doe 130 being intended to designate the Personal Representative of the Estate of Rosemarie Carlson, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed), on behalf of the Estate and on behalf of all survivors and all legally entitled beneficiaries and family members of Rosemarie Carlson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rosemarie Carlson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3002. John Doe 131 being intended to designate the Personal Representative of the Estate of Ayleen J. Santiago, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed), on behalf of the Estate and on behalf of all survivors and all legally entitled beneficiaries and family members of Ayleen J. Santiago, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ayleen J. Santiago is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3003.   Stefanie Oliva, as the Personal Representative of the Estate of Alex Ciccone, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Alex Ciccone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stefanie Oliva is a resident of New York. Alex Ciccone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3004.   Stefanie Oliva, individually, as surviving spouse of Alex F. Ciccone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stefanie Oliva is a resident of New York. Alex Ciccone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3005.   John G. Duffy, as the Personal Representative of the Estate of Christopher Duffy, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Christopher Duffy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John G. Duffy is a resident of New York. Christopher Duffy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3006.   John G. Duffy, individually, as surviving parent of Christopher Duffy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John G. Duffy is a resident of Florida. Christopher Duffy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3007.   Kathleen Langan, individually, as surviving parent of Christopher Duffy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathleen Langan is a resident of New York. Christopher Duffy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3008.   Kevin Duffy, individually, as surviving sibling of Christopher Duffy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin Duffy is a resident of New York. Christopher Duffy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3009.   Dennis Ketcham, as the Personal Representative of the Estate of Douglas Ketcham, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Douglas Ketcham, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dennis Ketcham is a resident of Florida.

Douglas Ketcham is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3010. Dennis Ketcham, individually, as surviving parent of Douglas D. Ketcham, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dennis Ketcham is a resident of Florida. Douglas Ketcham is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3011. Denyse D. Kruse, as Personal Representative of the Estate of Raenell Ketcham, deceased, the late parent of Douglas D. Ketcham. Denyse D. Kruse is a resident of Florida. Douglas Ketcham is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3012. Denyse D. Kruse, individually, as surviving sibling of Douglas D. Ketcham, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Denyse D. Kruse is a resident of Florida. Douglas Ketcham is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3013. Michael R. Kuo, individually, as surviving child of Frederick Kuo, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael R. Kuo is a resident of New York. Frederick Kuo, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3014. Dean Taylor, individually, as surviving sibling of Kip P. Taylor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dean Taylor is a resident of Colorado. Kip P. Taylor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3015. John Luke Taylor individually, as surviving child of Kip P. Taylor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Luke Taylor is a resident of Colorado. Kip P. Taylor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3016. Dean Ross Taylor, individually, as surviving child of Kip P. Taylor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dean Ross Taylor is a resident of Colorado. Kip P. Taylor is one of the Decedents murdered as a result of the terrorist

attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3017. Kay Ann Taylor, individually, as surviving parent of Kip P. Taylor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kay Ann Taylor is a resident of Colorado. Kip P. Taylor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3018. Ann Marie Taylor, individually, as surviving sibling of Kip P. Taylor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ann Marie Taylor is a resident of Colorado. Kip P. Taylor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3019. Vera Schleeter, as the Personal Representative of the Estate of Kip P. Taylor, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kip P. Taylor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vera Schleeter is a resident of Virginia. Kip P. Taylor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3020. Vera Schleeter, as Personal Representative of the Estate of Nancy Taylor, deceased, the late spouse of Kip P. Taylor is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vera Schleeter is a resident of Virginia. Kip P. Taylor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3021. John Doe 132 being intended to designate the Personal Representative of the Estate of Myrna T. Maldonado-Agosto, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed), on behalf of the Estate and on behalf of all survivors and all legally entitled beneficiaries and family members of Myrna T. Maldonado-Agosto, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Myrna T. Maldonado-Agosto is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3022. Michael Kuo as the Personal Representative of the Estate of Frederick Kuo, Jr., deceased, on behalf of the Estate and on behalf of all survivors and all legally entitled beneficiaries and family members of Frederick Kuo, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael R. Kuo is a resident of New York. Frederick Kuo,

454

Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3023. Linda Pohlmann,as Personal Representative of the Estate of William Howard Pohlmann, deceased,, on behalf of the Estate and on behalf of all survivors and all legally entitled beneficiaries and family members of William Howard Pohlmann, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Linda Pohlmann is a resident of New York. William Howard Pohlmann is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3024. Valada B. Penny, as the Personal Representative of the Estate of Richard Penny, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Richard Penny, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Valada B. Penny is a resident of Georgia. Richard Penny is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3025. Valada B. Penny, individually, as surviving spouse of Richard Penny, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Valada B. Penny is a resident of Georgia. Richard Penny is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3026. Richard Penny, individually, as surviving child of Richard Penny, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Richard Penny is a resident of Georgia. Richard Penny is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3027. Eve Bucca, as the Personal Representative of the Estate of Ronald P. Bucca, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ronald P. Bucca, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eve Bucca is a resident of New York. Ronald P. Bucca is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3028. Eve Bucca individually, as surviving spouse of Ronald P. Bucca, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eve Bucca is a resident of New York. Ronald P. Bucca is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3029.   Ronald Bucca, individually, as surviving child of Ronald P. Bucca, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ronald Bucca is a resident of Pennsylvania. Ronald P. Bucca is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3030.   Thomas Kelleher, as the Personal Representative of the Estate of Stephen Roach, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen Roach, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Kelleher is a resident of Florida. Stephen Roach is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3031.   Caitlin Duffy Meloy, individually, as surviving sibling of Christopher Duffy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Caitlin Duffy Meloy is a resident of Massachusetts. Christopher Duffy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3032.   Angelina Jimenez, as the Personal Representative of the Estate of Elena Ledesma, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Elena Ledesma, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Angelina Jimenez is a resident of Rhode Island. Elena Ledesma is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3033.   Angelina Jimenez, individually, as surviving child of Elena Ledesma, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Angelina Jimenez is a resident of Rhode Island. Elena Ledesma is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3034.   Shanhellen Jimenez, individually, as surviving child of Elena Ledesma, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shanhellen Jimenez is a resident of New York. Elena Ledesma is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3035.   Elizabeth Rick, as the Personal Representative of the Estate of Scott Bart, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Scott Bart, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth Rick is a resident of New York. Scott Bart is one of the

Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3036. Elizabeth Rick, individually, as surviving spouse of Scott Bart, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elizabeth Rick is a resident of New York. Scott Bart is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3037. Jessica Bucca-Hughes, individually, as surviving child of Ronald P. Bucca, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jessica Bucca-Hughes is a resident of New York. Ronald P. Bucca is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3038. Alfred R. Bucca, individually, as surviving sibling of Ronald P. Bucca, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alfred R. Bucca is a resident of New York. Ronald P. Bucca is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3039. Robert Bucca, individually, as surviving sibling of Ronald P. Bucca, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Bucca is a resident of New York. Ronald P. Bucca is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3040. Astrid Bucca, individually, as surviving sibling of Ronald P. Bucca, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Astrid Bucca is a resident of New York. Ronald P. Bucca is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3041. Astrid Bucca, as Personal Representative of the Estate of Joseph Bucca, deceased, the late parent of Ronald P. Bucca, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Astrid Bucca is a resident of New York. Ronald P. Bucca is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3042. Brian Duffy, individually, as surviving sibling of Christopher Duffy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian Duffy is a resident of New York. Christopher Duffy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

and to which the Defendants provided material support and assistance in furtherance of the attacks.

3043. Kara Mylod, individually, as surviving sibling of Christopher Duffy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kara Mylod is a resident of Georgia. Christopher Duffy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3044. Adriana Fiori, individually, as surviving child of Paul Fiori, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Adriana Fiori is a resident of Connecticut. Paul Fiori is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3045. Debbi Fiori, individually, as surviving child of Paul Fiori, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Debbi Fiori is a resident of Connecticut. Paul Fiori is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3046. Cynthia M. Gomes, individually, as surviving spouse of Dennis James Gomes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cynthia M. Gomes is a resident of North Carolina. Dennis James Gomes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3047. Mackenzie Gomes, individually, as surviving child of Dennis James Gomes, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mackenzie Gomes is a resident of North Carolina. Dennis James Gomes is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3048. Isabel Roach, individually, as surviving spouse of Stephen Roach, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Isabel Roach is a resident of South Carolina. Stephen Roach is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3049. Mackenzie Roach, individually, as surviving child of Stephen Roach, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mackenzie Roach is a resident of Massachusetts. Stephen Roach is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3050.   Eileen Roach, individually, as surviving child of Stephen Roach, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eileen Roach is a resident of New Jersey. Stephen Roach is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3051.   Stephen Roach, Jr., individually, as surviving child of Stephen Roach, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephen Roach, Jr. is a resident of New York. Stephen Roach is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3052.   Amy Mulderry, as Co-Personal Representative of the Estate of Stephen Mulderry, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen Mulderry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Amy Mulderry is a resident of New York. Stephen Mulderry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3053.   Anne M. Mulderry, individually, as surviving parent of Stephen Mulderry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anne M. Mulderry is a resident of New York. Stephen Mulderry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3054.   Darra Mulderry, individually, as surviving sibling of Stephen Mulderry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Darra Mulderry is a resident of Rhode Island. Stephen Mulderry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3055.   Daniel Mulderry, individually, as surviving sibling of Stephen Mulderry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Daniel Mulderry is a resident of California. Stephen Mulderry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3056.   Andrew Mulderry, individually, as surviving sibling of Stephen Mulderry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrew Mulderry is a resident of New York. Stephen Mulderry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama

bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3057. Peter Mulderry, individually, as surviving sibling of Stephen Mulderry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Mulderry is a resident of New York. Stephen Mulderry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3058. Amy Mulderry, individually, as surviving sibling of Stephen Mulderry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Amy Mulderry is a resident of New York. Stephen Mulderry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3059. Amy Mulderry, as Personal Representative of the Estate of William Mulderry, deceased, the late parent of Stephen Mulderry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Amy Mulderry is a resident of New York. Stephen Mulderry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3060. Anne C. Mulderry, individually, as surviving sibling of Stephen Mulderry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anne C. Mulderry is a resident of New York. Stephen Mulderry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3061. William J. Mulderry, individually, as surviving sibling of Stephen Mulderry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William J. Mulderry is a resident of New Jersey. Stephen Mulderry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3062. Anthony J. Alvarado, individually, as surviving child of Stephen Mulderry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony J. Alvarado is a resident of New York. Anthony Alvarado is one of the Decedents murdered as a result of terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3063. Jeannette Ramos, as the Personal Representative of the Estate of Anthony Alvarado, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Anthony Alvarado, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jeannette Ramos is a resident of New York. Anthony Alvarado is one of the Decedents murdered as a result of the terrorist attacks of

September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3064. June Pietruszkiewicz as the Personal Representative of the Estate of James Suozzo, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of James Suozzo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. June Pietruszkiewicz is a resident of South Carolina. James Suozzo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3065. June Pietruszkiewicz, individually, as surviving spouse of James Suozzo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. June Pietruszkiewicz is a resident of South Carolina. James Suozzo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3066. Timothy Suozzo, individually, as surviving child of James Suozzo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Timothy Suozzo is a resident of South Carolina. James Suozzo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3067. Alexander Suozzo, individually, as surviving child of James Suozzo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexander Suozzo is a resident of New York. James Suozzo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3068. Andrew Morris, as the co-Personal Representative of the Estate of Stephen Philip Morris, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen Philip Morris, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrew Morris is a resident of Great Britain. Stephen Philip Morris is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3069. Katherine Collier and Andrew Morris, as the co-Personal Representatives of the Estate of Philip L. Morris, deceased, the late parent of Stephen Philip Morris, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Katherine Collier and Andrew Morris are residents of Great Britain. Stephen Philip Morris is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3070. Katherine Collier, individually, as surviving sibling of Stephen Philip Morris, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Katherine Collier is a resident of Great Britain. Stephen Philip Morris is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3071. Andrew Morris, individually, as surviving sibling of Stephen Philip Morris, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrew Morris is a resident of Great Britain. Stephen Philip Morris is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3072. Maribeth Eccleston, individually, as surviving sibling of Terence McShane, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maribeth Eccleston is a resident of New York. Terence McShane is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3073. Linda Pohlmann, individually, as surviving spouse of William H. Pohlmann, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Linda Pohlmann is a resident of New York. William H. Pohlmann is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks. Peter Mulderry, as the co-Personal Representative of the Estate of Stephen Mulderry, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen Mulderry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Peter Mulderry is a resident of New York. Stephen Mulderry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Defendants provided material support and assistance in furtherance of the attacks.

3074. Patricia Paul, individually, as surviving spouse of James Paul, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Patricia Paul is a resident of Illinois. James Paul is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3075. Monique Kerman, individually, as surviving child of James Paul, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Monique Kerman is a resident of Washington. James Paul is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3076. Danielle Ridley, individually, as surviving child of James Paul, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Danielle Ridley is a resident of Tennessee. James Paul is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3077. Brian Weaver and Michael Weaver, as Co-Personal Representative of the Estate of Joan Weaver, deceased, the late parent of Walter Weaver, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian Weaver is a resident of Florida and Michael Weaver is a resident of New York. Walter Weaver is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3078. Brian Weaver as the Personal Representative of the Estate of Walter Weaver, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Walter Weaver, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian Weaver is a resident of Florida. Walter Weaver is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3079. Marisa John, individually, as surviving child of Charles Gregory John, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marisa John is a resident of New York. Charles Gregory John is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3080. Greffery John, individually, as surviving child of Charles Gregory John, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Greffery John is a resident of Texas. Charles Gregory John is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3081. Gregory John, individually, as surviving child of Charles Gregory John, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gregory John is a resident of Texas. Charles Gregory John is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3082. Luis Revilla, Jr., individually, as surviving child of Luis Clodoaldo Revilla Mier, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Luis Revilla, Jr. is a resident of California. Luis Clodoaldo Revilla Mier is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda

and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3083. Michael Revilla, individually, as surviving child of Luis Clodoaldo Revilla Mier, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Revilla is a resident of California. Luis Clodoaldo Revilla Mier is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3084. Wilton White, individually, as surviving sibling of Tamara Thurman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Wilton White is a resident of Nevada. Tamara Thurman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3085. Artricia McClure, individually, as surviving sibling of Tamara Thurman, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Artricia McClure is a resident of Texas. Tamara Thurman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3086. Michael Weaver, individually, as surviving sibling of Walter Weaver, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Weaver is a resident of New York. Walter Weaver is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3087. Simone Taylor, individually, as surviving child of Donnie Taylor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Simone Taylor is a resident of New York.  Donnie Taylor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3088. Tamika Taylor as Personal Representative of Estate of Donnie Taylor, Jr., deceased, the late child of Donnie Taylor, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tamika Taylor is a resident of California. Donnie Taylor is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3089. Brian Weaver and Michael Weaver as Co-Personal Representatives of the Estate of William Weaver, the late parent of Walter Weaver, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brian Weaver is a resident of Florida. Michael Weaver is a resident of New York. Walter Weaver is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda

and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3090. Paul Britton as the Personal Representative of the Estate of Marion Britton, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Marion Britton, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paul Britton is a resident of New York. Marion Britton is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3091. Paul Britton, individually, as surviving sibling of Marion Britton, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paul Britton is a resident of New York. Marion Britton is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3092. Stephen Ciccone, individually, as surviving child of Alex Ciccone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephen Ciccone is a resident of New York. Alex Ciccone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3093. Julia Ciccone, individually, as surviving child of Alex Ciccone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Julia Ciccone is a resident of New York. Alex Ciccone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3094. Shari Tolbert, individually, as surviving spouse of Otis Tolbert, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shari Tolbert is a resident of Florida. Otis Tolbert is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3095. Brittany Tolbert, individually, as surviving child of Otis Tolbert, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Brittany Tolbert is a resident of Florida. Otis Tolbert is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3096. Amanda Tolbert, individually, as surviving child of Otis Tolbert, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Amanda Tolbert is a resident of the District of Columbia. Otis Tolbert is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3097. Anthony Tolbert, individually, as surviving child of Otis Tolbert, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anthony Tolbert is a resident of Ohio. Otis Tolbert is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3098. Raymond Pena, individually, as surviving child of Raymond York, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Raymond Pena is a resident of Florida. Raymond York is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3099. Paulina Cardona, as the Personal Representative of the Estate of Jose Cardona, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jose Cardona, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paulina Cardona is a resident of Florida. Jose Cardona is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3100. Paulina Cardona, individually, as surviving spouse of Jose Cardona, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paulina Cardona is a resident of Florida. Jose Cardona is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3101. Joshua Cardona, individually, as surviving child of Jose Cardona, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joshua Cardona is a resident of Florida. Jose Cardona is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3102. Kelly Weightman Diaz-Piedra, as the Personal Representative of the Estate of Michael Diaz-Piedra, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael Diaz-Piedra, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kelly Weightman Diaz-Piedra is a resident of New Jersey. Michael Diaz-Piedra is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3103. Kelly Weightman Diaz-Piedra, individually, as surviving spouse of Michael Diaz-Piedra, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kelly

Weightman Diaz-Piedra is a resident of New Jersey. Michael Diaz-Piedra is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3104.   Michael Diaz-Piedra, individually, as surviving child of Michael Diaz-Piedra, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Diaz-Piedra is a resident of New Jersey. Michael Diaz-Piedra is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3105.   Thomas Diaz-Piedra, individually, as surviving child of Michael Diaz-Piedra, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Diaz-Piedra is a resident of New Jersey. Michael Diaz-Piedra is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3106.   Petrolina Sencion, individually, as surviving parent of Maxima Jean-Pierre, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Petrolina Sencion is a resident of New York. Maxima Jean-Pierre is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3107.   Monique Somervell, individually, as surviving child of Michael Diaz-Piedra, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Monique Somervell is a resident of Georgia. Michael Diaz-Piedra is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3108.   John Doe 133, being intended to designate the Personal Representative of the Estate of Edward Strauss, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed), on behalf of the Estate and on behalf of all survivors and all legally entitled beneficiaries and family members of Edward Strauss, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Edward Strauss is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3109.   John Doe 134, being intended to designate the Personal Representative of the Estate of Mukul Kumar Agarwala, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he

467

or she has ceased to serve, and his or her successor has not yet been appointed), on behalf of the Estate and on behalf of all survivors and all legally entitled beneficiaries and family members of Mukul Kumar Agarwala, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mukul Kumar Agarwala is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3110. Kristen Graf, as the Personal Representative of the Estate of Edwin J. Graf, III, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edwin J. Graf, III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kristen Graf is a resident of Maryland. Edwin J. Graf, III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3111. Nicky Santiago, individually, as surviving spouse of Giovanna Porras, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nicky Santiago is a resident of New York. Giovanna Porras is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3112. Rafael Espinal, individually, as surviving sibling of Jose Espinal, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rafael Espinal is a resident of New York. Jose Espinal is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3113. Maria Elena Santana, individually, as surviving sibling of Jose Espinal, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Elena Santana is a resident of Florida. Jose Espinal is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3114. Maria Altagracia Espinal, individually, as surviving sibling of Jose Espinal, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Altagracia Espinal is a resident of Florida. Jose Espinal is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3115. Josefina Blanchard, individually, as surviving sibling of Jose Espinal, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Josefina Blanchard is a resident of New York. Jose Espinal is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3116. Flordaliza Espinal, individually, as surviving sibling of Jose Espinal, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Flordaliza Espinal is a resident of Florida. Jose Espinal is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3117. Moises Espinal, individually, as surviving sibling of Jose Espinal, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Moises Espinal is a resident of Pennsylvania. Jose Espinal is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3118. Jasmine Espinal, individually, as surviving child of Jose Espinal, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jasmine Espinal is a resident of Connecticut. Jose Espinal is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3119. Maria Alayo Aguilar, as the Personal Representative of the Estate of Jose Espinal, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jose Espinal, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Alayo Aguilar is a resident of Connecticut. Jose Espinal is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3120. Lisa DeRienzo, as the Personal Representative of the Estate of Michael DeRienzo, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael DeRienzo is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lisa DeRienzo is a resident of New Jersey. Michael DeRienzo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3121. Lisa DeRienzo, individually, as surviving sibling of Michael DeRienzo is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lisa DeRienzo is a resident of New Jersey. Michael DeRienzo is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3122. Juanita Freeman, as the co-Personal Representative of the Estate of Tamitha Freeman, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Tamitha Freeman, is a Plaintiff seeking justice for

the tragic events of September 11, 2001. Juanita Freeman is a resident of North Carolina. Tamitha Freeman is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3123.   Ayleen Arroyo, individually, as surviving child of Ayleen Santiago is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ayleen Arroyo is a resident of New Jersey. Ayleen Santiago is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3124.   George J. Santiago, individually, as surviving child of Ayleen Santiago is a Plaintiff seeking justice for the tragic events of September 11, 2001. George J. Santiago is a resident of New Jersey. Ayleen Santiago is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3125.   Ayleen Arroyo and George J. Santiago as Co-Personal Representatives of George Santiago, deceased, the late spouse of Ayleen Santiago is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ayleen Arroyo and George J. Santiago are residents of New Jersey. Ayleen Santiago is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3126.   Alana McKenzie, as the Personal Representative of the Estate of Molly McKenzie, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Molly McKenzie is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alana McKenzie is a resident of Virginia. Molly McKenzie is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3127.   Alana McKenzie, individually, as surviving child of Molly McKenzie is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alana McKenzie is a resident of Virginia. Molly McKenzie is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3128.   Rebecca Shum, as the Personal Representative of the Estate of See Wong Shum, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of See Wong Shum is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rebecca Shum is a resident of New Jersey. See Wong Shum is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that

were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3129. Rebecca Shum, individually, as surviving spouse of See Wong Shum, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rebecca Shum is a resident of New Jersey. See Wong Shum is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3130. Leon Shum, individually, as surviving child of See Wong Shum is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leon Shum is a resident of New Jersey. See Wong Shum is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3131. Chanel Shum, individually, as surviving child of See Wong Shum is a Plaintiff seeking justice for the tragic events of September 11, 2001. Chanel Shum is a resident of New Jersey. See Wong Shum is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3132. Celestine Kone, as the Personal Representative of the Estate of Abdoulaye Kone, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Abdoulaye Kone is a Plaintiff seeking justice for the tragic events of September 11, 2001. Celestine Kone is a resident of Georgia. Abdoulaye Kone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3133. Celestine Kone, individually, as surviving spouse of Abdoulaye Kone, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Celestine Kone is a resident of Georgia. Abdoulaye Kone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3134. Lacina Kone, individually, as surviving child of Abdoulaye Kone is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lacina Kone is a resident of Georgia. Abdoulaye Kone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3135. Mama Kone, individually, as surviving child of Abdoulaye Kone is a Plaintiff seeking justice for the tragic events of September 11, 2001. Abdoulaye Kone is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were

carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3136. John Doe 140, being intended to designate the Personal Representative of the Estate of Darya Lin, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Darya Lin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Darya Lin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Defendants provided material support and assistance in furtherance of the attacks.

3137. Lea McKenzie, individually, as surviving child of Molly McKenzie, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Molly McKenzie is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3138. Joyce Grant, as the Personal Representative of the Estate of Winston Grant, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Winston Grant, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Winston Grant is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3139. Joyce Grant, individually, as surviving spouse of Winston Grant, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Winston Grant is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3140. Winston Grant II, individually, as surviving child of Winston Grant, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Winston Grant is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3141. John Doe 144, being intended to designate the Personal Representative of the Estate of Joya Grant, deceased, the late child of Winston Grant, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed), is a Plaintiff seeking justice for the tragic events of September 11, 2001. Winston Grant is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to

472

which the Defendants provided material support and assistance in furtherance of the attacks.

3142. Georgette Conroy, as the Personal Representative of the Estate of Kevin Conroy, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kevin Conroy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Georgette Conroy is a resident of New York. Kevin Conroy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3143. Georgette Conroy, individually, as surviving spouse of Kevin Conroy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Georgette Conroy is a resident of New York. Kevin Conroy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3144. Matthew Conroy, individually, as surviving child of Kevin Conroy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Matthew Conroy is a resident of Illinois. Kevin Conroy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3145. Jamie Conroy, individually, as surviving child of Kevin Conroy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jamie Conroy is a resident of New York. Kevin Conroy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3146. Christine Kelly, individually, as surviving child of Kevin Conroy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christine Kelly is a resident of New York. Kevin Conroy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3147. Jill Conroy, individually, as surviving child of Kevin Conroy, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jill Conroy is a resident of Massachusetts. Kevin Conroy is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3148. Ursula Andrus, as the Personal Representative of the Estate of Norbert Szurkowski, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Norbert Szurkowski, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ursula Andrus is a resident of Florida. Norbert Szurkowski is one of

the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3149. Ursula Andrus, individually, as surviving spouse of Norbert Szurkowski, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ursula Andrus is a resident of Florida. Norbert Szurkowski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3150. Alexandra Szurkowski, individually, as surviving child of Norbert Szurkowski, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Alexandra Szurkowski is a resident of Florida. Norbert Szurkowski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3151. Claudia Szurkowski, individually, as surviving child of Norbert Szurkowski, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Claudia Szurkowski is a resident of Florida. Norbert Szurkowski is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3152. Casey DeBaecke, as the Personal Representative of the Estate of Christopher Clarke, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Christopher Clarke, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Casey DeBaecke is a resident of Pennsylvania. Christopher Clarke is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3153. Casey DeBaecke, individually, as surviving spouse of Christopher Clarke, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Casey DeBaecke is a resident of Pennsylvania. Christopher Clarke is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3154. Diane Inghilterra, as the Personal Representative of the Estate of Louis Inghilterra, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Louis Inghilterra, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Louis Inghilterra is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3155. Diane Inghilterra individually, as surviving spouse of Louis Inghilterra, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Louis Inghilterra is one of the

Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3156. Louis Sam Inghilterra, individually, as surviving child of Louis Inghilterra, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Louis Inghilterra is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3157. John Doe 143, being intended to designate the Personal Representative of the Estate of Stanley McCaskill, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Stanley McCaskill, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stanley McCaskill is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3158. Kevin Joseph Collin, individually, as surviving sibling of Jean Marie Collin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kevin Joseph Collin is a resident of California. Jean Marie Collin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3159. Kathleen Raney, individually, as surviving sibling of Jean Marie Collin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jean Marie Collin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3160. John Doe 141, being intended to designate the Personal Representative of the Estate of Jean Marie Collin, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Jean Marie Collin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jean Marie Collin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3161. John Doe 142, being intended to designate the Personal Representative of the Estate of Charlotte Griebel, deceased, the late parent of Jean Marie Collin, is a Plaintiff seeking

justice for the tragic events of September 11, 2001. Jean Marie Collin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3162. Sarah Sopher, individually, as surviving child of Edwin J. Graf III, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Edwin J. Graf III is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3163. Tamatha Patterson as the Personal Representative of the Estate of Clifford Patterson, Jr., deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Clifford L. Patterson, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Clifford Patterson, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3164. Tamatha Patterson individually, as surviving spouse of Clifford L. Patterson, Jr. is a Plaintiff seeking justice for the tragic events of September 11, 2001. Clifford L. Patterson, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3165. Clifford L. Patterson III individually, as surviving child of Clifford L. Patterson, Jr. is a Plaintiff seeking justice for the tragic events of September 11, 2001. Clifford L. Patterson, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3166. Benjamin Cody Patterson individually, as surviving child of Clifford L. Patterson, Jr. is a Plaintiff seeking justice for the tragic events of September 11, 2001. Clifford L. Patterson, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3167. Clifford Patterson individually, as surviving parent of Clifford L. Patterson, Jr. is a Plaintiff seeking justice for the tragic events of September 11, 2001. Clifford L. Patterson, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3168. Sandra Wheeler Patterson individually, as surviving parent of Clifford L. Patterson, Jr. is a Plaintiff seeking justice for the tragic events of September 11, 2001. Clifford L. Patterson, Jr. is one of the Decedents murdered as a result of the terrorist attacks of

September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3169. Edwardo Mendoza as the Personal Representative of the Estate of Lizette Mendoza, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lizette Mendoza is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lizette Mendoza is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3170. Wil-Justin Ojeda individually, as surviving child of Lizette Mendoza is a Plaintiff seeking justice for the tragic events of September 11, 2001. Wil-Justin Ojeda is a resident of New Jersey. Lizette Mendoza is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3171. Deborah Ivory, as the Personal Representative of the Estate of Lacey B. Ivory, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lacey B. Ivory, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lacey B. Ivory is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3172. Deborah Ivory, individually, as surviving spouse of Lacey B. Ivory, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Deborah Ivory is a resident of Maryland. Lacey B. Ivory is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3173. Rashida Ivory, individually, as surviving child of Lacey B. Ivory, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lacey B. Ivory is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3174. Quawana Rodriguez, individually, as surviving child of Lacey B. Ivory, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lacey B. Ivory is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3175. Raymond Sanchez, Jr., individually, as surviving child of Raymond Sanchez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Raymond Sanchez, Jr. is a resident of New York. Raymond Sanchez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda

and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3176.    Russ F. Jellinek, Esq., as the Personal Representative of the Estate of Timothy Langer, deceased, the late spouse of Vanessa Lang Langer, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vanessa Lang Langer is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3177.    Lorna Moringiello, individually, as surviving spouse of Michael S. Lamana, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lorna Moringiello is a resident of Indiana. Michael S. Lamana is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3178.    Kimmy Chedel, as the Personal Representative of the Estate of Frank Doyle, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Frank Doyle, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frank Doyle is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3179.    Kimmy Chedel, individually, as surviving spouse of Frank Doyle, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frank Doyle is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3180.    Zoe Doyle, individually, as surviving child of Frank Doyle, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frank Doyle is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3181.    Garrett Doyle, individually, as surviving child of Frank Doyle, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Frank Doyle is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3182.    Leo Andreacchio, individually, as surviving sibling of John Andreacchio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leo Andreacchio is a resident of New York. John Andreacchio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3183. John Doe 137, being intended to designate the Personal Representative of the Estate of John Andreacchio, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of John Andreacchio, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Andreacchio is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3184. John Doe 138, being intended to designate the Personal Representative of the Estate of Elaine Greenberg, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Elaine Greenberg, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elaine Greenberg is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3185. Estelle Pershep, as the Personal Representative of the Estate of Franklin Pershep, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Franklin Pershep, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Estelle Pershep is a resident of New York. Franklin Pershep is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3186. Estelle Pershep, individually, as surviving spouse of Franklin Pershep, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Estelle Pershep is a resident of New York. Franklin Pershep is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3187. Stacy Paolozzi, individually, as surviving child of Franklin Pershep, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stacy Paolozzi is a resident of New York. Franklin Pershep is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3188. John Doe 145, as Personal Representative of the Estate of Sharyn Fine, deceased, the late child of Franklin Pershep, is a Plaintiff seeking justice for the tragic events of September

11, 2001. Franklin Pershep is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3189. Betty Woods   as the Personal Representative of the Estate of Marvin Woods, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Marvin Woods, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marvin Woods is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3190. Betty Woods, individually, as surviving spouse of Marvin Woods, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marvin Woods is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3191. James Woods, individually, as surviving child of Marvin Woods, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marvin Woods is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3192. Jennifer Nicosia, individually, as surviving child of Marvin Woods, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marvin Woods is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3193. John Doe 139, being intended to designate the Personal Representative of the Estate of Yamel Merino, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Yamel Merino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Yamel Merino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3194. Kevin Merino, individually, as surviving child of Yamel Merino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Yamel Merino is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3195. Rolando Mendoza, Sr., individually, as surviving spouse of Lizette Mendoza, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rolando Mendoza,

Sr., is a resident of New Jersey. Lizette Mendoza is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3196. Rolando Mendoza, Jr., individually, as surviving child of Lizette Mendoza, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rolando Mendoza, Jr., is a resident of New Jersey. Lizette Mendoza is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3197. Wilfredo Agosto, individually, as surviving spouse of Myrna Maldonado-Agosto, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Wilfredo Agosto is a resident of North Carolina. Myrna Maldonado-Agosto is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3198. Momo Scharf, individually, as surviving child of John Scharf is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Scharf is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3199. Andrew C. Kelly, as the Personal Representative of the Estate of Maurice Kelly, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Maurice Kelly, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maurice Kelly is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3200. Danielle Kelly, individually, as surviving child of Maurice Kelly, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Danielle Kelly is a resident of New York. Maurice Kelly is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3201. Thomas Kelly, individually, as surviving child of Maurice Kelly, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maurice Kelly is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3202. Danielle Kelly as the Personal Representative of the Estate of Sean Kelly, deceased, the late child of Maurice Kelly, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Danielle Kelly is a resident of New York. Maurice Kelly is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that

were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3203.   Sarah Cherry as the Personal Representative of the Estate of Douglas Cherry, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Douglas Cherry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sarah Cherry is a resident of Ohio. Douglas Cherry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3204.   Sarah Cherry, individually, as surviving spouse of Douglas Cherry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sarah Cherry is a resident of Ohio. Douglas Cherry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3205.   Emma Cherry, individually, as surviving child of Douglas Cherry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Douglas Cherry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3206.   Isabel Cherry, individually, as surviving child of Douglas Cherry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Douglas Cherry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3207.   John Cherry, individually, as surviving child of Douglas Cherry, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Douglas Cherry is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3208.   Gladys Lopez as the Personal Representative of the Estate of Luis Manuel, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Luis Lopez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Luis Manuel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3209.   Gladys Lopez, individually, as surviving spouse of Luis Lopez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Luis Manuel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3210.   Lester Fortuna, individually, as surviving child of Luis Lopez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lester Fortuna is a resident of New York. Luis Manuel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3211.   Heily Fortuna, individually, as surviving child of Luis Lopez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Luis Manuel is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3212.   Patricia Fennelly, individually, as surviving sibling of Robert Caufield, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Robert Caufield is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3213.   Justin Rodriguez, individually, as surviving child of Anthony Rodriguez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Justin Rodriguez is a resident of New Mexico. Anthony Rodriguez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3214.   Michael Reynolds, individually, as surviving child of Anthony Rodriguez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael Reynolds is a resident of Georgia. Anthony Rodriguez is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3215.   Catherine Allen, individually, as surviving child of John Hartz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Catherine Allen is a resident of Massachusetts. John Hartz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3216.   John Hartz, Jr., individually, as surviving child of John Hartz, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John Hartz, Jr. is a resident of Florida. John Hartz is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3217.   Jaimenys Taveras, individually, as surviving child of Manuel De Jesus Molina, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jaimenys Taveras is a resident of New York. Manuel De Jesus Molina is one of the Decedents murdered as a

result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3218. Jaimercedes Taveras, individually, as surviving child of Manuel De Jesus Molina, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jaimercedes Taveras is a resident of New York. Manuel De Jesus Molina is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3219. Jaimelin Taveras, individually, as surviving child of Manuel De Jesus Molina, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jaimelin Taveras is a resident of New York. Manuel De Jesus Molina is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3220. Alfredo Bordenabe as the Personal Representative of the Estate of Krystine Bordenabe, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Krystine Bordenabe, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Krystine Bordenabe is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3221. Alfredo Bordenabe, individually, as surviving spouse of Krystine Bordenabe, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Krystine Bordenabe is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3222. Andrew Godsil, individually, as surviving child of Krystine Bordenabe, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrew Godsil is a resident of New Jersey. Krystine Bordenabe is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3223. William Carson, individually, as surviving sibling of James Carson, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. William Carson is a resident of New York. James Carson, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3224. Stephen Carson, individually, as surviving sibling of James Carson, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Stephen Carson is a resident of New York. James Carson, Jr. is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3225. John Doe 154 as the Personal Representative of the Estate of Thomas Galvin, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas Galvin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Thomas Galvin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3226. Diverra M. Galvin, individually, as surviving parent of Thomas Galvin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Diverra M. Galvin is a resident of Florida. Thomas Galvin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3227. John M. Galvin, individually, as surviving parent of Thomas Galvin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John M. Galvin is a resident of Florida. Thomas Galvin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3228. Lynn M. Galvin, individually, as surviving sibling of Thomas Galvin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lynn M. Galvin is a resident of Connecticut. Thomas Galvin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3229. Kathy G. Callahan, individually, as surviving sibling of Thomas Galvin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kathy G. Callahan is a resident of Connecticut. Thomas Galvin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3230. John M. Galvin Jr., individually, as surviving sibling of Thomas Galvin, is a Plaintiff seeking justice for the tragic events of September 11, 2001. John M. Galvin Jr. is a resident of Connecticut. Thomas Galvin is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3231. Deborah Forde, as the co-Personal Representative of the Estate of Godwin Forde, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Godwin Forde, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Deborah Forde is a resident of New York. Godwin Forde is one of

the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3232. Deborah Forde, individually, as surviving spouse of Godwin Forde, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Deborah Forde is a resident of New York. Godwin Forde is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3233. Kai Thompson Hernandez, individually, as surviving spouse of Glenn Thompson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kai Thompson Hernandez is a resident of Florida. Glenn Thompson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3234. Kai Thompson Hernandez, as the Personal Representative of the Estate of Glenn Thompson, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Glenn Thompson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kai Thompson Hernandez is a resident of Florida. Glenn Thompson is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3235. Grace Salinardi, individually, as surviving parent of Richard Salinardi, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Richard Salinardi, Jr.is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3236. Grace Salinardi and Jason Salinardi as Co- Personal Representatives of the Estate of Richard Salinardi, deceased, the late parent of Richard Salinardi, Jr., are Plaintiffs seeking justice for the tragic events of September 11, 2001. Richard Salinardi, Jr.is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3237. Jason Salinardi, individually, as surviving sibling of Richard Salinardi, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Richard Salinardi, Jr.is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3238. Jayme Salinardi, individually, as surviving sibling of Richard Salinardi, Jr., is a Plaintiff seeking justice for the tragic events of September 11, 2001. Richard Salinardi, Jr.is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that

were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3239. Debra Roberts, as the Personal Representative of the Estate of Leo Roberts, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Leo Roberts, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Debra Roberts is a resident of California. Leo Roberts is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3240. Debra Roberts, individually, as surviving spouse of Leo Roberts, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Debra Roberts is a resident of California. Leo Roberts is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3241. Michael Roberts, individually, as surviving child of Leo Roberts, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leo Roberts is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3242. Jeffrey Roberts, individually, as surviving child of Leo Roberts, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leo Roberts is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3243. Daniel Roberts, individually, as surviving child of Leo Roberts, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leo Roberts is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.

3244. Taylor Roberts, individually, as surviving child of Leo Roberts, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leo Roberts is one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which the Defendants provided material support and assistance in furtherance of the attacks.